ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
345 Kentucky Street, Suite B3
Petaluma, CA 94952
Telephone: (707) 782-4060
Facsimile: (707) 782-4062
E-mail:  andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>        Defendant. | Case No. 2:21-cv-00073-MCE-JDP<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

PLAINTIFF'S CORPORATE                                              Case No. 2:21-cv-00073-MCE-JDP
DISCLOSURE STATEMENT              1

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff California Sportfishing Protection Alliance ("CSPA"), a non-governmental not-for-profit corporation, hereby certifies that it has no parent corporation and no publicly held corporation owns any stock in CSPA.

Dated:  January 19, 2021                LAW OFFICES OF ANDREW L. PACKARD

                                        By: __/s/ William N. Carlon_____
                                        William N. Carlon
                                        Attorneys for Plaintiff
                                        CALIFORNIA SPORTFISHING
                                        PROTECTION ALLIANCE