NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
DEBORAH SCHMALL (SBN 112052)
deborahschmall@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street
Forty-Eighth Floor
San Francisco, California 94111
Telephone: (415) 856-7000

Attorneys for Defendant
Pacific Bell Telephone Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-MCE-JDP<br><br>**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Action Filed: January 14, 2021<br>Trial Date: None |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Pacific Bell Telephone Company submits this corporate disclosure statement:

- Defendant Pacific Bell Telephone Company, a California corporation, is a wholly-owned subsidiary of AT&T Teleholdings, Inc.
- AT&T Teleholdings, Inc., a Delaware corporation, is a wholly-owned subsidiary of AT&T Inc.
- AT&T Inc., a Delaware Corporation, is a publicly traded company on the New York Stock Exchange.

No one person or group owns 10 percent or more of the stock of AT&T Inc.

Respectfully submitted,

DATED: June 22, 2021            PAUL HASTINGS LLP


By: /s/ Navi Dhillon
    NAVI S. DHILLON

Attorneys for Defendant
Pacific Bell Telephone Company