NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
DEBORAH SCHMALL (SBN 112052)
deborahschmall@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  (415) 856-7000
Fax: (415) 856-7100

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-MCE-JDP<br><br>**STIPULATION RE EXTENSION OF DEADLINES UNDER CONSENT DECREE; [PROPOSED] ORDER**<br><br>Judge:        Hon. Jeremy D. Peterson<br>Courtroom:  9 |

STIPULATION

Having met and conferred, the undersigned parties stipulate as follows:

WHEREAS, on November 5, 2021, the Court entered the Amended Consent Decree (Consent Decree) (ECF No. 22) in this action;

WHEREAS, the Consent Decree calls for the removal and disposal of certain submerged cables (Cables) in Lake Tahoe and such activities require approvals from certain public agencies (Approvals);

WHEREAS, the Consent Decree provided Defendant with an initial six months to secure the Approvals and allowed the parties to mutually agree to extend that deadline by up to six months;

WHEREAS, Defendant has submitted applications for Approvals to relevant public agencies and is now waiting for the agency review process to conclude;

WHEREAS, the current deadline under the Consent Decree for Defendant to provide notice that it has secured the Approvals is October 26, 2022;

WHEREAS, due to the uncertainty surrounding as to when public agencies may issue the Approvals, the Consent Decree also allows the Court to extend the deadline to secure the Approvals;

WHEREAS, under the circumstances, the parties agree to extend the deadline to secure the Approvals by approximately 90 days to January 27, 2023;

WHEREAS, the parties understand that all Approvals may not issue before January 27, 2023, and counsel for Defendant has agreed to provide prompt notice to Plaintiff's counsel after it learns of any material information regarding the pending permitting applications and agency review process; and

WHEREAS, the parties will provide a joint update prior to January 27, 2023, regarding the status of issuance of the Approvals and request a further extension as needed.

NOW, THEREFORE, the parties respectfully and jointly ask that the Court enter an order extending the deadline for securing the Approvals and providing notice of the same to January 27, 2023.  A proposed order follows the parties' signature blocks.

Respectfully submitted,

| | | |
|---|---|---|
| 1 | DATED: October 19, 2022 | PAUL HASTINGS LLP |

By: _____/s/ *Navi S. Dhillon*_____
        NAVI S. DHILLON

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

DATED: October 19, 2022       KLAMATH ENVIRONMENTAL LAW CENTER

By: _____/s/ William Verick_____
        WILLIAM VERICK

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

The filer of this document attests that all signatories listed above have concurred in the filing of this document.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, the deadline under the Amended Consent Decree (ECF No. 22) for Defendant to provide Plaintiff with notice that it has secured the Approvals is extended to January 27, 2023.

The parties shall submit a joint status report regarding the status of the Approvals by no later than January 15, 2023.

IT IS SO ORDERED.

Dated:   November 1, 2022                          _____
                                                   JEREMY D. PETERSON
                                                   UNITED STATES MAGISTRATE JUDGE