NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
DEBORAH SCHMALL (SBN 112052)
deborahschmall@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**STIPULATION RE JOINT STATUS UPDATE AND [PROPOSED] ORDER EXTENDING DEADLINES UNDER CONSENT DECREE** |

Having met and conferred, the undersigned parties stipulate as follows:

WHEREAS, on November 5, 2022, the Court entered the Amended Consent Decree (Consent Decree) (ECF No. 22) in this action;

WHEREAS, the Consent Decree calls for the removal and disposal of certain submerged cables (Cables) in Lake Tahoe and such activities require approvals from certain public agencies (Approvals);

WHEREAS, the Consent Decree provided Defendant with an initial six months to secure the Approvals, allowed the parties to mutually agree to extend that deadline by up to six months, and allowed the Court to further extend the deadline as needed;

WHEREAS, on October 19, 2022, the parties asked the Court to extend the deadline for Defendant to secure the Approvals under the Consent Decree and acknowledged that further extensions may be needed;

WHEREAS, on November 1, 2022, the Court extended the deadline for Defendant to secure the Approvals to January 27, 2023, and ordered the parties to submit a joint status report regarding the status of the Approvals by no later than January 15, 2023;

WHEREAS, on or before September 1, 2022, Defendant submitted applications for all Approvals it believed at that time were required for the cable removal project;

WHEREAS, on October 25, 2022, the Lahontan Regional Water Quality Control Board issued a Clean Water Act Section 401 Water Quality Certification for the cable removal project;

WHEREAS, in June 2022, Defendant provided the U.S. Forest Service with drawings and other information and requested consultation as to whether any permit or approval would be required for the cable removal project;

WHEREAS, on December 15, 2022, after several follow-up attempts from Defendant, the U.S. Forest Service informed Defendant that a temporary special use permit is required for the cable removal project, and Defendant anticipates submitting that application before the end of the month;

WHEREAS, Defendant is currently waiting for the agency review process to conclude for all Approvals except: (i) the Clean Water Act Section 401 Water Quality Certification, which has

1  already been issued; and (ii) the temporary special use permit from the U.S. Forest Service
2  described above, an application for which will be submitted in the coming weeks;

3      WHEREAS, Defendant has not received any assurances from the various state and federal
4  agencies regarding when the remaining Approvals will be issued; and,

5      WHEREAS, under the circumstances, the parties agree to extend the deadline to secure the
6  Approvals by approximately 90 days to April 28, 2023.

7      NOW, THEREFORE, the parties respectfully and jointly ask that the Court enter an order
8  extending the deadlines for securing the Approvals and providing notice of the same to April 28,
9  2023. A proposed order follows the parties' signature blocks.

10     Respectfully submitted,

12 DATED: January 12, 2023        PAUL HASTINGS LLP

14                                                     By: /s/ Navi S. Dhillon
                                                        NAVI S. DHILLON

15                                                     Attorneys for Defendant
16                                                     PACIFIC BELL TELEPHONE COMPANY

18 DATED: January 12, 2023        KLAMATH ENVIRONMENTAL LAW
                                                    CENTER

20                                                     By: /s/ William Verick
21                                                         WILLIAM VERICK

22                                                     Attorneys for Plaintiff
                                                   CALIFORNIA SPORTFISHING
23                                                    PROTECTION ALLIANCE

25     The filer of this document attests that all signatories listed above have concurred in the
26 filing of this document.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, the deadline under the Amended Consent Decree (ECF No. 22) for Defendant to provide Plaintiff with notice that it has secured the Approvals is extended to April 28, 2023.

The parties shall submit a joint status report regarding the status of the Approvals by no later than April 17, 2023.

IT IS SO ORDERED.

Dated:  January 24, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE