NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
DEBORAH SCHMALL (SBN 112052)
deborahschmall@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  (415) 856-7000
Fax: (415) 856-7100

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>                    Plaintiff,<br><br>          v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>                    Defendant. | CASE NO. 2:21-cv-00073-MCE-JDP<br><br>**STIPULATION RE JOINT STATUS UPDATE AND [PROPOSED] ORDER EXTENDING DEADLINES UNDER CONSENT DECREE** |

STIPULATION RE JOINT STATUS UPDATE AND [PROPOSED] ORDER

Having met and conferred, the undersigned parties stipulate as follows:

WHEREAS, on November 5, 2021, the Court entered the Amended Consent Decree (Consent Decree) (ECF No. 22) in this action;

WHEREAS, the Consent Decree calls for the removal and disposal of certain submerged cables (Cables) in Lake Tahoe and such activities require approvals from certain public agencies (Approvals);

WHEREAS, the Consent Decree provided Defendant with an initial six months to secure the Approvals, allowed the parties to mutually agree to extend that deadline by up to six months, and allowed the Court to further extend the deadline as needed;

WHEREAS, on January 24, 2023, and at the parties' request, the Court extended the deadline for Defendant to secure the Approvals under the Consent Decree to April 28, 2023, and ordered the parties to submit a joint status report regarding the status of the approvals by no later than April 17, 2023;

WHEREAS, Defendant has been diligently pursuing those Approvals and has submitted all necessary applications and supporting materials;

WHEREAS, as of this writing Defendant has obtained all needed Approvals except for a Temporary Special Use Permit from the U.S. Forest Service, and Defendant has provided Plaintiff with notice of the Approvals received to date;

WHEREAS, on April 12, 2023, the U.S. Forest Service notified Defendant's representatives the agency expects to issue the requested Temporary Special Use Permit on or before April 21, 2023;

WHEREAS, Defendant shall promptly notify Plaintiff when it receives the requested Temporary Special Use Permit, and shall notify Plaintiff when removal of the Cables will begin following receipt of that Approval; and,

WHEREAS, in an abundance of caution and in order to avoid unnecessarily burdening the Court in the event all Approvals are not received despite recent correspondence from the issuing agencies, the parties agree to extend the deadline for Defendant to secure the Approvals by 45 days to June 12, 2023.

STIPULATION RE JOINT STATUS UPDATE AND [PROPOSED] ORDER

1    NOW, THEREFORE, the parties respectfully and jointly ask that the Court enter an order

2    extending the deadlines for securing the Approvals and providing notice of the same to June 12,

3    2023.  A proposed order follows the parties' signature blocks.

4        Respectfully submitted,

5

6    DATED:  April 17, 2023                    PAUL HASTINGS LLP

7

8                                              By:  /s/ Navi S. Dhillon
                                                   NAVI S. DHILLON

9                                              Attorneys for Defendant
10                                             PACIFIC BELL TELEPHONE COMPANY

11   DATED:  April 17, 2023                    LAW OFFICES OF ANDREW L. PACKARD

12

13                                             By:  /s/ Andrew L. Packard
                                                   ANDREW L. PACKARD
14

15                                             Attorneys for Plaintiff
                                               CALIFORNIA SPORTFISHING
16                                             PROTECTION ALLIANCE

17       The filer of this document attests that all signatories listed above have concurred in the

18   filing of this document.

19

20

21

22

23

24

25

26

27

28

STIPULATION RE JOINT STATUS UPDATE AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, the deadline under the Amended Consent Decree (ECF No. 22) for Defendant to provide Plaintiff with notice that it has secured the Approvals is extended to June 12, 2023.

The parties shall submit a joint status report regarding the status of the Approvals by no later than May 19, 2023.

IT IS SO ORDERED.

Dated: _____      _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

STIPULATION RE JOINT STATUS UPDATE AND [PROPOSED] ORDER