EXHIBIT 1

[Emails with TRPA]

From: Kirk Boyd <jkb@drjkb.com<mailto:jkb@drjkb.com>>
Sent: Friday, May 19, 2023 10:41 AM
To: Paul Nielsen <pnielsen@trpa.gov<mailto:pnielsen@trpa.gov>>
Subject: following up on cable removal permit

Hi Paul,

Thanks for talking with me this morning about the permit for removal of cables in Lake Tahoe.

As we have clarified yesterday and today, the language in the permit does not create a prohibition on the removal of the cables between Memorial Day and Labor Day.

My understanding is that TRPA does not oppose operations to removal the cables over the next few weeks, provided that the special conditions in the permit are followed.

As we also talked about today, please send me an email letting me know that what I describe here is accurate. You said you might be able to send that email around noon and that would be great.

Best,

Kirk


Kirk,

5/19/23

Please let this email serve as confirmation that your statements below are accurate.

Best,

Paul Nielsen
TRPA Special Projects Manager

[Emails with State Parks]

-----Original Message-----
From: Kirk Boyd <jkb@drjkb.com>
Sent: Wednesday, May 24, 2023 4:27 PM
To: Hartman, Silver@Parks <Silver.Hartman@parks.ca.gov>
Subject: Court update on timing

Hello Silver,

Today the Court granted an extension until June 2 to determine if, as is the case with TRPA, there is no absolute prohibition on the cables being removed between Memorial Day and Labor Day, as long as all specific conditions provided by State Lands are met.

I have seen the letter that AT&T's contractor has sent State Lands saying it's their understanding that there is a prohibition on the removal work until the fall. They are telling the Judge that State Lands is imposing an absolute prohibition and the Court needs clarification.

It has been over a year and a half since AT&T agreed to remove its cables. Fire, weather and logistics could all cause further delays in the fall. It is best , as TRPA has done, to allow the removal with specific conditions including professional monitoring at a time when the weather is good and multiple boat ramps, including the largest one on the lake, are available.

Thank you for helping us provide a brief answer to the Court as TRPA has done.

Best,

Kirk

On May 25, 2023, at 9:07 AM, Hartman, Silver@Parks <Silver.Hartman@parks.ca.gov> wrote:

Hello Kirk,

ATT may proceed with the cable removal project over the summer providing that all permits are obtained, CEQA is in compliance, and all CA Department of Parks and Recreation (DPR) condition measures are met.  Project changes such as equipment upgrades and seasonal timing will need to be revaluated under CEQA and DPR specialist staff will need to update condition measures as appropriate regarding potential impacts to wildlife, recreation, and submerged cultural resources.

Thank you,
Silver