# EXHIBIT 3

May 30, 2023

Navi,

Good morning. I hope that you had a good Memorial Day weekend. It was nice here in Tahoe and I made it down to the lake. The large winter snow levels have made the lake level high.

My emails are much more factual than advocacy. The only thing I would advocate is precisely what Court expects us to do, and that is to genuinely apply the Consent Decree. We should work together to get the cables removed from the lake by July 27, 2023, in accordance with the Decree.

To that end, I'm attaching photographs showing boat ramps that are immediately available at Tahoe City and on the Westshore for the removal of the cables. I took these photographs on May 5, 2023, well before Memorial Day, but no inquiries have been made by AT&T for the use of these facilities, even though one of them, Lake Forest, is the largest boat ramp on Lake Tahoe, and it has a parking area that can accommodate trucks. The other, Obexer's, is located along Westshore near where AT&T's longest cable lies near the shore.

Both of these ramps are immediately available.

The photograph with the truck shows the full breath of the ramp and the breakwater at Lake Forest. The size of this location permits a barge with an excavator to move inside secure water and load the bundles of cable onto the trucks. (It will only take 9 or 10 trucks to take away the cables.)



The photograph with the orange boat shows the parking area at Lake Forest adjacent to the ramp. It is also a fairly straight shot from the parking lot up to the highway so that the trucks have easy access and departure.



The photograph of Obexer's ramp on Westshore shows the ramp entrance. A barge can be moved into position on the other side of the wall to the left so that the bundles can be swung into the trucks.



As I have mentioned in conversation and in writing, a local barge owner, Tahoe Marine and Excavation has two barges in the water now at Tahoe City. This is less than a half a mile to the Lake Forest ramp. The photograph shows both of the barges in the water at Tahoe City Marina. As you can see, one of the barges has an excavator on it which is fully operational. All are ready for immediate use for removal of the cables.



I have told you that there is a detailed estimate for the removal of the cables by Tahoe Marine and Excavating. Here is the detailed breakdown. Tahoe Marine and Excavating has 30 years of experience working at both of these ramps.

Calculations for Cable removal by Tahoe Marine and Excavating

Start Date: Immediately
Completion Date: Within 2-3 weeks.

Removal Process:

8 miles of cable
8 miles is 42,240 feet
Cables pinched with pneumatic pincher into 30-foot lengths
Total number of links is 1,408
Cables weigh 8 pounds per foot
Total weight per 30-foot cable is 240 pounds
Total weight for 1,408 cables is 337,920 pounds
The two barges can carry 150,000 pounds per trip
Conservative estimate is three tugboat pushes of two barges to Lake Forest
Loader truck beds that can dump the cable when the trucks deliver carry 40,000 pounds each
It would take approximately 9 loader trucks to take away the 337,920 pounds of cables
It takes approximately 5 minutes to pull and cut each 30-foot piece of cable on the barges
At 1,408 cuts, this is 7,040 minutes of work
7,040 minutes equals 117.33 hours
Average working day of barges is 10 hours
Cable can be removed in 12 days
Add two days of time for loading bundles into 9 trucks
Cables can be removed and taken away in 14 days
Cost for two barges, two excavators, a pneumatic pincher, and a tugboat: 30,000 per day
14 days at 30,000 per day is $420,000

This $420,000 estimate has been approved by Matty Daniels, owner of Tahoe Marine and Excavating.

I am ready to work together every day this week, up until the filing of our Joint Status Update with the Court on Friday, June 2. Let us show the Court that we have a detailed logistical plan with a timeline.

Best,

Kirk