**EXHIBIT 4**

June 1, 2023

RE: Decommissioned AT&T Cable in Rubicon Bay

Dear Navi & Deborah -

We would like to formally follow up to our letters from December 2020, May 2021, and January 2023, regarding the continued presence of an 8+ mile long, decommissioned telecommunications cable at the bottom of Rubicon Bay.

As stated previously, we greatly appreciated AT&T's willingness to prioritize a productive path forward as outlined in the November 2021 consent decree with California Sportfishing Protection Alliance. We remained supportive and patient through a number of extensions to the terms of that agreement, as we viewed it to be the quickest path to removal.

However, we are increasingly frustrated by the continued presence of this cable. The fact that +18 months have passed since the agreement and the cables remain in Lake Tahoe is objectively disappointing. We expected a higher level of accountability by AT&T in making such a public commitment, despite the obstacles. The lack of follow through casts doubt on whether this situation is being treated with the urgency it demands.

We have reiterated multiple times that the presence of lead within the cables, gradually leaching into the lake near our homes, brings the potential for long term consequences to anyone who enters the water, including our families and children.

To date, neither AT&T nor Paul Hastings has responded to any of our letters, despite our stated fears of the negative health and environmental impacts. None of these apprehensions have been addressed, much less assuaged. Furthermore, the lack of communication seemingly disregards and dismisses the negative impact this cable has on us, and others in the Lake Tahoe community.

We would ask that AT&T take all efforts to remove this cable from Rubicon Bay now, and eagerly await any additional context to the current situation you are willing to provide.

Best regards,

| | | |
|---|---|---|
| Roger, Carol, Natalie & Dylan Dreyer | David, Jocelyn, Edward, Austin & Tennyson Teece | Mark, Meganne, Ryan & Rory Houghton-Berry |
| George Boutros | Thomas & Pauline Jeffers | Sam & Cindy Livermore |
| Norman B. Livermore III | Evan, Kaitlin & Arthur Dreyer | Ryan, Kelsey, Roy & Rayven Wallace |
| Brock & Lisa Metcalf | Ned & Carol Speiker | Marten & Jane Abrahamsen |
| | Bruce & Elizabeth Dunlevie | |