ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
andrew@packardlawoffices.com
wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
KLAMATH ENVIRONMENTAL LAW CENTER
1125 16th Street, Suite 204
Arcata, CA  95521
Tel: (707) 630-5061
Fax: (707) 630-5064
Email: wverick@igc.org

J. KIRK BOYD (State Bar No. 122759)
LAW OFFICE OF JOHN KIRK BOYD
548 Market St., Suite 1300
San Francisco, CA 94104-5401
Tel: (415) 440-2500
jkb@drjkb.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-MCE-JDP<br><br>**DECLARATION OF JOHN KIRK BOYD IN SUPPORT OF PLAINTIFF'S STATUS UPDATE**<br><br>Zoom Conference<br>June 22, 2023 10:00 a.m. |

1. I am one of the attorneys representing the Plaintiff in the above captioned case.

BOYD DECL. ISO PLAINTIFF'S STATUS UPDATE

2. I make this declaration in support of Plaintiff's Status Update submitted on June 15, 2023. Unless otherwise indicated, I have personal knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

3. I have spoken with representatives at the Tahoe Regional Planning Agency, and California State Parks regarding the permits for removal operations pursuant to this case.

4. From these conversations, and follow up emails, it is my understanding that neither of the permits issued by these agencies creates an absolute prohibition on Defendant's activities removing the Cables from Lake Tahoe between Memorial Day and Labor Day, 2023.

5. I have never represented to this Court, or to anyone else, that the lack of an absolute prohibition, timewise, means that under the permits anyone is "entitled to do whatever they want."

6. What I have a represented, and continue to represent, is that there is no absolute prohibition on Defendant's removal activities between Memorial Day and Labor Day, but those activities must be done in accordance with the conditions in the permits, such as having a wildlife observer on the barge, signage on the barge, and a tender with the barge to warn off recreational boats.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 15, 2023 in Lake Tahoe, California.

By: /s/ John Kirk Boyd
JOHN KIRK BOYD