ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
andrew@packardlawoffices.com
wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
KLAMATH ENVIRONMENTAL LAW CENTER
1125 16th Street, Suite 204
Arcata, CA  95521
Tel: (707) 630-5061
Fax: (707) 630-5064
Email: wverick@igc.org

J. KIRK BOYD (State Bar No. 122759)
LAW OFFICE OF JOHN KIRK BOYD
548 Market St., Suite 1300
San Francisco, CA 94104-5401
Tel: (415) 440-2500
jkb@drjkb.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>   Plaintiff,<br><br>   v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>   Defendant. | CASE NO. 2:21-cv-00073-MCE-JDP<br><br>**SECOND DECLARATION OF JOHN KIRK BOYD IN SUPPORT OF PLAINTIFF'S STATUS UPDATE**<br><br>Zoom Conference<br>June 22, 2023 10:00 a.m. |

1.   I am one of the attorneys representing the Plaintiff in the above captioned case.

2. I make this Second Declaration in support of Plaintiff's Status Update submitted on June 15, 2023. Unless otherwise indicated, I have personal knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

3. On June 16, 2023, I received an email from Patrick Moeszinger, Senior Environmental Scientist, with the California Department of Fish and Wildlife (CDFW). (Attached hereto as Exhibit 1).

4. The email confirms that the permit issued by CDFW for the cable removal activities does not prohibit those activities between Memorial Day and Labor Day, 2023. Still, conditions on the physical activities commenced during that time must be met.

5. This email is submitted along with Plaintiff's Status Update as it may be useful to the Court and the parties when they meet on June 22, 2023, and discuss whether there is an absolute prohibition on removal activities between Memorial Day and Labor Day.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 16, 2023, in Lake Tahoe, California.

By: /s/ John Kirk Boyd
JOHN KIRK BOYD