Exhibit 1 to Boyd Second Declaration

**From:** "Moeszinger, Patrick@Wildlife" <Patrick.Moeszinger@wildlife.ca.gov>
**Date:** June 16, 2023 at 9:14:30 AM PDT
**To:** Kirk Boyd <jkb@drjkb.com>
**Subject: RE: Permit for removal of cables in Lake Tahoe**

Hi Kirk,

I can confirm that the CDFW Lakebed Alteration Agreement (Notification No. PLA-33225-R2) does not prohibit project activities occurring between Memorial Day and Labor Day. There are measures in the Agreement such as Measure 2.6 (Nesting Bird Survey) and Measures 2.9 and 2.10 (Tahoe Yellow Cress Planning and Take Avoidance Surveys, respectively) that require preconstruction surveys and oversight by a CDFW-approved designated biologist in order to avoid impacts to biological resources protected by the Fish and Game Code. However, those measures do not restrict the time of year when project activities may occur.

Cheers,

Patrick Moeszinger / Senior Environmental Scientist (Specialist)

Habitat Conservation Planning Branch / North Central Region

Placer County and Lake Tahoe Basin

(916) 767-3935 / Patrick.Moeszinger@wildlife.ca.gov