NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
DEBORAH SCHMALL (SBN 112052)
deborahschmall@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | Case No. 2:21-cv-00073-MCE-JDP<br><br>**DEFENDANT'S STATUS REPORT**<br><br><br>Judge:      Hon. Jeremy D. Peterson<br>Courtroom:  9<br>Date:       July 19, 2023<br>Time:       2:00 p.m. |

In accordance with the Court's June 22, 2023 order, Defendant Pacific Bell Telephone Company (Defendant) respectfully submits this status report in advance of the conference set for July 19, 2023.

As previously reported, Defendant submitted to California Department of Parks and Recreation (State Parks) in May 2023 a written request to enter Lake Tahoe.  Defendant's consultant spoke with State Parks on July 10 and was informed State Parks is still evaluating the request.

Counsel for the parties have conferred on the current status and remain at an impasse regarding removal of the cables.

Defendant will be prepared to update the Court with any additional developments at the July 17 status conference.

Respectfully submitted,

DATED:  July 11, 2023                                      PAUL HASTINGS LLP


                                                          By: /s/ Navi Singh Dhillon
                                                              NAVI SINGH DHILLON

                                                              Attorneys for Defendant,
                                                              PACIFIC BELL TELEPHONE
                                                              COMPANY

DEFENDANT'S STATUS REPORT