ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
andrew@packardlawoffices.com
wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
KLAMATH ENVIRONMENTAL LAW CENTER
1125 16th Street, Suite 204
Arcata, CA  95521
Tel: (707) 630-5061
Fax: (707) 630-5064
Email: wverick@igc.org

J. KIRK BOYD (State Bar No. 122759)
LAW OFFICE OF JOHN KIRK BOYD
548 Market St., Suite 1300
San Francisco, CA 94104-5401
Tel: (415) 440-2500
jkb@drjkb.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-MCE-JDP<br><br>**PLAINTIFF'S STATUS UPDATE**<br><br><br>Zoom Conference<br><br>June 19, 2023 2:00 p.m. |

  This Court ordered the parties to file a Status Update by July 12, 2023, in preparation for a Status Conference via zoom on July 19, 2023.  This is the Plaintiff's Status Update.

PLAINTIFF'S STATUS UPDATE

On July 10, 2023, the parties met and conferred via zoom to discuss the timing and location for the removal of the cables in Lake Tahoe pursuant to the Consent Decree.

It was a productive zoom conference. AT&T confirmed that it is prepared to commence the removal process on September 6, 2023, as long as the new permit request that AT&T submitted to State Parks in May is approved by State Parks. AT&T's counsel also confirmed that mobilization arrangements are being made so that when a new permit is received, removal work can begin on September 6, 2023.

Plaintiff has offered to work with Defendant in any manner possible to help ensure that the removal work does indeed commence on September 6th, and asks the Court to actively encourage the parties to take all steps possible to ensure that the September 6th commencement date is adhered to, and that the Cables are removed from Lake Tahoe without further delay.

To this end, a further status conference on August 16, 2023 is in order.

Respectfully submitted,

DATED: July 12, 2023                    LAW OFFICES OF ANDREW L. PACKARD


By: /s/ Andrew L. Packard
      Andrew L. Packard

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE