| CAED 435 (Rev. 04/18) | United States District Court, Eastern District of California | FOR COURT USE ONLY |
|---|---|---|
| | **TRANSCRIPT ORDER** | DUE DATE: |

PLEASE *Read Instruction Page* (attached):

| 1. YOUR NAME<br>Navi Dhillon | 2. EMAIL<br>navidhillon@paulhastings.com | 3. PHONE NUMBER<br>415-203-8805 | 4. DATE<br>July 19, 2023 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS<br>101 California Street, 48th Floor | | 6. CITY<br>San Francisco | 7. STATE<br>CA | 8. ZIP CODE<br>94111 |
| 9. CASE NUMBER<br>2:21-cv-00073-JDP | 10. JUDGE<br>Jeremy D. Peterson | DATES OF PROCEEDINGS | | |
| | | 11. FROM  July 19, 2023 | 12. TO | |
| 13. CASE NAME<br>California Sportfishing v. Pacific Bell Telephone Company | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Sacramento | 15. STATE  California | |

16. ORDER FOR

☐ APPEAL No.          ☐ CRIMINAL          ☐ CRIMINAL JUSTICE ACT          ☐ BANKRUPTCY
☐ NON-APPEAL         ☑ CIVIL              ☐ IN FORMA PAUPERIS            ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)  *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Status Conference Hearing | July 19, 2023 | Mira Woodworth ECRO |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

18. ORDER         (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☑ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |
| CERTIFICATION (19 & 20) By signing below, I certify I will pay all charges (deposit plus additional). | | | | ESTIMATE TOTAL | |

| 19. SIGNATURE  /s/ Navi Dhillon | PROCESSED BY |
|---|---|
| 20. DATE<br>July 19, 2023 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |