1  NAVI DHILLON (SBN 279537)
   navidhillon@paulhastings.com
2  CHRISTOPHER J. CARR (SBN 184076)
   chriscarr@paulhastings.com
3  DEBORAH SCHMALL (SBN 112052)
   deborahschmall@paulhastings.com
4  LUCAS GRUNBAUM (SBN 314180)
   lucasgrunbaum@paulhastings.com
5  PAUL HASTINGS LLP
   101 California Street, 48th Floor
6  San Francisco, California  94111
   Telephone:  (415) 856-7000
7  Fax: (415) 856-7100

8  Attorneys for Defendant
   PACIFIC BELL TELEPHONE COMPANY
9

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12

13  CALIFORNIA SPORTFISHING              CASE NO. 2:21-cv-00073-MCE-JDP
    PROTECTION ALLIANCE,
14                                       **[PROPOSED] ORDER VACATING
              Plaintiff,                 CONSENT DECREE**
15
         v.
16                                       Action Filed:  January 14, 2021
    PACIFIC BELL TELEPHONE COMPANY,      Trial Date:    None
17
              Defendant.
18

19

20

21

22

23

24

25

26

27

28

                        [PROPOSED] ORDER

1

## [PROPOSED] **ORDER**

2    In November 2021, the Court entered an Amended Consent Decree (Consent Decree),

3 which memorialized the terms of the parties' voluntary settlement.  ECF No. 22.  On July 27,

4 2023, Defendant Pacific Bell Telephone Company (Defendant) filed a notice stating it had elected

5 to terminate the Consent Decree.  Along with that notice, Defendant submitted written

6 correspondence reflecting Plaintiff California Sportfishing Protection Alliance's position on the

7 matter.

8    In light of the record before the Court, and good cause appearing, the Court hereby

9 VACATES the Consent Decree.  Consistent with Section 2 of the Consent Decree, the parties are

10 hereby restored to their respective legal positions prior to the entry of the Consent Decree.

11    A status conference was previously set for August 24, 2023.  The parties are directed to

12 file case management statements by no later than August 17, 2023.

13

14    **IT IS SO ORDERED.**

15

16 Dated: _____        _____

17                               JEREMY D. PETERSON
                                 UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28