ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
andrew@packardlawoffices.com
wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
KLAMATH ENVIRONMENTAL LAW CENTER
1125 16th Street, Suite 204
Arcata, CA  95521
Tel: (707) 630-5061
Fax: (707) 630-5064
Email: wverick@igc.org

J. KIRK BOYD (State Bar No. 122759)
LAW OFFICE OF JOHN KIRK BOYD
548 Market St., Suite 1300
San Francisco, CA 94104-5401
Tel: (415) 440-2500
jkb@drjkb.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-MCE-JDP<br><br>**PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S NOTICE OF ELECTION TO VACATE CONSENT DECREE**<br><br><br>Hon. Jeremy D. Peterson<br><br>Courtroom 9 |

PLAINTIFF'S NON-OPPOSITION TO VACATE CONSENT DECREE

Defendant now seeks to terminate the Consent Decree allegedly because no agreement was reached as to when their cables containing lead would be removed from Lake Tahoe. The facts show, however, that an agreement was reached to commence removing the cables on September 6, 2023, therefore, the proposed termination is in violation of the Consent Decree.

Still, environmental harm continues while the cables are in the lake with 139,000 pounds of leaching lead. Plaintiff does not wish to get bogged down in litigation of the Consent Decree and will focus on prevailing on the merits. Let science be the guide to the resolution of this matter.

Respectfully submitted,                                    LAW OFFICE OF JOHN KIRK BOYD

DATED:  July 31, 2023                                      By:  /S/ J. Kirk Boyd
                                                                            JOHN KIRK BOYD

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE