NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
DEBORAH SCHMALL (SBN 112052)
deborahschmall@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  (415) 856-7000
Fax: (415) 856-7100

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-MCE-JDP<br><br>**[PROPOSED]** ORDER VACATING CONSENT DECREE<br><br>Action Filed: January 14, 2021<br>Trial Date:    None |

## [PROPOSED] ORDER

In November 2021, the Court entered an Amended Consent Decree (Consent Decree), which memorialized the terms of the parties' voluntary settlement. ECF No. 22. On July 27, 2023, Defendant Pacific Bell Telephone Company (Defendant) filed a notice stating it had elected to terminate the Consent Decree. Along with that notice, Defendant submitted written correspondence reflecting Plaintiff California Sportfishing Protection Alliance's position on the matter.

In light of the record before the Court, and good cause appearing, the Court hereby VACATES the Consent Decree. Consistent with Section 2 of the Consent Decree, the parties are hereby restored to their respective legal positions prior to the entry of the Consent Decree.

A status conference was previously set for August 24, 2023. The parties are directed to file case management statements by no later than August 17, 2023.

IT IS SO ORDERED.

Dated:   July 31, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE