## PROPOSED SCHEDULE

| Event | Proposed Date |
|---|---|
| Rule 26(a)(1) Initial Disclosures | September 14, 2023 |
| Deadline for pleading amendments | October 9, 2023 |
| Fact-discovery cut-off date | February 26, 2024 |
| Plaintiff's Expert Disclosures | April 1, 2024 |
| Defendant's Expert Disclosures | April 1, 2024 |
| Rebuttal Expert Disclosures | April 15, 2024 |
| Close of Discovery | May 17, 2024 |
| Deadline to file dispositive and *Daubert* motions | June 14, 2024 |
| Responses to dispositive and *Daubert* motions | July 9, 2024 |
| Replies in support of dispositive and *Daubert* motions | July 23, 2024 |
| Deadline for pre-trial filings, e.g., exhibits, deposition designations. | July 30, 2024 |
| Responses to pre-trial filings | August 19, 2024 |
| Final pre-trial conference | August 26, 2024 |
| Bench trial – estimated 4-5 days | September 16, 2024 |