NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
DEBORAH SCHMALL (SBN 112052)
deborahschmall@paulhastings.com
PETER MEIER (SBN 179019)
petermeier@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  (415) 856-7000
Fax: (415) 856-7100

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-MCE-JDP<br><br>**NOTICE OF APPEARANCE OF PETER MEIER** |

TO THE CLERK OF THE COURT AND ALL PARTIES:

    PLEASE TAKE NOTICE that Peter Meier (petermeier@paulhastings.com) of Paul Hastings LLP, 101 California Street, 48th Floor, San Francisco, California 94111, Telephone: 1 (415) 856-7030, Facsimile: 1 (415) 856-7100, hereby enters his appearance in the above-captioned action as counsel of record for Defendant Pacific Bell Telephone Company.  Any pleadings and papers filed or served in this action should be served at the address above.

    Respectfully submitted,

DATED:  August 22, 2023                        PAUL HASTINGS LLP

By:     */s/ Peter Meier*
         PETER MEIER

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY