NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
DEBORAH SCHMALL (SBN 112052)
deborahschmall@paulhastings.com
PETER MEIER (SBN 179019)
petermeier@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>       Plaintiff,<br><br>   v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>       Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**NOTICE OF APPEARANCE OF HARIKLIA KARIS** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Hariklia ("Carrie") Karis (hkaris@kirkland.com) of Kirkland & Ellis LLP, 300 N. LaSalle Street, Chicago, Illinois 60654, Telephone (312) 862-2330, Facsimile (312) 862-2200, hereby enters her appearance in the above-captioned action as counsel of record for Defendant Pacific Bell Telephone Company. Any pleadings and papers filed or served in this action should be served at the address above.

Respectfully submitted,

DATED: August 24, 2023                 KIRKLAND & ELLIS LLP

By: */s/ Hariklia Karis*
HARIKLIA ("CARRIE") KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY