ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060; Fax: (707) 782-4062
Email: andrew@packardlawoffices.com
       wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
KLAMATH ENVIRONMENTAL LAW CENTER
1125 16th Street, Suite 204
Arcata, CA 95521
Tel: (707) 630-5061; Fax: (707) 630-5064
Email: wverick@igc.org

J. KIRK BOYD (State Bar No. 122759)
LAW OFFICE OF JOHN KIRK BOYD
548 Market St., Suite 1300
San Francisco, CA 94104-5401
Tel: (415) 440-2500
Email: jkb@drjkb.com

BRIAN ACREE (State Bar No. 202505)
LAW OFFICES OF BRIAN ACREE
331 J Street, Suite 200
Sacramento, CA 95814
Tel: (916) 505-6861
Email: brian@brianacree.com
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>　　Plaintiff,<br><br>　v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>　　Defendant. | Case No. 2:21-cv-00073-MCE-JDP<br><br>SUPPLEMENTAL BRIEFING RE CASE MANAGEMENT SCHEDULE |

//

//

1    Pursuant to the Court's direction at the case management conference, held August 24, 2023 at 10:00 via Zoom, Plaintiff submits the following supplemental briefing setting forth its revised proposed schedule. The parties met and conferred on this issue on August 24th and 25th, but were unable to reach an agreement on any of the dates other than with respect to initial disclosures and the deadline for pleading amendments.

   As the Court is aware, this case involves a cable that is currently situated at the bottom of Lake Tahoe at depths exceeding 100 feet, and running approximately 8 miles long. As part of its fact discovery, Plaintiff will need to send divers along the length of this cable, and at various points, collect photographs and samples. The timing proposed by the Parties in their respective case management conference statements, upon further reflection, is challenging given that the time for fact discovery is primarily dominated by the winter months, when it may be impossible or unsafe to access the cable.

   Furthermore, Plaintiff still needs to identify, vet, and retain experts; coordinate an inspection and sampling schedule; and then execute that schedule. Plaintiff is a non-profit organization with limited resources, and lacks the funding that grants the flexibility that Defendant enjoys. As with many environmental cases, this case will require laboratory testing, analysis, and review – which will then inform next steps in the discovery process. Each of those steps takes time, and many are beyond Plaintiff's ability to control. To be clear, Plaintiff has a keen interest in resolving this case as quickly as possible. However, the practical realities of collecting evidence from a submerged cable and the waters surrounding it should be taken into account when setting deadlines in this case. While Plaintiff will endeavor to adhere to the schedule suggested below, it may be necessary for the reasons stated above to seek a continuance into the summer diving season.

//
//
//
//
//

Plaintiff proposes the dates below, which represent a modest extension to the schedule previously submitted to the Court:

I. Rule 26(a)(1) Initial Disclosures: **September 14, 2023**;

II. Deadline for pleading amendments: **October 9, 2023**;

III. Exchange of expert report topics: **April 10, 2024**;

IV. Exchange of expert disclosures and reports: **May 1, 2024**;

V. Supplemental expert reports: **June 1, 2024**;

VI. Rebuttal expert disclosures and reports: **July 1, 2024**;

VII. Close of fact and expert discovery: **August 15, 2024**;

VIII. Last day to file dispositive and *Daubert* motions: **September 15, 2024**;

IX. Last day to hear dispositive and *Daubert* motions: **October 30, 2024**.

The Court expressed an interest in setting a trial date that is not likely to be moved, and to that end, Plaintiff suggests setting a case management conference for that purpose after close of fact and expert discovery, in August 2024.

    Respectfully Submitted,

    LAW OFFICES OF ANDREW L. PACKARD

    By: /s/ William Carlon

        William Carlon
        Attorney for Plaintiff
        CALIFORNIA SPORT FISHING
        PROTECTION ALLIANCE