1
2
3
4
5
6

NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
DEBORAH SCHMALL (SBN 112052)
deborahschmall@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone:  (415) 856-7000

7
8
9
10
11

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

12
13

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

14
15
16
17

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC BELL TELEPHONE COMPANY, <br><br> Defendant. | CASE NO. 2:21-cv-00073-MCE-JDP <br><br> **DECLARATION OF HARIKLIA KARIS IN SUPPORT OF UNOPPOSED REQUEST FOR AUTHORIZATION OF SUBSTITUTE SERVICE OF PROCESS** |

I, Hariklia Karis, hereby declare as follows:

1.      I am a partner at the law firm of Kirkland & Ellis LLP and counsel for Defendant Pacific Bell Telephone Company ("AT&T") in the above-captioned litigation. I submit this declaration in support of AT&T's Unopposed Request for Authorization of Substitute Service of Process.  I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2.      Attached hereto as **Exhibit A** is a true copy of an article written by Susan Pulliam *et al.*, published by the Wall Street Journal on July 9, 2023, titled "America is Wrapped in Miles of Toxic Lead Cables."

3.      Attached hereto as **Exhibit B** is a true copy of an article written by John West *et al.*, published by the Wall Street Journal on July 9, 2023, titled "How the Journal Investigated Hidden Lead Cables Circling the U.S."

4.      Attached hereto as **Exhibit C** is a true copy of an Affidavit of Non-Service provided by Jasmine Burnes, a process server hired by AT&T to serve Mr. Jones, dated August 25, 2023.

5.      Attached hereto as **Exhibit D** is a true copy of an Affidavit of Non-Service provided by Maria De La Toba, a process server hired by AT&T to serve Ms. Fortner, dated August 25, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed August 30, 2023 in Chicago, Illinois.


By: */s/ Hariklia Karis*
    HARIKLIA KARIS

KARIS DECL. ISO UNOPPOSED REQUEST
RE SUBSTITUTE SERVICE                                        CASE NO. 2:21-cv-00073-MCE-JDP