# EXHIBIT C

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

### *AFFIDAVIT OF NON-SERVICE*

| | |
|---|---|
| California Sportfishing Protection Alliance<br>*Plaintiff*<br><br>v.<br><br>Pacific Bell Telephone Company<br>*Defendant* | Civil Action No. 2:21-cv-00073 |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

**To: Seth Jones, 920 Rancheros Dr., Suite #F1, San Marcos, CA 92069-3037**
*(Name of person to whom this subpoena is directed)*

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Seth Jones on *(date)* 18 August 2023.

☐ I served the subpoena by delivering a copy to the named individual as follows:
on *(date)*; or

**XX** I returned the subpoena unexecuted because: **Unable to make contact with Servee Seth Jones**.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ 0.00.

My fees are $_____ for travel and $_____ for services, for a total of $_____

I declare under penalty of perjury that this information is true.

Date: 25 August 2023

/S/ *Jasmine Burnes*
*Server's signature*

___Jasmine Burnes – Process Server___
*Printed name and title*

FOR:   R.O.S. Consulting, Inc.
23900 W. Industrial Drive, Suite 3
Plainfield, IL 60585
*Server's address*

Additional information regarding attempted service, etc.:

**Server made two attempts at the above address. No contact was made with Servee Seth Jones. Employees at the service address did confirm that Mr. Jones was affiliated with the business located at the above address. Attempts made: <u>22 August 2023 @ 4:52 P.M. and 23 August 2023 @ 12:27 P.M.</u> @ Marine Taxonomic Services Ltd.  GEOLOCATION 33.137207-117.136418**