# EXHIBIT D

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

### *AFFIDAVIT OF NON-SERVICE*

| | |
|---|---|
| California Sportfishing Protection Alliance 00073<br>*Plaintiff*<br><br>v.<br><br>Pacific Bell Telephone Company<br>*Defendant* | Civil Action No. 2:21-cv-00073 |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

**To: Monique Fortner  2687 Waterbury Way Carlsbad, CA 92010**
   *(Name of person to whom this subpoena is directed)*

   *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Monique Fortner on *(date)* 18 August 2023.

☐ I served the subpoena by delivering a copy to the named individual as follows:
on *(date)*; or

**xx** I returned the subpoena unexecuted because: **Unable to make contact with Servee Monique Fortner**

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$    0.00  .

My fees are $_____ for travel and $_____ for services, for a total of $_____

I declare under penalty of perjury that this information is true.

 Date:  25 August 2023                                     /s/ *Maria De La Toba*
                                                                         *Server's signature*

                                                                   Maria De La Toba – Process Server
                                                                          *Printed name and title*

                                                           FOR:    R.O.S. Consulting, Inc.
                                                                  23900 W. Industrial Drive, Suite 3
                                                                         Plainfield, IL 60585
                                                                          *Server's address*

Additional information regarding attempted service, etc.:

**Server made two attempts at the above address. No contact was made with Servee Monique Fortner. Attempts made:  August 20, 2023 @ 5:31 P.M. and 23 August 2023 @ 8:15 A.M. @ 2687 Waterbury Way, Carlsbad, CA 92010 GEOLOCATION 33.171844-117.314655**
*NOTE: 23 Aug 2023 Blue Chevrolet Silverado present: CA 28285M3*