NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
DEBORAH SCHMALL (SBN 112052)
deborahschmall@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-MCE-JDP<br><br>**DECLARATION OF NAVI SINGH DHILLON IN SUPPORT OF UNOPPOSED REQUEST FOR AUTHORIZATION OF SUBSTITUTE SERVICE OF PROCESS** |

I, Navi Singh Dhillon, hereby declare as follows:

1. I am a partner at the law firm of Paul Hastings LLP and am counsel for Defendant Pacific Bell Telephone Company ("AT&T") in the above-captioned litigation. I submit this declaration in support of AT&T's Unopposed Request for Authorization of Substitute Service of Process. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true copy of the subpoena directed to Seth Jones on August 4, 2023.

3. Attached as **Exhibit 2** is a true copy of the subpoena directed to Monique Fortner on August 4, 2023.

4. Attached as **Exhibit 3** are true copies of Affidavits of Non-Service, dated August 20, 2023, provided by Ricardo Hazael Ruiz Urias, Robert Keith Giddens, Jose Rosas, and Manuel Robles, who are each process servers hired by AT&T to serve Mr. Jones.

5. Attached as **Exhibit 4** are true copies of Affidavits of Non-Service, dated August 22, 2023 and August 29, 2023, provided by Ruben Zepeda-Ray, and Manuel Robles, process servers hired by AT&T to serve Ms. Fortner.

6. Attached as **Exhibit 5** is an Affidavit of Non-Service, dated August 20, 2023, provided by Vicci Ewen, a process server hired by AT&T to serve Ms. Fortner at an address in Rogue River, Oregon.

7. Attached as **Exhibit 6** is a true copy of an e-mail exchange between Seth Jones and my partner at Paul Hastings, Peter Meier, copying Monique Fortner, me, and other counsel for AT&T, dated between August 16, 2023, and August 23, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1. Executed August 30, 2023 in San Francisco, California.

By: */s/ Navi Singh Dhillon*
    NAVI SINGH DHILLON