# EXHIBIT 3

| | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| **Attorney or Party without Attorney:**<br>Navi Singh Dhillon, SBN: 279537<br>Paul Hastings LLP<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br>TELEPHONE No.: (415) 856-7000 FAX No. (Optional): (415) 856-7100 | | E-MAIL ADDRESS (Optional): | | |
| Attorney for: Defendant | | Ref No. or File No.: | | |

**Insert name of Court, and Judicial District and Branch Court:**
United States District Court - Eastern District of California

Plaintiff: CALFORNIA SPORTSFISHING PROTECTION ALLIANCE
Defendant: PACIFIC BELL TELEPHONE COMPANY

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:21-cv-00073 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **SETH JONES AKA SETH JOSEPH JONES**

Documents: **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action**

| Date | Time | Results |
|---|---|---|
| 8/4/2023 | 3:50 PM | I spoke with a "Jane Doe" who stated the subject is not in and should be in on Monday. - RICARDO HAZAEL RUIZ URIAS |
| | Location: | 920 RANCHEROS DRIVE, SUITE F1, SAN MARCOS, CA 92069 |

Fee for Service: $ 554.00
    County: SAN DIEGO
    Registration No.: 3350
    Specialized Legal Services, Inc.
    1112 Bryant St., Suite 200
    San Francisco, CA 94103
    (415) 357-0500

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 20, 2023.

Signature: _____
RICARDO HAZAEL RUIZ URIAS

**NON SERVICE REPORT**

Order#: P203727

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Navi Singh Dhillon, SBN: 279537<br>Paul Hastings LLP<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br>TELEPHONE No.: (415) 856-7000   FAX No. (Optional): (415) 856-7100<br>Attorney for: Defendant | E-MAIL ADDRESS (Optional):<br><br>Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Eastern District of California

Plaintiff: CALFORNIA SPORTFISHING PROTECTION ALLIANCE
Defendant: PACIFIC BELL TELEPHONE COMPANY

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:21-cv-00073 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **SETH JONES AKA SETH JOSEPH JONES**

Documents: **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action**

| Date | Time | Results |
|---|---|---|
| 8/7/2023 | 4:05 PM | I spoke with a "John Doe" who stated the subject is not in and does not know his schedule. - ROBERT KEITH GIDDENS |
| | Location: | 920 RANCHEROS DRIVE, SUITE F1, SAN MARCOS, CA 92069 |
| 8/9/2023 | 10:34 AM | Per Grace, the subject is out of the country and won't be back for a couple of weeks. - ROBERT KEITH GIDDENS |
| | Location: | 920 RANCHEROS DRIVE, SUITE F1, SAN MARCOS, CA 92069 |

Fee for Service: $ 554.00
     County: SAN DIEGO
     Registration No.: 1371
     Specialized Legal Services, Inc.
     1112 Bryant St., Suite 200
     San Francisco, CA 94103
     (415) 357-0500

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 20, 2023.

Signature: _____
ROBERT KEITH GIDDENS

NON SERVICE REPORT

Order#: P203727

| Attorney or Party without Attorney: <br> Navi Singh Dhillon, SBN: 279537 <br> Paul Hastings LLP <br> 101 California Street, 48th Floor <br> San Francisco, CA 94111 <br> TELEPHONE No.: (415) 856-7000 | FAX No. (Optional): (415) 856-7100 | E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|---|---|
| Attorney for: Defendant | | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Eastern District of California

Plaintiff: CALFORNIA SPORTFISHING PROTECTION ALLIANCE
Defendant: PACIFIC BELL TELEPHONE COMPANY

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:21-cv-00073 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **SETH JONES AKA SETH JOSEPH JONES**

Documents: **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action**

| Date | Time | Results |
|---|---|---|
| 8/8/2023 | 11:35 AM | The subject is not in per Grace Teller and said he most likely won't be in for the next two weeks. - JOSE ROSAS |
| | Location: | 920 RANCHEROS DRIVE, SUITE F1, SAN MARCOS, CA 92069 |

Fee for Service: $ 554.00
County:
Registration No.:
**Specialized Legal Services, Inc.
1112 Bryant St., Suite 200
San Francisco, CA 94103
(415) 357-0500**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 20, 2023.

Signature: _____
JOSE ROSAS

**NON SERVICE REPORT**

Order#: P203727

| Attorney or Party without Attorney: Navi Singh Dhillon, SBN: 279537<br>Paul Hastings LLP<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br>TELEPHONE No.: (415) 856-7000   FAX No. (Optional): (415) 856-7100   E-MAIL ADDRESS (Optional):<br>Attorney for: Defendant   Ref No. or File No.: | FOR COURT USE ONLY |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Eastern District of California

Plaintiff: CALFORNIA SPORTFISHING PROTECTION ALLIANCE
Defendant: PACIFIC BELL TELEPHONE COMPANY

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:21-cv-00073 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **SETH JONES AKA SETH JOSEPH JONES**

Documents: **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action**

| Date | Time | Results |
|---|---|---|
| 8/9/2023 | 7:52 PM | No answer at door at time of attempt. No lights are on and there are no vehicles present. - MANUEL ROBLES |
| | Location: | 833 VERA STREET, SOLANA BEACH, CA 92705 |
| 8/10/2023 | 7:19 PM | No answer at door at time of attempt. No changes. I placed a marker at the door. - MANUEL ROBLES |
| | Location: | 833 VERA STREET, SOLANA BEACH, CA 92705 |
| 8/11/2023 | 6:20 PM | No answer at door at time of attempt. I can hear a dog barking. The garage door is open. There is a Porsche parked in the garage with Oregon license plate. - MANUEL ROBLES |
| | Location: | 833 VERA STREET, SOLANA BEACH, CA 92705 |
| 8/13/2023 | 7:10 AM | No answer at door at time of attempt. Garage door is closed. No answer at the neighbors. - MANUEL ROBLES |
| | Location: | 833 VERA STREET, SOLANA BEACH, CA 92705 |
| 8/14/2023 | 8:15 PM | There are lights on but there was no answer at the door. No vehicles present. Garage door is closed. - MANUEL ROBLES |
| | Location: | 833 VERA STREET, SOLANA BEACH, CA 92705 |

**Continued on Next Page**

Fee for Service: $ 554.00
County: SAN DIEGO
Registration No.: 2346
Specialized Legal Services, Inc.
1112 Bryant St., Suite 200
San Francisco, CA 94103
(415) 357-0500

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 20, 2023.

Signature: _____
MANUEL ROBLES

**NON SERVICE REPORT**                                                                 Order#: P203727

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Navi Singh Dhillon, SBN: 279537<br>Paul Hastings LLP<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br>TELEPHONE No.: (415) 856-7000   FAX No. (Optional): (415) 856-7100 | E-MAIL ADDRESS (Optional): | |
| Attorney for: Defendant | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Eastern District of California

Plaintiff: CALFORNIA SPORTFISHING PROTECTION ALLIANCE
Defendant: PACIFIC BELL TELEPHONE COMPANY

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:21-cv-00073 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **SETH JONES AKA SETH JOSEPH JONES**

Documents: **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action**

| Date | Time | Results |
|---|---|---|
| | | Continued from Previous Page |
| 8/16/2023 | 7:02 AM | No answer at door at time of attempt. No vehicles present. Neighbors said they have no idea who lives there and were not cooperative. - MANUEL ROBLES |
| | Location: | 833 VERA STREET, SOLANA BEACH, CA 92705 |

Fee for Service: $ 554.00
    County:  SAN DIEGO
    Registration No.: 2346
    Specialized Legal Services, Inc.
    1112 Bryant St., Suite 200
    San Francisco, CA 94103
    (415) 357-0500

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 20, 2023.

Signature: _____
MANUEL ROBLES

**NON SERVICE REPORT**

Order#: P203727