# **EXHIBIT 4**

| | |
|---|---|
| **Attorney or Party without Attorney:**<br>Navi Singh Dhillon, SBN: 279537<br>Paul Hastings LLP<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br>TELEPHONE No.: (415) 856-7000  FAX No. (Optional): (415) 856-7100<br>**Attorney for:** Defendant | **FOR COURT USE ONLY** |
| E-MAIL ADDRESS (Optional): | |
| Ref No. or File No.: | |

**Insert name of Court, and Judicial District and Branch Court:**
United States District Court - Eastern District of California

**Plaintiff:** CALIFORNIA SPORTFISHING PROTECTION ALLIANCE
**Defendant:** PACIFIC BELL TELEPHONE COMPANY

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:21-cv-00073 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **MONIQUE FORTNER**

Documents: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

| Date | Time | Results |
|---|---|---|
| 8/4/2023 | 2:50 PM<br>Location: | No answer at door at time of attempt. - RUBEN ZEPEDA-RAY<br>1155 GOLDEN BEAR TRAIL, SOUTH LAKE TAHOE, CA 96150 |
| 8/6/2023 | 7:25 PM<br>Location: | No answer at door at time of attempt. - RUBEN ZEPEDA-RAY<br>1155 GOLDEN BEAR TRAIL, SOUTH LAKE TAHOE, CA 96150 |
| 8/7/2023 | 8:42 AM<br>Location: | No answer at door at time of attempt. There is a truck present and packages addressed to Red Lake Enterprises. - RUBEN ZEPEDA-RAY<br>1155 GOLDEN BEAR TRAIL, SOUTH LAKE TAHOE, CA 96150 |
| 8/7/2023 | 8:54 PM<br>Location: | There is someone inside the residence but refuses to answer the door. There are two trucks in the driveway and the garage was open. - RUBEN ZEPEDA-RAY<br>1155 GOLDEN BEAR TRAIL, SOUTH LAKE TAHOE, CA 96150 |
| 8/8/2023 | 6:35 PM<br>Location: | No answer at door at time of attempt. - RUBEN ZEPEDA-RAY<br>1155 GOLDEN BEAR TRAIL, SOUTH LAKE TAHOE, CA 96150 |
| 8/9/2023 | 10:15 AM<br>Location: | No answer at door at time of attempt. - RUBEN ZEPEDA-RAY<br>1155 GOLDEN BEAR TRAIL, SOUTH LAKE TAHOE, CA 96150 |

Fee for Service: $ 140.00
    County: **EL DORADO**
    Registration No.: **PS-0029**
    **Specialized Legal Services, Inc.**
    **1112 Bryant St., Suite 200**
    **San Francisco, CA 94103**
    **(415) 357-0500**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 22, 2023.

Signature: _____
RUBEN ZEPEDA-RAY

**NON SERVICE REPORT**

Order#: P203738

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Navi Singh Dhillon, SBN: 279537<br>Paul Hastings LLP<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br>TELEPHONE No.: (415) 856-7000   FAX No. (Optional): (415) 856-7100<br>E-MAIL ADDRESS (Optional):<br>Attorney for: Defendant | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Eastern District of California

Plaintiff: CALIFORNIA SPORTFISHING PROTECTION ALLIANCE
Defendant: PACIFIC BELL TELEPHONE COMPANY

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:21-cv-00073 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **MONIQUE FORTNER**

Documents: **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action**

| Date | Time | Results |
|---|---|---|
| 8/11/2023 | 5:00 PM<br>Location: | No answer at door at time of attempt. - RUBEN ZEPEDA-RAYA<br>1155 GOLDEN BEAR TRAIL, SOUTH LAKE TAHOE, CA 96150 |

Fee for Service: $ 140.00
County: **EL DORADO**
Registration No.: **PS-0029**
Specialized Legal Services, Inc.
1112 Bryant St., Suite 200
San Francisco, CA 94103
(415) 357-0500

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 22, 2023.

Signature: _____
RUBEN ZEPEDA-RAYA

**NON SERVICE REPORT**

Order#: P203738

| Attorney or Party without Attorney: Navi Singh Dhillon, SBN: 279537<br>Paul Hastings LLP<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br>TELEPHONE No.: (415) 856-7000   FAX No. (Optional): (415) 856-7100 | E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|---|
| Attorney for: Defendant | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Eastern District of California

Plaintiff: CALFORNIA SPORTFISHING PROTECTION ALLIANCE
Defendant: PACIFIC BELL TELEPHONE COMPANY

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:21-cv-00073 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **MONIQUE FORTNER**

Documents: **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action**

| Date | Time | Results |
|---|---|---|
| 8/9/2023 | 8:10 PM | I spoke with Mr. Miller (Caucasian male, 30's, 5'10", 180 lbs, brown hair) who stated Ms. Fortner was the previous tenant. He moved in October 2022. - MANUEL ROBLES |
| | Location: | 2687 WATERBURY WAY, CARLSBAD, CA 92010 |

Fee for Service: **$ 192.00**
County: **SAN DIEGO**
Registration No.: **2346**
**Specialized Legal Services, Inc.**
**1112 Bryant St., Suite 200**
**San Francisco, CA 94103**
**(415) 357-0500**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 29, 2023.

Signature: _____
**MANUEL ROBLES**

**NON SERVICE REPORT**

Order#: P203862