# EXHIBIT 5

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Navi Singh Dhillon, SBN: 279537<br>Paul Hastings LLP<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br>TELEPHONE No.: (415) 856-7000     FAX No. (Optional): (415) 856-7100<br>E-MAIL ADDRESS (Optional):<br>Attorney for: Defendant | | |
| Ref No. or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Eastern District of California

Plaintiff: CALIFORNIA SPORTFISHING PROTECTION ALLIANCE
Defendant: PACIFIC BELL TELEPHONE COMPANY

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:21-cv-00073 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **MONIQUE FORTNER**

Documents: **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action**

| Date | Time | Results |
|---|---|---|
| 8/14/2023 | 6:00 PM | I spoke with Gabriela Fortner who stated her son and Monique are currently divorced and last she heard, Monica was living in San Diego but working in Tahoe doing testing on the lake. Her son doesn't know where she is either. They only text each other as they can't be civil face to face. She has never lived here, but did use this address for schooling at University of Oregon. - VICCI EWEN |
| | Location: | 5068 E. EVANS CREEK ROAD, ROGUE RIVER, OR 97537 |

Fee for Service: $ 295.00
County: JACKSON
Registration No.:
Specialized Legal Services, Inc.
1112 Bryant St., Suite 200
San Francisco, CA 94103
(415) 357-0500

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 20, 2023.

Signature: _____
VICCI EWEN

**NON SERVICE REPORT**

Order#: P203894