```
1    NAVI DHILLON (SBN 279537)
     navidhillon@paulhastings.com
2    DEBORAH SCHMALL (SBN 112052)
     deborahschmall@paulhastings.com
3    LUCAS GRUNBAUM (SBN 314180)
     lucasgrunbaum@paulhastings.com
4    PAUL HASTINGS LLP
     101 California Street, 48th Floor
5    San Francisco, California 94111
     Telephone: (415) 856-7000
6
     HARIKLIA KARIS (*admitted pro hac vice*)
7    hkaris@kirkland.com
     ROBERT B. ELLIS (*admitted pro hac vice*)
8    rellis@kirkland.com
     MARK J. NOMELLINI (*admitted pro hac vice*)
9    mnomellini@kirkland.com
     KIRKLAND & ELLIS LLP
10   300 North LaSalle
     Chicago, IL 60654
11   Telephone: (312) 862-2000

12   Attorneys for Defendant
     PACIFIC BELL TELEPHONE COMPANY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-MCE-JDP<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED REQUEST FOR AUTHORIZATION OF SUBSTITUTE SERVICE OF PROCESS** |

Before the Court is an unopposed request by Defendant Pacific Bell Telephone Company ("AT&T") for an order authorizing substitute service of subpoenas *duces tecum* on two non-parties, Mr. Seth Jones and Ms. Monique Fortner. Having fully considered the matter, including the supporting declarations, and good cause appearing, the Court hereby GRANTS the unopposed request. AT&T may effect service of the subpoenas directed to Mr. Jones and Ms. Fortner by sending them via overnight delivery and e-mail.

**IT IS SO ORDERED.**

Dated: _____              _____
                                             Jeremy D. Peterson
                                             United State Magistrate Judge