NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
DEBORAH SCHMALL (SBN 112052)
deborahschmall@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-MCE-JDP<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED REQUEST FOR AUTHORIZATION OF SUBSTITUTE SERVICE OF PROCESS** |

    Before the Court is an update to the unopposed request by Defendant Pacific Bell Telephone Company ("Pacific Bell") for an order authorizing substitute service of subpoena *duces tecum* on a non-party, Ms. Monique Fortner. Having fully considered the matter, including the supporting declarations, and good cause appearing, the Court hereby GRANTS the unopposed request. Pacific Bell may effect service of the subpoena directed to Ms. Fortner by sending it via overnight delivery and e-mail.

**IT IS SO ORDERED.**

Dated: _____                          _____

                                                                                      Jeremy D. Peterson  
                                                                                      United States Magistrate Judge