NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone:  (415) 856-7000

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**NOTICE OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**<br><br>Judge:  Hon. Jeremy D. Peterson<br><br>Complaint Filed:  January 14, 2021<br>Zoom Hearing Date:  November 9, 2023<br>Time:  10:00 a.m.<br>Courtroom:  9 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 9, 2023, at 10:00 a.m., or as soon thereafter as counsel may be heard via Zoom,  Pacific Bell Telephone Company (Pacific Bell) will and hereby does move for an order directing Below the Blue (BtB) to produce all documents called for by the Subpoena that was served on August 9, 2023 within 14 days of the ruling on this motion.  Pursuant to Judge Peterson's Procedures for Civil Matters, "[t]he court will issue a minute order advising counsel of the time and date of the conference.  The Conference will be conducted via Zoom, and the court will provide the parties with the login information." Contact and other information for the Court and the Courtroom Deputy is available at the following website: https://www.caed.uscourts.gov/CAEDnew/index.cfm/judges/all-judges/50231/. A true copy of the Subpoena is attached as Exhibit B to the Declaration of Navi Singh Dhillon.

      Because BtB is headquartered in South Lake Tahoe, California, Pacific Bell files this Motion to Compel in the Eastern District of California pursuant to Rule 45(d)(1).

      This Motion is based upon the supporting Memorandum of Points and Authorities, the Declarations of Hariklia Karis and Navi Dhillon, all pleadings and materials on file with the Court, and all other matters presented to the Court before the Motion is taken under submission.

      Respectfully submitted,

DATED:  September 26, 2023         KIRKLAND & ELLIS

                                            By: */s/ Hariklia Karis*
                                            HARIKLIA "CARRIE" KARIS

                                            Attorney for Defendant
                                            PACIFIC BELL TELEPHONE COMPANY