NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**DECLARATION OF HARIKLIA KARIS IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**<br><br>Judge: Hon. Jeremy D. Peterson<br><br>Complaint Filed: January 14, 2021<br>Zoom Hearing Date: November 9, 2023<br>Time: 10:00 a.m.<br>Courtroom: 9 |

I, Hariklia Karis, hereby declare as follows:

1. I am a partner at the law firm of Kirkland & Ellis LLP and counsel for Defendant Pacific Bell Telephone Company (Pacific Bell) in the above-captioned litigation. I submit this declaration in support of Pacific Bell's Motion to Compel Compliance with Subpoena. Unless otherwise indicated, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit A** is a true copy of the About Us webpage from the Below the Blue website, captured September 25, 2023.

3. Attached as **Exhibit B** is a true and correct copy of an email between Susan Pulliam and Gordon Binkhorst on May 5, 2023, produced by Gordon Binkhorst as BINKHORST000850.

4. Attached as **Exhibit C** is a true copy of an email between Seth Jones, Monique Rydel Fortner, and Tom Neltner, between July 14 and 16, 2023, produced by the Environmental Defense Fund as EDF_0000001185.

5. Attached as **Exhibit D** is a true copy of the Lead Cable Investigation prepared by Marine Taxonomic Services, Ltd. on June 30, 2023, produced by the Environmental Defense Fund as EDF_0000002216.

6. Attached as **Exhibit E** is a true copy of a draft Lead Cable Investigation prepared by Marine Taxonomic Services, Ltd. on June 1, 2023, produced by the Environmental Defense Fund as EDF_0000000031.

7. Attached as **Exhibit F** is a true copy of an article written by John West *et al.*, published by the Wall Street Journal on July 9, 2023, titled "How the Journal Investigated Hidden Lead Cables Circling the U.S."

8. Attached as **Exhibit G** is a true copy of an article written by Susan Pulliam *et al.*, published Wall Street Journal on July 9, 2023, titled "America is Wrapped in Miles of Toxic Lead Cables."

9.  Attached as **Exhibit H** is a true copy of the Blog webpage from the Below the Blue website, captured September 22, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed September 26, 2023 in Chicago, Illinois.

By: */s/ Hariklia Karis*
    HARIKLIA KARIS