# EXHIBIT A

Case 2:21-cv-00073-JDP    Document 65-4    Filed 09/26/23    Page 2 of 5




# BELOW THE BLUE STARTS HERE



## OUR PURPOSE

*We dive to clean our lakes, rivers and sea.*
Our goal is to remove foreign debris from bodies of water, educate the public about pollution, and collect data that will help facilitate policy change and enforcement. We work closely with a team of environmental lawyers, local agencies and residents to help guide our path.
*We simply, get it done.*
Below the Blue is here to stay and we are not afraid to use the strength of the law to examine current policies that will help protect these systems by doing what we all know is the right thing to do.

## SETH JONES, CO-FOUNDER



**Experience**

Find us on the science side of things HERE.

More coming soon.

Seth@belowtheblue.org

## MONIQUE RYDEL FORTNER, CO-FOUNDER

**Experience**

Find us on the science side of things HERE.

On the creative side of things HERE.

More Coming soon.

Monique@belowtheblue.org

## SARINAH SIMONS, VIDEOGRAPHER



### Experience

Sarinah is a wildlife specialist, videographer and 6 year resident of the Lake Tahoe area. She first tagged along with Seth and Monique in the Fall of 2018 and couldn't believe the amount of trash that they were able to pull out of the lake after just a few hours. She began documenting some of these trash hauls in photo and video projects, and has been engaging with local partners ever since the elevate this incredible, volunteer effort by Seth, Monique and their team. Now great friends, this collaboration has evolved into Below the Blue, which is a culmination of years of hard work, real science and an absolute labor of love for our beautiful community and its ecosystems.

For more information about Sarinah's work, visit: sarinahsimons.com

Sarinah@belowtheblue.org

© 2023 BELOW THE BLUE 501(C)3  - ALL RIGHTS RESERVED.

ABOUT US
BLOG
CONTACT US