# EXHIBIT B

 Gordon Binkhorst <gbinkhorst@gmail.com>

# Re: Wall Street Journal question
1 message

**Pulliam, Susan** <susan.pulliam@wsj.com>  Fri, May 5, 2023 at 5:39 PM
To: gbinkhorst@gmail.com

Thanks! How is Monday afternoon for you?

On Fri, May 5, 2023, 5:37 PM <gbinkhorst@gmail.com> wrote:
> Happy to help.  When would you like to talk?
>
> 860-573-6288
>
> > On May 5, 2023, at 1:08 PM, Pulliam, Susan <susan.pulliam@wsj.com> wrote:
> >
> >
> > Hi Gordon. My name is Susan Pulliam. I am a reporter with the Wall Street Journal. I got your name from Jack Caravanos. I have been working with my colleagues for over a year on an article about abandoned lead telephone cables that are leaching into the soil and water around the country. We have gathered quite a bit of data for the story about the cables, including a database of 2000 cable locations which we gleaned from US Army Corp permits from between 1900 and 1960. We have also collected a database of samples of soil and water near the cables, which we had analyzed by Pace Analytical. We also did an isotopic analysis on selected sites.
> >
> > I am contacting you because we would like an expert like you to look at our sample results and procedures, including the lab reports and the field reports, that show where we went and what we did. We can also talk about the collection protocol used by an environmental consulting team that went with us to the sites. We are seeking an opinion from someone like you about whether the sampling methods we used were acceptable for the type of analysis we have done. This is obviously not a scientific study--just for a newspaper article. But we want to make sure we dont leave ourselves open to criticism for anything if possible.
> >
> > Would you have some time to hop on the phone and talk about this? We are hoping to pull things together next week.
> > Please let me know your thoughts. I appreciate your help!
> > Best,
> > Susan

BINKHORST000850

BINKHORST000850