# EXHIBIT C

**From:** Seth Jones [seth@consultmts.com]
**Sent:** 7/16/2023 3:26:25 PM
**To:** Tom Neltner [tneltner@edf.org]
**CC:** Monique Rydel-Fortner [monique@consultmts.com]; Paige Baker [pabaker@edf.org]; Lindsay McCormick [lmccormick@edf.org]; Kevin Tuerff [ktuerff@edf.org]
**Subject:** Re: [EXTERNAL] Re: Need access to client folder


Tom... these are great! Thank you for your eye and skill with smoothing the edges!
Thank you and nice work!

For the WSJ's current issue... I liked what you had previously... hopefully they will come around.


Sent from my iPhone


On Jul 16, 2023, at 6:38 AM, Tom Neltner <tneltner@edf.org> wrote:


I like the direction but the tone is a bit much. How about:

"We have personally visited over 300 sites with lead-sheathed cables in communities across America.," said Seth Jones, co-founder of Below the Blue and President of MTS. "Research suggests that there are potentially thousands of other abandoned cables across the country. Given the number cables identified across 9 states, this is not a situation that can be addressed locally. We all need to know how big a problem this truly is for our country."

Monique Rydel-Fortner, co-founder of Below the Blue and senior scientist at MTS said, "A common environmental principle is, 'Leave No Trace,' or 'Pack in, Pack out.' This new research reveals U.S. companies have grossly overlooked this basic principle. This has to stop. Evidence of lead contamination from abandoned lead telecom and power cables have led us to ask the federal government to assess the situation and take action."


**Tom Neltner**
*Senior Director, Safer Chemicals*
tneltner@edf.org
C 317-442-3973
O 202-572-3263

**EDF.org** | A vital Earth. For everyone.

Follow us: Facebook | Instagram | LinkedIn | Twitter

<image001.png>


**From:** Seth Jones <seth@consultmts.com>
**Sent:** Saturday, July 15, 2023 5:11 PM
**To:** Tom Neltner <tneltner@edf.org>
**Cc:** Monique Rydel-Fortner <monique@consultmts.com>; Paige Baker <pabaker@edf.org>; Lindsay McCormick

<lmccormick@edf.org>; Kevin Tuerff <ktuerff@edf.org>
**Subject:** Re: [EXTERNAL] Re: Need access to client folder

This is all great! They are fine as is. But if you want some more spice in them we added the proposed... you can use old, new or hybridize them. We have found you are a master with the pen.


CURRENT
"We recognize that EPA has many competing priorities and limited resources. The agency should look to the two telecom companies that are responsible for installing or managing the vast majority of the lead-sheathed cables to support the assessment and actions needed to protect the public from potential exposure." said Seth Jones, co-founder of Below the Blue and President of MTS.

Monique Rydel-Fortner, co-founder of Below the Blue and senior scientist said, "A common environmental principle is, "Leave No Trace", or "Pack In, Pack Out". This new research reveals that U.S. companies have grossly overlooked this basic principle. Evidence of lead contamination from abandoned lead telecom and power cables across America have led us to ask for a federal government to assess the situation and take action.


PROPOSED
"We appreciate the EPA's attention to this critical, escalating situation. We have personally visited over 300 sites with lead-sheathed cables in communities across America. Research suggests that there are potentially thousands. Given the number across more than 9 states, this is not a situation that can be addressed locally, especially as the two telecom companies responsible for installing or managing a majority of these cables are national. At this stage, we all need to know how big a problem this truly is for our country." said Seth Jones, co-founder of Below the Blue and President of MTS.

Monique Rydel-Fortner, co-founder of Below the Blue and senior scientist said, "A common environmental principle is, "Leave No Trace". This new research reveals that U.S. companies have made it commonplace to do the opposite. The sheer volumes of cables found shows that companies have defaulted to polluting waterways across the country for decades. This has to stop. Evidence of lead contamination from these abandoned lead telecom and power cables across America have led us to ask for a federal government to assess the situation and take action before its too late."

Sent from my iPhone


On Jul 15, 2023, at 12:13 PM, Tom Neltner <tneltner@edf.org> wrote:


Monique and Seth,

No need to call.  How do these quotes look for you two:

"We recognize that EPA has many competing priorities and limited resources. The agency should look to the two telecom companies that are responsible for installing or managing the vast majority of the lead-sheathed

cables to support the assessment and actions needed to protect the public from potential exposure," said Seth Jones, co-founder of Below the Blue, and president of MTS.

Monique Rydel-Fortner, co-founder of Below the Blue and senior scientist at MTS, said, "A common environmental principle is, "Leave No Trace," or "Pack in, Pack out." This new research reveals U.S. companies have grossly overlooked this basic principle. Evidence of lead contamination from abandoned lead telecom and power cables across America have led us to ask for a federal government to assess the situation and take action."

**Tom Neltner**
*Senior Director, Safer Chemicals*
tneltner@edf.org
C 317-442-3973
O 202-572-3263

**EDF.org** | A vital Earth. For everyone.

Follow us: Facebook | Instagram | LinkedIn | Twitter

<image001.png>

---

**From:** Monique Rydel-Fortner <monique@consultmts.com>
**Sent:** Saturday, July 15, 2023 2:25 PM
**To:** Kevin Tuerff <ktuerff@edf.org>; Tom Neltner <tneltner@edf.org>
**Cc:** Seth Jones <seth@consultmts.com>; Paige Baker <pabaker@edf.org>; Lindsay McCormick <lmccormick@edf.org>
**Subject:** Re: [EXTERNAL] Re: Need access to client folder

Hi All,

The revised final daily data collection .pdf files have been uploaded. For these reports, we removed the specific GPS locations, but not the general GPS location as we felt it was not ideal for the general public to track down that level of detail for various reasons.

EDF has access to these detailed GPS locations for each state in the raw data files (.kml, .xlsx, and .csv), If you are planning on publishing the raw data, let's discuss. The raw data files are not referenced in the final report.

Link provided again below. Let me know if you have any questions! -M

Lead Cable Investigation - Client Files

Monique Rydel Fortner :: MARINE TAXONOMIC SERVICES, LTD.
San Diego | Oregon | South Lake Tahoe
(C) 858.349.4503 (O) 760.410.8392 (F) 760.738.1802 (W) www.marinetaxonomicservices.com

---

**From:** Monique Rydel-Fortner <monique@consultmts.com>
**Sent:** Friday, July 14, 2023 05:08 PM
**To:** Kevin Tuerff <ktuerff@edf.org>; Tom Neltner <tneltner@edf.org>
**Cc:** Seth Jones <seth@consultmts.com>; Paige Baker <pabaker@edf.org>; Lindsay McCormick <lmccormick@edf.org>
**Subject:** Re: [EXTERNAL] Re: Need access to client folder

Perfect!

We will have a statement to you by midday tomorrow.

We are making a few formatting changes to the raw data and daily field reports, so I will export out a new set tomorrow as well. The final report will remain unchanged, only the attachments will be updated.

Monique Rydel-Fortner :: MARINE TAXONOMIC SERVICES, LTD.
San Diego | Oregon | South Lake Tahoe
(C) 858.349.4503 (O) 760.410.8392 (F) 760.738.1802 (W) www.marinetaxonomicservices.com

---

**From:** Kevin Tuerff <ktuerff@edf.org>
**Sent:** Friday, July 14, 2023 11:20 AM
**To:** Monique Rydel-Fortner <monique@consultmts.com>; Tom Neltner <tneltner@edf.org>
**Cc:** Seth Jones <seth@consultmts.com>; Paige Baker <pabaker@edf.org>; Lindsay McCormick <lmccormick@edf.org>
**Subject:** RE: [EXTERNAL] Re: Need access to client folder

Thank you, Monique. I have access!

I'm not sure if Tom already asked, but I'm working on a news release about our pending letter to EPA about lead cables. We'd like to get a quote from either you or Seth to include. Something that conveys what you found in the research and why it's important for federal government action.

Thank you!

**Kevin Tuerff**
*Senior Director of Communications*
*EDF Healthy Communities*

**ktuerff@edf.org**
T 512 691 3451
C 512 762 5676

257 Park Ave S | New York, NY 10010
**EDF.org** | A vital Earth. For everyone.

Follow us: Facebook | Instagram | LinkedIn | Twitter
@EDFCleanAir Twitter @EDFHealth (Safer Chemicals) Twitter

<image001.png>

---

**From:** Monique Rydel-Fortner <monique@consultmts.com>
**Sent:** Friday, July 14, 2023 2:15 PM
**To:** Tom Neltner <tneltner@edf.org>
**Cc:** Seth Jones <seth@consultmts.com>; Kevin Tuerff <ktuerff@edf.org>; Paige Baker <pabaker@edf.org>; Lindsay McCormick <lmccormick@edf.org>
**Subject:** [EXTERNAL] Re: Need access to client folder

Here you go. Please let me know if you have any questions or trouble with access. -Monique

📄 Lead Cable Investigation - Client Files

Monique Rydel-Fortner :: MARINE TAXONOMIC SERVICES, LTD.
San Diego | Oregon | South Lake Tahoe

Confidential

EDF_0000001188
EDF_0000001185

(C) 858.349.4503 (O) 760.410.8392 (F) 760.738.1802 (W) www.marinetaxonomicservices.com

**From:** Tom Neltner <tneltner@edf.org>
**Sent:** Friday, July 14, 2023 08:57 AM
**To:** Monique Rydel-Fortner <monique@consultmts.com>
**Cc:** Seth Jones <seth@consultmts.com>; Kevin Tuerff <ktuerff@edf.org>; Paige Baker <pabaker@edf.org>; Lindsay McCormick <lmccormick@edf.org>
**Subject:** Need access to client folder

Monique, would you please give access to the client folder for Paige and Kevin?

Tom

**Tom Neltner**
*Senior Director, Safer Chemicals*
tneltner@edf.org
C 317-442-3973
O 202-572-3263

EDF.org | A vital Earth. For everyone.

Follow us: Facebook | Instagram | LinkedIn | Twitter

<image001.png>

Confidential

EDF_0000001189
EDF_0000001185