# EXHIBIT H

WHAT ARE WE UP TO? FIND OUT HERE!

< All Posts

## America is Wrapped in Miles of Toxic Lead Cables - WSJ

July 10, 2023



Twisted cable with Lead sheathing and splice box. Louisiana.

Today marks a pivotal milestone in Marine Taxonomic Services, Ltd. and Below the Blue 501c3 history. Our President and CEO, Seth Jones and Sr. Project Manager, Monique Rydel-Fortner have worked tirelessly behind the scenes with the Environmental Defense Fund (EDF) and the Wall Street Journal (WSJ) for the last 18-months to sample and investigate numerous sites across the United States for potential hazardous lead impact. Their work was critical to the

Case 2:21-cv-00073-JDP   Document 65-11   Filed 09/26/23   Page 3 of 5

unleashing of two articles titled "America is Wrapped in Miles of Toxic Lead Cables" and "How the Journal Investigated Hidden Lead Cables Circling the U.S." released today as the headline article on the Wall Street Journal online (pick up a print copy on July 10, 2023).

The impetus of this massive undertaking was their discovery of a lead sheathed telecom cable in Lake Tahoe that brought AT&T to accountability for its removal through nearly a decade of outreach that ended in a lawsuit and subsequent settlement. EDF and the WSJ were curious if lead sheathed cables were abandoned by telecom companies in other sites in the US, leading to the Wall Street Journal investing unparalleled time and effort researching this story. Disturbingly, AT&T still hasn't removed the cable in Lake Tahoe after they agreed to it in the settlement and are using known industry tactics to delay the removal as it will set a precedent for the removal of more lead sheathed cables at locations uncovered by this investigative report.

Together with EDF and others, we will continue to push this issue forward on a local and national level. This is a launch point for much needed work. Further site investigations must be pursued to uncover the breadth of impact and ultimately, determination will need to be made on accountability. Cleanup and remediation will be determined by what is discovered through scientific studies.

**Share the article. Spread the knowledge. Public opinion is what will make change happen quickly - we've simply scratched the surface of possibility.**

And when you're asked what others can do in support of our efforts to make this world a healthier place to live, here are some suggestions:

- Make every effort to pick up trash – on your walks, at the park, at the beach, everywhere you go. Small efforts add up and create ripple effects far greater than we can imagine.
- Write letters to your local politicians, regulators, and telecom offices to ask them to do the right thing for the health and wellness of local communities.
- Donate to the not-for-profit Below the Blue 501c3 - established as a platform to create awareness of and to support local clean-up of water bodies.
- Write to Susan Pulliam at Susan.Pulliam@wsj.com, if you think lead-sheathed telecom cables are in your area or if you have worked with lead at telecom companies.

Our team is committed to holding true to our Company Mission to improve the world we live in so that future generations can live healthier, happier lives. The work to ensure this important issue moves forward continues. Lead is well-known to be hazardous to plants, animals, and humans at any level. Lead abandoned by industry is unacceptable and we will work tirelessly until the systemic issue is resolved.

America Is Wrapped in Miles of Toxic lead Cables

How the Journal Investigated Hidden Lead Cables Circling the U.S.

Share this post:  

---

**Sign up for blog updates!**

Join my email list to receive updates and information.

Case 2:21-cv-00073-JDP    Document 65-11    Filed 09/26/23    Page 4 of 5 

Email address

**SIGN UP**

## Recent Posts



Another threat to Lake Tahoe: abandoned vessels

Dec 20, 2021



Abandoned sailboat near Emerald Bay

Dec 13, 2021



Welcome to Below the Blue!

Nov 23, 2021

## Subscribe

Email

**SIGN UP**

 

© 2023 BELOW THE BLUE 501(C)3 - ALL RIGHTS RESERVED.

ABOUT US

BLOG

Case 2:21-cv-00073-JDP   Document 65-11   Filed 09/26/23   Page 5 of 5

CONTACT US