NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone:  (415) 856-7000

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**DECLARATION OF NAVI SINGH DHILLON IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**<br><br>Judge:             Hon. Jeremy D. Peterson<br><br>Complaint Filed:   January 14, 2021<br>Zoom Hearing Date: November 9, 2023<br>Time:              10:00 a.m.<br>Courtroom:         9 |

I, Navi Singh Dhillon, hereby declare as follows:

1. I am a partner at the law firm of Paul Hastings LLP and counsel for Defendant Pacific Bell Telephone Company (Pacific Bell) in the above-captioned litigation. I submit this declaration in support of Pacific Bell's Motion to Compel Compliance with Subpoena. Unless otherwise indicated, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit A** is a true copy of the transcript of relevant portions of the July 18, 2023, Lead Contamination Conference Call wherein Plaintiff's counsel, William Verick, spoke.

3. Attached as **Exhibit B** is a true copy of the subpoena issued on August 4, 2023, and served on Below the Blue on August 9, 2023.

4. Attached as **Exhibit C** is a true copy of the meet-and-confer letter counsel for Pacific Bell sent to the representative of Below the Blue, Seth Jones, on September 5, 2023.

5. Attached as **Exhibit D** is a true copy of emails between Pacific Bell's attorneys and representatives of Below the Blue, between September 5, 11, 14, and 18, 2023, concerning the subpoena at issue.

6. Attached as **Exhibit E** is a true copy of a Proof of Service provided by S.D. Keshishian, a process server hired by Pacific Bell to serve Below the Blue, dated August 10, 2023, and served August 9, 2023.

7. Attached as **Exhibit F** is a true copy of emails between Pacific Bell's attorneys and a representative of Below the Blue, Seth Jones, between August 15, 2023 and August 23, 2023 concerning the subpoena at issue.

8. As of this writing, Pacific Bell has not received a single document from BTB in response to the Subpoena. Nor has any legal counsel of BtB contacted Pacific Bell.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed September 26, 2023 in San Francisco, California.

By: /s/ Navi Singh Dhillon
NAVI SINGH DHILLON