# EXHIBIT E

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Navi Singh Dhillon \| SBN: 279537<br>Paul Hastings LLP<br>101 California Street, 48th Floor   San Francisco, CA 94111 | |
| TELEPHONE NO.: (415) 856-7000 \| FAX NO. (415) 856-7100 \| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*:  Defendant: | |

**United States District Court**
STREET ADDRESS: 501 I Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME: Eastern District of California

| PLAINTIFF/PETITIONER: CALFORNIA SPORTFISHING PROTECTION ALLIANCE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: PACIFIC BELL TELEPHONE COMPANY | 2:21-cv-00073 |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action**

PARTY SERVED:   **BELOW THE BLUE**

PERSON SERVED:   **Arielle D. - Authorized Agent**

DATE & TIME OF DELIVERY:   **8/9/2023**
**4:03 PM**

ADDRESS, CITY, AND STATE:   **101 N. BRAND BLVD., 11TH FLOOR**
**GLENDALE, CA**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: **$ 242.00**
County: **LOS ANGELES**
Registration No.: **2015109813**
**Specialized Legal Services, Inc.**
**1112 Bryant St., Suite 200**
**San Francisco, CA 94103**
**(415) 357-0500**
**Ref:**

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on   **August 10, 2023**

Signature: *KMK*
**S.D. KESHISHIAN**

**PROOF OF SERVICE**