NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**<br><br>Judge: Hon. Jeremy D. Peterson<br><br>Complaint Filed: January 14, 2021<br>Zoom Hearing Date: November 9, 2023<br>Time: 10:00 a.m.<br>Courtroom: 9 |

Before the Court is a motion by Pacific Bell Telephone Company (Pacific Bell) for an order directing Below the Blue to comply with a document subpoena (Subpoena) served on August 9, 2023 (Motion). Having fully considered the matter, and good cause appearing, the Court hereby GRANTS the Motion as follows:

Below the Blue shall produce all documents called for by the Subpoena within fourteen (14) days from the date of this Order. Counsel for Pacific Bell shall promptly serve by e-mail and overnight mail a copy of this Order on Below the Blue and file a proof of service with this Court.

**IT IS SO ORDERED.**

Dated: _____       _____

Jeremy D. Peterson
United States Magistrate Judge