NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone:  (415) 856-7000

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
vanessa.barsanti@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

Attorneys for Movant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**PROOF OF SERVICE**<br><br>Judge:            Hon. Jeremy D. Peterson<br><br>Complaint Filed:    January 14, 2021<br>Zoom Hearing Date: November 9, 2023<br>Time:              10:00 a.m.<br>Courtroom:         9 |

# PROOF OF SERVICE

I, Jelani Solper, declare and state as follows:

I am a citizen of the United State of America and am employed at Kirkland & Ellis LLP. I am over the age of 18 and not a party to this action. My business address is 555 South Flower Street, Los Angeles, CA 90071.

On September 27, 2023, a true and correct copy of the following:

1. **MOTION TO COMPEL COMPLIANCE WITH SUBPOENA;**

2. **MEMORANDUM IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA;**

3. **APPENDIX A;**

4. **DECLARATION OF HARIKLIA KARIS IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA;**

5. **DECLARATION OF NAVI SINGH DHILLON IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA; and**

6. **[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

was served as follows:

☒ **[OVERNIGHT COURIER SERVICE]** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for deposit with an overnight delivery service. Correspondence placed for collection and processing is either picked up by a courier or driver authorized by said overnight delivery service to receive documents or deposited by an employee or agent of this firm in a box or other facility regularly maintained by said overnight delivery service that same day in the ordinary course of business. Attached hereto are proofs of delivery as obtained from Federal Express on 9/28/2023.

☒ **[COURTESY E-Mail on 9/26/2023]** By causing the above documents to be sent via electronic mail to the party at the email addresses listed below. I am aware that service is presumed invalid if the email transmission is returned as undeliverable.

| Below the Blue<br>Seth Jones<br>1155 Golden Bear Trail<br>South Lake Tahoe, CA 96150 | *Respondent* |
|---|---|

| | |
|---|---|
| Email: seth@consultmts.com | |
| Below the Blue<br>c/o LegalZoom.com, Inc.<br>101 N Brand Blvd., 11th Floor<br>Glendale, CA 91203 | *Registered Agent* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 28, 2023, at Los Angeles, California.

_____
Jelani Solper

September 28, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 773564631748

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | S.JONES | **Delivery Location:** | 1155 GOLDEN BEAR TRL |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Adult Signature Required | | SOUTH LAKE TAHOE, CA, 96150 |
| | | **Delivery date:** | Sep 28, 2023 12:28 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 773564631748 | **Ship Date:** | Sep 27, 2023 |
| | | **Weight:** | 2.0 LB/0.91 KG |

**Recipient:**
Seth Jones, Below the Blue
1155 Golden Bear Trail
SOUTH LAKE TAHOE, CA, US, 96150

**Shipper:**
Jelani Solper, Kirkland & Ellis LLP
555 South Flower
37th Floor
Los Angeles, CA, US, 90071

**Reference**   25923-0033



Thank you for choosing FedEx

FedEx

September 28, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 773564713281

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | W.SHAWN | **Delivery Location:** | 101 N BRAND BLVD 11 |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | GLENDALE, CA, 91203 |
| | | **Delivery date:** | Sep 28, 2023 09:46 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 773564713281 | **Ship Date:** | Sep 27, 2023 |
| | | **Weight:** | 2.0 LB/0.91 KG |

**Recipient:**
Below the Blue, c/o LegalZoom.com, Inc.
101 N. Brand Blvd., 11th Floor
GLENDALE, CA, US, 91203

**Shipper:**
Jelani Solper, Kirkland & Ellis LLP
555 South Flower
37th Floor
Los Angeles, CA, US, 90071

**Reference**          25923-0033



Thank you for choosing FedEx