

# United States District Court
## Eastern District of California

California Sportfishing Protection Alliance,

Plaintiff(s)

V.

Pacific Bell Telephone Company,

Defendant(s)

Case Number: 2:21-cv-00073-JDP

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Jonathan D. Kelley hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Pacific Bell Telephone Company

On  5/1/2014 & 2/9/2015  (date), I was admitted to practice and presently in good standing in the
Texas State Court & DC Court of Appeals (court). A certificate of good standing from both courts are submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/26/2023            Signature of Applicant: /s/ Jonathan D. Kelley

**Pro Hac Vice Attorney**

Applicant's Name: Jonathan D. Kelley

Law Firm Name: Kirkland & Ellis LLP

Address: 4550 Travis Street

City: Dallas     State: TX     Zip: 75205

Phone Number w/Area Code: (214) 972-1755

City and State of Residence: Dallas, TX

Primary E-mail Address: jon.kelley@kirkland.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Navi Singh Dhillon

Law Firm Name: Paul Hastings LLP

Address: 101 California Street, 48th Floor

City: San Francisco     State: CA     Zip: 94111

Phone Number w/Area Code: (415) 856-7000     Bar # 279537

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____          _____
                                  JUDGE, U.S. DISTRICT COURT

# EXHIBIT A

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

August 24, 2023


Re: Jonathan David Kelley, State Bar Number 24090202


To Whom It May Concern:

This is to certify that Jonathan David Kelley was licensed to practice law in Texas on May 01, 2014, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.


This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.


Sincerely,



Seana Willing
Chief Disciplinary Counsel
SW/web



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# *Jonathan David Kelley*

*was duly qualified and admitted on February 9, 2015 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on August 24, 2023.**

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*