NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184180)
lucasgrunbaum@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone:  (415) 856-7000

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**NOTICE OF WITHDRAWAL OF UNOPPOSED REQUEST FOR AUTHORIZATION OF SUBSTITUTE SERVICE OF PROCESS**<br><br>Judge:         Hon. Jeremy D. Peterson<br><br>Complaint Filed:    January 14, 2021 |

Defendant Pacific Bell Telephone Company ("Pacific Bell") respectfully withdraws its unopposed request made on August 30, 2023, for an order authorizing substitute service of a *subpoena duces tecum* upon Monique Rydel Fortner ("Fortner") and Seth Jones ("Jones"). ECF No. 63. As detailed in its unopposed request, Pacific Bell sought an order because both Fortner and Jones are non-parties with highly relevant evidence, but had been evading service of process since Pacific Bell issued subpoenas to them on August 4. To support its request, Pacific Bell filed two declarations. ECF Nos. 63-1, 63-6.

As Pacific Bell informed the Court on September 11, 2023, on September 6, 2023, Pacific Bell effected service on Jones. ECF 64. On September 26, 2023, after numerous unsuccessful attempts, Pacific Bell successfully served Fortner, care of Marine Taxonomic Services, Ltd. Therefore, an order authorizing substitute service on Jones and Fortner is no longer needed, and Pacific Bell hereby withdraws its request for an order authorizing substitute service.

Respectfully submitted,

Dated: October 2, 2023

KIRKLAND & ELLIS LLP

By: */s/ Hariklia Karis*
HARIKLIA KARIS (*admitted pro hac vice*)

Attorney for Defendant
PACIFIC BELL TELEPHONE COMPANY