

# United States District Court
## Eastern District of California

California Sportfishing Protection Alliance,

Plaintiff(s)

V.

Pacific Bell Telephone Company,

Defendant(s)

Case Number: 2:21-cv-00073-JDP

AMENDED APPLICATION FOR
PRO HAC VICE AND PROPOSED
ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Jonathan D. Kelley hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Pacific Bell Telephone Company

On 5/1/2014 & 2/9/2015 (date), I was admitted to practice and presently in good standing in the
Texas State Court & DC Court of Appeals (court). A certificate of good standing from both courts are submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/26/2023          Signature of Applicant: /s/ Jonathan D. Kelley

**Pro Hac Vice Attorney**

Applicant's Name: Jonathan D. Kelley

Law Firm Name: Kirkland & Ellis LLP

Address: 4550 Travis Street

City: Dallas  State: TX  Zip: 75205

Phone Number w/Area Code: (214) 972-1755

City and State of Residence: Dallas, TX

Primary E-mail Address: jon.kelley@kirkland.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Navi Singh Dhillon

Law Firm Name: Paul Hastings LLP

Address: 101 California Street, 48th Floor

City: San Francisco  State: CA  Zip: 94111

Phone Number w/Area Code: (415) 856-7000  Bar # 279537

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 6, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE