1  NAVI DHILLON (SBN 279537)
   navidhillon@paulhastings.com
2  PETER C. MEIER (SBN 179019)
   petermeier@paulhastings.com
3  CHRISTOPHER J. CARR (SBN 184076)
   chriscarr@paulhastings.com
4  LUCAS GRUNBAUM (SBN 314180)
   lucasgrunbaum@paulhastings.com
5  PAUL HASTINGS LLP
   101 California Street, 48th Floor
6  San Francisco, California  94111
   Telephone:  (415) 856-7000
7  Fax: (415) 856-7100

8  HARIKLIA KARIS (*admitted pro hac vice*)
   hkaris@kirkland.com
9  ROBERT B. ELLIS (*admitted pro hac vice*)
   rellis@kirkland.com
10 MARK J. NOMELLINI (*admitted pro hac vice*)
   mnomellini@kirkland.com
11 KIRKLAND & ELLIS LLP
   300 North LaSalle
12 Chicago, IL 60654
   Telephone: (312) 862-2000
13 Fax:  (312) 862-2200

14 Attorneys for Defendant
   PACIFIC BELL TELEPHONE COMPANY
15

16                    UNITED STATES DISTRICT COURT

17                   EASTERN DISTRICT OF CALIFORNIA

18

| 19 | CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, | CASE NO. 2:21-cv-00073-MCE-JDP |
|---|---|---|
| 20 | | |
| 21 | Plaintiff, | **DEFENDANT PACIFIC BELL TELEPHONE COMPANY'S REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA** |
| 22 | v. | |
| 23 | PACIFIC BELL TELEPHONE COMPANY, | |
| 24 | Defendant. | Judge:     Hon. Jeremy D. Peterson<br>Date:      November 9, 2023<br>Time:      10:00 a.m.<br>Courtroom: 9 |
| 25 | | |
| 26 | | Action filed:  January 14, 2021<br>Trial date:    None |
| 27 | | |

28

1  Defendant Pacific Bell Telephone Company (Pacific Bell) respectfully submits this reply brief in support of its motion for an order directing non-party Below the Blue (BtB) to comply with a document subpoena (Motion).

The Motion was filed and served on September 26, 2023.  BtB's opposition was due on October 13, 2023—14 days from the filing, plus 3 days to account for service by mail.  Civil L.R. 230(c); Fed. R. Civ. P. 6(d).  No opposition has been filed.

We ask that the Court now grant this unopposed Motion.  A scheduling order is in place and discovery deadlines are fast approaching.  An updated proposed order has been submitted for the Court's consideration.

Dated: October 18, 2023                                Respectfully submitted,


                                                       */s/ Navi Singh Dhillon*
                                                       NAVI SINGH DHILLON

                                                       Attorneys for Defendant
                                                       PACIFIC BELL TELEPHONE COMPANY