NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  (415) 856-7000
Fax: (415) 856-7100

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Fax:  (312) 862-2200

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-MCE-JDP<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**<br><br>Judge:         Hon. Jeremy D. Peterson<br>Date:          November 9, 2023<br>Time:         10:00 a.m.<br>Courtroom:  9<br><br>Action filed:  January 14, 2021<br>Trial date:     None |

[PROPOSED] ORDER

[PROPOSED] **ORDER**

Pending before Court is a motion by defendant Pacific Bell Telephone Company for an order directing Below the Blue to comply with a document subpoena (Subpoena) served on August 9, 2023. The Court construes the motion as unopposed because Below the Blue did not timely file an opposition. Local Rule 230(c).

Having fully considered the matter, and good cause appearing, the Court hereby GRANTS the motion and orders as follows:

Below the Blue shall produce all documents called for by the Subpoena within fourteen (14) days from the date of this Order. Counsel for Pacific Bell shall promptly serve by e-mail and overnight mail a copy of this Order on Below the Blue and file a proof of service with this Court.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        JEREMY D. PETERSON
                                        UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER