NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-MCE-JDP<br><br>**PROOF OF SERVICE**<br><br>Judge:   Hon. Jeremy D. Peterson<br>Date:    November 9, 2023<br>Time:    10:00 a.m.<br>Courtroom: 9<br><br>Action Filed: January 14, 2021<br>Trial Date:   None |

# PROOF OF SERVICE

I am a citizen of the United States of America and am employed in the City of San Francisco and County of San Francisco, State of California. I am over the age of 18, and not a party to the within action. My business address is 101 California Street, Forty-Eighth Floor, San Francisco, CA 94111.

On October 19, 2023, I served the foregoing document(s) described as:

**DEFENDANT PACIFIC BELL TELEPHONE COMPANY'S REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

on the interested parties as follows:

**X  - VIA COURTESY ELECTRONIC MAIL:**
By personally emailing the aforementioned document(s) in PDF format to the respective email address(es) listed below. I did not receive an electronic message indicating any errors in transmission.

| | |
|---|---|
| Below the Blue<br>Seth Jones<br>1155 Golden Bear Trail<br>South Lake Tahoe, CA 96150<br>Email:  seth@consultmts.com | Respondent |

**X  - VIA OVERNIGHT MAIL:**
VIA UPS:  By delivering such documents to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

| | |
|---|---|
| Below the Blue<br>c/o LegalZoom.com, Inc.<br>101 N Brand Blvd., 11th Floor<br>Glendale, CA  91203 | Registered Agent |
| Below the Blue<br>Seth Jones<br>1155 Golden Bear Trail<br>South Lake Tahoe, CA 96150<br>Email:  seth@consultmts.com | Respondent |

1  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 19, 2023, at San Francisco, California.

*Ken Hartley*

_____
Ken Hartley

- 3 -

PROOF OF SERVICE                                             Case No. 2:21-cv-00073-MCE-JDP