ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
Email: andrew@packardlawoffices.com
          wncarlon@packardlawoffices.com

[Additional counsel on p. 2]

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC BELL TELEPHONE COMPANY<br><br>    Defendant. | Case No: 2:21-cv-00073-JDP<br><br>**NOTICE OF APPEARANCE (MATTHEW MACLEAR, JASON FLANDERS, ERICA MAHARG, AND J. THOMAS BRETT)** |

- 2 -

| | |
|---|---|
|1| MATTHEW MACLEAR (State Bar No. 209228) |
|2| JASON FLANDERS (State Bar No. 238007) |
| | ERICA A. MAHARG (State Bar No. 279396) |
|3| J. THOMAS BRETT (State Bar No. 315820) |
| | AQUA TERRA AERIS LAW GROUP |
|4| 4030 MARTIN LUTHER KING JR WAY |
| | OAKLAND, CA 94609 |
|5| Tel: (415) 568-5200 |
| | Email: MCM@atalawgroup.com |
|6| jrf@atalawgroup.com |
| | eam@atalawgroup.com |
|7| jtb@atalawgroup.com |
|8| WILLIAM VERICK (State Bar No. 140972) |
| | KLAMATH ENVIRONMENTAL LAW CENTER |
|9| 1125 16th Street, Suite 204 |
| | Arcata, CA  95521 |
|10| Tel: (707) 630-5061; Fax: (707) 630-5064 |
| | Email: wverick@igc.org |
|11| |
| | J. KIRK BOYD (State Bar No. 122759) |
|12| LAW OFFICE OF JOHN KIRK BOYD |
| | 548 Market St., Suite 1300 |
|13| San Francisco, CA 94104-5401 |
| | Tel: (415) 440-2500 |
|14| Email: jkb@drjkb.com |
|15| BRIAN ACREE (State Bar No. 202505) |
| | LAW OFFICES OF BRIAN ACREE |
|16| 331 J Street, Suite 200 |
| | Sacramento, CA 95814 |
|17| Tel: (916) 505-6861 |
| | Email: brian@brianacree.com |

(Line numbers 18–28 continue, blank.)

Please take notice that Matthew Maclear, Jason Flanders, Erica A. Maharg, and J. Thomas Brett hereby enter their appearance as counsel for Plaintiff California Sportfishing Protection Alliance.

Please take further notice that all parties to this action and the Court should add Matthew Maclear, Jason Flanders, Erica A. Maharg, and J. Thomas Brett as counsel for Plaintiff to their mailing lists for service of all pleadings and papers filed in this action as follows:

```
MATTHEW MACLEAR (State Bar No. 209228)
JASON FLANDERS (State Bar No. 238007)
ERICA A. MAHARG (State Bar No. 279396)
J. THOMAS BRETT (State Bar No. 315820)
AQUA TERRA AERIS LAW GROUP
4030 MARTIN LUTHER KING JR WAY
OAKLAND, CA 94609
Telephone: (415) 568-5200
Email: mcm@atalawgroup.com
       jrf@atalawgroup.com
       eam@atalawgroup.com
       jtb@atalawgroup.com
```

Dated:  October 23, 2023            LAW OFFICES OF ANDREW L. PACKARD

                                    By:    /s/ *William N. Carlon*_____
                                           William N. Carlon
                                           Attorneys for Plaintiff
                                           CALIFORNIA SPORTFISHING
                                           PROTECTION ALLIANCE