| CAED 435<br>(Rev. 10/2023)<br><br>*PLEASE Read Instruction Page (attached):* | United States District Court, Eastern District of California<br><br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br><br>**DUE DATE:** |
|---|---|---|---|

**1. YOUR NAME** Hariklia Karis

**2. EMAIL** hkaris@kirkland.com; jsolper@kirkland.com

**3. PHONE NUMBER** 312-862-2330

**4. DATE** 11/09/2023

**5. MAILING ADDRESS** Kirkland & Ellis LLP, 300 North LaSalle

**6. CITY** Chicago

**7. STATE** IL

**8. ZIP CODE** 60654

**9. CASE NUMBER** 2:21-cv-00073-JDP

**10. JUDGE** Hon. Jeremy D. Peterson

DATES OF PROCEEDINGS
**11. FROM** November 9, 2023   **12. TO**

**13. CASE NAME** California Sportfishing v. Pacific Bell Telephone Company

LOCATION OF PROCEEDINGS
**14. CITY** Sacramento   **15. STATE** California

**16. ORDER FOR**
- [ ] APPEAL No.
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Motion to Compel Below the Blue | 11/9/2023 | ECRO |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

**18. ORDER**   (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| Next Day | [x] | [ ] | NO. OF COPIES | | |
| 2-HOUR | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL**

**19. SIGNATURE** /s/ Hariklia Karis

**PROCESSED BY**

**20. DATE** 11/9/2023

**PHONE NUMBER**

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |