NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  (415) 856-7000
Fax: (415) 856-7100

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Fax:  (312) 862-2200

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-MCE-JDP<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**<br><br>Judge:         Hon. Jeremy D. Peterson<br>Date:          November 9, 2023<br>Time:          10:00 a.m.<br>Courtroom:  9<br><br>Action filed:   January 14, 2021<br>Trial date:     None |

[PROPOSED] ORDER

[PROPOSED] **ORDER**

This case was before the court on November 9, 2023, for hearing on defendant Pacific Bell Telephone Company's motion for an order directing non-party Below the Blue to comply with a document subpoena (Subpoena) served on August 9, 2023. Below the Blue did not file an opposition to defendant's motion.

Having considered the matter, and for the reasons stated on the record, the court hereby GRANTS the motion and orders as follows:

Below the Blue shall produce all documents called for by the Subpoena by no later than November 30, 2023. Counsel for Pacific Bell shall promptly serve by e-mail and overnight mail a copy of this Order on Below the Blue and file a proof of service with this Court.

IT IS SO ORDERED.

Dated:   November 9, 2023   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE