NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone:  (415) 856-7000

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

Attorneys for Movant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**PROOF OF SERVICE**<br><br>Judge:  Hon. Jeremy D. Peterson<br><br>Complaint Filed:  January 14, 2021 |

**PROOF OF SERVICE**

I, Jelani Solper, declare and state as follows:

I am a citizen of the United State of America and am employed at Kirkland & Ellis LLP. I am over the age of 18 and not a party to this action. My business address is 555 South Flower Street, Los Angeles, CA 90071.

On November 13, 2023, a true and correct copy of the following:

1. **ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

was served as follows:

☒ **[VIA OVERNIGHT MAIL]** VIA FEDEX: By delivering such documents to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served. Attached hereto are proofs of delivery as obtained from Federal Express on 11/14/2023.

☒ **[E-MAIL]** By causing the above documents to be sent via electronic mail to the party at the email addresses listed below. I am aware that service is presumed invalid if the email transmission is returned as undeliverable.

| | |
|---|---|
| Below the Blue<br>Seth Jones<br>1155 Golden Bear Trail<br>South Lake Tahoe, CA 96150<br>Email: seth@consultmts.com | *Respondent* |
| Below the Blue<br>c/o LegalZoom.com, Inc.<br>101 N Brand Blvd., 11th Floor<br>Glendale, CA 91203 | *Registered Agent* |
| Seth Jones<br>833 Vera Street<br>Solana Beach, CA 92075 | *Respondent* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 14, 2023, at Los Angeles, California.

_____
Jelani Solper

November 14, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 774091198269

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 1155 GOLDEN BEAR TRL |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | SOUTH LAKE TAHOE, CA, 96150 |
| | | **Delivery date:** | Nov 14, 2023 10:55 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 774091198269 | **Ship Date:** | Nov 13, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Seth Jones, Below the Blue
1155 Golden Bear Trail
SOUTH LAKE TAHOE, CA, US, 96150

**Shipper:**
Jelani Solper, KIRKLAND & ELLIS LLP
555 South Flower Street
Suite 3700
LOS ANGELES, CA, US, 90071

**Reference**  25923-0033



Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

November 14, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 774091156744

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | W.WATSON | **Delivery Location:** | 101 N BRAND BLVD 11 |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday | | GLENDALE, CA, 91203 |
| | | **Delivery date:** | Nov 14, 2023 09:36 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 774091156744 | **Ship Date:** | Nov 13, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
c/o LegalZoom.com Inc., Below the Blue
101 North Brand Blvd.
11th Floor
GLENDALE, CA, US, 91203

**Shipper:**
Jelani Solper, KIRKLAND & ELLIS LLP
555 South Flower Street
Suite 3700
LOS ANGELES, CA, US, 90071

| Reference | 25923-0033 |
|---|---|



Thank you for choosing FedEx

**FedEx**

November 14, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 774091105478

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 833 VERA ST |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | SOLANA BEACH, CA, 92075 |
| | | **Delivery date:** | Nov 14, 2023 13:13 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 774091105478 | **Ship Date:** | Nov 13, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Seth Jones,
833 Vera Street
SOLANA BEACH, CA, US, 92075

**Shipper:**
Jelani Solper, KIRKLAND & ELLIS LLP
555 South Flower Street
Suite 3700
LOS ANGELES, CA, US, 90071

**Reference**  25923-0033



Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx