ANDREW L. PACKARD (State Bar No. 168690)
Email: andrew@packardlawoffices.com
WILLIAM N. CARLON (State Bar No. 305739)
Email: wncarlon@packardlawoffices.com
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062

[Additional counsel on p. 2]

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC BELL TELEPHONE COMPANY<br><br>　　　　Defendant. | Case No: 2:21-cv-00073-JDP<br><br>**DECLARATION OF J. KIRK BOYD IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER**<br><br>Hearing Date: January 11, 2024<br>Time: 10:00 a.m.<br>Courtroom: 9, 13th Floor<br>Magistrate Judge: Hon. Jeremy D. Peterson |

1  MATTHEW MACLEAR (State Bar No. 209228)
   Email: mcm@atalawgroup.com
2  JASON FLANDERS (State Bar No. 238007)
   Email: jrf@atalawgroup.com
3  ERICA A. MAHARG (State Bar No. 279396)
   Email: eam@atalawgroup.com
4  J. THOMAS BRETT (State Bar No. 315820)
   Email: jtb@atalawgroup.com
5  AQUA TERRA AERIS LAW GROUP
   4030 MARTIN LUTHER KING JR WAY
6  OAKLAND, CA 94609
   Tel: (415) 568-5200
7
   WILLIAM VERICK (State Bar No. 140972)
8  Email: wverick@igc.org
   KLAMATH ENVIRONMENTAL LAW CENTER
9  1125 16th Street, Suite 204
   Arcata, CA  95521
10 Tel: (707) 630-5061; Fax: (707) 630-5064

11
   J. KIRK BOYD (State Bar No. 122759)
12 Email: jkb@drjkb.com
   LAW OFFICE OF JOHN KIRK BOYD
13 548 Market St., Suite 1300
   San Francisco, CA 94104-5401
14 Tel: (415) 440-2500

15
   BRIAN ACREE (State Bar No. 202505)
16 Email: brian@brianacree.com
   LAW OFFICES OF BRIAN ACREE
17 331 J Street, Suite 200
   Sacramento, CA 95814
18 Tel: (916) 505-6861

19
20
21
22
23
24
25
26
27
28

# DECLARATION

I, J. Kirk Boyd, declare as follows:

1. I am an attorney, licensed to practice law in all courts of the State of California. I am counsel for Plaintiff California Sportfishing Protection Alliance ("CSPA") in this this matter. I have personal knowledge of the facts in this Declaration and, if asked, could and would testify to the accuracy of these facts in a court of law.

2. I began having conversations with potential experts and consultants regarding sampling and investigation of Defendant's telecommunications cables in Lake Tahoe, which are at issue in this case ("Cables") in early August 2023, when the Consent Decree was vacated.

3. Prior to submitting a proposed schedule on August 17, 2023 and a revised schedule on August 25, 2023, neither I, nor any other CSPA counsel, had retained consultants and experts, and no sampling or analysis plan had been developed. However, I anticipated, after initial conversations with potential experts, that sampling could occur in October 2023.

4. At the time CSPA proposed the schedules, I was aware of the third party subpoenas that Defendant had issued to entities that had taken samples around the Cables, such as Marine Taxonomic Services and Beyond the Blue. I anticipated that those subpoenas generally in accordance with the deadlines in those requests.

5. After CSPA had proposed a schedule, CSPA's existing counsel determined that CSPA needed additional legal resources to litigate this matter.

6. CSPA propounded discovery on Defendant, including requests for admission, interrogatories, and requests for production of documents on October 4, 2023. Defendant sought a two-week extension to respond to the discovery requests, which CSPA granted.

7. Defendant served responses to CSPA's first set of interrogatories, requests for admission, and requests for production of documents on November 17, 2023. I reviewed these responses. Defendant has wholly refused to answer at least nine out of sixteen interrogatories, and it is CSPA's position that the objections provided are inapplicable. Similarly, Defendant has objected to each and every request for production of documents and has wholly refused to respond to seven out of thirty-eight requests. Defendant only produced thirteen documents in response to thirty-eight

requests for production and has not yet provided a date by which it will serve all other responsive documents.

I swear under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. This declaration was executed on November 27, 2023 in Olympic Valley, California.

                                           s/ J. Kirk Boyd
                                           J. Kirk Boyd

DECLARATION OF J. KIRK BOYD ISO MOTION TO AMEND SCHEDULING ORDER