ANDREW L. PACKARD (State Bar No. 168690)
Email: andrew@packardlawoffices.com
WILLIAM N. CARLON (State Bar No. 305739)
Email: wncarlon@packardlawoffices.com
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062

[Additional counsel on p. 2]

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC BELL TELEPHONE COMPANY<br><br>    Defendant. | Case No: 2:21-cv-00073-JDP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER**<br><br>Hearing Date: January 11, 2024<br>Time: 10:00 a.m.<br>Courtroom: 9, 13th Floor<br>Magistrate Judge: Hon. Jeremy D. Peterson |

1  MATTHEW MACLEAR (State Bar No. 209228)
   Email: mcm@atalawgroup.com
2  JASON FLANDERS (State Bar No. 238007)
   Email: jrf@atalawgroup.com
3  ERICA A. MAHARG (State Bar No. 279396)
   Email: eam@atalawgroup.com
4  J. THOMAS BRETT (State Bar No. 315820)
   Email: jtb@atalawgroup.com
5  AQUA TERRA AERIS LAW GROUP
   4030 MARTIN LUTHER KING JR WAY
6  OAKLAND, CA 94609
   Tel: (415) 568-5200
7
   WILLIAM VERICK (State Bar No. 140972)
8  Email: wverick@igc.org
   KLAMATH ENVIRONMENTAL LAW CENTER
9  1125 16th Street, Suite 204
   Arcata, CA  95521
10 Tel: (707) 630-5061; Fax: (707) 630-5064

11
   J. KIRK BOYD (State Bar No. 122759)
12 Email: jkb@drjkb.com
   LAW OFFICE OF JOHN KIRK BOYD
13 548 Market St., Suite 1300
   San Francisco, CA 94104-5401
14 Tel: (415) 440-2500

15
   BRIAN ACREE (State Bar No. 202505)
16 Email: brian@brianacree.com
   LAW OFFICES OF BRIAN ACREE
17 331 J Street, Suite 200
   Sacramento, CA 95814
18 Tel: (916) 505-6861

19

20

21

22

23

24

25

26

27

28

Plaintiff California Sportfishing Protection Alliance ("CSPA") moves to amend the scheduling order under Federal Rule of Civil Procedure ("Rule") 16(b)(4). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations*, 975 F.2d 604, 609 (9th Cir. 1992). Having considered the briefing and the parties' arguments at the hearing on the motion, I find that CSPA has met the "good cause" standard of Rule 16(b). Accordingly, the Court hereby GRANTS CSPA's Motion and ORDERS that the Scheduling Order be modified as follows:

| | |
|---|---|
| Deadline to file a motion to amend pleadings | 1/15/2024 |
| Notice of subject matter for each expert report | 7/24/2024 |
| Expert disclosures | 8/10/2024 |
| Rebuttal disclosures | 9/20/2024 |
| Last day to hear motions to compel | 11/8/2024 |
| Discovery closes | 12/31/2024 |
| Last day to hear dispositive motions | 2/28/2025 |

IT IS SO ORDERED.

Date:

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER