Joshua Koltun (Bar No. 173040)
One Sansome Street
Suite 3500, No. 500
San Francisco, California 94104
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Attorney for Third Party Witnesses
Below the Blue,
Marine Taxonomic Services, Ltd,
Seth Jones, and Monique Rydel-Fortner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY<br><br>Defendant. | Case No. 2:21-cv-00073-JDP<br><br>**DECLARATION OF SETH JONES** |

I, Seth Jones, declare as follows:

1. I am the President of Marine Taxonomic Services, Ltd ("MTS") and Cofounder of its nonprofit arm, Below the Blue (BTB). After receiving the subpoena to BTB, I sought to obtain legal counsel. On August 26, I signed an engagement agreement for legal representation in this matter by the Vance Center for International Justice. That agreement reflected that Vance Center lawyers would seek to find law firms to co-counsel with the Vance Center. Although I understood that Alexander Papachristou, who I was dealing with at the Vance Center, was not admitted in California, my understanding was that I should direct all communications from defense counsel to Papachristou until such California co-counsel was engaged. I understood that to include such matters as negotiating extensions or accepting service of counsel. On more than one occasion I was told that law firms had agreed to act as such co-counsel with the Vance Center, only to later learn that they had withdrawn or declined such representation.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on November 29, 2023 at _____**Solana Beach**_____, CA.

_____
Seth Jones

- 1 -

Declaration of Seth Jones                                          Case No. 2:21-cv-00073-JDP