Joshua Koltun (Bar No. 173040)
One Sansome Street
Suite 3500, No. 500
San Francisco, California  94104
Telephone:  415.680.3410
Facsimile:  866.462.5959
joshua@koltunattorney.com

Attorney for Third Party Witnesses
Below the Blue,
Marine Taxonomic Services, Ltd,
Seth Jones, and Monique Rydel-Fortner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>         Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY<br><br>Defendant. | Case No. 2:21-cv-00073-JDP<br><br>**DECLARATION OF JOSHUA KOLTUN** |

I, Joshua Koltun, declare as follows:

1. On July 27, Defendants sent the Wall Street Journal a subpoena for documents concerning its reporting on lead-clad cables. That subpoena was later served, but then withdrawn.

2. I first spoke to Seth Jones on November 22, the day before Thanksgiving, and agreed to act as counsel for the Below the Blue, Marine Taxonomic Services, Seth Jones and Monique Ryder-Fortner ("MTS Entities") To be clear, I am not cocounseling with the Vance Center and have had no dealings with them.

3. I am a solo practitioner. I have no associates or paralegals. I worked through the Thanksgiving holiday to get on top of a veritable fire-hose of information. I have been reviewing documents and interviewing his clients to understand the nature of the potentially responsive documents and the facts and circumstances that surrounded the creation of those documents and communications. I am an experienced First Amendment litigator and immediately recognized that there is a large category of documents that are subject to the First Amendment reporters privilege.

4. On November 24, the day after Thanksgiving, I sent defense counsel an email introducing myself as representing all four MTS entities, and proposed that, now that MTS had obtained counsel, that Defendant stipulate to give MTS a brief opportunity to respond to the various subpoenas so that the parties could expeditiously meet and confer and determine what disputes existed and present any such disputes to the Court. I indicated that I was available during the rest of the Thanksgiving holiday and could make myself available through the Christmas holidays. Alternatively, I proposed that I move for reconsideration of this Court's order compelling production, and asked to meet and confer.

5. Defense counsel did not respond at all until Tuesday afternoon, November 28, at which point they proposed talking the next day. That same evening I sent formal objections and responses to the subpoenas on behalf of the MTS entities. Wednesday morning (today) defense counsel and I met and conferred by Zoom call and followed up by email.

6. Defense counsel has declined to extend the deadline for BTB to produce documents, which is November 30, tomorrow. They declined to extend the time to respond to an OSC to MTS in the Southern District, also due tomorrow. They declined to stipulate that all matters concerning

- 1 -

discovery from the MTS entities be consolidated in this Court.  Defense counsel has not indicated whether they would oppose an extension of time for Beyond the Blue to file its Motion to Reconsider. Defense counsel has not responded yet to an email I sent asking what times they are available next week for the informal Zoom conference regarding the Motion to Reconsider that this Court requires under its procedures.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 29, 2023at San Francisco, CA.

*Joshua Koltun*

Joshua Koltun