Joshua Koltun (Bar No. 173040)
One Sansome Street
Suite 3500, No. 500
San Francisco, California 94104
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Attorney for Third Party Witnesses
Below the Blue,
Marine Taxonomic Services, Ltd,
Seth Jones, and Monique Rydel-Fortner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>          Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY<br><br>Defendant. | Case No. 2:21-cv-00073-JDP<br><br>**[PROPOSED] ORDER GRANTING EXTENSIONS OF TIME** |

Presently before this Court is an Administrative Motion by Third Party Witness Below the Blue for certain modest extensions of time to allow its newly-engaged counsel to properly assist it in responding to an order to compel the production of documents and file a motion to reconsider that order.  Since Below the Blue had no counsel to appear for it, it had been unable to oppose the motion to compel and so it was granted.  Below the Blue obtained counsel on November 22, the day before Thanksgiving.  Below the Blue has served formal objections and responses to the subpoena.

The extensions of time are granted, as follows:

1. Below the Blue is granted an extension of time to produce all documents as to which there is no objection  -- until December 7.
2. Below the Blue is given an extension  of time to file a Motion to Reconsider the order compelling production – to December 14.
3. Below the Blue's obligation to produce documents as to which it has an objection is tolled, pending resolution of the Motion to Reconsider.

SO ORDERED.

_____
The Honorable Jeremy D. Peterson
United States Magistrate Judge