NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**DECLARATION OF JON DAVID KELLEY IN SUPPORT OF PACIFIC BELL'S OPPOSITION TO BELOW THE BLUE'S "ADMINISTRATIVE" MOTION FOR EXTENSIONS OF TIME AND FOR "TOLLING"**<br><br>Magistrate Judge Hon. Jeremy D. Peterson<br><br>Complaint Filed:    January 14, 2021 |

I, Jon David Kelley, hereby declare as follows:

1. I am a partner at the law firm of Kirkland & Ellis LLP and counsel for Defendant Pacific Bell Telephone Company ("Pacific Bell") in the above-captioned litigation. I submit this declaration in support of Pacific Bell's Opposition to Below the Blue's ("BtB") "Administrative" Motion for Extensions of Time and for "Tolling." I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. On November 24, counsel for Pacific Bell received an email from an attorney named Joshua Koltun, who identified himself as counsel for BtB, Seth Jones, Monique Fortner, and Marine Taxonomic Services, Ltd. A true copy of Mr. Koltun's November 24 email is attached as **Exhibit A**.

3. On November 28, Mr. Koltun served a single set of responses and objections to Pacific Bell's subpoena on behalf of BtB, Seth Jones, Monique Fortner, and MTS. A true copy of these responses and objections is attached as **Exhibit B**.

4. On November 29, counsel for Pacific Bell conferred with BtB's counsel, and Mr. Koltun acknowledged that his fees were being paid by Dow Jones—the parent company of the Wall Street Journal ("WSJ").

5. During the November 29 meet and confer, BtB's counsel acknowledged that BtB entered into a written agreement with Environmental Defense Fund ("EDF") in early 2022.

6. Counsel for BtB also represented that BtB entered into an oral agreement with the WSJ in 2022, whereby Seth Jones and Monique Fortner of BtB allegedly agreed to act as reporters for the WSJ in connection with its series on lead-clad cables.

7. Mr. Koltun asserted that BtB was therefore entitled to assert the reporter's privilege, and that he intended to assert this privilege in a motion for reconsideration of the Court's November 9 decision to be filed on December 14.

8. During the November 29 meet and confer, Mr. Koltun conceded that EDF had waived any reporter's privilege.

9. Counsel for Pacific Bell asked about BtB's compliance with the Court's Order and whether BtB would produce documents by November 30 as required. Mr. Koltun responded that he had not yet collected any documents from BtB.

10. BtB failed to produce a single document by the November 30 Court-ordered deadline.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed December 4, 2023, in Dallas, Texas.

By: _____