NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**[PROPOSED] ORDER DENYING BELOW THE BLUE'S ADMINISTRATIVE MOTION TO EXTEND DEADLINES AND FOR TOLLING"**<br><br>Magistrate Judge Hon. Jeremy D. Peterson<br><br>Complaint Filed:   January 14, 2021 |

Before the Court is Below the Blue's administrative motion to extend the November 30, 2023 subpoena compliance deadline set by the Court and for "tolling." That deadline was set by written order on November 9 when the Court granted Defendant Pacific Bell's motion to compel. Having fully considered the matter, the Court hereby DENIES the motion in full. The Court's November 9 order remains in place.

**IT IS SO ORDERED.**

Dated: _____      _____
                                            Jeremy D. Peterson
                                            United States Magistrate Judge