NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  (415) 856-7000
Fax: (415) 856-7100

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Fax:  (312) 862-2200

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | Case No. 2:21-cv-00073-MCE-JDP<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER**<br><br>Judge:   Hon. Jeremy D. Peterson<br>Date:     January 11, 2024<br>Time:    10:00 a.m.<br>Courtroom:  9<br><br>Action Filed: January 14, 2021<br>Trial Date:    None |

[PROPOSED] ORDER

**[PROPOSED] ORDER**

Pending before the Court is a motion by Plaintiff California Sportfishing Protection Alliance (Plaintiff) to amend the scheduling order (Dkt. 70) entered by the Court on October 10, 2023 (the Motion). Defendant Pacific Bell Telephone Company opposed the Motion. A hearing was held on January 11, 2024, with counsel for both parties appearing.

Having fully considered the matter, including the parties' briefing, the Court hereby DENIES the Motion. Plaintiff failed to persuasively show good cause exists to support the requested modifications to the scheduling order.

**IT IS SO ORDERED**.

Dated: _____    _____
                                   JEREMY D. PETERSON
                                   UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER