1  MATTHEW MACLEAR (State Bar No. 209228)
   Email: mcm@atalawgroup.com
2  JASON FLANDERS (State Bar No. 238007)
   Email: jrf@atalawgroup.com
3  ERICA A. MAHARG (State Bar No. 279396)
   Email: eam@atalawgroup.com
4  J. THOMAS BRETT (State Bar No. 315820)
   Email: jtb@atalawgroup.com
5  AQUA TERRA AERIS LAW GROUP
   4030 MARTIN LUTHER KING JR WAY
6  OAKLAND, CA 94609
   Tel: (415) 568-5200
7
8  [Additional counsel on p. 2]

9  Attorneys for Plaintiff
   CALIFORNIA SPORTFISHING
10 PROTECTION ALLIANCE

11
12                         **UNITED STATES DISTRICT COURT**
13                         **EASTERN DISTRICT OF CALIFORNIA**
14

| | |
|---|---|
| 15  CALIFORNIA SPORTFISHING<br>     PROTECTION ALLIANCE,<br>16<br>17          Plaintiff,<br>18     v.<br>19  PACIFIC BELL TELEPHONE COMPANY<br>20          Defendant. | Case No: 2:21-cv-00073-JDP<br><br>**SUPPLEMENTAL DECLARATION OF J. KIRK BOYD IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER**<br><br>Hearing Date: January 11, 2024<br>Time: 10:00 a.m.<br>Courtroom: 9, 13th Floor<br>Magistrate Judge: Hon. Jeremy D. Peterson |

ANDREW L. PACKARD (State Bar No. 168690)
Email: andrew@packardlawoffices.com
WILLIAM N. CARLON (State Bar No. 305739)
Email: wncarlon@packardlawoffices.com
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062

WILLIAM VERICK (State Bar No. 140972)
Email: wverick@igc.org
KLAMATH ENVIRONMENTAL LAW CENTER
1125 16th Street, Suite 204
Arcata, CA  95521
Tel: (707) 630-5061; Fax: (707) 630-5064

J. KIRK BOYD (State Bar No. 122759)
Email: jkb@drjkb.com
LAW OFFICE OF JOHN KIRK BOYD
548 Market St., Suite 1300
San Francisco, CA 94104-5401
Tel: (415) 440-2500

BRIAN ACREE (State Bar No. 202505)
Email: brian@brianacree.com
LAW OFFICES OF BRIAN ACREE
331 J Street, Suite 200
Sacramento, CA 95814
Tel: (916) 505-6861

# DECLARATION

I, J. Kirk Boyd, declare as follows:

1. I am an attorney, licensed to practice law in all courts of the State of California. I am counsel for Plaintiff California Sportfishing Protection Alliance ("CSPA") in this this matter. I have personal knowledge of the facts in this Declaration and, if asked, could and would testify to the accuracy of these facts in a court of law.

2. I offer this Supplemental Declaration to provide additional details in support of CSPA's Motion to Amend the Scheduling Order (ECF No. 85).

3. As I stated in my previous declaration, prior to submitting a proposed schedule on August 17, 2023 and a revised schedule on August 25, 2023, neither I, nor any other CSPA counsel, had retained consultants and experts, and no sampling or analysis plan had been developed. However, I anticipated, after initial conversations with potential experts, that sampling could occur in October 2023.

4. At that time, I had assumed that CSPA would retain Marine Taxonomic Services ("MTS") to conduct the sampling because of our previous communications at the beginning of this case and their experience sampling the cables at issue in this litigation on behalf of Environmental Defense Fund and the *Wall Street Journal*. However, that plan became unworkable as litigation progressed and disputes over the third-party subpoena to MTS evolved.

I swear under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. This declaration was executed on December 21, 2023 in Fountain Hills, Arizona.

        *s/ J. Kirk Boyd*
        J. Kirk Boyd