Joshua Koltun (Bar No. 173040)
One Sansome Street
Suite 3500, No. 500
San Francisco, California 94104
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Attorney for Third Party Witnesses
Below the Blue,
Marine Taxonomic Services, Ltd,
Seth Jones, and Monique Rydel-Fortner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>            Plaintiff,<br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY<br><br>…………..Defendant | Case 2:21-cv-00073-JDP<br><br>**MOTION TO PARTIALLY RECONSIDER ORDER TO COMPEL AND FOR PROTECTIVE ORDER**<br><br>*Filed herewith:*<br>Memorandum in Support<br>Declaration of Seth Jones<br>Declaration of Joshua Koltun<br>[Proposed] Order<br><br>Date:     January 25, 2024<br>Time:     10 am<br>Courtrm: 9 (via Zoom)<br>Judge:    The Hon. Jeremy D. Peterson |

1  TO ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTE that on January 25, 2024, at 10 am in Courtroom 9 and via Zoom, Third Party
3  Witnesses Below the Blue, Marine Taxonomic Services, Ltd, Seth Jones, and Monique Rydel-Fortner
4  (hereinafter collectively "BTB/MTS") will and hereby do move the Court under Fed.R.Civ.P. 54(b)
5  and Local Rule 230(j) to partially reconsider its Order to Compel (DE 80), and for a Protective Order
6  under Fed.R.Civ.P. 26(c), whereby BTB/MTS shall be protected against producing documents or
7  disclosing information in connection with BTB/MTS assistance to the *Wall Street Journal* in
8  gathering news to disseminate to the public, or to the Environmental Defense Fund in publishing a
9  report to the public.

10    This motion is made upon the supporting Memorandum of Points and Authorities, on the
11  Declarations of Seth Jones and Joshua Koltun, on all pleadings and materials on file with the Court,
12  and all other such matters presented to the Court before the Motion is taken under submission.

14  Respectfully submitted,
15  January 4, 2024

/s/
Joshua Koltun
Attorney for Third Party Witnesses
Below the Blue, Marine Taxonomic Services,
Ltd, Seth Jones, and Monique Rydel-Fortner

- 1 -

Mot. Partial Reconsider and for Protective Order    2:21-cv-00073-JDP