NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>  Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**NOTICE OF MOTION TO COMPEL COMPLIANCE BY NON-PARTY BELOW THE BLUE WITH THE COURT'S ORDERS**<br><br>Judge:     Hon. Jeremy D. Peterson<br>Date:      January 25, 2024<br>Time:      10:00 a.m.<br>Courtroom: 9<br><br>Action Filed: January 14, 2021<br>Trial Date:   None |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTE** that on January 25, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard via Zoom, Pacific Bell Telephone Company ("Pacific Bell") will and hereby does move for an Order directing Below the Blue ("BtB") to submit to ESI collection and production by an independent third party for the purpose of identifying and producing responsive materials that BtB was required to produce under this Court's November 9, 2023 and December 7, 2023 Orders. The Hearing will be conducted via Zoom (Dkt. 95). Contact and other information for the Court and the Courtroom Deputy is available at the following website: https://www.caed.uscourts.gov/CAEDnew/index.cfm/judges/all-judges/50231/.

This Motion is based upon the supporting Memorandum of Points and Authorities, the Declaration of Jon David Kelley, all pleadings and materials on file with the Court, and all other matters presented to the Court before the Motion is taken under submission.

Respectfully submitted,

DATED:  January 4, 2024                KIRKLAND & ELLIS

By: */s/ Hariklia Karis*
HARIKLIA "CARRIE" KARIS

Attorney for Defendant
PACIFIC BELL TELEPHONE COMPANY