NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**DECLARATION OF JON DAVID KELLEY IN SUPPORT OF PACIFIC BELL'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL COMPLIANCE BY NON-PARTY BELOW THE BLUE WITH THE COURT'S ORDERS**<br><br>Judge Hon. Jeremy D. Peterson<br><br>Complaint Filed:    January 14, 2021 |

I, Jon David Kelley, hereby declare as follows:

1.      I am a partner at the law firm of Kirkland & Ellis LLP and counsel for Defendant Pacific Bell Telephone Company ("Pacific Bell") in the above-captioned litigation.  I submit this declaration in support of Pacific Bell's Memorandum in Support of Motion to Compel Below the Blue's ("BtB") Compliance with the Court's November 9 and December 7 Orders.  I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2.      Following a December 22, 2023 meet and confer, counsel for Pacific Bell proposed that BtB agree to a document-review protocol. On December 28, 2023, counsel for Pacific Bell provided counsel for BtB with a draft proposed protocol. A true copy of this protocol is attached as Exhibit 1.

3.      On August 4, 2023, Pacific Bell served a subpoena on BtB. A true copy of the subpoena is attached as Exhibit 2.

4.      During the November 29 meet and confer, BtB's counsel asserted that some of Jones's and Fortner's communications are privileged under the First Amendment. Mr. Koltun represented that BtB entered into an oral agreement with the WSJ, whereby Seth Jones and Monique Fortner of BtB allegedly agreed to act as reporters for the WSJ in connection with its series on lead-clad cables. During that meet and confer Mr. Koltun was unable to detail when the alleged oral agreement was made, with whom at WSJ it was made, or the scope of the purported agreement.

5.      On December 10, 2023, Mr. Koltun sent an email to counsel for Pacific Bell. A true copy of this email is attached as Exhibit 3.

6.      On December 15, 2023, counsel for Pacific Bell sent an email to Mr. Koltun. A true copy of this email is attached as Exhibit 4.

7.      On December 18, 2023, the parties met and conferred regarding the subpoena. On December 20, 2023, counsel for Pacific Bell sent Mr. Koltun an email summarizing the December 18, 2023 meet and confer. A true copy of this email is attached as Exhibit 5.

DECLARATION OF JON DAVID KELLEY IN SUPPORT OF
MOTION TO COMPEL                                          CASE NO. 2:21-cv-0073-MCE-JDP

8.      On December 22, 2023, counsel for Pacific Bell and BtB met and conferred. During the call, BtB's counsel declined to provide the search terms used in part by Jones and Fortner to self-select documents, and acknowledged that additional emails required to be produced by December 7 still had not been produced.  Counsel for Pacific Bell orally described a third-party document collection and review protocol.  Counsel for BtB objected that such a proposal would only be acceptable if BtB – and not the third-party vendor – had discretion to conduct a "responsiveness" view without involvement of the independent third party.  Counsel for Pacific Bell responded that, given BtB's track record of failing to provide productions by Court-ordered deadlines, BtB's omission of emails and text messages from prior productions, and BtB's failure to be transparent about the "search terms" it used, an independent expert should conduct the responsiveness review and production, and Pacific Bell would be willing to bear the cost.

9.      On January 3, 2024, Mr. Koltun sent an email to counsel for Pacific Bell. A true copy of this email is attached as Exhibit 6.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed January 4, 2024, in Dallas, Texas.

By: _____
Jon David Kelley

DECLARATION OF JON DAVID KELLEY IN SUPPORT OF
MOTION TO COMPEL                                          CASE NO. 2:21-cv-0073-MCE-JDP