NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLIANCE BY NON-PARTY BELOW THE BLUE WITH THE COURT'S ORDERS**<br><br>Judge:     Hon. Jeremy D. Peterson<br>Date:       January 25, 2024<br>Time:      10:00 a.m.<br>Courtroom: 9<br><br>Action Filed: January 14, 2021<br>Trial Date:    None |

Before the Court is Pacific Bell Telephone Company (Pacific Bell)'s Motion to Compel Compliance by Non-Party Below the Blue (BtB) with the Court's Orders. Pacific Bell seeks to compel BtB to submit to ESI collection and production by an independent third party to identify and produce responsive materials that BtB was required to produce under this Court's November 9, 2023 and December 7, 2023 Orders.

Having fully considered the matter and the record at hand, for the reasons stated in Pacific Bell's Motion, the Court hereby GRANTS Pacific Bell's Motion to Compel. BtB and its principals, Seth Jones and Monique Fortner, must provide all computers, mobile or other devices, and access to electronic cloud-based accounts used by Seth Jones or Monique Fortner for, in connection with, or related to any work for Below the Blue or Marine Taxonomic Services at any time between January 1, 2020 to the present, or belonging to Seth Jones and Monique Fortner at any time between January 1, 2020 and the present, to an independent third-party forensic expert for examination. Further, to facilitate this examination, the Court hereby adopts and enters the document-review protocol attached as Exhibit 1 to the Kelley Declaration, which was filed in support of Pacific Bell's Motion to Compel.

**IT IS SO ORDERED.**

DATED: _____, 2024

Jeremy D. Peterson
United States Magistrate Judge