NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  (415) 856-7000
Fax: (415) 856-7100

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Fax:  (312) 862-2200

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | Case No. 2:21-cv-00073-MCE-JDP<br><br>**NOTICE OF RELATED CASES**<br><br>Judge:         Hon. Jeremy D. Peterson<br><br>Action Filed: January 14, 2021<br>Trial Date:    None |

Pursuant to L.R. 123(b), counsel for defendant Pacific Bell Telephone Company ("Pacific Bell") respectfully submits this notice to inform the Court of the following related cases:

1. ***Pacific Bell Telephone Co. v. Jones***, **E.D. Cal. Case No. 2:23-cv-03052-KJM-DB**. This action relates to a third-party subpoena Pacific Bell served on Seth Jones. This case was transferred to this Court from the U.S. District Court for the Southern District of California on December 21, 2023.

2. ***Pacific Bell Telephone Co. v. Marine Taxonomic Services, Ltd.***, **E.D. Cal. Case No. 2:24-cv-00022-DJC-CKD**. This action relates to a third-party subpoena Pacific Bell served on Marine Taxonomic Services, Ltd. This case was transferred to this Court from the U.S. District Court for the Southern District of California on December 22, 2023.

3. ***California Sportfishing Protection Alliance v. Pacific Bell Telephone Co.***, **E.D. Cal. Case No. 2:24-mc-00004-DAD-DB**. This action relates to a third-party subpoena Pacific Bell served on the Environmental Defense Fund. The case was transferred to this Court from the U.S. District Court for the District of Columbia on December 28, 2023.

Given Judge Peterson's familiarity with the above-captioned litigation and discovery processes, including third-party discovery, assignment of these related matters to Judge Peterson would promote efficient use of judicial resources.

Respectfully submitted,

DATED: January 10, 2024                        PAUL HASTINGS LLP

By: /s/ *Navi Singh Dhillon*
      NAVI S. DHILLON

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY