Navi Dhillon (SBN 279537)
navidhillon@paulhastings.com
Deborah Schmall (SBN 112052)
deborahschmall@paulhastings.com
Lucas Grunbaum (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100

Hariklia Karis (*admitted pro hac vice*)
hkaris@kirkland.com
Robert B. Ellis (*admitted pro hac vice*)
rellis@kirkland.com
Mark J. Nomellini (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-CV-00073-JDP<br><br>**STIPULATION RE PROTECTIVE ORDER; [PROPOSED] PROTECTIVE ORDER**<br><br>Magistrate Judge: Hon. Jeremy D. Peterson<br><br>Complaint Filed: January 14, 2021 |

Having met and conferred, Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendant Pacific Bell Telephone Company ("Pacific Bell") (together, the "Parties" and each a "Party") stipulate as follows:

WHEREAS, the Parties agree that the documents and other materials produced through discovery may be subject to confidentiality limitations or disclosure due to federal laws, state laws, and/or privacy rights, including, but not limited to, information involving trade secrets, confidential business, financial or personal information and information protected by California's constitutional and common law right to privacy, or under other provisions of California law or other applicable law;

WHEREAS, the Parties agree that to facilitate the exchange of information and documents, certain provisions should govern the use and maintenance of information that is subject to confidentiality limitations or disclosure under applicable law; and

NOW, THEREFORE, the parties respectfully and jointly ask that the Court enter an order governing the use and maintenance of confidential information exchanged between the Parties during discovery. A stipulated proposed protective order follows the Parties' signature blocks.

DATED: January 11, 2024

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Hariklia Karis*

Hariklia Karis (*admitted pro hac vice*)
hkaris@kirkland.com
Robert B. Ellis (*admitted pro hac vice*)
rellis@kirkland.com
Mark J. Nomellini (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Jon David Kelley (*admitted pro hac vice*)
jon.kelley@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Telephone:  (214) 972-1770

Navi Singh Dhillon (SBN 279537)
navidhillon@paulhastings.com
Peter C. Meier (SBN 179019)
petermeier@paulhastings.com
Christopher J. Carr (SBN 184180)
lucasgrunbaum@paulhastings.com
Lucas Grunbaum (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone:  (415) 856-7000

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

DATED:  January 11, 2024            Respectfully submitted,

*/s/ Erica A. Maharg*
Matthew Maclear (State Bar No. 209228)
Email: mcm@atalawgroup.com
Jason Flanders (State Bar No. 238007)
Email: jrf@atalawgroup.com
Erica A. Maharg (State Bar No. 279396)
Email: eam@atalawgroup.com
J. Thomas Brett (State Bar No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 MARTIN LUTHER KING JR WAY
OAKLAND, CA 94609
Tel: (415) 568-5200

STIPULATION

Andrew L. Packard (SBN 168690)
andrew@packardlawoffices.com
William N. Carlon (SBN 305739)
wncarlon@packardlawoffices.com
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Telephone:  (707) 782-4060
Fax: (707) 782-4062

William Verick (SBN 140972)
wverick@igc.org
KLAMATH ENVIRONMENTAL
LAW CENTER
1125 16th Street, Suite 204
Arcata, CA 95521
Telephone:  (707) 630-5061
Fax: (707) 630-5064

J. Kirk Boyd (SBN 122759)
jkb@drjkb.com
LAW OFFICE OF JOHN KIRK BOYD
548 Market St., Suite 1300
San Francisco, CA 94104-5401
Telephone:  (415) 440-2500

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

The filer of this document attests that all signatories listed above have concurred in the filing of this documents.