EXHIBIT 3

**Exhibit C: Specifications for the Production of Documents**

### 1. Cover Letter and Delivery Media

Each production shall include a cover letter or cover email with information sufficient to: (i) identify all accompanying delivery media; (ii) identify the production on such media by assigning a Volume ID; and (iii) include the Bates range for the documents produced in each volume. Delivery media shall comply with the specifications below.

|  | a) Requirement: |
|---|---|
| **Delivery Media:** | USB hard drive, DVD and/ or CD-R (ISO9660 format) or a secure FTP site |
| **Encryption:** | All media should be encrypted |
| **Volume ID:** | CD set number, e.g. VOL1 |
| **Physical Media Label:** | TOP: <production name, volume number><br>MIDDLE: <Bates range><br>BOTTOM: <date> |
| **Number of Copies:** | 1 |

### 2. Deliverables Include

| Item: | Requirement: |
|---|---|
| a) Load File (Metadata file) | Concordance (.dat) |
| b) Image File | Opticon (.opt) |
| c) Images | • Group IV TIFF, 300 DPI, single-page TIFF images<br>• Color documents should be produced in black & white, with color copies to be provided as the Receiving Party's request so long as reasonable and proportional to the needs of the litigation.<br>• All black/white images must be in 1-bit TIFF images and color documents must be in 24-bit JPEG files<br>• All documents referenced in a production image load file shall have all corresponding images, text, and data<br>• All images in the delivery volume shall be contained in the image load file<br>• The image key shall be named the same as the Bates number of the page<br>• Every image will contain a unique Bates number, and a prefix that identifies the party producing the document<br>• The Bates numbers shall be sequential, and in a consistent font type, size, and spacing.<br>• Image file names cannot contain spaces, (e.g., the correct format would be AB00000001 not AB 00000001).<br>• If a Bates number or set of Bates numbers is skipped in a production, the producing party will so note in a cover letter or production log accompanying the production. |

| Item: | Requirement: |
|---|---|
| d) **Text Files** | <ul><li>Extracted text of a document must be delivered on a document level</li><li>A text file will be provided for every document</li><li>For any document without extracted text or OCR, a text placeholder file will be inserted</li><li>All text for a single document should be contained within one file with subfolders</li><li>OCR shall be performed:<ul><li>For all redacted images</li><li>For all non-searchable electronic documents (including scanned hard copy documents) for which the text cannot be extracted.</li><li>Branding and endorsement shall be performed *after* OCR in the format agreed to by the parties.</li></ul></li><li>All text files should be named after the beginning Bates number of the document (ProdBatesBeg.txt)</li></ul> |
| e) **Native Files** | <ul><li>Native file format for:<ul><li>Spreadsheets (e.g., MS Excel, Lotus 123, etc.)</li><li>Presentations (e.g., MS PowerPoint, etc.)</li><li>Database (e.g., MS Access, QuickBooks, etc.)</li><li>Drawing (e.g., Visio, CAD, etc.)</li><li>Audio and Video (e.g., QuickTime Movie, Windows Media Video Voicemails)</li><li>Other file types that cannot practically be converted to image format.</li></ul></li><li>All Native files should be named after the beginning Bates number of the document (BEGDOC.xls).</li><li>Documents produce in native format should be produced with a single page TIFF placeholder endorsed the Prod Beg Bates and the following language on the placeholder: "Document produced in native format."</li><li>Documents produced in native format should have a file path value for the native file in the "Native Link" metadata field.</li></ul> |
| f) **Exception Handling** | A single-page TIFF placeholder should be used for each document within a family that was not converted and endorsed with the Prod Bates Beg and exception reason. |
| g) **Display Hidden Text** | Maintain and display hidden text (i.e., force on all hidden data). For example, track changes in MS Word, speaker notes in MS PowerPoint, and hidden rows in MS Excel. |
| h) **Maintain Date and Time** | Maintains the date/time of the document as it was last saved, edited, etc., not the date of collection or processing (I.e., force off auto data). |

### 3.     Directory Structure

The directory structure will contain the following main folders: DATA, NATIVE, TEXT, and IMAGES. Ex: Vol1\ NATIVE\000X\

| | Requirement: |
|---|---|
| **DAT File Location** | In subfolder: \DATA |

| | |
|---|---|
| **OPT File Location** | In subfolder: \DATA |
| **Images** | In subfolder: \IMAGES<br>In sequentially numbered subfolders containing approximately 1000 images each (i.e. ..\Images\001 ) |
| **Text Files** | In subfolder: \TEXT |
| **Native Files** | In subfolder. i.e. \NATIVE |

### 4. Delimiters

| | Requirement | |
|---|---|---|
| **Field Separator** | ASCII Code 20 ( ) | Separates load file columns |
| **Field Values** | ASCII Code 254 (þ) | Marks the beginning and end of each load file field (also known as a text qualifier) |
| **Multi-value** | ASCII Code 059 (;) | Separates distinct values in a column. This delimiter is only used when importing into a Relativity multi-choice field |
| **Newline** | ASCII 174 Code (®) | Marks the end of a line in any extracted or long text field |
| **Null Fields** | | If a Field has no value, leave blank |

### 5. Metadata

| Field Name | Field Description | Format | File Type | Hard Copy |
|---|---|---|---|---|
| **AttachCount** | Number of attachment(s) | NUMERICAL | Populated for messages and attachments only. | Populated |
| **Author** | Original composer of document. | TEXT | Populated attachments and loose files. | |
| **Confidentiality** | Confidential status of document. | TEXT | Populated for messages, attachments and loose files. | Populated |
| **Conversation ID** | Email thread created by the email system. This is a 44-character string of numbers and letters that is created in the initial email and has 10 characters added for each reply or forward of an email. | TEXT | Populated for messages only. | |
| **Custodian or Source** | Name of custodian who possessed the document. | TEXT | Populated for messages, | Populated |

| Field Name | Field Description | Format | File Type | Hard Copy |
|---|---|---|---|---|
| | | | attachments and loose files. | |
| All Custodians | Name of all custodians who possessed (i.e., To, From, BCC, CC) the document, prior to de-duplication. | TEXT | Populated for messages, attachments and loose files. | Populated |
| All File Paths | The location of each file, for duplicate custodians, prior to de-duplication. | TEXT | Populated for messages, attachments and loose files | Populated |
| Date Created | Date from the date created property extracted from the original file or email message. | DATE (MM-DD-YYYY) | Populated for attachments and loose files. | |
| Date Last Modified | Date from the modified property of a document, representing the date and time that changes to the document were last saved. | DATE (MM-DD-YYYY) | Populated for attachments and loose files. | |
| Date Received | Date that the email message was received (according to original time zones). | DATE (MM-DD-YYYY) | Populated for messages. Attachments will inherit from the parent message. | |
| Date Sent | Date that the email message was sent (according to original time zones). | DATE (MM-DD-YYYY) | Populated for messages. Attachments will inherit from the parent message. | |
| DocType | Populated with: Email, Attachment, eDocPaper | TEXT | Populated for messages, attachments and loose files. | Populated |
| Email BCC | Recipients of 'blind carbon copies' of the email message. | TEXT | Populated for messages only. | |
| Email CC | Recipients of 'carbon copies' of the email message. | TEXT | Populated for messages only. | |
| Email From | Originator of the email message. | TEXT | Populated for messages only. | |
| Email Subject | Subject of the email message | TEXT | Populated for messages only. | |

| Field Name | Field Description | Format | File Type | Hard Copy |
|---|---|---|---|---|
| **Email To** | List of recipients or addressees of the email message. | TEXT | Populated for messages only. | |
| **File Extension** | Three (or more) character extension of the document that represents the file type to the Windows Operating System. Examples are PDF, DOC, or DOCX. The file extension is identified by the file header vs. the file extension of the file name itself. | TEXT | Populated for messages, attachments, and loose files. | |
| **File Name** | Original name of the file. | TEXT | Populated for messages, attachments, and loose files. | |
| **File Size** | File size in kilobytes of native document. | DECIMAL | Populated for messages, attachments, and loose files. | |
| **MD5 Hash Value** | Identifying value of an electronic record that can be used for deduplication and authentication generated using the MD5 hash algorithm | TEXT | Populated for messages, attachments and loose files. | |
| **Original Folder Path** | Original folder path of file or folder name for paper documents. | TEXT | Populated for messages, attachments and loose files. | Populated |
| **Prod Bates Beg** | Beginning Bates number, or production number, on first page of document. | TEXT | Populated for messages, attachments and loose files. | Populated |
| **Prod Bates Beg Attach** | First Bates number in family group. | TEXT | Populated for messages and attachments. | Populated |
| **Prod Bates End** | Bates number, or production number, on last page of document. | TEXT | Populated for messages, attachments and loose files. | Populated |
| **Prod Bates End Attach** | Last Bates number in family group. | TEXT | Populated for messages and attachments. | Populated |

| Field Name | Field Description | Format | File Type | Hard Copy |
|---|---|---|---|---|
| **Redactions** | Redaction status of document. | TEXT | Populated for messages, attachments and loose files. | Populated |
| **Time Created** | Time from the Date Created property extracted from the original file or email message. | TEXT (hh:mm:ss) | Populated for attachments and loose files. | |
| **Time Last Modified** | Time from the Modified property of a document, representing the date and time that changes to the document were last saved. | TEXT (hh:mm:ss) | Populated for attachments and loose files. | |
| **Time Received** | Time that the email message was received (according to original time zones). | TEXT (hh:mm:ss) | Populated for messages. Attachments will inherit from the parent message. | |
| **Time Sent** | Time that the email message was sent (according to original time zones). | TEXT (hh:mm:ss) | Populated for messages. Attachments will inherit from the parent message. | |
| **Title** | Title information saved in metadata with document. | TEXT | Populated for attachments and loose files. | |
| **Native Link** | Link to Native File.<br><br>Native files should be named the same as the beg doc and delivered in the same folder as the images (e.g., ABC0000001.xls). | TEXT | Populated for attachments and loose files. | Populated |
| **Text Link** | Link to Text Files.<br><br>Text files should be named the same as the beg doc and delivered in the same folder as the images (e.g., ABC0000001.txt). | TEXT | Populated for attachments and loose files. | |