Joshua Koltun (Bar No. 173040)
One Sansome Street
Suite 3500, No. 500
San Francisco, California  94104
Telephone:  415.680.3410
Facsimile:  866.462.5959
joshua@koltunattorney.com

Attorney for Third Party Witnesses
Below the Blue,
Marine Taxonomic Services, Ltd,
Seth Jones, and Monique Rydel-Fortner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>          Plaintiff,<br>v.<br><br>PACIFIC  BELL TELEPHONE COMPANY<br><br>…………..Defendant | Case 2:21-cv-00073<br><br>**DECLARATION OF VISHAL OZA** |

I, Vishal Oza, declare as follows:

1. I am a Senior Director of Forensic Technology Services at Alvarez & Marsal Disputes and Investigations, LLC. I am overseeing the forensic data collection and eDiscovery services being provided to BTB/MTS in this discovery matter.

2. The parties have agreed to a technical protocol (Exhibit C), which is a typical specification for the production of ESI. To illustrate how this specification works, take for example, an email in its native .eml or .msg format. That email, in its native format, cannot be bates-stamped on each page; instead, one can rename the individual email file name with a single bates number. The way that email processing will be handled following Exhibit C instructions is as follows. The native email(s) will be processed and loaded into an eDiscovery platform such as Relativity. A TIFF file of the email(s) is created at page level. A TIFF file is an image, similar to a PDF file where each page of that TIFF file can be bates-stamped and redacted as necessary. The text of the email is extracted and a separate "text file" is created and loaded in Relativity for keyword searching, and the metadata is extracted and stored in a database such as SQL. A separate "load file" is created for documents that are located by keyword searches for production using Relativity platform. The load file will provide the association between the individual text files, TIFF images, document/email metadata and any native files.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed on January 11, 2023 at Costa Mesa, California.



_____
Vishal Oza