1  NAVI DHILLON (SBN 279537)
   navidhillon@paulhastings.com
2  PETER C. MEIER (SBN 179019)
   petermeier@paulhastings.com
3  CHRISTOPHER J. CARR (SBN 184076)
   chriscarr@paulhastings.com
4  LUCAS GRUNBAUM (SBN 314180)
   lucasgrunbaum@paulhastings.com
5  PAUL HASTINGS LLP
   101 California Street, 48th Floor
6  San Francisco, California  94111
   Telephone:  (415) 856-7000
7  Fax: (415) 856-7100

8  HARIKLIA KARIS (*admitted pro hac vice*)
   hkaris@kirkland.com
9  ROBERT B. ELLIS (*admitted pro hac vice*)
   rellis@kirkland.com
10 MARK J. NOMELLINI (*admitted pro hac vice*)
   mnomellini@kirkland.com
11 KIRKLAND & ELLIS LLP
   300 North LaSalle
12 Chicago, IL 60654
   Telephone: (312) 862-2000
13 Fax:  (312) 862-2200

14 Attorneys for Defendant
   PACIFIC BELL TELEPHONE COMPANY
15

16                UNITED STATES DISTRICT COURT

17              EASTERN DISTRICT OF CALIFORNIA

18

19 CALIFORNIA SPORTFISHING            Case No. 2:21-cv-00073-MCE-JDP
   PROTECTION ALLIANCE,
20                                     **[PROPOSED] ORDER DENYING
          Plaintiff,                   BELOW THE BLUE'S MOTION RE
21                                     RECONSIDERATION**
          v.
22                                     Judge:      Hon. Jeremy D. Peterson
   PACIFIC BELL TELEPHONE COMPANY,     Date:       January 25, 2024
23                                     Time:       10:00 a.m.
          Defendant.                   Courtroom:  9
24
25                                     Action Filed:  January 14, 2021
                                       Trial Date:    None
26

27

28

1

**[PROPOSED] ORDER**

2      Pending before the Court is a motion by Below the Blue for reconsideration of the order

3  (Dkt. 80) entered by the Court on November 13, 2023 (the Motion).  Defendant Pacific Bell

4  Telephone Company opposed the Motion.  A hearing was held on January 25, 2024, with counsel

5  for both parties appearing.

6      Having fully considered the matter, including the parties' briefing, the Court hereby

7  DENIES the Motion.

8

9      **IT IS SO ORDERED**.

10

11

12  Dated: _____                    _____

13                                                    JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28