NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLIANCE BY NON-PARTY BELOW THE BLUE WITH THE COURT'S ORDERS**<br><br>Judge: Hon. Jeremy D. Peterson<br>Date: January 25, 2024<br>Time: 10:00 a.m.<br>Courtroom: 9<br><br>Action Filed: January 14, 2021<br>Trial Date: None |

Before the Court is Pacific Bell Telephone Company (Pacific Bell)'s Motion to Compel Compliance by Non-Party Below the Blue (BtB) with the Court's Orders. Pacific Bell seeks to compel BtB to submit to ESI collection by an independent third party, in order to produce materials that BtB was required to provide under this Court's November 9, 2023 and December 7, 2023 Orders.

Having fully considered the matter and the record at hand, for the reasons stated in Pacific Bell's Motion to Compel and Reply in Support of its Motion to Compel, the Court hereby GRANTS Pacific Bell's Motion. BtB and its principals, Seth Jones and Monique Fortner, must provide all computers and mobile devices related to any work for Below the Blue or Marine Taxonomic Services at any time between January 1, 2020 to the present, or belonging to Seth Jones and Monique Fortner at any time between January 1, 2020 and the present, to an independent third-party expert for collection and production. BtB must also provide access to electronic cloud-based or email accounts used by Seth Jones or Monique Fortner during that time period. To enable this examination, the Court hereby adopts and enters the revised document-production protocol attached as Exhibit 4 to the Kelley Declaration, which was filed with Pacific Bell's Reply in Support of its Motion to Compel.

**IT IS SO ORDERED.**

DATED: _____, 2024

                                          Jeremy D. Peterson
                                          United States Magistrate Judge