NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>    Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**[PROPOSED] ORDER RE NON-PARTY BELOW THE BLUE'S COMPLIANCE WITH THE COURT'S ORDERS**<br><br>Judge:     Hon. Jeremy D. Peterson<br>Date:      January 25, 2024<br>Time:      10:00 a.m.<br>Courtroom: 9<br><br>Action Filed: January 14, 2021<br>Trial Date:   None |

Before the Court is Pacific Bell Telephone Company (Pacific Bell)'s Motion to Compel Compliance by Non-Party Below the Blue (BtB) with the Court's Orders. Pacific Bell seeks an order compelling BtB to submit to ESI collection by an independent third party, in order to produce materials that BtB was required to provide under this Court's November 9, 2023 and December 7, 2023 Orders, or, in the alternative, requiring BtB to engage in a transparent and timely production process.

Having fully considered the matter and the record at hand, for the reasons stated in Pacific Bell's Motion to Compel and Reply in Support of its Motion to Compel, the Court hereby ORDERS the following:

BtB shall immediately disclose the search terms or other review criteria it has employed in past productions and that Alvarez & Marsal has employed on BtB's behalf to identify responsive documents to date.

Further, BtB must complete within seven days of this Order its production of documents required to be produced under the Court's Orders, including documents not amenable to being located using search terms (such as videos, photos, and texts). BtB may not withhold documents based on the reporter's privilege.

Should BtB fail to make a complete production within seven days of this Order, BtB must show cause why the Court should not hold it in contempt under Federal Rule of Civil Procedure 45(g).

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
Jeremy D. Peterson
United States Magistrate Judge