1 | ANDREW L. PACKARD (State Bar No. 168690)
Email: andrew@packardlawoffices.com
2 | WILLIAM N. CARLON (State Bar No. 305739)
Email: wncarlon@packardlawoffices.com
3 | Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
4 | Petaluma, CA 94952
Tel: (707) 782-4060
5 | Fax: (707) 782-4062

[Additional counsel on p. 2]

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, | Case No: 2:21-cv-00073-JDP |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER** |
| PACIFIC BELL TELEPHONE COMPANY | |
| Defendant. | Hearing Date: January 25, 2024
Time: 10:00 a.m.
Courtroom: 9, 13th Floor
Magistrate Judge: Hon. Jeremy D. Peterson |

1  MATTHEW MACLEAR (State Bar No. 209228)
   Email: mcm@atalawgroup.com
2  JASON FLANDERS (State Bar No. 238007)
   Email: jrf@atalawgroup.com
3  ERICA A. MAHARG (State Bar No. 279396)
   Email: eam@atalawgroup.com
4  J. THOMAS BRETT (State Bar No. 315820)
5  Email: jtb@atalawgroup.com
   AQUA TERRA AERIS LAW GROUP
6  4030 Martin Luther King Jr Way
   Oakland, CA 94609
7  Tel: (415) 568-5200

8
   WILLIAM VERICK (State Bar No. 140972)
9  Email: wverick@igc.org
   KLAMATH ENVIRONMENTAL LAW CENTER
10 1125 16th Street, Suite 204
   Arcata, CA  95521
11 Tel: (707) 630-5061; Fax: (707) 630-5064

12
   J. KIRK BOYD (State Bar No. 122759)
13 Email: jkb@drjkb.com
   LAW OFFICE OF JOHN KIRK BOYD
14 548 Market St., Suite 1300
   San Francisco, CA 94104-5401
15 Tel: (415) 440-2500

16
   BRIAN ACREE (State Bar No. 202505)
17 Email: brian@brianacree.com
   LAW OFFICES OF BRIAN ACREE
18 331 J Street, Suite 200
   Sacramento, CA 95814
19 Tel: (916) 505-6861

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

Plaintiff California Sportfishing Protection Alliance ("CSPA") moves to amend the scheduling order under Federal Rule of Civil Procedure ("Rule") 16(b)(4). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations*, 975 F.2d 604, 609 (9th Cir. 1992). Having considered the briefing and the parties' arguments at the hearing on the motion, as well as the parties' supplemental declarations, I find that CSPA has met the "good cause" standard of Rule 16(b). Accordingly, the Court hereby GRANTS CSPA's Motion and ORDERS that the Scheduling Order be modified as follows:

| | |
|---|---|
| Notice of subject matter for each expert report | 6/26/2024 |
| Expert disclosures | 7/10/2024 |
| Rebuttal disclosures | 8/16/2024 |
| Last day to hear motions to compel | 9/25/2024 |
| Discovery closes | 10/18/2024 |
| Last day to hear dispositive motions | 12/17/2024 |

IT IS SO ORDERED.

Date:

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE