Joshua Koltun (Bar No. 173040)
One Sansome Street
Suite 3500, No. 500
San Francisco, California  94104
Telephone:  415.680.3410
Facsimile:  866.462.5959
joshua@koltunattorney.com

Attorney for Third Party Witnesses
Below the Blue,
Marine Taxonomic Services, Ltd,
Seth Jones, and Monique Rydel-Fortner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>         Plaintiff,<br>v.<br><br>PACIFIC  BELL TELEPHONE COMPANY<br><br>…………..Defendant | Case 2:21-cv-00073-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING BELOW THE BLUE et al. TO JOIN STIPULATED PROTECTIVE ORDER [D.E. 117]** |

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendant Pacific Bell Telephone Company ("Pacific Bell") and Third Party Witnesses Below the Blue, Marine Taxonomic Services, Ltd, Seth Jones, and Monique Rydel-Fortner (hereinafter, "BTB/MTS") hereby stipulate and respectfully and jointly ask that the Court enter an order that BTB/MTS may join the Stipulated Protective Order ("SPO") entered in this case [DE 117].  In other words, notwithstanding paragraph 29 of that SPO, BTB/MTS is to have both the rights and the obligations of a "Party" under the terms of the SPO concerning the designation of material as "Confidential."

This stipulation and requested order is purely procedural; nothing herein shall be construed as a waiver of any rights, nor as an admission, stipulation, or agreement that any information produced by BTB/MTS qualifies for confidential treatment under that Order.

Respectfully submitted,

Dated: February 8, 2024

/s/Hariklia Karis____
Hariklia Karis
KIRKLAND & ELLIS LLP
Hariklia Karis (*admitted pro hac vice*)
hkaris@kirkland.com
Robert B. Ellis (*admitted pro hac vice*)
rellis@kirkland.com
Mark J. Nomellini (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Jon David Kelley (*admitted pro hac vice*)
jon.kelley@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1770

|     |                           |                                                      |
| --- | ------------------------- | ---------------------------------------------------- |
| 1   |                           | Navi Singh Dhillon (SBN 279537)                      |
| 2   |                           | navidhillon@paulhastings.com                         |
|     |                           | Peter C. Meier (SBN 179019)                          |
| 3   |                           | petermeier@paulhastings.com                          |
|     |                           | Christopher J. Carr (SBN 184180)                     |
| 4   |                           | lucasgrunbaum@paulhastings.com                       |
|     |                           | Lucas Grunbaum (SBN 314180)                          |
| 5   |                           | lucasgrunbaum@paulhastings.com                       |
|     |                           | PAUL HASTINGS LLP                                    |
| 6   |                           | 101 California Street, 48th Floor                    |
|     |                           | San Francisco, California 94111                      |
| 7   |                           | Telephone: (415) 856-7000                            |
| 8   |                           | Attorneys for Defendant                              |
| 9   |                           | PACIFIC BELL TELEPHONE COMPANY                       |
| 10  | Dated: February 8, 2024   | /s/Matthew Maclear                                   |
|     |                           | Matthew Maclear                                      |
| 11  |                           | AQUA TERRA AERIS LAW GROUP                           |
|     |                           | Matthew Maclear (State Bar No. 209228)               |
| 12  |                           | Email: mcm@atalawgroup.com                           |
| 13  |                           | Jason Flanders (State Bar No. 238007)                |
|     |                           | Email: jrf@atalawgroup.com                           |
| 14  |                           | Erica A. Maharg (State Bar No. 279396)               |
|     |                           | Email: eam@atalawgroup.com                           |
| 15  |                           | J. Thomas Brett (State Bar No. 315820)               |
|     |                           | Email: jtb@atalawgroup.com                           |
| 16  |                           | AQUA TERRA AERIS LAW GROUP                           |
| 17  |                           | 4030 MARTIN LUTHER KING JR WAY                       |
|     |                           | OAKLAND, CA 94609                                    |
| 18  |                           | Tel: (415) 568-5200                                  |
| 19  |                           | Andrew L. Packard (SBN 168690)                       |
|     |                           | andrew@packardlawoffices.com                         |
| 20  |                           | William N. Carlon (SBN 305739)                       |
| 21  |                           | wncarlon@packardlawoffices.com                       |
|     |                           | LAW OFFICES OF ANDREW L. PACKARD                     |
| 22  |                           | 245 Kentucky Street, Suite B3                        |
|     |                           | Petaluma, CA 94952                                   |
| 23  |                           | Telephone: (707) 782-4060                            |
|     |                           | Fax: (707) 782-4062                                  |
| 24  |                           |                                                      |
| 25  |                           |                                                      |
| 26  |                           |                                                      |
| 27  |                           |                                                      |
| 28  |                           |                                                      |

|   |   |
|---|---|
| | William Verick (SBN 140972) |
| | wverick@igc.org |
| | KLAMATH ENVIRONMENTAL |
| | LAW CENTER |
| | 1125 16th Street, Suite 204 |
| | Arcata, CA 95521 |
| | Telephone: (707) 630-5061 |
| | Fax: (707) 630-5064 |
| | |
| | J. Kirk Boyd (SBN 122759) |
| | jkb@drjkb.com |
| | LAW OFFICE OF JOHN KIRK BOYD |
| | 548 Market St., Suite 1300 |
| | San Francisco, CA 94104-5401 |
| | Telephone: (415) 440-2500 |
| | Attorneys for Plaintiff |
| | CALIFORNIA SPORTFISHING |
| | PROTECTION ALLIANCE |
| Dated: February 8, 2024 | /s/ Joshua Koltun |
| | Joshua Koltun |
| | Joshua Koltun (Bar No. 173040) |
| | One Sansome Street |
| | Suite 3500, No. 500 |
| | San Francisco, California  94104 |
| | Telephone:  415.680.3410 |
| | Facsimile:  866.462.5959 |
| | joshua@koltunattorney.com |
| | |
| | Attorney for Third Party Witnesses |
| | Below the Blue, |
| | Marine Taxonomic Services, Ltd, |
| | Seth Jones, and Monique Rydel-Fortner |

The filer of this document attests that all signatories listed above have concurred in the filing of this documents.

SO ORDERED

Dated February __, 2024

                                                      /s/
Hon. Jeremy D. Peterson
United States Magistrate Judge