ANDREW L. PACKARD (State Bar No. 168690)
Email: andrew@packardlawoffices.com
WILLIAM N. CARLON (State Bar No. 305739)
Email: wncarlon@packardlawoffices.com
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062

[Additional counsel on p. 2]

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC BELL TELEPHONE COMPANY<br><br>    Defendant. | Case No: 2:21-cv-00073-JDP<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER<br><br>Hearing Date: January 25, 2024<br>Time: 10:00 a.m.<br>Courtroom: 9, 13th Floor<br>Magistrate Judge: Hon. Jeremy D. Peterson |

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

MATTHEW MACLEAR (State Bar No. 209228)
Email: mcm@atalawgroup.com
JASON FLANDERS (State Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (State Bar No. 279396)
Email: eam@atalawgroup.com
J. THOMAS BRETT (State Bar No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr Way
Oakland, CA 94609
Tel: (415) 568-5200

WILLIAM VERICK (State Bar No. 140972)
Email: wverick@igc.org
KLAMATH ENVIRONMENTAL LAW CENTER
1125 16th Street, Suite 204
Arcata, CA  95521
Tel: (707) 630-5061; Fax: (707) 630-5064

J. KIRK BOYD (State Bar No. 122759)
Email: jkb@drjkb.com
LAW OFFICE OF JOHN KIRK BOYD
548 Market St., Suite 1300
San Francisco, CA 94104-5401
Tel: (415) 440-2500

BRIAN ACREE (State Bar No. 202505)
Email: brian@brianacree.com
LAW OFFICES OF BRIAN ACREE
331 J Street, Suite 200
Sacramento, CA 95814
Tel: (916) 505-6861

Plaintiff California Sportfishing Protection Alliance ("CSPA") moves to amend the scheduling order under Federal Rule of Civil Procedure ("Rule") 16(b)(4). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations*, 975 F.2d 604, 609 (9th Cir. 1992). Having considered the briefing and the parties' arguments at the hearing on the motion, as well as the parties' supplemental declarations, I find that CSPA has met the "good cause" standard of Rule 16(b). Accordingly, the Court hereby GRANTS CSPA's Motion and ORDERS that the Scheduling Order be modified as follows:

| | |
|---|---|
| Notice of subject matter for each expert report | 6/26/2024 |
| Expert disclosures | 7/10/2024 |
| Rebuttal disclosures | 8/16/2024 |
| Last day to hear motions to compel | 9/26/2024 |
| Discovery closes | 10/18/2024 |
| Last day to hear dispositive motions | 12/19/2024 |

IT IS SO ORDERED.

Dated:   February 12, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER