Joshua Koltun (Bar No. 173040)
One Sansome Street
Suite 3500, No. 500
San Francisco, California  94104
Telephone:  415.680.3410
Facsimile:  866.462.5959
joshua@koltunattorney.com

Attorney for Third Party Witnesses
Below the Blue,
Marine Taxonomic Services, Ltd,
Seth Jones, and Monique Rydel-Fortner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>        Plaintiff,<br>v.<br><br>PACIFIC  BELL TELEPHONE COMPANY<br><br>        Defendant. | Case No. 2:21-cv-00073-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING BELOW THE BLUE et al. TO JOIN STIPULATED PROTECTIVE ORDER [D.E. 117]** |

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendant Pacific Bell Telephone Company ("Pacific Bell") and Third Party Witnesses Below the Blue, Marine Taxonomic Services, Ltd, Seth Jones, and Monique Rydel-Fortner (hereinafter, "BTB/MTS") hereby stipulate and respectfully and jointly ask that the Court enter an order that BTB/MTS may join the Stipulated Protective Order ("SPO") entered in this case [DE 117]. In other words, notwithstanding paragraph 29 of that SPO, BTB/MTS is to have both the rights and the obligations of a "Party" under the terms of the SPO concerning the designation of material as "Confidential."

This stipulation and requested order is purely procedural; nothing herein shall be construed as a waiver of any rights, nor as an admission, stipulation, or agreement that any information produced by BTB/MTS qualifies for confidential treatment under that Order.

Respectfully submitted,

Dated: February 8, 2024

/s/Hariklia Karis
Hariklia Karis
KIRKLAND & ELLIS LLP
Hariklia Karis (*admitted pro hac vice*)
hkaris@kirkland.com
Robert B. Ellis (*admitted pro hac vice*)
rellis@kirkland.com
Mark J. Nomellini (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Jon David Kelley (*admitted pro hac vice*)
jon.kelley@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1770

|   |   |
|---|---|
| 1 | Navi Singh Dhillon (SBN 279537) |
|   | navidhillon@paulhastings.com |
| 2 | Peter C. Meier (SBN 179019) |
|   | petermeier@paulhastings.com |
| 3 | Christopher J. Carr (SBN 184180) |
|   | lucasgrunbaum@paulhastings.com |
| 4 | Lucas Grunbaum (SBN 314180) |
|   | lucasgrunbaum@paulhastings.com |
| 5 | PAUL HASTINGS LLP |
|   | 101 California Street, 48th Floor |
| 6 | San Francisco, California 94111 |
| 7 | Telephone: (415) 856-7000 |
| 8 | Attorneys for Defendant |
|   | PACIFIC BELL TELEPHONE COMPANY |
| 9 |   |

Dated: February 8, 2024                             /s/Matthew Maclear
                                                                    Matthew Maclear
                                                                    AQUA TERRA AERIS LAW GROUP
                                                                    Matthew Maclear (State Bar No. 209228)
                                                                    Email: mcm@atalawgroup.com
                                                                    Jason Flanders (State Bar No. 238007)
                                                                    Email: jrf@atalawgroup.com
                                                                    Erica A. Maharg (State Bar No. 279396)
                                                                    Email: eam@atalawgroup.com
                                                                    J. Thomas Brett (State Bar No. 315820)
                                                                    Email: jtb@atalawgroup.com
                                                                    AQUA TERRA AERIS LAW GROUP
                                                                    4030 MARTIN LUTHER KING JR WAY
                                                                    OAKLAND, CA 94609
                                                                    Tel: (415) 568-5200

                                                                    Andrew L. Packard (SBN 168690)
                                                                    andrew@packardlawoffices.com
                                                                    William N. Carlon (SBN 305739)
                                                                    wncarlon@packardlawoffices.com
                                                                    LAW OFFICES OF ANDREW L. PACKARD
                                                                    245 Kentucky Street, Suite B3
                                                                    Petaluma, CA 94952
                                                                    Telephone: (707) 782-4060
                                                                    Fax: (707) 782-4062

|   |   |
|---|---|
| | William Verick (SBN 140972)<br>wverick@igc.org<br>KLAMATH ENVIRONMENTAL<br>LAW CENTER<br>1125 16th Street, Suite 204<br>Arcata, CA 95521<br>Telephone: (707) 630-5061<br>Fax: (707) 630-5064 |
| | J. Kirk Boyd (SBN 122759)<br>jkb@drjkb.com<br>LAW OFFICE OF JOHN KIRK BOYD<br>548 Market St., Suite 1300<br>San Francisco, CA 94104-5401<br>Telephone: (415) 440-2500<br>Attorneys for Plaintiff<br>CALIFORNIA SPORTFISHING<br>PROTECTION ALLIANCE |
| Dated: February 8, 2024 | /s/ Joshua Koltun<br><br>Joshua Koltun<br><br>Joshua Koltun (Bar No. 173040)<br>One Sansome Street<br>Suite 3500, No. 500<br>San Francisco, California  94104<br>Telephone:  415.680.3410<br>Facsimile:  866.462.5959<br>joshua@koltunattorney.com<br><br>Attorney for Third Party Witnesses<br>Below the Blue,<br>Marine Taxonomic Services, Ltd,<br>Seth Jones, and Monique Rydel-Fortner |

The filer of this document attests that all signatories listed above have concurred in the filing of this documents.

IT IS SO ORDERED.

Dated:   February 12, 2024              _____
                                        JEREMY D. PETERSON
                                        UNITED STATES MAGISTRATE JUDGE

- 3 -

Stip [Proposed] Order Permitting BTB/MTS to Join Protective Order                    2:21-cv-00073-JDP