CAED 435
(Rev. 10/2023)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME Harrison Brown | 2. EMAIL harrison.brown@blankrome.com | 3. PHONE NUMBER 424-239-3400 | 4. DATE 06/04/2024 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS 2029 Century Park East, 6th FL | | 6. CITY Los Angeles | 7. STATE CA | 8. ZIP CODE 90067 |

| 9. CASE NUMBER 2:21-cv-00073-JDP | 10. JUDGE U.S. Magistrate Judge Jeremy D. Peterson | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. FROM 04/25/2024 | 12. TO 04/25/2024 |
| 13. CASE NAME California Protection Alliance v. Pacific Bell Telephone Company | | LOCATION OF PROCEEDINGS | |
| | | 14. CITY Sacramento | 15. STATE California |

**16. ORDER FOR**

- [ ] APPEAL No.
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [X] OTHER (Specify Below) | 04/25/2024 | E. Argento, ECRO |
| [ ] JURY SELECTION | | | Pre-Discovery Motion Conference | | |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| Next Day | [ ] | [X] | NO. OF COPIES | | |
| 2-HOUR | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**FILED**

**JUN 05 2024**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL**

| 19. SIGNATURE /s/ Harrison Brown | PROCESSED BY |
|---|---|
| 20. DATE 06/04/2024 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |