NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
DEBORAH SCHMALL (SBN 112052)
deborahschmall@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE No. 2:21-cv-00073-JDP<br><br>**STIPULATION RE CONTINUING SEPTEMBER 9, 2024 STATUS CONFERENCE AND [PROPOSED] ORDER**<br><br>Magistrate Judge: Hon. Jeremy D. Peterson<br><br>Complaint Filed: January 14, 2021 |

STIPULATION AND [PROPOSED] ORDER

Having met and conferred, the undersigned parties stipulate as follows:

WHEREAS, a status conference is set for September 9, 2024;

WHEREAS, holding a status conference on September 9, 2024, presents a calendar conflict for defense counsel;

WHEREAS, in light of the calendar conflict, the parties agreed to continue the September 9 status conference and contacted the Court Clerk for other available dates; and

WHEREAS, the parties understand the Court is available for a ZOOM status conference on September 16, 2024 at 11:00 a.m.

NOW, THEREFORE, the parties respectfully and jointly ask that the Court enter an order continuing the September 9, 2024, status conference to September 16, 2024.  A proposed order follows the parties' signature blocks.

Respectfully submitted,

DATED:  September 6, 2024         PAUL HASTINGS LLP


                                  By:  /s/ Lucas Grunbaum
                                       LUCAS V. GRUNBAUM

                                  Attorneys for Defendant
                                  PACIFIC BELL TELEPHONE COMPANY


DATED:  September 6, 2024         AQUA TERRIS AERIS LAW GROUP


                                  By:  /s/ Matthew C. Maclear
                                       Matthew C. Maclear

                                  Attorneys for Plaintiff
                                  CALIFORNIA SPORTFISHING
                                  PROTECTION ALLIANCE

* The filer of this document attests that all signatories listed above have concurred in the filing of this document.

- 1 -

STIPULATION AND [PROPOSED] ORDER

**[PROPOSED]** ORDER

In light of the parties' stipulation and good cause appearing, the Court hereby CONTINUES the status conference set for September 9, 2024, to September 16, 2024, at 11:00 a.m.

IT IS SO ORDERED.

Dated: September 9, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE