1  NAVI SINGH DHILLON (SBN 279537)
   navidhillon@paulhastings.com
2  DEBORAH SCHMALL (SBN 112052)
   deborahschmall@paulhastings.com
3  LUCAS GRUNBAUM (SBN 314180)
   lucasgrunbaum@paulhastings.com
4  PAUL HASTINGS LLP
   101 California Street, 48th Floor
5  San Francisco, California 94111
   Telephone: (415) 856-7000
6  Fax: (415) 856-7100

7  HARIKLIA KARIS (*admitted pro hac vice*)
   hkaris@kirkland.com
8  ROBERT B. ELLIS (*admitted pro hac vice*)
   rellis@kirkland.com
9  MARK J. NOMELLINI (*admitted pro hac vice*)
   mnomellini@kirkland.com
10 KIRKLAND & ELLIS LLP
   300 North LaSalle
11 Chicago, IL 60654
   Telephone: (312) 862-2000
12 Fax: (312) 862-2200

13 Attorneys for Defendant
   PACIFIC BELL TELEPHONE COMPANY
14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>              Plaintiff,<br><br>       v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>              Defendant. | CASE NO. 2:21-cv-00073-MCE-JDP<br><br>**STIPULATION RE VACATING SEPTEMBER 16, 2024 STATUS CONFERENCE AND [PROPOSED] ORDER**<br><br>Magistrate Judge: Hon. Jeremy D. Peterson<br><br>Complaint Filed: January 14, 2021 |

STIPULATION AND [PROPOSED] ORDER

Having met and conferred, the undersigned parties stipulate as follows:

WHEREAS, a status conference is set for September 16, 2024, at 11:00 a.m.; and

WHEREAS, the parties agree there is no need for a status conference at this time and jointly ask that September 16 status conference be vacated.

NOW, THEREFORE, the parties respectfully and jointly ask that the Court enter an order VACATING the September 16, 2024, status conference. A proposed order follows the parties' signature blocks.

Respectfully submitted,

DATED:  September 16, 2024          PAUL HASTINGS LLP


                                    By: /s/ Navi S. Dhillon
                                        NAVI S. DHILLON

                                    Attorneys for Defendant
                                    PACIFIC BELL TELEPHONE COMPANY


DATED:  September 16, 2024          AQUA TERRIS AERIS LAW GROUP


                                    By: /s/ Matthew C. Maclear
                                        Matthew C. Maclear

                                    Attorneys for Plaintiff
                                    CALIFORNIA SPORTFISHING
                                    PROTECTION ALLIANCE


The filer of this document attests that all signatories listed above have concurred in the filing of this document.

**[PROPOSED] ORDER**

In light of the parties' stipulation and good cause appearing, the Court hereby VACATES the status conference set for September 16, 2024, at 11:00 a.m.

IT IS SO ORDERED.

Dated: _____            _____
                                                                          JEREMY D. PETERSON
                                                                          UNITED STATES MAGISTRATE JUDGE