NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
DEBORAH SCHMALL (SBN 112052)
deborahschmall@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-MCE-JDP<br><br>**STIPULATION RE VACATING SEPTEMBER 16, 2024 STATUS CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>Magistrate Judge: Hon. Jeremy D. Peterson<br><br>Complaint Filed: January 14, 2021 |

STIPULATION AND [~~PROPOSED~~] ORDER

1  Having met and conferred, the undersigned parties stipulate as follows:

2  WHEREAS, a status conference is set for September 16, 2024, at 11:00 a.m.; and

3  WHEREAS, the parties agree there is no need for a status conference at this time and jointly
4  ask that September 16 status conference be vacated.

5  NOW, THEREFORE, the parties respectfully and jointly ask that the Court enter an order
6  VACATING the September 16, 2024, status conference. A proposed order follows the parties'
7  signature blocks.

8  Respectfully submitted,

9

10 DATED: September 16, 2024          PAUL HASTINGS LLP

11

12                                     By:  /s/ Navi S. Dhillon
                                           NAVI S. DHILLON
13
                                       Attorneys for Defendant
14                                     PACIFIC BELL TELEPHONE COMPANY

15

16 DATED: September 16, 2024          AQUA TERRIS AERIS LAW GROUP

17

18                                     By:  /s/ Matthew C. Maclear
                                           Matthew C. Maclear
19
                                       Attorneys for Plaintiff
20                                     CALIFORNIA SPORTFISHING
                                       PROTECTION ALLIANCE
21

22

23  The filer of this document attests that all signatories listed above have concurred in the
24  filing of this document.

25

26

27

28

- 1 -

STIPULATION AND [P~~ROPOSED~~] ORDER

**[~~PROPOSED~~] ORDER**

In light of the parties' stipulation and good cause appearing, the Court hereby VACATES the status conference set for September 16, 2024, at 11:00 a.m.

IT IS SO ORDERED.

Dated: September 16, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE