MATTHEW MACLEAR (State Bar No. 209228)
Email: mcm@atalawgroup.com
JASON FLANDERS (State Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (State Bar No. 279396)
Email: eam@atalawgroup.com
J. THOMAS BRETT (State Bar No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr Way
Oakland, CA 94609
Tel: (415) 568-5200

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>        Plaintiff,<br><br>vs.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>        Defendant. | Case No.: 2:21-cv-00073-JDP<br><br>**DECLARATION OF CHRIS SHUTES IN SUPPORT OF MOTION TO APPROVE SETTLEMENT AND FOR ENTRY OF CONSENT JUDGMENT**<br><br>**DATE:** November 7, 2024<br>**TIME:** 10:00 a.m.<br>**DEPT:** 09<br>**JUDGE:** Hon. Jeremy D. Peterson |

I, Chris Shutes, declare:

1. I am executive director of plaintiff California Sportfishing Protection Alliance ("CSPA" or "Plaintiff"). I have personal knowledge of the statements contained herein and would competently testify thereto if called as a witness.

2. CSPA is a non-profit public benefit corporation organized under the laws of California and based in Berkeley, California. CSPA is dedicated to the preservation, protection, and defense of the environment, wildlife, and natural resources of California waters, including Lake Tahoe.

3. Members of CSPA boat on and swim in Lake Tahoe and drink water drawn from the Lake. Members of CSPA also use Lake Tahoe to fish, bird-watch, view wildlife, and engage in scientific study. CSPA members also work on and in the waters of Lake Tahoe, making physical contact with the Lake on a regular basis.

4. To further its goals, CSPA actively seeks federal and state agency implementation of state and federal laws that protect the integrity of California waters, and as necessary, directly initiates enforcement actions on behalf of itself and its members. CSPA has filed and succeeded in accomplishing its goals in dozens of legal actions over many years. This action is an example of this practice.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. This declaration was executed on September 17, 2024 in Berkeley, California.

_____
Chris Shutes