NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
333 W. Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

JON DAVID KELLEY (*admitted pro hac vice*)
jon.kelley@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**DECLARATION OF PETER C. MEIER IN SUPPORT OF DEFENDANT PACIFIC BELL TELEPHONE COMPANY'S STATEMENT IN SUPPORT OF ENTRY OF FINAL CONSENT DECREE**<br><br>Magistrate Judge: Hon. Jeremy D. Peterson<br><br>Complaint Filed:   January 14, 2021 |

I, Peter C. Meier, hereby declare as follows:

1. I am a partner at the law firm of Paul Hastings LLP and counsel for Defendant Pacific Bell Telephone Company ("Pacific Bell") in the above-captioned litigation. I submit this declaration in support of Pacific Bell's Statement in Support of Entry of Final Consent Decree, submitted on September 18, 2024. Unless otherwise indicated, I have personal knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of the report titled "Evaluation of Potential Public Health Impacts of Lead Presented by Lead-Clad Telecommunications Cables," by Dr. David L. Eaton, Ph.D., DABT, FATS, NAM, Professor and Dean Emeritus, University of Washington, dated September 2024.

3. Attached as **Exhibit B** is a true copy of the Expert Report of Dr. Rosalind Schoof, dated September 6, 2024.

4. Attached as **Exhibit C** is a true copy of the Expert Report of Dr. Paul R. Krause, dated September 6, 2024.

5. Attached as **Exhibit D** is a true copy of the Expert Report of Lawrence E. Eiselstein, Ph.D., P.E., dated September 9, 2024.

6. Attached as **Exhibit E** is a true copy of the Expert Report of Tiffany Thomas, Ph.D., dated September 2024.

7. Attached as **Exhibit F** is a true copy of the Expert Report of Andrew Nicholson, Ph.D., dated September 9, 2024.

8. Attached as **Exhibit G** is a true copy of the Expert Report of Craig Jones, Ph.D., dated September 6, 2024.

9. Attached as **Exhibit H** is a true copy of the Expert Report of Alex Revchuk, D.Env., P.E., BCES, dated September 6, 2024.

10. Attached as **Exhibit I** is a true copy of the Expert Report of Brian Drollette, Ph.D., dated September 9, 2024.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 18 2024, in San Francisco, California.

By: _____
PETER C. MEIER