# EXHIBIT E



HALEY & ALDRICH, INC.
426 17TH STREET
SUITE 700
OAKLAND, CA 94612
510.879.4544

EXPERT REPORT OF TIFFANY THOMAS, PhD
*CALIFORNIA SPORTFISHING PROTECTION ALLIANCE v.*
*PACIFIC BELL TELEPHONE CO.*
(EASTERN DISTRICT OF CALIFORNIA)
CASE NO. 2:21-CV-00073-JDP

Haley & Aldrich, Inc.
Oakland, California

Prepared on behalf of:
Pacific Bell Telephone Company

File No. 0135508-000
September 2024



HALEY & ALDRICH, INC.
426 17TH STREET
SUITE 700
OAKLAND, CA 94612
510.879.4544

## SIGNATURE PAGE FOR:

### EXPERT REPORT OF TIFFANY THOMAS, PhD
*CALIFORNIA SPORTFISHING PROTECTION ALLIANCE v.*
*PACIFIC BELL TELEPHONE CO.*
(EASTERN DISTRICT OF CALIFORNIA)
CASE NO. 2:21-CV-00073-JDP

### PREPARED ON BEHALF OF:

### PACIFIC BELL TELEPHONE COMPANY

PREPARED BY:

_____

Tiffany Thomas, PhD
Principal Chemist
Haley & Aldrich, Inc.

**Table of Contents**

Page

List of Tables                                                                                iii

List of Figures                                                                               iii

List of Appendices                                                                            iii
List of Abbreviations                                                                         iv

1.   Statement of Qualifications and Compensation Disclosure                                    1

2.   Introduction                                                                              2

3.   Executive Summary                                                                         3

4.   Summary of Opinions                                                                       4

5.   Background                                                                                 6

     5.1   SITE SETTING                                                                         6
     5.2   LIMNOLOGY AND GEOCHEMISTRY OF LAKE TAHOE                                             8
     5.3   KNOWN SOURCES OF LEAD IN LAKE TAHOE                                                  8
           5.3.1   Geogenic Sources of Lead                                                     8
           5.3.2   Anthropogenic Sources of Lead                                               9
     5.4   APPLICABLE SCREENING LEVELS FOR LEAD CONCENTRATIONS IN LAKE TAHOE WATER             10

6.   Telecommunication Cable History, Construction, and Location                               12

     6.1   HISTORY AND CONSTRUCTION OF TELECOMMUNICATION CABLES CONTAINING LEAD                12
     6.2   LOCATION OF TELECOMMUNICATION CABLES IN LAKE TAHOE                                   13
           Cable A - Emerald Bay                                                               13
           Cable B - West Shore of Lake Tahoe                                                  13

7.   Lake Tahoe Lead Sampling Programs                                                         15

     7.1   LAKE TAHOE SURFACE WATER STUDIES                                                     15
           7.1.1   Pacific Bell Surface Water Investigations                                    15
           7.1.2   Published Lake Tahoe Surface Water Studies                                   16
           7.1.3   Comparison of Sampling Results to Regulatory Screening Values                16
     7.2   LAKE TAHOE SEDIMENT STUDIES                                                          17
           7.2.1   Pacific Bell's Sediment Investigations                                       17
           7.2.2   Published Lake Tahoe Sediment Studies                                        17
     7.3   UTILITY DISTRICT DRINKING WATER REPORTS                                              17

8.   Consistency of Results with Lead Geochemistry in Lake Tahoe                               19



**Table of Contents**

                                                                                 Page

8.1    EXPOSURE AND CORROSION OF LEAD SURFACES                    19
8.2    FORMATION OF SECONDARY LEAD MINERALS                        21
8.3    SORPTION ONTO SUSPENDED SOLIDS                               23
8.4    SUMMARY OF CONTROLLING GEOCHEMICAL PROCESSES               24

**9.      Findings and Conclusions                                         25**

**References                                                              27**

**Appendix A**

CURRICULUM VITAE

**Appendix B**

LIST OF TECHNICAL PUBLICATIONS

**Appendix C**

GLOSSARY AND TECHNICAL BACKGROUND



## List of Tables

| Table No. | Title | Page |
|---|---|---|
| 1 | Lead Concentration Comparison Table | 11 |
| 2 | Water Utility District Reported Lead Concentrations | 18 |

## List of Figures

| Figure No. | Title | Page |
|---|---|---|
| 1 | Regional location map of the Lake Tahoe Basin | 7 |
| 2 | Cut end cross-section of telecom cable. | 12 |
| 3 | Location map showing position of Cables A and B in Lake Tahoe | 14 |
| 4 | Geochemical conceptual model of corrosion reactions at the surface of the lead cladding. | 20 |
| 5 | Geochemical conceptual model of the formation of lead secondary minerals at the surface of the lead cladding. | 21 |
| 6 | Site-specific Eh-pH diagram of lead using data from the current study. | 22 |
| 7 | Geochemical conceptual model of the adsorption of soluble lead onto metal oxides and organic matter. | 23 |

## List of Appendices

| Appendix | Title |
|---|---|
| A | Curriculum Vitae |
| B | List of Technical Publications |
| C | Glossary and Technical Background |



## List of Abbreviations

| Abbreviations | Definitions |
| --- | --- |
| °C; | degrees Celsius |
| µg/L | micrograms per liter |
| µm | Micrometers |
| AMSL | above mean sea level |
| CCR | Consumer Confidence Reports |
| $CO_2$ | carbon dioxide |
| DoD | Department of Defense |
| EPRI | Electric Power Research Institute |
| ICP-MS | Inductively Coupled Plasma-Mass Spectroscopy |
| IVPW | Incline Village Public Works |
| L | liters |
| lbs | Pounds |
| MADL | Maximum Allowable Dose Level |
| MCL | Maximum Contaminant Level |
| MDL | Method Detection Limit |
| mg/kg | milligram per kilogram |
| ND | not detected |
| $NO_3$ | Nitrate |
| NOAA | National Oceanic and Atmospheric Administration |
| NRWQC | National Recommended Water Quality Criteria |
| NSRL | No Significant Risk Level |
| NTPUD | North Tahoe Public Utility District |
| $O_2$ | oxygen |
| ORP | oxidation-reduction potential |
| $Pb^{2+}$ | lead ion |
| PCB | polychlorinated biphenyls |
| PFAS | polyfluoroalkyl substances |
| PILC | paper-insulated lead-covered |
| pM | Picomolar |
| POM | Particulate Organic Matter |
| ppb | parts per billion |
| TCPUD | Tahoe City Public Utility District |
| TERC | Tahoe Environmental Research Center |
| TSP | Total Suspended Particle |
| USEPA | US Environmental Protection Agency |



# 1.      Statement of Qualifications and Compensation Disclosure

I am a Principal Chemist employed by the international environmental consulting firm of Haley & Aldrich, Inc. (Haley & Aldrich). At Haley & Aldrich, and at prior firms, I have served as a geochemist, performing geochemical and statistical assessments of datasets reflecting a wide variety of site conditions. My work includes developing technical approaches, scopes of work, and data interpretation for regional contamination assessments and remedial action selections.

I hold a PhD in Chemistry from the University of California at Davis and have more than 19 years of consulting experience in designing and executing site characterization plans, interpreting chemical data generated from site characterization activities, and applying forensic techniques to differentiate sources of contamination. My expertise includes identifying chemical signatures of various contaminants, including their geochemical properties and controlling reactions, and assessing the fate and transport of those contaminants to determine their stability in, and mobility from, a given source area. I have expertise in contaminant chemistry and evaluating impacts to water quality resulting from contaminant releases, and in the weathering of naturally occurring minerals into groundwater aquifers and surface water. Through my work on mine sites, Department of Defense (DoD) installations, and other commercial/industrial facilities, I have worked directly with lead and other metals-related projects for over 25 years.

My professional curriculum vitae is provided in Appendix A to this report. A list of my technical publications is included as Appendix B. My work in this case is presently compensated at a rate of $422 per hour. My rate for depositions and trial testimony is $633 per hour.



## 2.    Introduction

As a Principal Chemist with Haley & Aldrich, I have been retained on behalf of Pacific Bell Telephone Company to evaluate issues regarding the chemistry, analysis, fate, and potential transport of lead related to two lead-clad telecommunication (telecom) cables (known as "Cable A" and "Cable B"), based on the site conditions and water quality of Lake Tahoe.

My opinions are based on a review of multiple data sets of different types (including peer-reviewed and other scientific literature), analytical data gathered from the subject site (including nearby samples of surface water and sediment as available), site description information, evaluations of chemical fate and transport, and documents produced by the parties to the litigation. These data and other information inform the lines of evidence put forward as the basis of my opinions discussed below. A complete list of reference material is included in the attached bibliography included in Appendix B.



## 3.    Executive Summary

The lead-clad telecom cables in Lake Tahoe were constructed with layers of jute-bitumen and woven steel armor that prevent direct contact of the lead cladding in the cables with water or sediment. Surveys of the cables have shown the protective covering remains in place, and therefore the lead cladding is not in contact with Lake Tahoe water, except in a few areas where the cables have been cut or damaged and the lead cladding is exposed.

In those few areas where the lead cladding is directly exposed, the conditions in Lake Tahoe limit the extent and rate of corrosion of any exposed lead. These conditions include a well-mixed, circumneutral (non-acidic), and oxygenated water column with low electrical conductivity and no vertical stratification.

When elemental lead is in direct contact with Lake Tahoe water, the secondary lead mineral cerussite forms a passivating layer at the lead-water interface that mitigates the further dissolution of lead from any damaged locations on the cables. At those limited locations where lead is in direct contact with Lake Tahoe water, field documentation (e.g., photographs) confirms that these corrosion-inhibiting secondary minerals and biofilm are present on the cables.

Further, the natural sorption of dissolved lead onto other mineral surfaces results in scavenging or removal of dissolved lead from the surface water, limiting lead mobility. This process further limits the release of lead into Lake water. Under the conditions in Lake Tahoe, therefore, any dissolved lead immediately re-precipitates as secondary mineral phases. The very small amounts of lead that do not remain bound to the cable will fall to the sediment rather than being widely distributed in the water column.

These facts are supported by environmental sampling data that show there is no meaningful difference between dissolved and total lead concentrations in water measured at stations in Lake Tahoe near the cables and at background locations away from the cables. Sampling undertaken by study teams in 2021 and 2023 demonstrates there was no observed horizontal or vertical gradient of decreasing lead water concentrations with distance from the cables, which suggests the cables are not sources of dissolved lead in surface water.

The concentrations of both total and dissolved lead in water, including at the cables, are below applicable regulatory criteria for the protection of human health and the environment.  Sediment studies in Lake Tahoe, both near and remote from the cables, also support the conclusion that the cables have not impacted the lead content of the sediment.  Further, the evaluation of lead concentrations in Lake Tahoe must consider geogenic *and* anthropogenic sources of lead, which have included the use of leaded paints and gasoline, tire-wear particles, fishing tackle, atmospheric deposition, runoff from urbanized areas around Lake Tahoe, and the dissolution of natural lead-bearing minerals. Historical lead isotope analysis suggested the major portion of lead influx into Lake Tahoe is from a combination of river water and groundwater seepage, originating from anthropogenic and geogenic sources of lead.

Based on principles of geochemistry, geochemical modeling, and environmental sampling data, I conclude that the submerged telecom cables have not adversely impacted, and will not adversely impact, the surface water or sediment quality of Lake Tahoe.



## 4.    Summary of Opinions

1.   As designed, the lead-clad telecom cables in Lake Tahoe significantly limit direct contact between the lead cladding and Lake Tahoe surface water.

2.   The lead-clad telecom cables in Lake Tahoe were constructed by encasing a bundle of copper telecommunication wires with a continuous layer of lead cladding, followed by a protective layer of jute fiber mixed with bitumen, protected by a layer of woven steel armor, and lastly by an outermost jute-bitumen layer. Field teams from the consulting firms Ramboll US Consulting, Inc (Ramboll) and Haley & Aldrich observed and photographed this construction detail during various field activities (Section 6.1).

3.   The steel armoring and, presumably, the internal jute-bitumen layer under the steel armor appeared to be predominantly intact along the length of cables visually observed during field activities undertaken by Haley & Aldrich (2021) and by Ramboll (2023a). Visual inspections of Cable A and Cable B indicated there were small areas of the cables where the jute-bitumen layers and steel armor were no longer in place, and thus the lead cladding was exposed to the water in these limited locations. (Section 7.1) Evaluation of the integrity of the steel armor and jute-bitumen layers is the subject of other expert reports and is not discussed in detail herein.

4.   Minimal, if any, lead surface area of the cables is in direct contact with Lake Tahoe water, limiting the interaction of Lake Tahoe surface water with the lead surface and, therefore, the potential release of lead. At those limited locations where lead is in direct contact with Lake Tahoe water, field documentation (e.g., photographs) confirms that secondary minerals and biofilm are present on the cables. (Section 7.1)

5.   Physical parameters measured at each sampling location describe a well-mixed, circumneutral (non-acidic), and oxygenated water column within Lake Tahoe with low electrical conductivity and no vertical stratification, consistent with previous and subsequent studies. These parameters indicate that throughout the water column in Lake Tahoe the geochemical conditions limit the potential for the release of lead from the cables. (Section 7.1)

6.   The sampling results showed there was no meaningful difference between dissolved and total lead concentrations in water measured at sampling stations with telecom cables present, historical background locations, and background sampling locations in recent studies. (Section 7.1)

7.   There was no observed horizontal or vertical gradient of decreasing lead water concentrations with distance from the cables as measured at the Emerald Bay sample stations, which suggests the cables are not sources of dissolved lead in surface water. (Section 7.1)

8.   Concentrations of both total and dissolved lead in water measured at all stations in both the Haley & Aldrich and Ramboll studies, including at the cables, are below applicable regulatory criteria for the protection of human health and the environment (USEPA drinking water action level of 15 micrograms per liter [µg/L], the Proposition 65 human health-based limit of 0.25 µg/L, and the USEPA National Recommended Water Quality Criteria for the protection of freshwater aquatic species [NRWQC; Section 7.1.3]).



9.      The low concentrations of lead detected in the water samples collected adjacent to the cables from within Lake Tahoe are consistent with and explained by the following principles of geochemistry:

- The water conditions in Lake Tahoe limit the extent and rate of corrosion of any exposed lead on the surface of the cables. (Section 8.1)

- Based on the geochemical conditions in Lake Tahoe, as confirmed by geochemical modeling, any dissolved lead immediately re-precipitates as secondary mineral phases. These site-specific conditions would lead to the formation of the secondary lead mineral cerussite when Lake Tahoe water is in direct contact with elemental lead, forming a passivating layer at the lead-water interface that mitigates the further dissolution of lead from damaged locations along the telecom cables. (Section 8.2)

- The sorption of lead onto other mineral surfaces results in scavenging of dissolved lead in surface water, limiting lead mobility from the primary source. (Section 8.3)

10.     Sediment studies in Lake Tahoe, both near and remote from the cables, also support the conclusion that the cables have not impacted the lead content of the sediment (Heyvaert et al., 2000; Kim and Rejmánková, 2001, Ramboll, 2023b; Section 7.2).

11.     The abundance of both anthropogenic (man-made) and geogenic (naturally occurring) metal oxides, such as iron oxide or rust, can readily scavenge (through adsorption) any lead mobilized from damaged portions of the cables. The outer layer of each cable contains iron, which corrodes over time to form iron oxide or rust, as was observed on the steel armor in areas where the outermost jute-bitumen layer was missing. Naturally occurring iron oxide present in the Lake Tahoe sediment can also provide surfaces for any potentially mobilized lead to adsorb. (Section 8.3)

12.     Additional geogenic and anthropogenic sources of lead to Lake Tahoe include the use of leaded paints and gasoline, tire-wear particles, atmospheric deposition, runoff from urbanized areas around Lake Tahoe, and the dissolution of natural lead-bearing minerals. (Section 5.3)

13.     Furthermore, historical lead isotope analysis suggested the major portion of lead influx into Lake Tahoe is from a combination of river water and groundwater seepage (Chien et al., 2019) originating from several unrelated anthropogenic and geogenic sources of lead. (Section 5.3)

It is, therefore, my opinion that the submerged telecom cables have not adversely impacted, and will not adversely impact, the surface water or sediment quality of Lake Tahoe.

This report is a summary of my opinions, on these and related topics, based on information considered at the time of report preparation. I reserve the right to modify and/or supplement my opinions as additional information, potentially relevant to the topics evaluated in this report, becomes available or is otherwise discoverable.



# 5.     Background

## 5.1     SITE SETTING

Lake Tahoe (the Lake) is a sub-alpine lake situated in California and Nevada, between the Sierra Nevada Mountains to the west and the Carson range to the east (**Figure 1**). The Lake was formed by block faulting and damming of the outlet at the north end of the basin during repeated volcanic episodes and glacial advances through geologic time (Little et al., 2005). Sediment in the Lake has low concentrations of phosphorus compared to other lakes but has an abundance of iron oxides (Buetel et al., 2018).

The air temperature in the area surrounding the Lake is mild, despite being an alpine lake, with a mean annual temperature of 6.8 degrees Celsius (°C; National Oceanic and Atmospheric Administration [NOAA], 2023). The mean winter monthly temperatures remain above 0 °C (NOAA, 2023). There is no record of the entire Lake freezing over due to the water average temperature within the Lake of between 5 to 7° C, in combination with the deep nature of the Lake and water currents. Only shallow bays, like Emerald Bay, have been observed with thicker ice cover on occasion (Tahoe Environmental Research Center [TERC], 2023).

The approximate elevation of the Lake is 6,224 feet above mean sea level (amsl). The Lake is approximately 22 miles long and 12 miles wide at its maximum. The Lake is classified as one of the deepest lakes in the world, with a maximum depth of approximately 1,645 feet and an average depth of 1,000 feet. The surface area is approximately 191 square miles, and the volume of the Lake is approximately $4.0 \times 10^{13}$ (40 trillion) gallons (TERC, 2023).

Sources of lake water are comprised of the watershed, groundwater seepage, and direct precipitation. The watershed area is 314 square miles consisting of primary nutrient poor soils, erosion resistant substrate, and dense forest which limit nutrient input (Chien et al, 2019). There are 63 streams and rivers that flow into the Lake, of which the upper Truckee River is the largest (TERC, 2023). The scale of the Lake compared to the watershed combined with the watershed characteristics results in ultra-oligotrophic conditions (i.e., low in plant nutrients and containing high concentrations of oxygen; Chien et al., 2019). The Lake is known for its clear blue water with no other large lake in the world having better clarity (TERC, 2023).





**Figure 1:** Regional Location Map of the Lake Tahoe Basin



## 5.2    LIMNOLOGY AND GEOCHEMISTRY OF LAKE TAHOE

The geochemical condition of the Lake is relatively homogenous both laterally and with depth. Profiles of geochemical parameters from various locations in the main Lake confirm consistent temperature, dissolved oxygen ($O_2$), dissolved carbon dioxide ($CO_2$), pH, alkalinity, and nitrate ($NO_3$; Imboden et al., 1977) throughout the Lake, including with depth. Water chemistry is vertically homogenous with minimal effects from photosynthesis that can be observed up to 260 feet below the surface. The Lake turnover (i.e., the mixing of shallow water with deep water) occurs from temperature and wind driven currents (Schladow et al., 2004). During the winter, the density of cold surface water results in the mixing of the Lake water to depth (TERC, 2023). Complete top-to-bottom turnover of water occurs every four to five years (TERC, 2023).

Low nutrient input results in low levels of biomass and biologic activity (Romero et al., 2013). As a result, dissolved $O_2$ is near saturation along the depth profile (Imboden et al., 1977). Alkalinity and pH are consistent with depth with some variation in pH at the surface due to photosynthesis (Imboden et al., 1977). Similarly, dissolved $CO_2$ concentrations from the surface quickly reacts to form bicarbonate ($HCO_3^-$), resulting in little change in dissolved $CO_2$ with depth (Imboden et al., 1977).

In summary, the Lake is relatively homogenous and stable over time, characterized by low temperature, circumneutral pH (pH range from 6.5 to 8.5), and near saturation $O_2$ concentrations.

## 5.3    KNOWN SOURCES OF LEAD IN LAKE TAHOE

There are many sources that are known to contribute lead to surface waters, including a combination of geogenic (naturally occurring) and anthropogenic (human-derived) lead. Sources of lead in the Lake have been studied and the results are presented in articles published in peer-reviewed scientific journals. In this section, I summarize geogenic and anthropogenic sources that contribute to the overall lead flux in the Lake.  Additional detailed analysis of the total lead flux from both geogenic and anthropogenic sources has been provided by Dr. Andrew Nicholson.

### 5.3.1    Geogenic Sources of Lead

Lead occurs naturally in rocks, leading to elevated lead concentrations in surface water, groundwater, soil, and sediment due to weathering and erosion. Chien et al. (2019) highlights the large flux of lead entering the Lake every year from a geogenic source. The mass of lead originating from these sources gradually accumulates in the sediments in the Lake, as secondary mineral precipitates are adsorbed onto other mineral phases such as iron oxide.

The surface water entering the Lake from rivers and creeks contains lead. The source of this lead is undetermined but is likely a combination of mineral dissolution from rock weathering and upgradient (i.e., upstream or upslope) anthropogenic sources. The lead flux from rivers has been estimated between 58.0 to 100.1 pounds (lbs) per year into the total volume of the Lake (Chien et al., 2019).

Groundwater discharge (or seepage) into the Lake is spatially variable around the shore. Most notably, according to the results of a radon tracer investigation, seepage from groundwater into the Lake has been observed in Emerald Bay (Chien et al., 2019).



Though there is uncertainty in the extent and magnitude of seepage, Emerald Bay is one of the two areas of the Lake that Chien et al. (2019) reported to have received the greatest annual volume of groundwater discharge. Estimates of lead flux from groundwater seepage have been calculated at 26.5 to 28.2 lbs/year (Chien et al., 2019). Groundwater from five wells located north of Emerald Bay (two wells from Lake Tahoe Fire Station and three wells from the Lake Tahoe Fish Hatchery) contained lead concentrations at least an order of magnitude greater than what is found in the rivers entering the Lake (Chien et al., 2019). The cumulative groundwater mass flux of lead from seepage is a known source of lead to Lake surface water with direct connection to Emerald Bay.

Lead isotopes are often used to identify and estimate the impact of different sources of lead in local environments such as a lake. In published studies, the isotopic signature of lead in the Lake shows little variation with depth or with seasonal temperature fluctuations, suggesting consistent sources or a varying source with a similar isotopic signature (Chien et al., 2019). The isotopic signature of Lake surface water was compared to several potential sources and was most similar to local groundwater and river water entering the Lake rather than atmospheric deposition (Chien et al., 2019).

### 5.3.2    Anthropogenic Sources of Lead

Urbanized areas around the Lake are expanding and primarily concentrated along its shorelines. Increases in urban populations result in increased land disturbance, soil erosion, pollutants from roadwork and a loss of natural landscape capable of retaining overland run-off (Sahoo et al., 2010). The geospatial relationship of urbanized areas and the Lake combined with the steep shoreline topography facilitate pollutant loading into the Lake (Chien et al., 2019). These same effects of urbanization may increase the trace metal concentrations (such as lead) in the Lake.

There are several well documented anthropogenic sources of lead present in the watershed that likely affect the lead content of sediment and surface water in the Lake. As discussed below, these sources remain despite the phase-out of leaded gasoline and lead paint due to recognition of their deleterious effects. Moreover, the historical anthropogenic sources are likely to remain a persistent source to the Lake due to sediment disturbance and erosion in the mountainous terrain.

#### 5.3.2.1    *Leaded Gasoline and Vehicle Tires*

Leaded gasoline has been and continues to be (from soil erosion and run-off into the Lake) a source of lead in the Lake sediment due to the historical use of this product. Leaded gasoline is a known source of lead to the Lake sediment (Heyvaert et al., 2000). While the use of leaded gasoline in passenger cars was phased out between 1973 and 1996 (US Environmental Protection Agency [USEPA], 2016; National Public Radio, 2021), it remains available for use in approximately 167,000 piston-powered aircraft and offroad recreational and sport use, including marine vehicles (Dignam et al., 2019). In 2014, non-road engine use and combustion of leaded gasoline was the largest remaining source category of anthropogenic atmospheric lead emissions, accounting for 63% of total emissions (USEPA, 2023b).

Historical use of leaded gasoline has resulted in the persistent presence of lead in urban area soil (Mielke et al., 2011). Sediment cores were collected from three marshes around the Lake and analyzed for lead. One marsh was located adjacent to the Lake at Tahoe Keys marina community, and the two others were located several miles away from the Lake. The study found increasing lead concentrations in the sediment after the 1930s, corresponding with an increase in vehicle traffic using leaded gasoline (Kim and Rejmánková, 2001). More recently, tires and the particles from tire wear left on roadways have



been identified as another source of lead in the environment (McKenzie et al., 2009). These impacted urban soils, marsh sediments, and tire particles are mobilized by erosion and stormwater run-off and discharge into the Lake where they are deposited in Lake sediments, further increasing the lead concentration of surface water in contact with the sediments.

### 5.3.2.2    Lead-Based Household Paint

Lead in paint is another potential source of lead in the environment. The use of lead in household paint has been phased out but the impacts on soil lead concentrations are still present. Homes built prior to the 1978 ban on lead in paint contribute to lead in soil and the environment. In urban areas, the highest concentrations of lead in soil continues to be associated with the foundations of older homes. These soils with elevated lead concentrations have the potential to act as a secondary source of lead into the environment. Soil in urban environments can be transported from both construction operations (e.g., excavations and earthmoving) and various geologic processes such as gradual erosion, flash flood events, avalanches, etc. (Wade et al., 2021). This may result in continued lead loading into local waterways and the Lake.

### 5.3.2.3    Anti-Fouling Boat Paint

A notable additional source of lead that may be affecting Lake surface water is the historical and ongoing use of lead in anti-fouling boat paints (Dignam et al., 2019; United Nations Environment Programme, 2023). These paints are in direct contact with surface water and particles from their degradation can directly enter the Lake sediment, according to studies from other aquatic environments showing elevated lead in sediment to be associated with boats (Pereira et al., 2018). Boats with lead-containing paint would have been used in the Lake and may still be in use today.

### 5.3.2.4    Atmospheric Deposition

The atmospheric deposition of lead is another documented source of lead to the Lake. Lead from atmospheric Total Suspended Particle (TSP) deposition in the Lake is likely a mix of geogenic mineral dust and anthropogenic sources (Chien et al., 2019) in the Lake, such as various industrial processes (including waste incineration, mining, and metal smelting) and propeller plane emissions. The annual flux of lead from TSP is approximately 2% of the dissolved trace metal inventory in the upper 65 feet of the Lake with an estimated total load at 6.8 lbs/year (Chien et al., 2019, Table S4).

## 5.4    APPLICABLE SCREENING LEVELS FOR LEAD CONCENTRATIONS IN LAKE TAHOE WATER

The USEPA has not set a Maximum Contaminant Level (MCL) for total lead in drinking water but has set an action level for residential tap water of 15 μg/L.[1] This limit is part of the regulatory framework for utilities to control for water corrosivity. The USEPA has also clarified that bathing and showering (similar activities to swimming) in water with lead concentrations over the action level are considered safe as human skin does not absorb lead in water (USEPA, 2023a).

Regulations under California's Proposition 65 (The Safe Drinking Water and Toxic Enforcement Act) establish safe harbor levels for lead and lead compounds, including the No Significant Risk Level (NSRL)

---

[1] This concentration needs to be observed in the 90th percentile of samples collected (meaning that 1 out of 10 samples are consistently greater than 15 μg/L) to require "action" on the part of the utilities to replace lead service lines and notify the public.



for cancer of 15 µg per day and the Maximum Allowable Dose Level (MADL) for reproductive toxicity of 0.5 µg per day. The Proposition 65 human health-based limit of 0.25 µg/L for lead is calculated using the lower MADL limit of 0.5 µg per day and an assumed drinking water ingestion rate of 2 liters (L) per day as stated in Sections 25721 and 25821 of Title 27 California Code of Regulations Article 7. Both the USEPA action level (15 µg/L) and the lower Proposition 65 human health-based limit (0.25 µg/L) were used in this study to evaluate potential impacts of the submerged telecom cables on Lake water quality.

For the protection of aquatic life, the USEPA has derived NRWQC for both short-term (acute) and long-term (chronic) exposures that are considered "the highest concentration of specific pollutants or parameters in water that are not expected to pose a significant risk to the majority of species in a given environment" (USEPA, 2022). For certain metals, including lead, the USEPA NRWQC for freshwater are hardness-dependent. The Screening Values provided in **Table 1** below (16 µg/L of lead for acute exposure and 0.6 µg/L of lead for chronic exposure to aquatic species), are based on site-specific water hardness, calculated from Lake water samples (Haley & Aldrich, 2024). As these calculated values are greater than the lowest of the human health-based criteria (i.e., the Proposition 65 human health-based limit of 0.25 µg/L), the analysis in this report compares lead concentrations in Lake water samples to the Proposition 65 human health-based limit as it is protective of both human and ecological receptors.

Table 1. Lead Concentration Comparison Table

| Study | Chien et al. | | Haley & Aldrich | | Ramboll | |
|---|---|---|---|---|---|---|
| Year | 2019 | | 2021 | | 2023 | |
| Fraction | Dissolved | Total | Dissolved | Total | Dissolved | Total |
| *Background (µg/L)* | | | | | | |
| Minimum | 0.003 | NA | <0.043 | <0.043 | <0.006 | <0.006 |
| Maximum | 0.058 | NA | <0.043 | 0.06 J | <0.006 | <0.006 |
| Sample Count | 59 | - | 4 | 4 | 4 | 4 |
| *At Cables A and B (µg/L)* | | | | | | |
| Minimum | - | - | <0.043 | <0.043 | <0.006 | <0.006 |
| Maximum | - | - | 0.08 J | 0.057 J | 0.049 | 0.064 |
| Sample Count | - | - | 10 | 10 | 7 | 7 |
| *Emerald Bay Background Locations (µg/L)* | | | | | | |
| Minimum | - | - | <0.043 | <0.043 | <0.06 | 0.01 J |
| Maximum | - | - | <0.043 | <0.043 | 0.007 J | 0.018 J |
| Sample Count | - | - | 2 | 2 | 4 | 4 |

*Notes:*
   *µg/L: micrograms per liter*
   *NA: Not Analyzed*
   *<: Less than*
   *J: Estimated value*



# 6.    Telecommunication Cable History, Construction, and Location

## 6.1    HISTORY AND CONSTRUCTION OF TELECOMMUNICATION CABLES CONTAINING LEAD

The use of Paper-Insulated Lead-Covered (PILC) telecommunication and low-voltage power cables in the United States dates back to the late 1800s (Electric Power Research Institute [EPRI], 2004). The majority of the PILC cable was reported installed in the first half of the 20th century, at which time new cable construction involving the use of protective outer jackets became available. Since that time, PILC has been replaced as a matter of maintenance activities although legacy cables remain in place across a variety of applications and installation configurations (EPRI, 2004).

In subaqueous installations, such as in the subject area of Lake Tahoe (including Emerald Bay), the PILC cables were constructed by encasing a bundle of copper telecommunication wires with a continuous layer of lead cladding, followed by a protective layer of jute fiber mixed with bitumen, protected by a layer of woven steel armor, and lastly by an outermost jute-bitumen layer. Field crews noted this construction detail during various field activities, and photographically documented their observations, as provided in **Figure 2**.



*Figure 2:* Cut end cross-section of telecom cable. This is illustrating the copper core surrounded by successive layers of lead cladding, jute-bitumen, steel armoring, and finally an outer layer of jute-bitumen.



## 6.2    LOCATION OF TELECOMMUNICATION CABLES IN LAKE TAHOE

Of the four cables described by the Plaintiffs, Cable A and Cable B are telecom cables with lead cladding and are the focus of this report. The present location of each cable was identified as follows and noted in **Figure 3.**

### Cable A - Emerald Bay

Cable A traverses the northern end of Emerald Bay where it connects with the main portion of the Lake. The northern end of Cable A (approximate location: 38.96575, -120.084222) is on the northwest shore and is cut at the edge of the shoreline. The southern end of Cable A is also cut and approximately 75 feet off the southeast shoreline of Emerald Bay near the mouth of the Bay (approximate location: 38.963861, -120.081889) close to Eagle Point Campground. The length of the submerged cable is estimated at approximately 2,670 feet.

### Cable B - West Shore of Lake Tahoe

Cable B runs along the southwest shore of the Lake. Its northern end is near Lonely Gulch in Rubicon Bay (approximate location: 39.009708, -120.113172). The submerged cable lays parallel to the shoreline and extends south to Baldwin Beach (approximate location: 38.944222, -120.069261). The length of Cable B where it is submerged is approximately 30,600 feet.

13





**Figure 3:** *Location Map Showing Position of Cables A and B in Lake Tahoe*



# 7.    Lake Tahoe Lead Sampling Programs

This analysis of the possible effect of exposed lead present within the telecom cables on the surface water relies in part on Haley & Aldrich's and Ramboll's recorded observations of the two cables in the Lake and the surface water and sediment sampling results. Those results and observations were compared to similar studies and other published data relating to the presence of lead in Lake water and sediment. Cable-specific sampling data and other data from similar peer-reviewed studies consistently show the telecom cables are not adversely impacting water quality or sediment.

## 7.1    LAKE TAHOE SURFACE WATER STUDIES

The data discussed below is reliable for the purposes of the evaluation of lead concentrations in Lake Tahoe surface water and sediment.  Additional lead data collected at the Lake has been evaluated by Dr. Brian Drollette for completeness and reliability, and was not found to be scientifically reliable due to the lack of supporting information such as sampling methodology, laboratory quality assurance/quality control, etc.  I concur with Dr. Drollette's findings and have limited my analysis presented herein accordingly.

### 7.1.1    Pacific Bell Surface Water Investigations

#### 7.1.1.1    2021 Surface Water Investigation, Haley & Aldrich

In 2021, Haley & Aldrich collected a series of surface water samples from multiple locations and sampling depths to quantify the impacts (if any) of Cables A and B on Lake water quality (Haley & Aldrich, 2024). An underwater visual survey in 2021 confirmed that the protective jute-bitumen layer and steel armor were predominantly intact along the length of cable visually observed. As detailed in the reports of Dr. Paul Krause and Dr. Larry Eiselstein, minimal lead surface area is in direct contact with Lake water, which limits surface water-lead interaction and the potential for releasing lead.

Physical parameters measured at each sampling location indicate a well-mixed, circumneutral, and oxygenated water column with low electrical conductivity and no vertical stratification. Samples closest to the cables (collected approximately 4 inches from Cables A and B) had total and dissolved lead concentrations below the Method Detection Limit (MDL) of 0.043 µg/L. There was no clear difference observed between stations with a telecom cable present (Stations 1 and 2) and background locations. There was no concentration gradient observed when comparing lead concentration results at sample Station 1 at Cable A with those further out in Emerald Bay, which indicates the cable is not acting as a source of lead in the surface water.

#### 7.1.1.2    2023 Surface Water Investigation, Ramboll

In June 2023, Ramboll sampled Lake water for total and dissolved lead concentrations at:

1.    Six locations at Cables A and B (with each sample taken 6 inches from the cable).

2.    Six near-shore reference locations (three inside Emerald Bay, three greater than 0.5 miles away from either cable).

3.    One off-shore location over 1 mile toward the center of the Lake (Ramboll, 2023a).



The data from the Ramboll (2023a) study provides direct temporal comparison with the 2021 Haley & Aldrich study, as two of the near-cable sample station locations were the same, but the samples were collected during a different season/year (i.e., June vs. March; 2021 vs. 2023). The sample results reported by Ramboll contained comparable concentrations of lead as found in the 2021 study.

In the Ramboll study, total and dissolved lead concentrations were indistinguishable from background reference concentrations in all six near-cable sample stations, ranging from below the detection limit of 0.006 to 0.064 µg/L. Dissolved lead concentration results in near-cable samples ranged from below the MDLs (0.006 µg/L) to 0.049 µg/L, including three of the six stations reporting results below that. Of the four background reference stations sampled by Ramboll, all concentrations were reported below the MDLs for dissolved and total lead.

### 7.1.2    Published Lake Tahoe Surface Water Studies

Consistent with the results reported in the Haley & Aldrich and Ramboll sampling studies, lead concentrations in Lake surface water reported in published or peer-reviewed studies (Chien et al., 2019; Romero et al, 2013) have typically been detected near or below MDLs. Background concentrations of dissolved lead in the Lake were reported in Chien et al. (2019) from one sample station located in the center of the Lake. Chien, et. al (2019) collected water samples along a depth profile, ranging from the surface to 1476 feet below surface. Depth profile water samples were collected seven times between spring 2013 and summer 2016 from this mid-Lake station. The mean surface water dissolved lead concentration measured in the Chien et al. (2019) study was 0.017 µg/L, with a range in concentrations from 0.003 µg/L to 0.058 µg/L (Table 1; Chien et al., 2019, supplementary information Table S4). No vertical gradient in lead concentration was observed during the time period sampled (Chien et al., 2019).

Additional Lake background concentrations of lead were reported in a study conducted by Romero et al. (2013). In that study, water samples were collected from eight sampling locations in October 2009 and additional samples were collected from two of the sampling stations, at the far northern portion of the Lake (near Tahoe Vista) and far southern portion of the Lake (Tahoe Keys), in September 2010[2]. Concentrations measured by Romero et al. (2013) ranged from 0.002 µg/L in the middle of the Lake to 9.1 µg/L near Tahoe Keys (Table 2; Romero et al., 2013).

The consistency of Pacific Bell's sampling results with the background results measured by Chien et al. (2019) and Romero et al. (2013) collectively support that the telecom cables have no adverse effect on water quality.

### 7.1.3    Comparison of Sampling Results to Regulatory Screening Values

Concentrations of both total and dissolved lead measured at all stations, including in close proximity to the cables, are below applicable screening criteria for the protection of human health and the environment. As described above in Section 5.4, those reference criteria are the USEPA drinking water action level of 15 µg/L and the Proposition 65 human health-based limit of 0.25 µg/L. The measured concentrations are also lower than the USEPA NRWQC for freshwater aquatic species.

---

[2] Lead results in Romero et al., 2013 are reported in "pm". Authors of paper confirmed through email correspondence that the results are in nanomolar (nM), while the detection limits for the Inductively Coupled Plasma-Mass Spectroscopy (ICP-MS) data indicated in paper is 0.8 picomolar (pM). A lead concentration of 0.8 pM is equivalent to 0.0002 µg/L. All lead concentrations reported for Lake Tahoe are greater than the limit of detection (0.0075- 0.44 nM or a minimum of 7.5 picomolar).

HALEY
ALDRICH

## 7.2       LAKE TAHOE SEDIMENT STUDIES

### 7.2.1      Pacific Bell's Sediment Investigations

#### 7.2.1.1       2023 Sediment Investigation, Ramboll

In July 2023, lead in sediment samples was measured by Ramboll to ascertain the impacts of telecom cables in the Lake (Ramboll, 2023b). A total of six sample stations near Cable A and Cable B were sampled at increasing lateral distance from the cables (0 to 5.9 inches, 3.28 feet and 6.56 feet). Seven additional stations were sampled along the south and west shore of the Lake and Emerald Bay as "reference" locations, and beach locations remote from the cables. In sample stations near the telecom cables, sediment lead concentrations ranged from 0.659 to 7.57 milligram per kilogram (mg/kg). The lead in sediment from the three reference stations not located near the cables ranged from 0.549 to 2.45 mg/kg and from the beach stations ranged from 0.920 to 1.40 mg/kg (Ramboll, 2023b). All reported lead concentrations from this most recent study are very low and below the mean baseline concentrations from pre-industrial sediment deposited in deeper parts of the Lake (e.g., 11.7 mg/kg, as reported below in Heyvaert et al., 2000)). This study concluded that lead concentrations in sediment near the cables is indistinguishable from background concentrations and that the cables do not adversely influence lead concentrations in Lake sediment (Ramboll, 2023b).

### 7.2.2      Published Lake Tahoe Sediment Studies

Historical releases of lead have impacted background levels of lead in Lake sediment. Heyvaert et al. (2000) published sediment lead concentrations for three locations in the Lake remote from the cables at depths of 984 feet to below 1312 feet. Lead concentrations in sediment cores from these locations indicate changes in lead concentration with time. Lead concentrations increase from a pre-industrial mean baseline concentration of 11.7 mg/kg[3] to a mean of 82.6 mg/kg in surficial sediment (Heyvaert et al., 2000). These changes in lead concentration were attributed to historical emissions from leaded gasoline consumption and results of runoff in the Lake basin. A marginal decrease in lead concentration was observed in the shallowest sediment which was attributed to the ban on leaded gasoline use in automobiles (Heyvaert et al., 2000). Kim and Rejmánková (2001) found comparable results in Pope Marsh, a wetland located directly adjacent to the Lake (just west of Tahoe Keys), where lead concentrations in sediment samples collected in the upper 1.96 inches of the sediment profile ranged from 30 to 75 mg/kg.

## 7.3       UTILITY DISTRICT DRINKING WATER REPORTS

The Lake is a direct source for many water utilities along the shoreline that provide drinking water to consumers. The utility districts are required to report water quality yearly to consumers in annual Consumer Confidence Reports (CCR). However, the CCRs may report lead concentrations measured from previous years as regulatory requirements do not require annual sampling if the system meets certain criteria (USEPA, 2021).

---

[3] Heyvaert et al., (2000) reports data in units of parts per million or ppm. For consistency with the units reported by the analytical laboratory and applicable screening values, data reported in Heyvaert et al., (2000) have been converted from ppm to the equivalent unit of mg/kg.



A survey was conducted of available water quality reports from the districts that use the Lake as a source of drinking water[4]. None of the water quality reports reviewed indicate lead concentrations above 5 parts per billion (ppb), or 5 µg/L, for the 90th percentile concentration (**Table 2**). The 90th percentile concentration is the value compared to the USEPA action level of 15 µg/L. Importantly, source water from the Lake is not noted by utility districts as a potential cause of the low lead concentrations reported. Rather, corrosion of household plumbing and erosion of natural deposits are considered by the utility districts to be the common sources of lead in drinking water at the tap (Cave Rock Skylard, 2023; Incline Village Public Works [IVPW], 2021, 2022, 2023; North Tahoe Public Utility District [NTPUD], 2021, 2022, 2023; Tahoe City Public Utility District [TCPUD], 2021a, 2021b, 2022; Zephyr Cove Water Utility District, 2023). A review of available water quality data for Eagle Point Campground in Emerald Bay identified one reported lead concentration value of less than 5 µg/L measured on 10 October 1990 (Safe Drinking Water Information System, 2023). Sampling conducted in June 2023 at the Eagle Point Campground water system intake reported lead concentrations below the MDL of 0.5 µg/L.

**Table 2. Water Utility District Reported Lead Concentrations**

| Water Utility District | Reported Lead Concentration (µg/L)[1] | | | | Notes |
| --- | --- | --- | --- | --- | --- |
| | 2022 | 2021 | 2020 | 1990 | |
| Incline Village, CA | ND[2] | 2.6 | 2.6 | - | 2020-21 sampled in 2017-2019. |
| Tahoe City-McKinney/Quail System, CA | - | 4.7 | 3.7 | - | Surface water system not active in 2022. 2020 sample from 2018. |
| Tahoe City-Madden Creek, CA | - | - | 2.0 | - | 2022-21-Supplied from McKinney/Quail system (groundwater). 2020 sample from 2018. |
| North Tahoe Public Utility - Tahoe Main Water System, CA | 2.01 | ND | ND | - | 2021 and 2020 sample from 2019. |
| Zephyr Cove, NV | ND[2] | - | - | - | 2020-21 reports unavailable. |
| Cave Rock Skylard, NV | 1 | - | - | - | 2020-21 reports unavailable. |
| Eagle Point Campground, Emerald Bay, CA | - | - | - | ND[3] | Only one sample from 1990 found in public record |

*Notes and abbreviations:*
1. *Lead concentrations are the 90th percentile concentration reported each year.*
2. *Non-detectable concentration. Value reported as 0 in utility district water quality report, assumed to be below detection limit.*
3. *Below detection limit for the purpose of reporting (5 µg/L)*
*ND: non detect*
*µg/L: micrograms per liter*

---

[4] The water utilities sample their water only after it has gone through the utility's pipelines and other utility infrastructure. For that reason, the sampling results are not a direct measure of the lead content of the source of drinking water (i.e., Lake Tahoe or groundwater). Instead, the utilities take samples from tap water in service lines to ensure consumers are protected from potential lead contamination in the water distribution infrastructure but do not capture infrastructure-specific lead sources such as lead pipes.



# 8.    Consistency of Results with Lead Geochemistry in Lake Tahoe

The lack of detectable lead in the vast majority of the water and sediment samples collected near the telecom cables in the Lake is consistent with and explained by the site-specific geochemical conditions of the Lake (Section 5.2) and the unique geochemistry of lead. If there was a source of metallic lead in the surface water of the Lake, such as exposed lead cladding on the cables (**Figure 2**), the three main processes that would control dissolved lead concentrations are:

1.  The extent and rate of dissolution of the lead as a result of corrosion reactions (**Figure 4**);

2.  The formation of secondary lead-bearing mineral phases (**Figures 5 and 6**); and/or

3.  The sorption of lead onto other mineral surfaces that scavenge dissolved lead in surface water and limit lead mobility from the primary source (**Figure 7**).

Each of these processes is summarized below and described in greater detail in Appendix C – Glossary and Technical Background. Low dissolution/corrosion of lead cables is explained in Section 8.1; formation of secondary lead minerals, corrosion bi-products and passivation of lead is explained in Section 8.2; and sorption of lead is explained in Section 8.3.

## 8.1    EXPOSURE AND CORROSION OF LEAD SURFACES

For lead present in the lead cladding in the telecom cables to impact Lake water, the surface of the lead would first need to be exposed to water where corrosion reactions may occur. Lead corrosion can be the result of electrochemical and/or chemical processes that result in the dissolution of lead due to the exchange of electrons from lead to an electron acceptor such as oxygen (which is reduced; **Figure 4**). The exchange of electrons transforms the atoms of lead present on the surface of the metal to lead ions, which then would have an electrostatic charge of 2+ (having lost 2 electrons each with a single negative charge), noted as the divalent cation $Pb^{2+}$. The lead ions then separate from the surface of the metal and diffuse into the bulk of the water column.

However, the geochemical conditions of the Lake limit the rate and extent of corrosion reactions. The Lake surface water has a low conductivity as a result of low concentrations of dissolved cations and anions which limits its ability to conduct electricity. The circumneutral pH and low conductivity make it more difficult for the exchange of electrons to occur. In contrast, corrosion reactions in highly conductive and slightly alkaline (high pH) solutions such as sea water are much faster. The low temperature of the Lake also limits corrosion reactions, as temperature is commonly correlated with reaction rate (the higher the temperature, the faster the reaction). Therefore, the circumneutral pH, low temperature, and low conductivity of Lake surface water are not conducive to the exchange of electrons nor high rates of corrosion of any exposed lead cladding.

19





**Figure 4:** *Geochemical conceptual model of corrosion reactions at the surface of the lead cladding. This is illustrated in a lateral cross-section; copper cable is within a layer surrounded by the lead cladding and not shown here.*



## 8.2    FORMATION OF SECONDARY LEAD MINERALS

When lead is dissolved from lead cladding via corrosion reactions and forms $Pb^{2+}$, mobility is expected to be limited because reactions with negatively charged anions present in the Lake will rapidly form solid particulates, also referred to as secondary minerals (Brandt et al, 2017). The formation of secondary mineral phases creates passivating films (**Figure 5**) that can limit the rate of corrosion, further reducing the dissolution of lead.



***Figure 5:*** *Geochemical conceptual model of the formation of lead secondary minerals at the surface of the lead cladding. This is illustrated in a lateral cross-section; copper cable is within a layer surrounded by the lead cladding and not shown here.*

In circumneutral, oxygenated environments, such as the Lake, a variety of stable lead minerals can form. Positively charged lead cations are bound via electrostatic (or charge) attractions to negatively charged species such as chloride ($Cl^-$), sulfate ($SO_4^{2-}$), phosphate ($PO_4^{3-}$), and carbonate ($CO_3^{2-}$; **Figure 5**). The resulting secondary minerals, such as lead carbonates (cerussite, hydrocerussite), lead oxides (letharge), lead sulfates (anglesite, lanarkite), and lead phosphates (pyromorphite; Li et al., 2021), are insoluble (and therefore persistent once formed) under a range of biogeochemical conditions in surface water (Clausen et al., 2011; Dewey et al., 2021). These minerals have been shown to limit dissolved lead in drinking water by creating passivating layers over the surface of lead water pipes, thus reducing the solubility of lead in corroding water pipes (Santucci et al., 2020). Passivation is more likely to occur at



circumneutral pH conditions (such as in the Lake) where mineral dissolution reactions are limited (EPRI, 2004). Passivation, in combination with the jute-bitumen and steel layers of the cable's construction, reduce contact between lead and water, further minimizing the limited dissolution of lead into Lake surface water.

The passivating layers observed on the cables in the Lake were not directly sampled and analyzed. However, based on published thermodynamic data, the specific secondary minerals that would most likely form under the physical and chemical conditions measured in the Lake were calculated using Geochemist's Workbench, a geochemical modeling software in the public domain. A Pourbaix diagram, also known as an Eh-pH diagram, of predicted lead species (**Figure 6**) presents the dominant solid and dissolved phases of lead that are most likely present at equilibrium in both aqueous and solid phases under the site-specific conditions when elemental lead, present as lead cladding, is in direct contact with Lake surface water. Under the geochemical conditions recorded during sampling, the lead-carbonate mineral cerussite is more stable relative to elemental lead as present in the lead cladding (**Figure 6**) and can co-precipitate with calcite, a common calcium carbonate mineral. These modeling results support data reported by Haley & Aldrich and Ramboll, confirming that lead does not dissolve into the water, but rather lead will react to form the insoluble mineral cerussite once in equilibrium with the surrounding water. The formation of cerussite would result in the formation of a protective or passivating layer on the lead surface, as observed during the visual survey of the cables, preventing further corrosion of the cables.



**Figure 6:** *Site-specific Eh-pH Diagram of Lead Using Data from the Current Study (March 2021). Lake Tahoe surface water pH and oxidation-reduction potential (ORP) were measured during sample collection activities. The field ORP measurements were converted to Eh by adding 200 millivolts (mV) to the value and converting the units from millivolts to volts. This conversion is necessary because field measurements are collected using a silver/silver chloride electrode instead of the standard hydrogen electrode typically referenced in laboratory studies.*



### 8.3    SORPTION ONTO SUSPENDED SOLIDS

In oxygenated, circumneutral lake water, such as the Lake, soluble lead is removed from the water (i.e., scavenged) by sorption (**Figure 7**) on to both metal oxides and Particulate Organic Matter (POM; Stumm et al., 1996).



*Figure 7:* Geochemical conceptual model of the adsorption of soluble lead onto metal oxides and organic matter. This is illustrated in a lateral cross-section; copper cable is within a layer surrounded by the lead cladding and not shown here

Oxides of iron, manganese, and aluminum are ubiquitous to surface water environments, including the Lake, as high surface area minerals, mineral coatings, and colloids. These minerals exhibit a high capacity for scavenging lead through adsorption reactions and can control the fate and limit transport of lead away from the cables (Bargar et al., 1997a; Bargar et al., 1997b; Villalobos et al., 2005). If the protective layers of the cables are compromised, lead also has the potential to be immobilized by iron oxides present as a result of corrosion of the steel armor (i.e., rust). In addition, appreciable concentrations of iron oxides in the underlying sediment also sorb lead from solution. The sorption kinetics of lead onto various metal oxides has been shown to be rapid (Zhao et al., 2011, Strawn et al., 1998, Matocha et al., 2001).

Lead also adsorbs onto POM, which acts as a "sponge," removing lead from the water column before being deposited in the sediment below (Dewey et al., 2021; Xia et al., 1997; Zhao et al., 2021). While



POM content in Lake surface water is relatively low due to limited primary productivity (Holm-Hansen et al., 1976), POM may still provide an effective mechanism of lead removal. Additionally, lead sorption may also occur on the organics that make up the jute-bitumen layer of the cables themselves.

## 8.4    SUMMARY OF CONTROLLING GEOCHEMICAL PROCESSES

In summary, where the limited surface areas of lead are exposed to Lake surface water, several geochemical barriers prevent lead in cables from mobilizing into the Lake, including:

1. Limited corrosion potential and low solubility of lead in the geochemical conditions of the Lake (Section 8.1, **Figure 4**);

2. Rapid precipitation of lead secondary minerals (Section 8.2, **Figure 5**);

3. Passivation of lead cable by secondary lead minerals forming a physical barrier between the lead and water (Section 8.2, **Figure 6**);

4. Rapid adsorption of any mobilized lead onto iron oxides present on the outer protective steel armor and/or nearby sediments (Section 8.3, **Figure 7**); and,

5. Lead adsorption onto POM and jute/bitumen covering (organic matter; Section 8.3, **Figure 7**).

The physico-chemical processes described above and illustrated in **Figures 4, 5, and 7** explain the finding of several sampling studies that lead concentrations in Lake water samples collected at or near the cables are either undetectable or very negligible, and therefore, the telecom cables are not negatively or deleteriously impacting water quality of the Lake.

24



## 9.    Findings and Conclusions

The steel armor and, therefore, the internal jute-bitumen layers were predominantly intact along the length of cables visually observed during field activities undertaken in 2021 by Haley & Aldrich, and in 2023 by Ramboll (2023a). However, visual inspections of Cable A and Cable B revealed that a small portion of the cables had sustained damage and lacked the protective jute-bitumen layers and steel armor. Relative to the total area of the cables surveyed, minimal lead surface area of the cables is exposed and in direct contact with Lake water, limiting the interaction of Lake surface water with the lead surface and, therefore, the potential for releasing lead. At those locations, secondary minerals and biofilm were observed on the cables. Physical parameters measured at each sampling location describe a well-mixed, circumneutral (non-acidic), and oxygenated water column within the Lake with low electrical conductivity and no vertical stratification, consistent with previous and subsequent studies. These parameters indicate that throughout the water column in the Lake the geochemical conditions are not conducive to lead corrosion and thus limit the potential for the release of lead from the cables.

There was no clear difference between lead concentrations measured at stations with a telecom cable present, historical background locations, and recent background sampling locations. Similarly, there was no observed horizontal or vertical gradient of decreasing lead concentrations with distance from the cables as measured at the Emerald Bay sample stations, which suggests the cables are not sources of dissolved lead in surface water. Concentrations of both total and dissolved lead in water measured at all stations in both the Haley & Aldrich and Ramboll studies, including at the cables, are below applicable regulatory criteria for the protection of human health and the environment (USEPA drinking water action level of 15 µg/L, the Proposition 65 human health-based limit of 0.25 µg/L, and the USEPA NRWQC). Sediment studies also support the conclusion that the cables have not impacted the lead content of the sediment in the Lake (Heyvaert et al., 2000; Kim and Rejmánková, 2001, Ramboll, 2023b; Section 7.2).

The low concentrations of lead detected in the water samples collected from the Lake is consistent with and explained by basic principles of geochemistry, which provide the technical foundation for the observation that the corrosion of the lead surface is minimal in Lake water and that any solubilized lead would immediately re-precipitate as secondary mineral phases. These conclusions are supported by geochemical modeling, which supports the conclusion that elemental lead is not dissolving under Lake surface water geochemical conditions. Instead, these site-specific conditions would lead to the formation of the secondary lead mineral cerussite when water is in direct contact with lead. Cerussite forms a passivating layer at the lead-water interface that mitigates the further dissolution of lead from damaged locations along the telecom cables.

The abundance of both anthropogenic and geogenic metal oxides, such as iron oxide or rust, can readily scavenge (through adsorption) any lead mobilized from damaged portions of the cables. The outer layer of each cable contains iron, which corrodes over time to form iron oxide or rust, as was observed on the steel armor in areas where the outermost jute-bitumen layer was missing. Naturally occurring iron oxide present in the Lake sediment can also provide surfaces for any potentially mobilized lead to adsorb.

Additional geogenic and anthropogenic sources of lead to the Lake include the use of leaded paints and gasoline, tire-wear particles, atmospheric deposition, runoff from urbanized areas around the Lake, and the dissolution of natural lead-bearing minerals.



Furthermore, historical lead isotope analysis suggested the major portion of lead influx into the Lake is from a combination of river water and groundwater seepage (Chien et al., 2019) originating from several unrelated anthropogenic and geogenic sources of lead.

Based on principles of geochemistry, geochemical modeling, and environmental sampling data, I conclude that the submerged telecom cables have not adversely impacted, and will not adversely impact, the surface water or sediment quality of Lake Tahoe.



# References

1.      Bargar, J. R., Brown Jr, G. E., and Parks, G. A., 1997a. Surface complexation of Pb (II) at oxide-water interfaces: I. XAFS and bond-valence determination of mononuclear and polynuclear Pb (II) sorption products on aluminum oxides. *Geochimica et Cosmochimica Acta*, 61(13), 2617-2637.

2.      Bargar, J. R., Brown Jr, G. E., and Parks, G. A., 1997b. Surface complexation of Pb (II) at oxide-water interfaces: II. XAFS and bond-valence determination of mononuclear Pb (II) sorption products and functional groups on iron oxides. *Geochimica et Cosmochimica Acta*, 61(13), 2617-2637.

3.      Beutel, M. W. and Horne, A. J, 2018. Nutrient fluxes from profundal sediment of ultra-oligotrophic Lake Tahoe, California/Nevada: Implications for water quality and management in a changing climate. *Water Resources Research*, 54(3), 1549-1559.

4.      Brandt, M. J., Johnson, K. M., Elphinston, A. J., & Ratnayaka, D. D., 2017. Specialized and Advanced Water Treatment Processes. *Twort's Water Supply*, 407–473. doi:10.1016/b978-0-08-100025-0.00010-7

5.      Cave Rock Skyland, 2023. Cave Rock Skyland consumer confidence report- 2023 covering calendar year-2022. https://cdnsm5-hosted.civiclive.com/UserFiles/Servers/Server_12493019/File/Public%20Works/CCR/CAVE%20ROCK%20SKYLAND-NV0000259.pdf. Accessed 16 November 2023

6.      Chien, C. T., Allen, B., Dimova, N. T., Yang, J., Reuter, J., Schladow, G., and Paytan, A, 2019. Evaluation of atmospheric dry deposition as a source of nutrients and trace metals to Lake Tahoe. *Chemical Geology*, 511, pp. 178-189.

7.      Clausen, J. L., Bostick, B., and Korte, N., 2011. Migration of lead in surface water, pore water, and groundwater with a focus on firing ranges. *Critical Reviews in Environmental Science and Technology*, 41(15), pp. 1397-1448.

8.      Dewey, C., Bargar, J. R., and Fendorf, S., 2021. Porewater lead concentrations limited by particulate organic matter coupled with ephemeral iron (III) and sulfide phases during redox cycles within contaminated floodplain soils. *Environmental Science and Technology*, 55(9), 5878-5886.

9.      Dignam, T., Kaufman, R.B., LeStourgeon, L., and Brown, M.J., 2019. Control of lead sources in the United States: Public health progress and current challenges to eliminating lead exposure. *J Public Health Manag Pract*; 25(Suppl 1 LEAD POISONING PREVENTION): S13–S22. doi:10.1097/PHH.0000000000000889; May 16

10.     Electric Power Research Institute (EPRI), Inc., 2004. Environmental Impacts of Lead from Paper-Insulated Lead-Covered Cable, 1009513.

11.     Haley & Aldrich, 2021. Investigation shows legacy telecommunication cables are not affecting water quality in Lake Tahoe, California. 22 October.



12.    Haley & Aldrich, 2024. Lake Tahoe Field Sampling and Analysis Summary Impacts of Out-of-Service Telecommunication Cables On Water Quality, Lake Tahoe, California. *Draft.*

13.    Heyvaert, A.C., Reuter, J.E., Slotton, D.G., Goldman, C.R., 2000. Paleolimnological reconstruction of historical atmospheric lead and mercury deposition at Lake Tahoe, California-Nevada. Environmental Science and Technology, 34(17), 3588-3597.

14.    Holm-Hansen, O., Goldman, C. R., Richards, R., and Williams, P.M., 1976. Chemical and biological characteristics of a water column in Lake Tahoe 1. *Limnology and Oceanography*, 21(4), 548-562.

15.    Imboden, D., Weiss R., Craig, H., Michel, R., Goldman, C., 1977. Lake Tahoe geochemical study. Lack Chemistry and tritium mixing study, 22, pp. 1039-1051.

16.    Incline Village Public Works (IVPW), 2021. Water quality consumer confidence report 2021 for calendar year 2020. https://www.yourtahoeplace.com/uploads/pdf-public-works/INCLINE_VILLAGE_GID_CCR_2021_NV0000158_Web_English.pdf. Accessed 16 November 2023

17.    IVPW, 2022. Water quality consumer confidence report 2022 for calendar year 2021. https://www.yourtahoeplace.com/uploads/pdf-public-works/INCLINE_VILLAGE_GID_CCR_2022_NV0000158_WEB_English.pdf. Accessed 16 November 2023

18.    IVPW, 2023. Water quality consumer confidence report 2023 for calendar year 2022. https://www.yourtahoeplace.com/uploads/pdf-public-works/INCLINE_VILLAGE_GID_CCR_2023_NV0000158_Print_English_(FINAL).pdf. Accessed 16 November 2023

19.    Kim, J., and Rejmánková, E., 2001. The paleoecological record of human disturbance in wetlands of the Lake Tahoe Basin. *Journal of Paleolimnology*, 25, pp. 437-454.

20.    Li, X., Azimzadeh, B., Martinez, C. E., and McBride, M. B., 2021. Pb mineral precipitation in solutions of sulfate, carbonate and phosphate: Measured and modeled Pb solubility and Pb2+ activity. *Minerals*, 11(6), 620.

21.    Little, J. D., Watkins, S. E., Davis, J. R., Mascorro, M. T., Walker, V. D., and Ford, E. W., 2005. Geologic map of the Lake Tahoe basin, California and Nevada. State of California, The Resources Agency, Department of Conservation, California Geological Survey.

22.    McKenzie, E. R., Money, J. E., Green, P.G., and Young, T. M., 2009. Metals associated with stormwater-relevant brake and tire samples. *Science of the Total Environment*, 407(22), 5855-5860.

23.    Matocha, C. J., Elzinga, E. J., and Sparks, D. L., 2001. Reactivity of Pb (II) at the Mn (III, IV)(oxyhydr) oxide– water interface. *Environmental Science and Technology*, 35(14), 2967-2972.

24.    Mielke, H. W., Laidlaw, M. A., and Gonzales, C. R., 2011. Estimation of leaded (Pb) gasoline's continuing material and health impacts on 90 US urbanized areas. *Environment International*, 37(1), 248-257.



25.   National Oceanic and Atmospheric Administration (NOAA), updated. Nowdata Monthly summarized average temperature data for Tahoe City, CA 2000-2023. https://www.weather.gov/wrh/Climate?wfo=rev. Accessed 3 August 2023.

26.   North Tahoe Public Utility District (NTPUD), 2021.North Tahoe Public Utility District Annual Water Quality Consumer Confidence Report for 2020. https://ntpud.org/wp-content/uploads/2023/03/2020-NTPUD-Consumer-Confidence-Report.pdf. Accessed 16 November 2023.

27.   NTPUD, 2022.North Tahoe Public Utility District Annual Water Quality Consumer Confidence Report for 2021. NTPUD-Consumer-Confidence-R https://ntpud.org/wp-content/uploads/2023/03/NTPUD-Consumer-Confidence-Report-2021.pdfeport-2021.pdf Accessed 16 November 2023.

28.   NTPUD, 2023.North Tahoe Public Utility District Annual Water Quality Consumer Confidence Report for 2022. https://ntpud.org/wp-content/uploads/2023/06/NTPUD-CCR-2022-Web-and-Print.pdf. Accessed 16 November 2023.

29.   Pereira, T. L., Wallner-Kersanach, M., Costa, L. D. F., Costa, D. P. and Baisch, P.R. M., 2018. Nickel, vanadium, and lead as indicators of sediment contamination of marina, refinery, and shipyard areas. *Environmental Science and Pollution Research*, 25, 1719-1730.

30.   Ramboll US Consulting, Inc. (Ramboll), 2023a. Lake Tahoe Water Lead Study. Prepared for AT&T. June

31.   Ramboll, 2023b. Lake Tahoe Sediment Lead Study. Prepared for AT&T. August

32.   Romero, I. C., Klein, N. J., Sanudo-Wilhelmy, S. A., and Capone, D. G., 2013. Potential Trace Metal Co-Limitation Controls on N2 Fixation and NO 3-Uptake in Lakes with Varying Trophic Status. *Frontiers in Microbiology*, 4, p. 54.

33.   Sahoo, G. B., Schladow, S. G., and Reuter, J. E., 2010. Effect of sediment and nutrient loading on Lake Tahoe optical conditions and restoration opportunities using a newly developed lake clarity model. *Water Resources Research*, 46(10).

34.   Safe Drinking Water Information System (SDWIS), 2023. CA Drinking Water Watch. Water System No. CA0910303. https://sdwis.waterboards.ca.gov/PDWW/JSP/NMonitoringSchedules.jsp?tinwsys_is_number=309&tinwsys_st_code=CA&ReportFormat=SR. Accessed 16 November 2023. Accessed 16 November 2023

35.   Santucci, Raymond J., and John R. Scully, 2020. "The Pervasive Threat of Lead (Pb) in Drinking Water: Unmasking and Pursuing Scientific Factors That Govern Lead Release." *Proceedings of the National Academy of Sciences* 117 (38): 23211–18. https://doi.org/10.1073/pnas.1913749117.

36.   Schladow, S. G., Pálmarsson, S. O., Steissberg, T. E., Hook, S. J., and Prata, F. E., 2004. An extraordinary upwelling event in a deep thermally stratified lake. Geophysical Research Letters, 31(15).



37. Strawn, D. G., Scheidegger, A. M., and Sparks, D. L., 1998. Kinetics and mechanisms of Pb (II) sorption and desorption at the aluminum oxide– water interface. *Environmental Science and Technology*, 32(17), 2596-2601.

38. Stumm, W., Morgan, J. J., and Drever, J. I., 1996. Aquatic chemistry. *Journal of Environmental Quality*, 25(5), 1162.

39. Tahoe Environmental Research Center (TERC), UC Davis, 2023. State of the Lake Report. https://tahoe.ucdavis.edu/sites/g/files/dgvnsk4286/files/inline-files/SOTL_Draft_low_0.pdf

40. Tahoe City Public Utility District (TCPUD), 2021a. Tahoe City Public Utility District 2020 Annual Water Quality Consumer Confidence Report. http://www.tcpud.org/sites/default/files/current.pdf. Accessed 16 November 2023.

41. TCPUD, 2021b. Tahoe City public utility district 2020 Madden Creek water system- Annual Water Quality Consumer Confidence Report. http://conservation.tcpud.org/sites/default/files/maddencreek.pdf. Accessed 16 November 2023.

42. TCPUD, 2022. Tahoe City Public Utility District 2021 Annual Water Quality Consumer Confidence Report. https://www.tcpud.org/sites/default/files/TCPUD%20CCR%202021_0.pdf. Accessed 16 November 2023.

43. United Nations Environment Programme, 2023. FAQ – Questions and Answers about Lead Paint and Lead Paint Laws. (https://www.unep.org/explore-topics/chemicals-waste/what-we-do/emerging-issues/global-alliance-eliminate-lead-paint/faq) Accessed November 16, 2023.

44. US Environmental Protection Agency (USEPA), 2016. EPA Requires Phase-Out of Lead in All Grades of Gasoline https://www.epa.gov/archive/epa/aboutepa/epa-requires-phase-out-lead-all-grades-gasoline.html. Last updated 8 August 2016.

45. USEPA, 2021. Lead and Copper Rule. 40 CFR Part 141 Subpart I. https://www.epa.gov/dwreginfo/lead-and-copper-rule. Last updated 28 November 2023.

46. USEPA, 2022. National Recommended Water Quality Criteria – Aquatic Life Criteria Table. https://www.epa.gov/wqc/national-recommended-water-quality-criteria-aquatic-life-criteria-table. Last updated 15 September 2022.

47. USEPA, 2023a. Basic information about lead in drinking water. https://www.epa.gov/ground-water-and-drinking-water/basic-information-about-lead-drinking-water. Last updated January. 27, 2023.

48. USEPA, 2023b. Electronic Report on the Environment. Available at: https://cfpub.epa.gov/roe/indicator.cfm?i=13

49. Villalobos, M., Bargar, J., and Sposito, G., 2005. Mechanisms of Pb (II) sorption on a biogenic manganese oxide. *Environmental Science and Technology*, 39(2), 569-576.

50. Wade, A. M., Richter, D. D., Craft, C. B., Bao, N. Y., Heine, P.R., Osteen, M. C., and Tan, K. G., 2021. Urban-soil pedogenesis drives contrasting legacies of lead from paint and gasoline in city soil. *Environmental Science and Technology*, 55(12), 7981-7989.



51.    Xia, K., Bleam, W., and Helmke, P.A., 1997. Studies of the nature of Cu2+ and Pb2+ binding sites in soil humic substances using X-ray absorption spectroscopy. *Geochimica et Cosmochimica Acta,* 61(11), 2211-2221.

52.    Zephyr Cove Water Utility District, 2023. Zephyr Cove water utility district consumer confidence report-2023 covering calendar year-2022. https://cdnsm5-hosted.civiclive.com/UserFiles/Servers/Server_12493019/File/Public%20Works/CCR/ZEPHYR%2COVE%20WATER%20UTILITY%20DISTR-NV0000258.pdf. Accessed 16 November 2023.

53.    Zhao, D., Chen, C., Sheng, G., and Wang, X., 2011. Effect of environmental conditions on the retention behaviour of Pb (II) by hematite. *Journal of Chemical Technology and Biotechnology*, 86(8), 1099-1106.

54.    Zhao, Q., Qiu, Y., Lan, T., Li, J., Li, B., Wu, Z., Chen, L., Lui, R., Zhou, Y., and Wu, W., 2021. Comparison of lead adsorption characteristics onto soil-derived particulate organic matter versus humic acid. *Journal of Soils and Sediments*, 21, 2589-2603.



APPENDIX A
## Curriculum Vitae



**HALEY ALDRICH**

# TIFFANY N. THOMAS, PH.D.
Principal Chemist, Emerging Contaminant Leader

**EDUCATION**
Postdoctoral Researcher, University of Delaware, Plant and Soil Sciences
Ph.D., University of California, Davis, Inorganic Chemistry
B.S., Northern Arizona University, Environmental Chemistry, Honors College, Summa Cum Laude

**SPECIAL STUDIES AND COURSES**
40-Hour OSHA Hazardous Waste Operations and Emergency Response Training (29 CFR 1910.120)
8-Hour OSHA Hazardous Waste Worker Refresher Training (29 CFR 1910.120)
30-hour OSHA General Industry Safety Class (29 CFR 1910).

Tiffany has 25 years of global in-depth experience in environmental chemistry, including extensive focus on contaminant fate and transport; data and statistical analysis; remedial design; and novel chemical analyses, including isotopic, spectroscopic, and novel bench-scale analytical methods. Her project experience has addressed a wide-range of contaminant chemistries, including (but not limited to) petroleum hydrocarbons, chlorinated solvents, metallic and semi-metallic species, chemical weapons, munitions, pesticides, herbicides, polychlorinated biphenyls, dioxins, and per- and polyfluoroalkyl substances (PFAS). Clients have included chemical manufacturing, oil and gas, Department of Defense, commercial and municipal landfills, mines and associated metal processing facilities, water and wastewater treatment plants, and a range of other municipal and commercial facilities.

Tiffany's applied chemical knowledge includes the application and interpretation of various geochemical, statistical, and fate-and-transport models. She regularly participates in project planning, sampling, and remedial design, providing project teams with a holistic view of the geochemical controls on contaminant migration and toxicity. Tiffany has worked at project sites both nationwide and internationally, interfacing and negotiating with federal, state, and municipal regulatory agencies across multiple districts.

## RELEVANT PROJECT EXPERIENCE

### Litigation Support

**Aqueous Film-Forming Foam (AFFF) Products Liability Litigation (D. South Carolina), Case No. 2:18-MN-2873-RMG.** Tiffany is a testifying expert in the following cases: Town of Ayer v. 3M Company, et al., No. 2:19-CV-03120-RMG; City of Sioux Falls v. 3M Company, et al., No. 2:19-CV-1806-RMG; City of Stuart v. 3M Company, et al., No. 2:18-CV-3487-RMG.  Expert reports and Deposition July 27, 2022.  Project scope included regulatory records review, evaluation of defendant- specific marker/tracer chemicals, process chemistry research, and forensic analysis/interpretation of byproducts and degradation products.

**Confidential Client, Confidential Location.** Tiffany is retained as a consulting expert on matters relating to PFAS due to the use of AFFF at an airport. This case is ongoing.

**Confidential Client, Confidential Location.** Tiffany is retained as an expert witness on matters relating to PFAS in biosolids. This case is ongoing.

**Confidential Client, Confidential Location.** Tiffany is retained as an expert witness on matters relating to PFAS forensics and remedial alternatives for cost allocation purposes. This case is ongoing.

**Confidential Client, Confidential Location.**  Tiffany served as consulting expert on matters relating to PCBs, dioxins, and other contaminant in support of the responsible party's ongoing negotiations with cross-claim and third-party defendants regarding environmental conditions and remediation at a confidential Superfund Site. Project scope includes regulatory records review, evaluation of defendant-specific marker/tracer chemicals, process chemistry research, forensic analysis/interpretation of process byproducts, and identification of industry-specific subject matter experts.

**Confidential Client, Confidential Location.** As project chemist, Tiffany provided technical assistance on matters relating to lead geochemistry and the responsible party's ongoing negotiations with cross-claim and third-party defendants regarding environmental conditions and remediation at a confidential Superfund Site. Project scope included interpretation of site data and isotopic analyses to opine on past sources of contamination.

**Confidential Client, Confidential Location.** As expert witness, Tiffany provided technical assistance on matters relating to arsenic geochemistry and the possibility of the defendant's criminal activities relating to on-site water treatment practices. Project scope included data evaluation and geochemical modeling, regulatory records review, process chemistry research, and identification of industry-specific subject matter experts. This matter settled out of court.

**Confidential Client, Confidential Location.**  Tiffany provided technical assistance on matters relating product screening for potential use of PFAS in textile products.

**Confidential Client, Confidential Location.**  Tiffany provided technical assistance on matters relating product screening for potential presence of PFAS in food products.

**Confidential Client, Confidential Location.**  Tiffany provides technical assistance on matters relating product screening for potential presence of PFAS in consumer products. This case is ongoing.

## Mining and Geochemistry

**Confidential Client, Geochemical Modeling and Waste Characterization, Ketza River and Selius Mines, Canada.** As environmental scientist, Tiffany evaluated humidity cell and shake flask data to determine the potential for acid rock drainage (ARD) and metals leaching from planned excavations. Reviewed a water quality model addressing arsenic transport within a tailings lake. In addition, provided expert opinion on future sampling and analysis to construct a representative geochemical model at a later date.

**Sherritt Mine, Geochemical Modeling, Canada.** As environmental scientist, Tiffany evaluated seepage water quality information to determine relevant geochemical controls on phosphate, sulfate, and trace metals concentrations. Preliminary water quality modeling efforts were conducted based on the available data to provide recommendations for future seepage management.

**Agrium, Geochemical Characterization, Agrium Dry Ridge and North Husky Mines, Idaho.** Tiffany served as data validation officer for the initial permitting phases for the subject properties. She drafted the U.S. EPA-approved quality assurance project plan for all characterization work, performed data validations for all x-ray fluorescence (XRF) screening data, and oversaw all data management for this complex site.

**Various Clients, Geochemical Modeling, Various Locations.** Tiffany served as a geochemical resource for various water production and drinking water projects, including arsenic, fluoride, and nitrate water treatment, and arsenic, benzene, toluene, ethylbenzene, and xylenes (BTEX), trichloroethene (TCE)/PCE soil contamination. She performed geochemical speciation using Visual MINTEQ and PHREEQ, including specialized equilibration, kinetic, surface sorption calculations on arsenic, chromium, iridium, cobalt, and phosphorous.

**Meliadine Mine, Geochemical Modeling, Canada.** As environmental scientist, Tiffany valuated humidity cell, shake flask, and acid-base accounting data to determine the potential for ARD and metals leaching from the planned

TIFFANY N. THOMAS, PH.D.
PAGE 3

excavations. From this information, she constructed a PHREEQC model to predict monthly water quality changes throughout the mine life for a complex site consisting of more than 20 open pits, two underground operations, numerous collection and seepage ponds, a tailings pond, and mill inflows.

**Confidential Client Waste Characterization, Bluefish River, Canada.** As environmental scientist, Tiffany evaluated site-specific mineralogy and geochemical data to calculate the ability for excavated material to leach metals if used for construction purposes.

**Ministry of Transportation, Geochemical Characterization, Highway 33 Excavation, Canada.** As environmental scientist, Tiffany evaluated whole rick, shake flask, and acid-base accounting data to determine the potential for ARD and metals leaching from planned excavations. This information was used to select appropriate borrow material for a series of road construction applications.

**Victoria Gold Mine, Heap Detoxification Column Testing Design and Waste Characterization, Canada.** Tiffany designed column testing procedures for cyanide detoxification of the heap and kinetic oxidation studies.

**Barrick, Underground Sump Water Quality Modeling and Treatment), Goldstrike Gold Mine, Nevada.** Tiffany performed PHREEQCI modeling to predict water quality, including dissolved metals and total dissolved solids, of treated underground water using various alternative treatment and blending scenarios.

**Mactung Mine, Geochemical Modeling and Waste Characterization, Canada.** As environmental scientist, Tiffany evaluated humidity cell, shake flask, and acid-base accounting data to determine the potential for ARD and metals leaching from planned excavations. From this information, constructed a PHREEQC model to predict water quality changes throughout the mine life.

**Ekati Mine, Geochemical Characterization, Canada.** As environmental scientist, Tiffany evaluated humidity cell, shake flask, and acid-base accounting data to determine the potential for ARD and metals leaching from planned excavations. This information was used to generate source terms for future geochemical modeling.

**Gibraltar Mine, Geochemical Modeling and Pit Dewatering Design, Canada.** As environmental scientist, Tiffany evaluated existing water quality data from throughout the mine property to determine a geochemically effective plan for dewatering the acidic pit water without adversely affecting the receiving water quality.

**Rio Tinto, Geochemical Modeling, Rio Tinto Mine, Nevada.** Tiffany calculated leaching-based site-specific limits for Copper based on limited available site-specific data. Calculation outputs were used to establish target soil concentrations for remedial activities at the site.

**Pogo Gold Mine, Bench-Scale Treatment Optimization, Alaska and Turquoise Ridge Gold Mine, Nevada.** Tiffany performed bench-scale testing to optimize mine water treatment technologies for arsenic and other trace metals in operation at the sites.

**Pebble Creek Gold Mine, Mine Water Treatment Plant Influent Water Quality Modeling, Alaska.** As environmental scientist, Tiffany performed PHREEQCI modeling to predict influent water quality at the mine water treatment plant for water treatment design purposes.

**City of Sedona, Effluent Infiltration Study Municipal Wastewater Treatment Plant, Arizona.** As environmental scientist, Tiffany designed and implemented a sampling scheme to determine the causes of reduced wastewater effluent infiltration as observed in the area of Sedona. She collected and analyzed multiple soil samples and concluded that the reduced infiltration was because of the formation of calcite and other carbonate phases in the soil matrix.

TIFFANY N. THOMAS, PH.D.
PAGE 4

**Confidential Client, Rare-Earth Element Recovery from Coal Fly Ash, Kentucky.** As environmental scientist, Tiffany performed bench-scale testing to determine the mobility and recovery of rare earth elements (REE) from coal fly ash as an economical source for domestic REE production.

**Oracle Ridge Mine, Waste Characterization, Arizona.** Tiffany served as waste characterization lead for mine permitting activities, including sampling and analysis of existing waste rock and tailings, as well as new material generated at the mine.

**IronBark, Geochemical Modeling, Greenland.** As environmental scientist, Tiffany constructed multiple geochemical models using PHREEQ for various facilities at a zinc mine in Greenland. Model outputs were used to determine the potential for ARD and total metal outputs to the Eastern River and Citronen Fjord.

**Anglo Gold, Geochemical Modeling, Brazil.** Tiffany constructed multiple geochemical models using PHREEQ for various facilities at a gold mine in Brazil. Model outputs were used to determine the potential for ARD based on limited available site-specific data.

## Site Investigation and Remedial Design

**Covidien Property, Site Characterization and Remediation, Santa Monica, California.** As project manager, Tiffany oversaw quarterly groundwater monitoring and soil vapor sampling. Negotiated with Regional Water Quality Control Board regarding site-specific screening values and potential installation of a soil vapor extraction system in pursuit of site closure in accordance with the California State Water Board.

**Confidential Client, Isotopic Sampling for Site Characterization, Rialto, California.** As project chemist, Tiffany designed and oversaw groundwater sampling for analysis of oxygen and chlorine isotopes to characterize a regional perchlorate plume. She performs statistical evaluation of data to determine relative percent contributions from the source materials for use in remedial design.

**Multiple Clients, Site Characterization Statistical Analyses, Multiple Locations.** As chief chemist, Tiffany performs vigorous univariate and multivariate statistical analyses on complex datasets in support of company-wide project execution. Evaluation tools includes determination of outliers, calculation of upper confidence limits, generation of Mann-Kendall trends, population statistics, first-rate kinetic degradation calculations, and principal components analyses. Project application includes determination of outliers for purposes of delineation, evidence of secondary source(s) or co-mingled plumes, and evaluation of active natural degradation processes or successful remedial actions.

**U.S. Navy, Determination of Site-Specific Background Concentrations, Multiple Locations.** As chief chemist, Tiffany calculated site-specific background concentrations of multiple analytes in soil, groundwater, and sediment using methodology successfully approved by U.S. EPA in multiple regions. Evaluation included geochemical determination of geogenic vs anthropogenic source materials using elemental ratios and geochemical regimes predict solubility profiles.

**Aleris Rolled Products, Inc., Fort Hartford Superfund Site Groundwater Monitoring, Olaton, Kentucky.** As project chemist, Tiffany prepared the approved Sampling and Analysis Plan for groundwater monitoring activities in accordance with state and federal requests.

**Helena Agri-Enterprises Inc., Remedial Action Design, West Helena, Arkansas.** As chemist, Tiffany prepared the Quality Assurance Project Plan to address sampling related to groundwater monitoring and remedial activities under the approved Remedial Action Design Document.

**The St. Joe Company, Millview Site Investigation and Remediation, Port St. Joe, Florida.** As chemist, Tiffany performed a series of statistical analyses to help interpret a pilot study of arsenic and polycyclic aromatic hydrocarbon (PAH) soil contamination in a residential area. Significant findings included confirmation of the representativeness of discrete sampling protocols and agreement from Florida Department of Environmental Protection (FDEP) to forego

future requirements for Incremental Sampling Methodology (ISM) sampling. Additional analyses yielded significant support to the practical design and implementation of remedial activities based on lithology-specific contaminant profiles.

**B&R Auto Wrecking, Site Characterization, Corvallis, Oregon.** As project manager, Tiffany designed and executed soil and groundwater site characterization to achieve delineation of historic petroleum hydrocarbon release. She successfully negotiated site closure with Oregon Department of Environmental Quality based on assessment of potential receptors and lack of risk drivers without need to undertake active remediation.

**Kilgore Flares Company, LLC, Part B Permit, Toone, Tennessee).** As part of a successful RCRA Part B permit application, Tiffany designed and implemented an air sampling program to determine the emissions profile from a series of three trial burns from the Kilgore Flares Hazardous Waste Open Burn Area. Sampling and monitoring during all three burn events included the use of Open-Path Fourier Transform Infrared Spectrometry and thermal monitoring to determine real-time chemical and thermal emissions. The third event also included collecting air samples for analysis of particulate matter, semi-volatile organic compounds, polycyclic aromatic hydrocarbons, dioxins, and furans. Findings proved that burn events do not present a risk to receptors at the existing fence lines and were used to further the application for expanded burn capabilities.

**U.S. Navy, Feasibility Study Addendum, Naval Air Station (NAS) Pensacola, Florida.** As chemist, Tiffany analyzed geochemical data from soil and groundwater sampling program to determine the geochemical controls on plume mobility and risk to possible receptors. Findings will be used to finalize a remedial design plan for long-term treatment applicability.

**U.S. Navy, Five-Year Review, NAS Pensacola, Florida.** As chemist, Tiffany reviewed available historical data for multiple operating units (containing multiple sites each) for technical completeness and status for the Five-Year Review report.

**U.S. Army, Remedial Design and Support Services, Iowa Army Ammunition Plant, Iowa.** As remediation specialist, Tiffany analyzed and interpreted site data to determine the active degradation pathways, including biotic and abiotic degradation. Using various statistical techniques, including one developed specifically for this project using principal components analyses, Tiffany determined the functional correlations between Royal Demolition Explosive (RDX) and various geochemical parameters. Results were used to determine the statistically relevant analytes and reduce overall sampling costs. She designed and implemented a bench-to-pilot scale demonstration of a novel RDX remediation technology designed for aquifers not conducive to biodegradation techniques. Also drafted multiple reports and technical memoranda regarding work at the offsite plume.

**U.S. Air Force, Remedial Design and Support Services, Ramstein Air Base, Germany.** As remediation specialist, Tiffany analyzed and interpreted site data to determine the extent and nature of contamination at various site across the installation. In addition, calculated the volumes and extent of excavations for remediation, including the volumes of groundwater infiltration into the open excavations. Results were used to define the scope of the remediation.

**Arizona Department of Environmental Quality (ADEQ), Remedial Design and Support Services, Park-Euclid Water Quality Assurance Revolving Fund Site, Arizona.** As remediation specialist, Tiffany assisted on the Park-Euclid Project with researching and preparing the feasibility study for regional aquifer treatment of tetrachloroethylene (PCE) contamination. She modeled the bio- and geochemical transformations of PCE along the contamination plume as well as the 3D geologic and chemical distribution. Tiffany also modeled the 3D geologic and chemical distribution of the site using CTech Mining Visualization Software and performed an uncertainty analysis to direct further drilling activities at the site. Additionally, she supervised onsite field activity, as well as performed data management and reduction.

TIFFANY N. THOMAS, PH.D.
PAGE 6

**Shell Oil Products U.S., Remedial Design and Support Services, Arizona and Nevada.** Project manager for eight leaking underground storage tank sites in Las Vegas and seven sites in Arizona. Tiffany supervised projects that included all aspects of environmental assessments and remediation at numerous gasoline retail stations. She supervised and coordinated field activities, including well design, drilling, installation, and development. Remediation experience included soil vapor extraction, groundwater air sparging, thermal and catalytic oxidation, groundwater oxygenation using hydrogen peroxide injection, and land farming of petroleum-contaminated soil. Prepared various reports, including quarterly monitoring and site characterization. She prepared permits and designs for remediation systems and performed pilot testing. Tiffany also drafted deliverable reports and other documents to support ongoing field work for the client and performed numerous Risk-Based Corrective Action Tier 1 and Tier 2 analyses to move toward site closure.

**Salt River Pima-Maricopa Indian Communities (SRPMIC) Feedlot Soil Sampling, Mesa, Arizona.** As remediation specialist, Tiffany drafted the U.S. EPA-approved sampling and analysis plan for the site. She conducted a site evaluation at the SRPMIC feedlot, including surface soil sampling throughout the property. Soil was sampled in collaboration with representatives from SRPMIC's Cultural and Environmental Services. Samples were analyzed for pesticides.

## Regulatory Compliance

**Confidential Clients, Toxic Substances Control Act Section 8(a)(7) PFAS Product Evaluations.** Tiffany leads the teams providing supply chain evaluations to determine proper reporting requirements.

**Confidential Client, California Proposition 65 Product Evaluations.** As project manager, Tiffany oversaw the testing and toxicological evaluation of multiple products distributed for sale in California to determine proper labelling requirements.

**Confidential Client, Toxic Substances Control Act Product Evaluations.** As project chemist, Tiffany provided material evaluations to determine proper reporting requirements.

**California Proposition 65 Product Evaluations, Truck Pro.** As project manager, Tiffany oversaw the testing and toxicological evaluation of multiple products distributed for sale in California to determine proper labelling requirements.

## Water and Wastewater

**Arizona Department of Environmental Quality, Expedited Aquifer Protection Permit Assistance, Marana, Arizona.** As part of an expedited permit process, Tiffany researched and calculated site-specific groundwater protection levels (GPL) for hexavalent chromium (Cr [VI]) at a contaminated compressor station after thoroughly reviewing existing data for completeness. GPL calculations included considerations for aquifer characteristics, soil type, and chemical behavior/toxicity of Cr (VI). Using an evaluation of reasonable aquifer water quality standards established in other states, a GPL was calculated. The results of this effort were presented in a report to ADEQ and included all pertinent site information and chromium chemical characteristics.

**International Wastewater Treatment Plant, Aquifer Protection Permit Assistance, Nogales, Arizona.** As environmental scientist, Tiffany assisted with amendments to an existing Aquifer Protection Permit for a planned expansion of the International Wastewater Treatment Plant. She performed revisions to the existing permit, including long-term sampling and monitoring requirements, in coordination with the ADEQ.

## Per- and Polyfluoroalkyl Substances (PFAS) Experience

**Port of Seattle, Seattle-Tacoma International Airport.** As Program Director, Tiffany manages the 5-year on-call contract awarded in 2022 to strategically address PFAS challenges at the Seattle-Tacoma International Airport (SEA).

TIFFANY N. THOMAS, PH.D.
PAGE 7

The scope of work includes environmental investigations and evaluations, supporting the transition from PFAS-containing Class B AFFF to non-fluorinated foams, developing treatment plans across Port-managed facilities, assisting in negotiations with regulators, and communicating with neighboring communities. This contract is worth an estimated $10 million in project fees.

**Boeing Company, Boeing Everett Facility.** As technical lead, Tiffany supports Boeing in site assessment and remediation related to PFAS at the Everett Facility. The scope of work includes environmental investigations and evaluations, developing treatment plans, assisting in negotiations with regulators, and compliance with multiple regulatory programs.

**Snohomish County, Paine Field International Airport (PAE).** Tiffany manages the project supporting PAE with the transition from PFAS-containing Class B AFFF to non-fluorinated foams.

**Confidential Airport, Washington.** As Technical Lead, Tiffany oversees environmental investigations and evaluations, assists in negotiations with regulators, and other related work associated with an ongoing Enforcement Order.

**Company-wide PFAS Subject Matter Expert.** As designated PFAS Subject Matter Expert, Tiffany designs the strategic market analysis for technical training and business development efforts company-wide, and provided presentations to and participation with a variety of local and national professional organizations. PFAS-related duties include oversight and coordination of internal training and conference attendance, design of region- and market-specific business development, and leadership of internal resources to provide as-needed project support to internal project managers and external clients.

**Confidential Client, Multiple Locations.** As program manager, Tiffany oversaw and coordinated PFAS-related site characterization and remediation activities at multiple facilities in six states. Project scope included collaboration with on-site personnel and consultants, review of project planning and reporting documents, data validation of analytical data packages, and program administration to ensure consistency across state and federal regulatory bodies.

**RS&H, Sacramento International and Stockton Metropolitan Airports.** As project manager, Tiffany assisted with the design of the sampling program and oversaw field sampling activities to delineate possible PFAS impacts originating from historical airport activities involving aqueous film-forming foam (AFFF). Project scope included generation of a sampling plan, field sampling oversight, coordination with airport and RS&H personnel, and data validation of the resulting analytical data packages.

**Sullivan County, New York, Sullivan County International Airport.** As project chemist, Tiffany assisted with the interpretation of data collected during field sampling activities to delineate possible PFAS impacts originating from historical airport activities involving AFFF. Project scope included identification of multiple PFAS sources with unique chemical fingerprints.

**Department of the Navy, New London Submarine Base.** Tiffany served as the chemical PFAS expert on a multidisciplinary panel that hosted a public open house designed to inform the community surrounding the base about upcoming sampling activities to identify possible off-base PFAS impacts originating from on-base fire suppression activities.

**Department of the Navy, Multiple Locations.** As project chemist, Tiffany assisted with the design of sampling programs to delineate possible PFAS impacts originating from historical base activities involving AFFF. Project scopes generally include generation of a preliminary site assessment, field sampling oversight, and interpretation of analytical data to define likely source(s) of contamination.

APPENDIX B
List of Technical Publications

**PUBLICATIONS**

*Emerging Technologies for PFAS Control* with S. Basu and P. Ali, Water Environment Federation; Chapter 11 in *PFAS in the Water and Wastewater Sectors: Fundamentals, Management, and Treatment*, August 2023.

*Global Regulations Around PFAS: The Past, the Present and the Future* with Malek, A. , Arokianathar, J. , Haddad, E. , & Matthew, J., *International Chemical Regulatory and Law Review,* Volume 6, Issue 1, 2023.

*Remediation of Buried Chemical Warfare Material, The National Academies Press*, Washington D.C. at National Research Council of The National Academies (Committee Member), 2012.

*Iron Mediated Abiotic Degradation of RDX in a Contaminated Aquifer,* with B. Caldwell, R. Britto, and R. Arnseth, Remediation – The Journal of Environmental Cleanup Costs, Technologies, & Techniques, 22 (3), 29-41, 2012

*The Emergence of Supersteps on KH2PO4 Crystal Surfaces,* with T. A. Land, W. H. Casey, and J. J. DeYoreo, Physical Review Letters, 92 (21), 216103-1 – 216103-4, 2004.

*Molecular Properties of Adsorbates that Affect the Growth Kinetics of Archerite (KDP)*, with T. A. Land, M. Johnson, and W. H. Casey, Journal of colloid and interface science, 280 (1), 18-26, 2004.

*AFM investigation of step kinetics and hillock morphology on the {100} face of KDP,* with T. A. Land, T. M. Martin, W.H. Casey, and J.J. DeYoreo, Journal of Crystal Growth, 260 (3-4), 566-579, 2003**.**

*Infrared and vapor flux studies of vapor-deposited amorphous and crystalline water ice films between 90 and 145 K*, with S. LaSpisa, M. Waldheim, J. Lintemoot, J. Naff, and M. Robinson, Journal of Geophysical Research, 106 (12), 33351-33361, 2001.

APPENDIX C

## Glossary **and Technical Background**



www.haleyaldrich.com

GLOSSARY

by
Haley & Aldrich, Inc.
Oakland, California

File No. 135508-003
August 2024

**Table of Contents**

Page

# Glossary of Terms                                                    1

    GEOLOGY, HYDROGEOLOGY, AND LIMNOLOGY                    1
    GEOCHEMISTRY                                              4
    REGULATORY                                               9

# References                                                         11



# Glossary of Terms

Terms in this glossary are organized into three main categories:

1) Geology, Hydrogeology, and Limnology

2) Geochemistry

3) Regulatory Terms

## GEOLOGY, HYDROGEOLOGY, AND LIMNOLOGY

**Advection**: Advection in regard to solute transport, the bulk movement of water caused by thermal or gravity gradients, wind, or mechanistic forces.

**Anti-fouling (when in reference to paints)**: Anti-fouling coatings applied to the underwater hulls of boats and ships to prevent the growth of marine organisms such as barnacles, algae, and mollusks. These coatings typically contain biocides or chemical agents that deter or inhibit the attachment of marine organisms, reducing drag and improving the vessel's performance. Historically, some anti-fouling paints contained lead-based compounds, specifically tributyltin (TBT). However, due to environmental concerns and the harmful effects of lead on aquatic ecosystems, the use of TBT-based anti-fouling paints has been restricted or banned in many countries.

**Biofilms:** A biofilm is a complex and structured community of microorganisms such as algae, fungi, and protozoa that produces a matrix. This matrix provides structural support to the biofilm.

**Biologic activity:** Biologic activity refers to any living organisms interacting with and affecting their surroundings.

**Biomass:** Biomass refers to the total amount of living matter within a given unit area or volume of habitat.

**Block Faulting:** Block faulting refers to the uplifting and tilting of large blocks of crusts along normal faults. Through tectonic forces, the crust is stretched causing one block to move downward in relation to the other, causing a system of normal faults.

**Chemocline:** Chemocline refers to a layer in a body of water where there is a rapid change in chemical composition. Similar to a thermocline, which involves a rapid temperature change, a chemocline is a distinct boundary within the water column where the concentration of certain chemicals changes rapidly. This can include changes in salinity, dissolved gases, or other chemical parameters. The water column becomes stratified based on chemical composition. Above and below the chemocline, there are different chemical characteristics.

**Diffusion:** Diffusion causes dissolved constituents to spread until an equilibrium homogenous state is reached. Diffusion is caused by the random motion of molecules, called Brownian motion where a system seeks maximum disorder. In a process like diffusion, particles tend to move from regions of higher concentration to lower concentration due to this random motion.



**Earthmoving (in relation to construction):** Earthmoving in the context of construction refers to the process of excavating, transporting, and placing soil and rock materials to alter the topography of a site for construction purposes. This essential aspect of construction involves various heavy machinery and equipment designed for digging, grading, and moving large quantities of earth.

**Glacial advance:** Glacial advance refers to the ice front of a glacier moving forward. It implies that the upper zone (accumulation zone) accumulates more snow than the lower zone (ablation zone) loses through melting, sublimation, or calving. In short, the glacier stores more volume of water than it melts, so it grows and therefore advances. Glacial advance is the opposite of glacial retreat.

**Gradient (regarding rivers/contaminant transport):** Gradient refers to the direction of water flow. Water flow is controlled by fluid potential with gravity-driving flow from high gravimetric potential energy to low potential energy in surface water. Surface water flows along a gradient from areas of higher elevation (upgradient) to areas of a lower elevation (downgradient). Water flow can result in the transport of particles and dissolved elements including lead.

**Groundwater discharge/seepage:** Groundwater discharge occurs when water flowing through the ground emerges from the subsurface (underground) to the surface as either a spring or direct discharge into a surface water body.

**Homogenous:** Homogenous describes a system, solution, or structure that has the same properties or composition at every point.

**Limnology:** Limnology is the scientific study of inland waters, primarily lakes, reservoirs, rivers, ponds, and wetlands. It is a sub-discipline of aquatic sciences that focuses on understanding the physical, chemical, biological, and geological characteristics of freshwater ecosystems. Limnologists study the structure and function of these ecosystems, as well as the interactions between their biotic (living) and abiotic (non-living) components.

**Metal oxide:** Metal oxides form when metals react and combine with oxygen and can adsorb various substances by forming chemical bonds. Iron and aluminum oxides such as hematite, goethite, and alumina are particularly effective in adsorbing metals like lead from aqueous solutions.

**Nutrient (in relation to soils):** Soil contains minerals and organic matter that can supply various nutrients. Nutrients are essential elements to plant growth. Primary nutrients, also known as macronutrients, are nitrogen, phosphorous, and potassium. Trace elements, also known as micronutrients, play an equally important role as macronutrients. The primary micronutrients are iron, manganese, and zinc.

**Oligotrophic**: Oligotrophic is derived from two Greek roots meaning few and feeding. Oligotrophic lakes are characterized by very low levels of nutrients. Their waters are usually clear and very well oxygenated, the lack of nutrients limiting the growth or development of algae and other aquatic plants.

**Particulate organic matter:** Particulate organic matter refers to organic matter that is suspended in water. This is operationally defined as organic matter that does not pass through a filter pore size with a size range of 0.053 to 2 millimeters to allow for differentiation from dissolved organic matter.  Sources of particulate organic matter include fecal pellets, phytoplankton, zooplankton.

**Photosynthesis:** Photosynthesis is the process by which plants, algae, and certain organisms transform light into glucose and oxygen. Aquatic plants absorb carbon dioxide and release oxygen in the water during daylight hours and help maintain dissolved oxygen levels suitable for aquatic ecosystems. At



night, aquatic plants and algae use oxygen through cellular respiration and release carbon dioxide. When carbon dioxide is absorbed by aquatic plants through photosynthesis, it contributes to the control of pH in the water.

**Precipitation:** Precipitation refers to any conglomerate of water molecules that are heavy enough to fall from the atmosphere to the surface of the earth by the effect of gravity. Molecules of water can take different forms, liquid or solid, the most common ones being rain, snow, and hail. Also see precipitation in the geochemistry section.

**Primary productivity:** Primary productivity refers to the rate at which energy is converted to organic substances. There are two ways organisms convert energy into organic substances: Photosynthesis and oxidation.

**Sediment:** Sediments are an accumulation of organic matter and inorganic clasts deposited in a water body. Sediments are the by-products of chemical and physical weathering, erosion, transport, and deposition. They are typically unconsolidated and range in size from fine clay to large gravel.

**Sediment cores:** A sediment core is a cylindrical sample of sediment collected from a water body such as a lake. As sediment accumulates in distinct layers over time, each layer is representative of the time period of deposition. Geochemical tracers present in the sediment core can serve as proxies for environmental conditions. For example, variations in heavy metal concentrations, isotopic ratio, or nutrient levels can reflect changes in land use, climate, or human activities. Sediment cores can be dated using various techniques, such as radiometric dating (e.g., carbon-14 dating), sedimentation rates, and fossils. With these dating methods, ages of different layers can be assigned, and past environmental variations reconstructed.

**Soil:** Soil is a biologically active and complex system that has developed in the uppermost layer of Earth's crust. Soil consists of organic matter, minerals, and gases such as oxygen and nitrogen, water, and microorganisms. Through biological, climatic, geologic, and weathering processes, soil constantly evolves and provides resources for supporting plant and animal life.

**Soil erosion:** Soil erosion is a natural process where soil is removed from one place by agents of erosion like water, wind, or human activities transported and is deposited in another location like a lake or ocean. Rates of erosion are controlled by the landscape and climatic properties. Erosion can be increased by higher slope angles and lack of vegetation to support soil retention.

**Surface water:** Surface water refers to any visible liquid water bodies found at the surface of the Earth, such as oceans, lakes, streams, rivers, and ponds. Glaciers, icecaps, and groundwater are not considered surface water.

**Thermocline:** A thermocline is a distinct layer in a large body of water, such as a lake or ocean, where there is a rapid decrease in temperature with depth. The thermocline acts as a barrier separating the warmer surface water from the colder, deeper water. The presence of a thermocline contributes to the stratification of the water column. Stratification refers to the layering of water with different temperature and density characteristics. It often varies with the seasons. During warmer months, the thermocline may be more pronounced, while in colder seasons, it may become less distinct or even disappear.



**Total suspended particles (atmospheric):** Suspended particles in the atmosphere refer to solid or liquid particles of various sizes that are suspended in the air. These particles can include dust, pollen, soot, aerosols, and other airborne particulate matter. Total suspended particles are a measure of the total concentration of these suspended particles in a given volume of air and is often used as an indicator of air quality.

**Turnover:** Turnover is a process involving the vertical mixing of the lake's water layers. It occurs in many lakes, and is conditioned by many factors such as, climate, depth, size, and geographical location. In the spring, when climate becomes warmer, the sun warms up the surface of the lake. As the surface water warms up, the lake can become stratified as warm surface water becomes less dense and remains at the surface. When the climate becomes colder in the fall, the surface water cools, it becomes denser and sinks downward into the deeper water. Wind can also result in lake currents that drive lake turnover.

**Urbanization:** Urbanization refers to the process of population migration from rural to urban areas, leading to the growth and expansion of cities and the development of urban infrastructure and amenities.

**Watershed:** A watershed is a drainage area defined by topographic boundaries. All the surface water as well as groundwater located in the catchment (the area within a natural topographic boundary) converges to a single outlet. Watersheds are a natural hydrological drainage system made up of rivers, streams, lakes, ponds as well as aquifers.

**Waterway:** A waterway is a natural or artificial body of water that serves as a route for the transportation of goods or people. Waterways can take various forms, including rivers, canals, lakes, and oceans. They play a crucial role in the movement of goods and the connectivity of regions.

**Wind-driven currents:** Wind-driven currents are created by the friction of the wind on the surface of a water body, such as Lake Tahoe. A current causes water to move from one location to another in a body of water.

## GEOCHEMISTRY

**Anthropogenic:** Anthropogenic is derived from two Greek words meaning human and origin, and refers to any human-induced changes, alteration or modification of an ecosystem or the environment. Anthropogenic is used to describe a source of lead that is human derived in origin.

**Baseline or background concentration:** Baseline concentration refers to the normal or typical concentration of a specific chemical or substance in a particular environment from all geogenic sources before any significant anthropogenic activities or events have occurred. Establishing a baseline concentration is crucial for environmental monitoring and assessments, as it provides a reference point for comparing current or future concentrations. Baseline concentrations are site-specific, considering the unique characteristics of each location. Factors such as geology, hydrology, and local ecosystems influence baseline levels.

**Circumneutral pH:** Circumneutral pH refers to a pH close to neutral value of 7, usually between 6 and 8. The United States Environmental Protection Agency (USEPA) recommends drinking water to have a pH between 6.5 and 8.5.



**Chemical flux:** Chemical flux quantifies the rate of movement of a specific chemical substance through a water body, and mass loading provides the total amount of that substance transported over a given period. Both concepts are crucial for understanding and quantifying the transport, distribution, and environmental impact of chemicals in aquatic systems.

**Colloids:** Colloids are tiny particles of organic matter or inorganic particles. These particles stay suspended in water due to electrostatic forces. Colloids contribute to the color of water and play a role in nutrient cycling.

**Concentration gradient:** A concentration gradient refers to the gradual change in the elemental concentration within a solution or gas over distance. The concentration gradient serves as a driving force for the movement of particles as movement tends to occur from areas of higher concentration to lower concentration due to diffusion.

**Corrosion:** Corrosion is the decay of metallic metal through electrochemical processes that results in metal dissolution and formation of more chemical stable oxide forms. Corrosion requires an electrolyte (i.e., water) to allow for the transfer of electrical charge between a component being oxidized (losing an electron) and reduced (gaining an electron). Corrosion of lead is further described in the corrosion tutorial document.

**Depth discrete water sampling:**  See discrete depth water quality sampler for explanation.

**Diffusion:** Diffusion is the movement of atoms, chemicals, and energy, from an area of high concentration to an area of low concentration, causing dissolved constituents to spread until an equilibrium homogenous state is reached. Diffusion is caused by the random motion of molecules, called Brownian motion where a system seeks maximum disorder.

**Discrete depth water quality sampler:** A discrete depth water quality sampler is a field sampling machine capable of collecting water samples at specific depths within the water column. Some examples of a depth discrete water quality sampler include a Van Dorn water sampler and a Kemmerer water sampler. These samplers are used to understand changes in geochemical parameters through a water column without introducing bias or errors.

**Dissolved metal concentration:** The dissolved metal concentration refers to the amount of metal that is dissolved and present as an ion in water. The samples are filtered and acidified prior to analysis. Dissolved metals are more concerning to aquatic organisms because they can enter the food chain easily (i.e., are bioavailable).

**Duplicate sample:** A duplicate sample is collected alongside the primary sample at the same time and location. It is used to assess the reproducibility and precision of the sampling and analysis process. It is used for quality control; if the difference of concentration between the primary and duplicate sample is statistically significant, then a cross-contamination occurred somewhere in the process compromising the results.

**Eh:** See ORP

**Eh-pH diagram:** An Eh-pH diagram, also known as a Pourbaix diagram, is a graphical representation of thermodynamic stable phases in a solution as a function of both Eh and pH. Different chemical species (such as ions, complexes, and solid phases) are represented by regions on the diagram. Each diagram is specific to the overall geochemical conditions of a solution including pressure, temperature, and concentrations. These diagrams are valuable tools for predicting the stability and solubility of minerals,



metal ions, and other chemical species. By understanding the stable species at various pH and redox potentials (Eh), corrosion behavior of materials could be determined, helping to make predictions about the stability of different chemical species in solution.

**Electrostatic (or charge) attraction:** Electrostatic charges in water involve the presence of electrically charged particles due to the dissociation of certain compounds. Water itself is a neutral molecule, composed of two hydrogen atoms and one oxygen atom ($H_2O$) covalently bonded together via the sharing of electrons between atoms. When certain compounds dissolve in water, they can ionize or dissociate into positively charged particles (cations) or negatively charged particles (anions). Cations and anions move freely in water and influence the physical and chemical properties of water, for example precipitating and dissolving certain metal compounds. Metals can be attracted to anions or molecules called ligands that can form complex ions or react to form an insoluble ion solid called a precipitate.

**Geogenic:** Geogenic is used to describe something derived from natural geological or earth processes. This can be used to categorize sources of lead entering an environment, such as rock weathering.

**Geochemical parameters:** Geochemical parameters are the quantification or qualification used to describe chemical characteristics or properties of the chemical composition of a geological system. Conductivity, pH, redox potential, major and trace elements are examples of the most common geochemical parameters used in the assessment of surface water.

**Geochemical tracers:** Geochemical tracers are used to investigate and understand various geological processes and phenomena. Tracers function as unique markers that provide valuable information about the origin, movement, and transformations of geological materials. Geochemical tracers are applied in diverse fields, including geochronology, geochemistry, hydrogeology, and environmental science. Common tracers include isotopes, rare earth elements, volcanic materials, fluid markers, sedimentary indicators, and chemical fingerprints, each serving a specific purpose in studying geological processes and materials.

In the Chien et al. (2019) study, radon-222 is used as a geochemical tracer of groundwater discharge. Radon-222 is a naturally occurring radioisotope of the uranium-thorium decay series. Groundwater is in contact with radon-226 bearing minerals that undergo decay and release radon-222 resulting in enrichment. Concentrations are two to three times higher in groundwater than surface water which allows for elevated concentrations in surface water to indicate locations where groundwater discharge is occurring.

**Inductively Coupled Plasma-Mass Spectroscopy (ICP-MS):** ICP-MS are instruments capable of measuring metals and non-metals in liquid samples at very low concentrations, in the parts per trillion (ppt). It is known to be the most precise and accurate instrument to measure trace metals when operated correctly.

**In situ conditions:** In situ are Latin words that literally translate into "on site." In the context of geochemistry sampling, in situ samples are collected directly from their natural environment without altering the original geochemical conditions.

**Lead isotopes:** Lead isotopes are variants of an element that have the same number of protons but different numbers of neutrons in its atomic nuclei. They share the same chemical properties but have different masses which allows for quantification using analytical methods. Lead has four stable isotopes: Pb-204, Pb-206, Pb-207, and Pb-208. These isotopes exist in nature and have particular utility in geochemistry in identifying geochemical processes or sources of an element that cannot be done using



concentrations alone. Pb-204 is not radiogenic and is considered a primordial isotope, meaning it has existed since the formation of the Earth. Pb-206, Pb-207, and Pb-208 are radiogenic and are formed through the radioactive decay of uranium and thorium isotopes in the Earth's crust.

Lead isotopes are often used in radiometric dating of rocks and minerals. By measuring the ratios of radiogenic lead isotopes to non-radiogenic lead, it is possible to determine the age of geological formations. Lead isotopes are used in environmental studies to trace the sources of lead pollution. Different sources, such as industrial activities or natural weathering of rocks, have distinct lead isotope signatures. An isotope signature is the ratio of isotopes. Mass spectrometry is commonly used to analyze lead isotopes.

**Mineral dissolution:** Mineral dissolution is a geological process in which minerals break down and disintegrate into their constituent ions or molecules due to chemical reactions with water or other solvents. This process is a fundamental component of chemical weathering; the series of natural processes that lead to the breakdown and alteration of rocks at or near the Earth's surface.

**Oxidation-Reduction Potential (ORP) and Eh:** Redox reactions involve the transfer of electrons between different chemical species. ORP is a measure of the tendency of a solution to give or receive electrons. The electron activity (or $pe$) cannot be directly measured in a solution like pH to determine the redox state as electrons do not freely exist in solution. Rather, the electromotive potential of the dominant redox couple is measured by using a half-cell of known electromotive potential. This is an ORP measurement. An ORP measurement is then corrected to standard hydrogen electrode and the resulting value is an Eh measurement, allowing for universal comparisons. An Eh that is positive is considered to represent oxidizing conditions while an Eh that is negative represents reducing conditions. Importantly ORP should be considered estimates as accurate measurements are analytically difficult to make due to poisoning of the electrode, lack of electroactivity at the platinum-electrode surface, and mixing potentials.

**Passivating film:** A passivating film is a thin layer that forms on the surface of certain materials like metals that enhances its resistance to corrosion. It involves the development of a chemically inert (i.e., stable) layer that acts as a barrier preventing further chemical reactions between a metal surface and the electrolyte solution. In this case, a thin layer of lead-bearing minerals develops on the exposed metallic lead surface of the cable and mitigates further corrosion of the cable.

**pH:** pH is a measure of the concentration of hydrogen ions ($H^+$) reported in a logarithmic scale. A pH value below 7 is considered acidic, while a value above 7 is considered basic. A pH of 7 is considered neutral. The more acidic the water is, the higher potential to dissolve minerals.

**Physical parameters:** Physical parameters can be measured in situ using different instruments. In the context of this study, temperature, pH, potential redox (Eh), conductivity and total dissolved solids have been measured. These parameters influence the solubility of metals and can be used to build geochemical models.

**Physico-chemical process:** Physico-chemical process refers to the interactions and transformations that occur at the interface of physical and chemical phenomena. It is a dynamic process occurring naturally in nature and that can be explained step by step.

**Precipitation:** Chemical precipitation is the formation of a solid substance or mineral from ions in a supersaturated solution.



**Primary sample:** A primary sample is the initial sample collected. For quality assurance and quality control, multiple samples can be collected from one location (i.e., duplicates).

**Reference location:** A reference location regarding geochemical study provides a baseline location to compare levels of anthropogenic contamination over geogenic background concentrations at a site.

**Sampling bias:** Sampling bias occurs when systematic errors or inaccuracies are introduced in the sampling process that leads to a distortion or misrepresentation of the data. For example, selecting a sampling location based on convenience or accessibility might not provide an accurate representation of a contaminated area.

**Sampling error:** A sampling error occurs when a sampling protocol is not followed which can compromise the accuracy and integrity of the results.

**Sample preservation:** Sample preservation is a critical step to ensure that the sample's chemical and biological characteristics remain intact from the time it has be sampled to analysis. Multiple bottles are collected during sampling. Different chemicals are added to bottles to ensure the analyte that is targeted for analysis remains in solution at the in-situ concentration. For this study, pre-preserved sample bottles have been used. These bottles contain pre-added preservatives and eliminate the need for field workers to add preservatives manually, thus removing a step that could introduce contamination or sampling errors.

**Saturation:** Saturation is reached when the concentration of a solute (i.e. the dissolved substance) in a solution has reached its solubility limit or is in equilibrium with a solid or gas phase. At this limit, the solution cannot dissolve any more solute under the same conditions. When certain substances other than gas have reached saturation level, they can precipitate from solution as a solid. Parameters such as temperature, pressure, and pH control the saturation level of a solute.

**Spot survey:** In environmental studies, a spot survey is a quick and focused data collection method used to assess specific environmental conditions or characteristics at a particular location within a short timeframe. By measuring parameters such as pH, dissolved oxygen, nutrient levels, and contaminants, spot surveys can provide valuable and rapid insights into the health of the environment.

**Sorption (adsorption and absorption):** Sorption is a general term that encompasses both adsorption and absorption processes. The distinction between the two processes lies in whether the interaction occurs primarily at the surface (adsorption) or involves penetration and distribution within the material (absorption).

**Specific conductivity:** Specific conductivity is a measure of how well water can conduct electricity or how many dissolved ions are present in the water. The higher the specific conductivity, the more conductive the water is, indicating a higher concentration of dissolved ions that allow electricity to flow through. It is a useful measure in water quality assessments, giving insights into the overall dissolved ion content of the water.

**Total Dissolved Solids (TDS):** TDS refers to all the solid particles, organic and inorganic, that are dissolved in water. Dissolved substances can be minerals, salts, metals, and other particles. TDS is typically measured in milligrams per liter (mg/L) or parts per million (ppm) and is an important parameter in assessing water quality and its suitability for various purposes.



**Total metal concentration:** Total metal concentration includes dissolved and non-dissolved phases. The sample is acidified (to release metals from particles) but the water is not filtered prior to analysis. Solid phase metal constituents that are present in total metal concentration but not dissolved include metal colloids, metal particles and metal sorbed to particulate matter such as organics.

**Trace metals:** Trace metals refer to metals that are present in very small concentrations in natural environments, including water, soil, rocks, and living organisms. These metals are present in small but measurable amounts and are essential for various biological and geochemical processes. However, their presence in high concentrations can be toxic for humans and the environment.

**Water quality:** Water quality refers to the chemical, physical, biological, and radiological characteristics of water. It is a measure of the condition of water in relation to its suitability for various uses, such as drinking, recreational activities, agricultural irrigation, and support of aquatic life. Assessing water quality involves examining a range of parameters to ensure that water meets certain standards and is safe for its intended purposes.

## REGULATORY

**Action level:** In the case of lead, the USEPA uses the term 'Action Level' for the regulatory water quality standard instead of Maximum Contaminant Level (MCL, see below) to evaluate corrosion control treatment in water pipes. For example, up to 10 percent of the samples can exceed the Action Level and still be in compliance. In the case of lead, the action level is 15 parts per billion (ppb or micrograms per liter [µg/L]). It is difficult to enforce mandates since municipalities and certain homes still have lead-containing water service lines.

**California Proposition 65 safe harbor levels:** Proposition 65, officially known as the Safe Drinking Water and Toxic Enforcement Act of 1986, became law in California in November 1986. The law prohibits California businesses from knowingly discharging significant amounts of listed chemicals into sources of water. This law also requires businesses to provide warnings to Californians about significant exposures to chemicals that cause cancer and reproductive harm (American Cancer Society, 2019; California Office of Environmental Health Hazard Assessment [OEHHA], 2023). As of 2020, Proposition 65 establishes safe harbor levels for more than 900 chemicals under two categories, maximum allowable dose level (MADL)[for chemicals that cause reproductive harm] and no significant risk level (NSRL) [for chemicals that cause cancer].

**Consumer Confidence Report (CCR) or water quality report:** The USEPA requires annual CCRs or water quality reports to their customers. Their reports include sources of drinking water, risks of contamination of the local drinking water sources, concentrations or regulated contaminants found in drinking water, the potential health effects of any contaminant detected in violation of a USEPA health standard, and accounting of the system's actions to restore safe drinking water.

**Data Useability Summary Report (DUSR):** Data useability is determined by a project team after verification, validation and other data quality review is complete. The DUSR describes the assessment performed per the guidance and requirements established by the USEPA *National Functional Guidelines for Inorganic Data Review*. This report reviews sample management, hold times and preservation, reporting limits and sample dilution, laboratory control samples, matrix spike samples, blank samples, and duplicate samples.



**Data qualifiers:** During the laboratory data validation process, some data may be qualified using a list of data qualifiers to describe analytical issues with the data. For instance, elemental concentrations that fall between the method detection limit (MDL) and the reporting limit (RL) are estimated and are flagged with a "J" qualifier. Definitions and supporting documentation to describe data qualifiers are included in the laboratory or data validation report.

**aximum Allowable Dose Level (MADL):** A safe harbor level established under California's Proposition 65. MADLs have been established for chemicals causing reproductive toxicity. The MADLs are expressed in terms of the amount of chemicals to which a person can be exposed daily without incurring a significant risk of reproductive harm. The entire list can be found on the California Office of Environmental Health Hazard Assessment website (OEHHA, 2023)

**Maximum Contaminant Level (MCL):** The MCL is a regulatory standard set by environmental or public health agencies to specify the maximum allowable concentration of a particular contaminant in drinking water. These standards consider scientific research on the potential human health effects of various contaminants and aim to protect the well-being of the population. It is a legally enforceable limit set by the EPA.

**Method Detection Limit (MDL):** The MDL is defined as the minimum concentration of a substance that can be measured and reported with 99 percent confidence that the analyte concentration is greater than zero and is determined from analysis of a sample in a given matrix containing the analyte (EPA, 2023). Concentrations detected (if present) below the MDL are reported as Not Detected (ND).

**No Significant Risk Level (NSRL):** NSRL is a safe harbor level established under California's Proposition 65. NSRLs have been established for chemicals that can cause cancer. The NSRL describes the level of exposure to a chemical that would result in not more than one excess case of cancer in 100,000 individuals exposed to the chemical over a 70-year lifetime. The entire list can be found on the California Office of Environmental Health Hazard Assessment website (OEHHA, 2023)

**Reporting Limit (RL):** The RL is the lowest concentration value that meets project requirements for quantitative data with known precision and bias for a specific analyte in a specific matrix.

**Screening Level:** Screening levels are used as benchmarks to assess the concentration of lead in different media, such as air, water, soil, and food, and determine if further action or remediation is required.

**USEPA-Derived National Recommended Water Quality Criteria (NRWQC) for both short-term (acute) and long-term (chronic) exposures:** The USEPA has established NRWQC for various pollutants to protect aquatic life and human health. These criteria include both short-term (acute) and long-term (chronic) exposure guidelines. Acute criteria are designed to protect aquatic life and human health during short-term exposures, typically ranging from minutes to days. Chronic criteria are established to protect aquatic life and human health during long-term exposures, typically over extended periods, such as months or years.



# References

1. American Cancer Society, 2019. Cancer Warning Labels Based on California's Proposition 65. https://www.cancer.org/content/dam/CRC/PDF/Public/7611.00.pdf

2. California Office of Environmental Health Hazard Assessment (OEHHA), 2023. Proposition 65 No Significant Risk Levels (NSRLs) and Maximum Allowable Dose Levels (MADLs). 27 October. Proposition 65 No Significant Risk Levels (NSRLs) and Maximum Allowable Dose Levels (MADLs) - OEHHA

3. CDC, 2023. What Are U.S. Standards for Lead Levels? https://www.atsdr.cdc.gov/csem/leadtoxicity/safety_standards.html

4. Chia-Te Chien, Brant Allen, Natasha T. Dimova, Juan Yang, John Reuter, Geoffrey Schladow, Adina Paytan, 2019. Evaluation of atmospheric dry deposition as a source of nutrients and trace metals to Lake Tahoe, Chemical Geology, Volume 511, Pages 178-189, ISSN 0009-2541, https://doi.org/10.1016/j.chemgeo.2019.02.005.

5. EPA, 2023. Method Detection Limit - Frequent Questions. https://www.epa.gov/cwa-methods/method-detection-limit-frequent-questions

6. Hydroviv. Why Does EPA Allow "Acceptable Amounts" of Toxic Chemicals In Drinking Water? Accessed 11 January 2024. https://www.hydroviv.com/blogs/water-smarts/epa-regulations#:~:text=Maximum%20Contaminant%20Level%20%28MCL%29%20-%20The%20MCL%20is,%28Action%20Level%29%20for%20the%20regulatory%20water%20quality%20standard.





www.haleyaldrich.com

ANALYTICAL METHODS OVERVIEW

by
Haley & Aldrich, Inc.
Oakland, California

File No. 135508-003
August 2024

**Table of Contents**

Page

**1.   Introduction**                                                                1

**2.   Elemental Concentrations**                                                    2

**3.   Instrument Calibration and Data Quality Control**                             3

    3.1   CALIBRATION                                                                3
    3.2   METHOD DETECTION LIMITS AND REPORTING LIMITS                               3
    3.3   QUALITY CONTROL                                                            3

**4.   Instruments**                                                                 5

    4.1   ATOMIC ABSORPTION SPECTROSCOPY                                             5
        4.1.1   Fundamentals                                                         5
        4.1.2   Advantages and Limitations                                           5
        4.1.3   Interferences                                                        5
    4.2   INDUCTIVELY COUPLED PLASMA – OPTICAL EMISSION SPECTROSCOPY                 5
        4.2.1   Fundamentals                                                         5
        4.2.2   Advantages and Limitations                                           5
        4.2.3   Interferences                                                        6
    4.3   INDUCTIVELY COUPLED PLASMA – MASS SPECTROMETRY                            6
        4.3.1   Fundamentals                                                         6
        4.3.2   Advantages and Limitations                                           6
        4.3.3   Interferences                                                        7

**5.   Comparison of USEPA Methodologies**                                          8

**6.   Conclusion**                                                                  9

**References**                                                                      10



# 1.    Introduction

Analytical chemistry is a branch of chemistry that focuses on identifying and quantifying chemical substances. A wide range of analytical chemistry instruments have been developed over the past decades, each of which has its own benefits, limitations and specifications. The most common types of analytical instruments used in geochemistry and recommended by United States Environmental Protection Agency (USEPA) to analyze lead in water are Atomic Absorption Spectroscopy (AAS), Optical Emission Spectroscopy (OES) and Mass Spectrometry (MS) .

Spectroscopy and spectrometry, although related and used interchangeably in many cases, are in reality two distinct fields of study. Spectroscopy is a broader term that encompasses the study of interactions between matter and electromagnetic radiation. Spectroscopy uses a combination of special light source, filters and detectors, to quantify the concentration of the element by measuring how much light is absorbed or emitted by the atoms as every element absorbs and emits light at a specific color or wavelength. Spectrometry specifically refers to the measurement of the intensity of electromagnetic radiation.

AAS, Inductively Coupled Plasma - Optical Emission Spectroscopy (ICP-OES) and Inductively Coupled Plasma - Mass Spectrometry (ICP-MS) are powerful analytical techniques employed in the field of elemental analysis. AAS relies on the absorption of light by specific atoms. ICP-OES utilizes a high-temperature inductively coupled plasma to atomize and excite sample atoms, with subsequent detection of emitted light at characteristic wavelengths. ICP-MS, on the other hand, employs a mass spectrometer to measure the mass-to-charge ratio of ionized atoms, allowing for precise quantification and isotopic analysis. Because this technology is so advanced and the concentration of metals measured could be as low as parts per trillion (ppt), the USEPA published protocols and requirements to insure best laboratory practices (USEPA, 1997). These are designed to remove any errors or biases to certify the results with the utmost accuracy.

In the US, environmental compliance monitoring relies on USEPA Methods 200.9 for AAS; 200.5, 200.7, and 6010 for ICP-OES; and 200.8 and 6020 for ICP-MS. A more detailed comparison of these methods is presented in a later section. To meet drinking water regulations, a combination of methods is needed, such as ICP-OES with ICP-MS or AAS. For example, ICP-OES cannot measure certain toxic metals, while ICP-MS cannot measure certain minerals – combining these three types of instruments and making the best of each ones, allows the most accurate analysis (USEPA, 1994a, USEPA, 1994b, Thermo Fisher). This guidance document covers the three types of instruments used for measuring elemental concentrations in water samples, methods used to insure reliable and repeatable results are reported, and instrument use in the USEPA regulatory framework.



## 2.     Elemental Concentrations

Elemental concentrations are typically reported in units of mass per unit volume. The most common units are parts per million (ppm) equivalent to milligram per liter (mg/L), parts per billion (ppb) equivalent to microgram per liter (µg/L), and ppt equivalent to nanogram per liter (ng/L). Transitioning from ppm to ppb to ppt involves a progressive decrease in concentration by orders of magnitude. Each transition signifies a reduction in concentration by a factor of 1,000, indicating a diminishing quantity of the substance in relation to a fixed volume unit.



# 3.    Instrument Calibration and Data Quality Control

## 3.1    CALIBRATION

All these instruments need to be calibrated. Calibration allows the conversion of results to concentrations. The raw results from the instruments need to be put into perspective and compared with known referenced points. For this reason, calibration curves are of utmost importance. A calibration curve is a graphical representation of the relationship between the analytical instrument's response to a specific element, and the known concentrations of that element in the standard samples. The calibration curve is crucial for converting the instrument's raw output into meaningful concentration values. The recorded responses from the standards are plotted against their corresponding known elemental concentrations. A regression analysis is performed in order to find the statistically best fitting curve. In most cases, it results in a linear or affine regression.

## 3.2    METHOD DETECTION LIMITS AND REPORTING LIMITS

Method Detection Limits (MDLs) represent the lowest concentration of a substance that can be reliably detected, but not necessarily quantified, by an analytical instrument. MDLs are calculated based on statistical analysis of blank samples, considering factors like background noise and instrument precision. A blank sample is made of ultra-pure water mixed with ultra-pure regents. It serves as a 0 reference point and help identify any potential sources of contamination during analysis. They are crucial for assessing an instrument's sensitivity and compliance with regulations.

Reporting limits (RLs), represent the lowest concentration of an analyte that can be reliably quantified. RLs are typically higher than MDLs to ensure precision and accuracy in quantitative measurements. Both MDLs and RLs are essential for reliable analytical results in inorganic chemistry.

### 3.2.1    Interferences

Interferences in analytical chemistry refer to unwanted physical or chemical effects or influences that can affect the precision and accuracy of analytical measurements. These interferences can arise from various sources and may lead to distorted or inaccurate results. The most common are matrix interferences, spectrals, isobaric and polyatomic. Matrix interferences occur when unwanted elements or compounds present in the sample affect the accuracy of the results. Matrix interferences could happen with any analytical instrument. Spectral interference occurs when substances in the sample absorb or emit light at analyte wavelengths, impacting measurements in techniques like AAS and OES. In MS, isobaric interference arises when compounds share the same nominal mass but have different compositions, leading to potential misinterpretation of results. Polyatomic interference involves ions with the same mass-to-charge ratio as the analyte, affecting accurate concentration measurements. Strategies like wavelength selection, choosing collision and/or reaction cells, and careful method development are employed to minimize these interferences and ensure accurate analytical results. Understanding and managing these interferences is crucial in obtaining reliable analytical data.

## 3.3    QUALITY CONTROL

Once the instruments have been calibrated, it is essential to verify the accuracy of the calibration. A validation process ensures that the results are accurate, reliable and consistent. It involves the use of



blanks, matrix spikes, duplicates and Certified Reference Materials (CRMs). Blanks are samples that do not contain the analyte of interest. They are used to identify and correct for any contamination introduced during sample collection, preparation, or analysis. Method blanks, field blanks, and matrix blanks are common types. Matrix spikes involve adding a known amount of the analyte to a sample with a complex matrix. They assess the recovery of the analyte in the presence of the sample matrix, helping to account for matrix effects and evaluate the accuracy of the analytical method. Duplicates are identical samples taken from the same original source and are analyzed separately. They assess the precision and reproducibility of the analytical method. If results from duplicates are consistent, it indicates good precision in the analysis. Well-characterized materials with known concentrations of specific analytes are used as CRMs. They serve as a standard for calibration, enabling the verification of the accuracy and reliability of analytical methods. Use of CRMs help ensure that instruments are properly calibrated and that results can be traceable to a known standard.

To validate a calibration curve a statistical analysis meeting the project requirements must be performed. This includes ensuring linearity, detecting outliers, evaluating the correlation coefficient, and assessing accuracy and precision. Independent validation samples are used to verify predictions. Overall, a thorough statistical validation ensures the reliability of the calibration curve.

Once validated, samples can be run, and the curve is used to infer their elemental concentrations. Any samples having an elemental concentration above the standards calibration curve should be diluted and rerun as linearity outside of the standardized range of elemental concentrations should not be implied.

Periodic recalibration and monitoring of the calibration curve are essential to account for any changes in instrument performance over time. It is common to run a few sets of standards, one at the beginning, one mid-analysis and one at the end. This is because instrument drifts can occur over time and when a drift is quantified through a sample run, corrections can be made to the reported data. This ensures the reliability of results during routine analyses.



## 4.      Instruments

### 4.1      ATOMIC ABSORPTION SPECTROSCOPY

#### 4.1.1      Fundamentals

AAS measures the absorption of light for a predetermined element. The absorption of light is proportional to the concentration of that element. The most common type of AAS is Flame AAS Wide Dynamic Range. This method can detect lead concentrations as low as 8 ppb (msu.edu).

Electrothermal Atomic Absorption Spectrometry (ETAAS), also known as Graphite Furnace Atomic Absorption Spectrometry (GFAAS), uses an electrical current to ionize the water sample (iupac.org) instead of a flame. The detection limit for ETAAS can be lower for most elements compared to Flame AAS Wide Dynamic Range and can detect lead concentrations as low as 0.1 ppb (Michigan State University, 2023).

#### 4.1.2      Advantages and Limitations

The advantage of AAS is that it can detect elemental concentrations in a water sample from low ppb to ppm. Many elements can be easily and rapidly determined with high precision and accuracy, low detection limits, and at a reasonable cost (Pasias, 2021).

#### 4.1.3      Interferences

Possible interferences with the sample matrix at low concentrations can lead to inaccuracies. A matrix containing high levels of dissolved organic matter or suspended solids may interfere with the results, resulting in a low bias due to the presence of these interfering substances.

Arsenic and thallium have absorption lines similar to lead, creating spectral interferences that can result in high bias because these elements contribute to the measured signal, leading to inaccuracies in quantifying the concentration of lead.

### 4.2      INDUCTIVELY COUPLED PLASMA – OPTICAL EMISSION SPECTROSCOPY

#### 4.2.1      Fundamentals

Optical emission technology measures returning wavelength after atoms ionization. The water sample is sent through a plasma, ionizing all elements contained in the sample. After ionization, the elements return to their lower energy states emitting a specific wavelength of light. Each element has a unique wavelength, and by measuring the elemental wave intensity, and elemental concentration can be inferred. The detection limit for lead could be as low as 0.8 ppb (Thermo Fisher, 2020)

#### 4.2.2      Advantages and Limitations

Multiple elements from a water sample can be measured at once. This instrument has great sensitivity and can detect a wide range of elemental concentrations from ppb to ppm without dilution. In addition, ICP-OES has a high tolerance for Total Dissolved Solids (TDS; up to 30 percent) and so is more robust for analyzing groundwater (Thermo Fisher, 2023).



### 4.2.3    Interferences

Spectral interferences with calcium, iron and sodium are possible with ICP-OES when measuring lead. These interferences are either positive or negative and can either increase or decrease the apparent analyte signal affecting the final concentration.

Positive interferences occur when the measured signal or emission in an analytical technique is a combined result of both the target analyte (in this case, lead) and interfering analytes (e.g., calcium, iron, sodium). The emission lines from both the target and interfering elements overlap or contribute to the same spectral region. As a result, the instrument detects the combined signal, leading to potential inaccuracies in determining the concentration of lead. To mitigate positive interferences, a secondary spectral wavelength that has no interferences is selected for that element or correction factors can be employed.

Negative interferences occur when the sample matrix introduces effects that cause a sloped baseline. This sloped baseline, if not properly corrected for, can lead to a systematic error or bias in the final measured intensity when subtracted from the spectra. This distortion can affect the accuracy of the analysis, particularly when quantifying the intensity or concentration of the target analyte. To address negative interferences, baseline correction techniques, calibration adjustments, or use internal standards can be employed to ensure more accurate measurements. In summary, understanding and mitigating both positive and negative interferences are critical aspects of ensuring the reliability of analytical results in complex sample matrices.

### 4.3    INDUCTIVELY COUPLED PLASMA – MASS SPECTROMETRY

### 4.3.1    Fundamentals

MS measures the mass-to-charge ratio of elements instead of their wavelengths. Similar to ICP-OES, the sample is introduced into a plasma that ionizes all the particles present in the sample. The stream of ions produced in the plasma is then directed into the mass spectrometer. In the mass spectrometer, the ions are separated based on their mass-to-charge ratio). Magnetic and electric fields are used to deflect the ions, allowing only ions of a specific mass-to-charge ratio to reach the detector at any given moment. This instrument allows for the lowest detection limits for lead, which can be as low as 0.7 ppt, three orders of magnitude lower than what can be detected on ICP-OES (Thermo Fisher, 2017).

### 4.3.2    Advantages and Limitations

ICP-MS is the most precise and accurate instrument. It can detect elements as low ppt. It is extremely sensitive that is it the most commonly used to analyze isotopes. It does not tolerate high amounts of TDS. It needs to be carefully rinsed and calibrated regularly. It is also the most expensive and requires the most care. ICP-MS is not universally employed for all elements due to certain challenges. Issues such as detector saturation, commonly referred to as "flooding," can occur when the concentration of elements surpasses the linear dynamic range of the detector. Additionally, above the calibration concentration range, accurate quantification becomes challenging. Thus, careful consideration of the analytical requirements and limitations is essential when running samples on an ICP-MS.



### 4.3.3    Interferences

Interferences can be of two types, isobaric (isotopes of different elements have similar mass) or polyatomic (molecules or atoms combine to form ions with the same mass-to-charge ratio). Since they both create great challenges to the accuracy of the analysis, analytical engineered solutions have been developed to help minimize these interferences. Collision, reaction, and universal cells have been accepted as the preferred means to remove spectral interferences and are described further below.

#### 4.3.3.1    Collision Cell

The collision cell, also known as Kinetic Energy Discrimination (KED) is designed to remove polyatomic interferences. It can filter out ions based on their kinetic energies. As the ions generated in the plasma enter the cell, a gas, typically helium, is injected. The analytes and polyatomic interferences collide with Helium atoms as they pass through the cell. As a result, both analytes and interferences lose some of their kinetic energy. Because polyatomic ions have a larger collision cross-sectional area than the monatomic ions with which they interact, they collide more as they progress through the cell. As a result, by the time the analyte and polyatomic interference ions arrive at the cell exit, the polyatomic ions have lost significantly more kinetic energy than the analyte ions. Simply placing a voltage barrier between the collision cell and the analyzer allows to filter out the lower energy polyatomic ions, removing the interference (Thermo Fisher, 2016).

Polyatomic interferences for lead isotopes in ICP-MS are (Perkin Elmer, 1998):

- Pb-206 -> Pt-190 O-16
- Pb-207 -> Ir-191 O-16
- Pb-208 -> Pt-192 O-16

#### 4.3.3.2    Reaction Cell

A reaction cell is designed to remove isobaric interferences. When the ionized analytes leave the plasma, molecules or atoms can combine and form molecules that have similar mass as the analytes. Gas injection can eliminate interference through the chemical dissociation of newly formed molecules or the formation of new molecules through chemical interactions with the gas. For example, since they both have an isotope with similar mass, isobaric interferences occur between Hg-204 and Pb-204 (Chien et al., 2019). Mercury is removed by chemical reaction with the gas.

In summary, both reaction cells and collision cells serve a similar purpose in ICP-MS, aiming to reduce both polyatomic and isobaric interferences. The choice of terminology might vary between instrument manufacturers, and the specific implementation can differ based on the instrument design.

#### 4.3.3.3    Universal Cell

The universal cell combines elements of a collision cell and reaction cell. The universal cell removes mercury interferences by doing a charge transfer between $NH_3$ and Hg+, to create a neutral $Hg^0$ that can be eliminated from the cell (Perkin Elmer, 2022).



## 5.      Comparison of USEPA Methodologies

The USEPA Method 6020B, finalized in 2014 with Update V, has been applied to the determination of over 60 elements (USEPA, 2014). The USEPA Method 200.8 is designed to measure 21 elements (Thermo Fisher, 2023) and is primarily used for monitoring drinking water and wastewater compliance. One significant difference between USEPA Method 200.8 and USEPA Method 6020B is that the mineral elements like sodium, potassium, iron, magnesium, and calcium are not included in USEPA Method 200.8. However, the primary distinction lies in their intended applications. USEPA Method 200.8 is strictly employed for the regulatory monitoring of drinking water and wastewater. In contrast, USEPA Method 6020B functions as a performance-based method, allowing for the inclusion of additional elements if their performance is demonstrated. It is important to note that USEPA Method 6020B serves as guidance rather than a method for compliance testing. Despite not explicitly mentioning collision cell technology, the use of this technology is deemed acceptable in USEPA Method 6020B (Thermo Fisher, 2023) which allows for lower method detection limits compared to USEPA Method 200.8 where collision cell technology is not permitted.



## 6.    Conclusion

In conclusion, analytical chemistry plays a crucial role in environmental monitoring, particularly in the analysis of metals in water. Various analytical instruments are recommended by USEPA for this purpose. A comprehensive understanding of calibration, quality control, and limitations of each analytical instrument is essential for accurate lead analysis in water samples. Advances in technology and methodologies continue to improve the precision and reliability of environmental monitoring.



# References

1.   Chia-Te Chien, Brant Allen, Natasha T. Dimova, Juan Yang, John Reuter, Geoffrey Schladow, Adina Paytan, 2019. Evaluation of atmospheric dry deposition as a source of nutrients and trace metals to Lake Tahoe, Chemical Geology, Volume 511, Pages 178-189, ISSN 0009-2541, https://doi.org/10.1016/j.chemgeo.2019.02.005.

2.   International Union of Pure and Applied Chemistry. Method 200.8 Determination of Trace Elements in Waters and Wastes by Inductively Coupled Plasma - Mass Spectrometry. https://media.iupac.org/publications/analytical_compendium/Cha10sec345.pdf

3.   Michigan State University, 2023. Chapter 9: Atomic Absorption Spectrometry. https://www2.chemistry.msu.edu/courses/cem434/Chap9AtomAbsSpec.pdf

4.   Pasias, Ioannis N., Nikolaos I. Rousis, Aikaterini K. Psoma, and Nikolaos S. Thomaidis, 2021. Simultaneous or sequential multi-element graphite furnace atomic absorption spectrometry techniques: Advances within the last 20 years. *Atomic Spectroscopy* 42: 310-327.

5.   Perkin Elmer, 1998. A table of polyatomic interferences in ICP-MS. *Atomic Spectroscopy-Norwalk Connecticut- 19* May and Wiedmeyer, "A Table of Polyatomic Interferences in ICP-MS" (perkinelmer.com)

6.   Perkin Elmer, 2022. Interferences in ICP-MS: do we still have to worry about them. Interferences in ICP-MS: Do we still have to worry about them? (perkinelmer.com)

7.   Thermo Fisher, 2016. How Does an ICP-MS Collision Cell Work? Part 1 https://www.thermofisher.com/blog/analyteguru/how-does-an-icp-ms-collision-cell-work-part-1/

8.   Thermo Fisher, 2017. Thermo Scientific iCAP RQ ICP-MS:Typical limits of detection https://tools.thermofisher.com/content/sfs/brochures/TN-43427-ICP-MS-Detection-Limits-iCAP-RQ-TN43427-EN.pdf

9.   Thermo Fisher, 2020. Thermo Scientific iCAP PRO Series ICP-OES typical detection limits https://assets.thermofisher.com/TFS-Assets/CMD/Technical-Notes/tn-73452-icp-oes-icap-pro-detection-limits-tn73352-en.pdf

10.   Thermo Fisher. Analyzing Trace Elements With EPA Method 200.8. Website accessed 28 December 2023. https://www.thermofisher.com/us/en/home/industrial/environmental/environmental-learning-center/environmental-resource-library/us-epa-methods/analyzing-trace-elements-epa-method-200-8.html

11.   Thermo Fisher, 2023. US EPA Methods. Environmental regulations aimed to protect human health and the environment https://www.thermofisher.com/us/en/home/industrial/environmental/environmental-learning-center/environmental-resource-library/us-epa-methods.html



12.    USEPA, 1994a. Method 200.7 Determination of Metals and Trace Elements in Water and Waste by Inductively Coupled Plasma-Atomic Emission Spectrometry. June
       https://www.epa.gov/sites/default/files/2015-08/documents/method_200-7_rev_4-4_1994.pdf

13.    USEPA, 1994b Method 200.8 Determination of Trace Elements in Waters and Wastes by Inductively Coupled Plasma - Mass Spectrometry. June
       https://www.epa.gov/sites/default/files/2015-08/documents/method_200-8_rev_5-4_1994.pdf

14.    USEPA, 1997.
  i.    https://www.epa.gov/sites/default/files/2015-10/documents/method_1640_1997.pdf

15.    USEPA, 2014. Method 6020B: Inductively Coupled Plasma - Mass Spectrometry, part of Test Methods for Evaluating Solid Waste, Physical/Chemical Methods
       EPA Method 6020B (SW-846): Inductively Coupled Plasma - Mass Spectrometry | US EPA

