| CAED 435 (Rev. 10/2023) | United States District Court, Eastern District of California | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME: Jon D. Kelley | 2. EMAIL: jon.kelley@kirkland.com; jelani.solper@kirkland.com | 3. PHONE NUMBER: 214-972-1755 | 4. DATE: 10/4/2024 |
|---|---|---|---|
| 5. MAILING ADDRESS: Kirkland & Ellis LLP, 4550 Travis Street | | 6. CITY: Dallas | 7. STATE: TX  8. ZIP CODE: 75205 |
| 9. CASE NUMBER: 2:21-cv-00073-JDP | 10. JUDGE: Hon. Jeremy D. Peterson | DATES OF PROCEEDINGS | |
| | | 11. FROM: October 3, 2024 | 12. TO: |
| 13. CASE NAME: California Sportfishing v. Pacific Bell Telephone Company | | LOCATION OF PROCEEDINGS | |
| | | 14. CITY: Sacramento | 15. STATE: California |

**16. ORDER FOR**
- [ ] APPEAL No.
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [x] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Pre-Discovery Motion Conference | 10/3/2024 | J. Murphy, ECRO |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| Next Day | [x] | [ ] | NO. OF COPIES | | |
| 2-HOUR | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)** By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL:

| 19. SIGNATURE: /s/ Jon D. Kelley | PROCESSED BY: |
|---|---|
| 20. DATE: 10/4/2024 | PHONE NUMBER: |
| TRANSCRIPT TO BE PREPARED BY: | COURT ADDRESS: |

|  | DATE | BY |  |  |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |