MATTHEW C. MACLEAR (State Bar No. 209228)
Email: mcm@atalawgroup.com
JASON R. FLANDERS (State Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (State Bar No. 279396)
Email: eam@atalawgroup.com
J. THOMAS BRETT (State Bar No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (415) 568-5200

[Additional counsel on p. 2]

**Attorneys for Plaintiff**
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | Case No.: 2:21-cv-00073-JDP<br><br>**NOTICE OF CHANGE OF ADDRESS** |

ANDREW L. PACKARD (State Bar No. 168690)
Email: andrew@packardlawoffices.com
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062

WILLIAM VERICK (State Bar No. 140972)
Email: wverick@igc.org
KLAMATH ENVIRONMENTAL LAW CENTER
1125 16th Street, Suite 204
Arcata, CA  95521
Tel: (707) 630-5061; Fax: (707) 630-5064

J. KIRK BOYD (State Bar No. 122759)
Email: jkb@drjkb.com
LAW OFFICE OF JOHN KIRK BOYD
548 Market St., Suite 1300
San Francisco, CA 94104-5401
Tel: (415) 440-2500

BRIAN ACREE (State Bar No. 202505)
Email: brian@brianacree.com
LAW OFFICES OF BRIAN ACREE
331 J Street, Suite 200
Sacramento, CA 95814
Tel: (916) 505-6861

WILLIAM CARLON (State Bar No. 305739)
Email: william@carlonlaw.com
LAW OFFICE OF WILLIAM CARLON
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the attorneys of record herein, Erica A. Maharg, Matthew C. Maclear, Jason R. Flanders, and J. Thomas Brett, have changed their address as follows:

>Erica A. Maharg (Bar No. 279396)
>Matthew C. Maclear (Bar No. 209228)
>Jason R. Flanders (Bar No. 238007)
>J. Thomas Brett (Bar No. 315820)
>AQUA TERRA AERIS LAW GROUP
>8 Rio Vista Ave.
>Oakland, CA 94611

DATED: October 18, 2024

                                                */s/ Erica A. Maharg*
                                                Erica A. Maharg
                                                Matthew C. Maclear
                                                Jason R. Flanders
                                                J. Thomas Brett
                                                Attorneys for Plaintiff
                                                CALIFORNIA SPORTFISHING
                                                PROTECTION ALLIANCE