MATTHEW MACLEAR (State Bar No. 209228)
Email: mcm@atalawgroup.com
JASON FLANDERS (State Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (State Bar No. 279396)
Email: eam@atalawgroup.com
J. THOMAS BRETT (State Bar No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP 4030
Martin Luther King Jr Way
Oakland, CA 94609
Tel: (415) 568-5200

[Additional counsel on p. 2]

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | Case No. 2:21-CV-00073-JDP<br><br>**NOTICE OF LODGING OF AMENDED FINAL CONSENT DECREE**<br><br>Date: November 7, 2024<br>Time: 10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson<br>Courtroom: 9 |

| | |
|---|---|
| 1 | ANDREW L. PACKARD (State Bar No. 168690) |
| | Email: andrew@packardlawoffices.com |
| 2 | LAW OFFICES OF ANDREW L. PACKARD |
| | 245 Kentucky Street, Suite B3 |
| 3 | Petaluma, CA 94952 |
| | Tel: (707) 782-4060; Fax: (707) 782-4062 |
| 4 | |
| | WILLIAM VERICK (State Bar No. 140972) |
| 5 | Email: wverick@igc.org |
| | KLAMATH ENVIRONMENTAL LAW CENTER |
| 6 | 1125 16th Street, Suite 204 |
| | Arcata, CA  95521 |
| 7 | Tel: (707) 630-5061; Fax: (707) 630-5064 |
| 8 | J. KIRK BOYD (State Bar No. 122759) |
| | Email: jkb@drjkb.com |
| 9 | LAW OFFICE OF JOHN KIRK BOYD |
| | 548 Market St., Suite 1300 |
| 10 | San Francisco, CA 94104-5401 |
| | Tel: (415) 440-2500 |
| 11 | |
| | BRIAN ACREE (State Bar No. 202505) |
| 12 | Email: brian@brianacree.com |
| | LAW OFFICES OF BRIAN ACREE |
| 13 | 331 J Street, Suite 200 |
| | Sacramento, CA 95814 |
| 14 | Tel: (916) 505-6861 |
| 15 | WILLIAM CARLON (State Bar No. 305739) |
| | Email: william@carlonlaw.com |
| 16 | LAW OFFICE OF WILLIAM CARLON |
| | 437 Post Street |
| 17 | Napa, CA  94559 |
| | Tel: (530) 514-4115 |


```
 1   ANDREW L. PACKARD (State Bar No. 168690)
     Email: andrew@packardlawoffices.com
 2   LAW OFFICES OF ANDREW L. PACKARD
     245 Kentucky Street, Suite B3
 3   Petaluma, CA 94952
     Tel: (707) 782-4060; Fax: (707) 782-4062
 4
     WILLIAM VERICK (State Bar No. 140972)
 5   Email: wverick@igc.org
     KLAMATH ENVIRONMENTAL LAW CENTER
 6   1125 16th Street, Suite 204
     Arcata, CA  95521
 7   Tel: (707) 630-5061; Fax: (707) 630-5064

 8   J. KIRK BOYD (State Bar No. 122759)
     Email: jkb@drjkb.com
 9   LAW OFFICE OF JOHN KIRK BOYD
     548 Market St., Suite 1300
10   San Francisco, CA 94104-5401
     Tel: (415) 440-2500
11
     BRIAN ACREE (State Bar No. 202505)
12   Email: brian@brianacree.com
     LAW OFFICES OF BRIAN ACREE
13   331 J Street, Suite 200
     Sacramento, CA 95814
14   Tel: (916) 505-6861

15   WILLIAM CARLON (State Bar No. 305739)
     Email: william@carlonlaw.com
16   LAW OFFICE OF WILLIAM CARLON
     437 Post Street
17   Napa, CA  94559
     Tel: (530) 514-4115
18
19
20
21
22
23
24
25
26
27
28
```

- 2 -
NOTICE OF LODGING OF AMENDED FINAL CONSENT DECREE

TO THE COURT AND ALL ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT:

On September 18, 2024, the California Sportfishing Protection Alliance ("CSPA" or "Plaintiff") filed a motion requesting Court approval of a settlement and for entry of a consent decree between the parties, Plaintiff CSPA and Defendant Pacific Bell Telephone Company.

One of the Claims for Relief that was settled in this action was a claim based on the discharge to drinking water provisions of California Health & Safety Code section 25249.5 et seq. (Proposition 65). Proposition 65 requires that any settlement must be submitted to the trial court on noticed motion for that court's approval. Proposition 65 further requires that 45 days notice be given to California's Attorney General of the hearing date for the motion to approve the settlement.

After Plaintiff served the California Attorney General with its motion to approve the settlement of this matter, the Attorney General's Office contacted counsel, requesting that the proposed Consent Decree be amended to more clearly define the terms of Plaintiff's release in the public's interest regarding Defendant's liability for plaintiff's Claim for Relief based on Proposition 65.

The parties met and conferred and agreed to amend the proposed Consent Decree, a true and correct copy of which is filed with this Notice. The California Attorney General has contacted the parties and advised them that the amended proposed Consent Decree has addressed the Attorney General's concerns. (See the Declaration of Matthew C. Maclear). A copy of this Notice and the supporting declaration was e-mailed to Deputy Attorney General Susan Fiering on October 28, 2024.

DATED: October 28, 2024                           AQUA TERRA AERIS LAW GROUP


By:  /s/ Matthew C. Maclear
     MATTHEW C. MACLEAR

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE