MATTHEW C. MACLEAR (State Bar No. 209228)
Email: mcm@atalawgroup.com
JASON R. FLANDERS (State Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (State Bar No. 279396)
Email: eam@atalawgroup.com
J. THOMAS BRETT (State Bar No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (415) 568-5200

[Additional counsel on p. 2]

**Attorneys for Plaintiff**
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>　　　　　Defendant. | Case No.: 2:21-cv-00073-JDP<br><br>**DECLARATION OF MATTHEW MACLEAR IN SUPPORT OF NOTICE OF LODGING OF AMENDED FINAL CONSENT DECREE**<br><br>Date:　　　November 7, 2024<br>Time:　　　10:00 A.M.<br>Judge:　　　Hon. Jeremy D. Peterson<br>Courtroom:　9 |

ANDREW L. PACKARD (State Bar No. 168690)
Email: andrew@packardlawoffices.com
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062

WILLIAM VERICK (State Bar No. 140972)
Email: wverick@igc.org
KLAMATH ENVIRONMENTAL LAW CENTER
1125 16th Street, Suite 204
Arcata, CA  95521
Tel: (707) 630-5061; Fax: (707) 630-5064

J. KIRK BOYD (State Bar No. 122759)
Email: jkb@drjkb.com
LAW OFFICE OF JOHN KIRK BOYD
548 Market St., Suite 1300
San Francisco, CA 94104-5401
Tel: (415) 440-2500

BRIAN ACREE (State Bar No. 202505)
Email: brian@brianacree.com
LAW OFFICES OF BRIAN ACREE
331 J Street, Suite 200
Sacramento, CA 95814
Tel: (916) 505-6861

WILLIAM CARLON (State Bar No. 305739)
Email: william@carlonlaw.com
LAW OFFICE OF WILLIAM CARLON
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115

I, Matthew Maclear, declare:

1. The facts set forth in this declaration are based on my personal knowledge; if called to testify as a witness, I could and would competently testify thereto under oath. As to those matters that reflect a personal opinion, they reflect my personal opinion and judgment upon the matter.

2. I am more than eighteen years old and am competent to testify as to the matters set forth herein.

3. I am an attorney licensed to practice law in the State of California. I am a partner with Aqua Terra Aeris ("ATA") Law Group, representing California Sportfishing Protection Alliance ("Plaintiff") in the above referenced action.

4. I make this Declaration in support of Plaintiff's Motion to Approve Settlement and for Entry of Consent Decree, filed on September 18, 2024 (Dkt. No. 147), based upon my personal knowledge, unless otherwise stated, and as already noted, I am competent to testify to the matters set forth herein.

5. On September 18, 2024, I uploaded the [Proposed] Consent Decree to the California Attorney General's Proposition 65 website, as required.

6. Susan Fiering, Deputy Attorney General (DAG), contacted Plaintiff's counsel to express her concern with the release in the public interest, Section 5 (Plaintiff's Release and Waiver). The last paragraph in Section 5 of the Consent Decree said: "Plaintiff, on behalf of the public interest, hereby waives, releases and forever discharges all Proposition 65 claims that are the subject of Notice Letter" (Release in the public interest).

7. The specific concern DAG Fiering expressed was that it "appeared Plaintiff was giving up the right on behalf of the public to sue on future claims if the company does not comply with the [consent decree]."

8. Plaintiff's and Defendant's counsel discussed the Attorney General's concerns and scheduled a call with DAG Fiering on October 10, 2024.

9. During the October 10, 2024 call, the Parties and DAG Fiering agreed that amending the final Consent Decree was appropriate and further agreed to language that addressed the Attorney General's concerns. The [Proposed] Amended Final Consent Decree, which is being lodged

contemporaneously herewith, modified the Release in the public interest to add the bolded phrase, below, and so it now reads: "Plaintiff, on behalf of the public interest, hereby waives, releases and forever discharges all Proposition 65 claims that are the subject of the Notice Letter, **effective upon removal of the Cables as required by this Consent Decree**."

10. DAG Fiering informed counsel for Plaintiff and Defendant during the October 10, 2024 call that if this change was made, no additional time for review would be required or requested by the Attorney General's Office.

11. On October 23, 2024, Plaintiff received a copy of the [Proposed] Final Amended Consent Decree containing signatures from authorized representatives of Plaintiff and Defendant.

12. On October 28, 2024, I uploaded the updated [Proposed] Final Amended Consent Decree to the Attorney General's Proposition 65 website and sent a separate copy to DAGs S. Fiering, K. Kelley-Espinoza, and L. Zuckerman.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 28th of October 2024 in Orinda, California.

  /s/ Matthew C. Maclear
Matthew C. Maclear