MATTHEW MACLEAR (State Bar No. 209228)
Email: mcm@atalawgroup.com
JASON FLANDERS (State Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (State Bar No. 279396)
Email: eam@atalawgroup.com
J. THOMAS BRETT (State Bar No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS (ATA) LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (415) 568-5200

[Additional counsel on p. 2]

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | Case No.: 2:21-cv-00073-JDP<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS UNDER THE RESOURCE CONSERVATION AND RECOVERY ACT (42 U.S.C. § 6972(e)) AND CODE OF CIVIL PROCEDURE SECTION 1021.5**<br><br>Date: December 19, 2024<br>Time: 9:00 am<br>Judge: Hon. Jeremy D. Peterson<br>Courtroom: 9, 13th Floor |

ANDREW L. PACKARD (State Bar No. 168690)
Email: andrew@packardlawoffices.com
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062

WILLIAM VERICK (State Bar No. 140972)
Email: wverick@igc.org
KLAMATH ENVIRONMENTAL LAW CENTER
1125 16th Street, Suite 204
Arcata, CA 95521
Tel: (707) 630-5061; Fax: (707) 630-5064

J. KIRK BOYD (State Bar No. 122759)
Email: jkb@drjkb.com
LAW OFFICE OF JOHN KIRK BOYD
548 Market St., Suite 1300
San Francisco, CA 94104-5401
Tel: (415) 440-2500

BRIAN ACREE (State Bar No. 202505)
Email: brian@brianacree.com
LAW OFFICES OF BRIAN ACREE
331 J Street, Suite 200
Sacramento, CA 95814
Tel: (916) 505-6861

WILLIAM CARLON (State Bar No. 305739)
Email: william@carlonlaw.com
LAW OFFICE OF WILLIAM CARLON
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115

**NOTICE OF MOTION AND MOTION FOR INTERIM AWARD OF FEES AND COSTS**

PLEASE TAKE NOTICE that on December 19, 2024, at 9:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 9 of the United States District Court, Eastern District of California, that Plaintiff California Sportfishing Protection Alliance ("Plaintiff") will move for an award of attorneys' fees and costs under 42 U.S.C. § 6872(e) and California Code of Civil Procedure 1021.5.

This motion is based on this Notice of Motion, Motion for Fees and Costs pursuant to the Resource Conservation Recovery Act and California Code of Civil Procedure section 1021.5 the supporting declarations and exhibits; all of the pleadings and papers on file in this matter; and on any oral argument that may be presented at the hearing. Pursuant to Local Rule 293, the supporting declarations filed by Plaintiff's counsel include a description of and time spent on the services rendered and the qualifications and reasonable hourly rate for each person for which Plaintiff seeks recovery. A proposed order is filed concurrently with this Motion.

Respectfully submitted,

Dated: October 31, 2024

AQUA TERRA AERIS LAW GROUP

/s/ Matthew C. Maclear
Matthew C. Maclear
Jason R. Flanders
Erica A. Maharg
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE