1  MATTHEW MACLEAR (State Bar No. 209228)
   Email: mcm@atalawgroup.com
2  JASON FLANDERS (State Bar No. 238007)
   Email: jrf@atalawgroup.com
3  ERICA A. MAHARG (State Bar No. 279396)
   Email: eam@atalawgroup.com
4  J. THOMAS BRETT (State Bar No. 315820)
   Email: jtb@atalawgroup.com
5  AQUA TERRA AERIS LAW GROUP
   8 Rio Vista Ave.
6  Oakland, CA 94611
7  Tel: (415) 568-5200

8  [Additional counsel on p. 2]

9  Attorneys for Plaintiff
10 CALIFORNIA SPORTFISHING
   PROTECTION ALLIANCE

11

12                    **UNITED STATES DISTRICT COURT**

13                    **EASTERN DISTRICT OF CALIFORNIA**

14

15 | CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, | Case No.: 2:21-cv-00073-JDP |
|---|---|
16 | | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS UNDER THE RESOURCE CONSERVATION AND RECOVERY ACT (42 U.S.C. § 6972(e)) AND CODE OF CIVIL PROCEDURE SECTION 1021.5** |
17 | Plaintiff, | |
18 | v. | |
19 | PACIFIC BELL TELEPHONE COMPANY, | |
20 | Defendant. | |

ANDREW L. PACKARD (State Bar No. 168690)
Email: andrew@packardlawoffices.com
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062

WILLIAM VERICK (State Bar No. 140972)
Email: wverick@igc.org
KLAMATH ENVIRONMENTAL LAW CENTER
1125 16th Street, Suite 204
Arcata, CA 95521
Tel: (707) 630-5061; Fax: (707) 630-5064

J. KIRK BOYD (State Bar No. 122759)
Email: jkb@drjkb.com
LAW OFFICE OF JOHN KIRK BOYD
548 Market St., Suite 1300
San Francisco, CA 94104-5401
Tel: (415) 440-2500

BRIAN ACREE (State Bar No. 202505)
Email: brian@brianacree.com
LAW OFFICES OF BRIAN ACREE
331 J Street, Suite 200
Sacramento, CA 95814
Tel: (916) 505-6861

WILLIAM CARLON (State Bar No. 305739)
Email: william@carlonlaw.com
LAW OFFICE OF WILLIAM CARLON
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115

[PROPOSED] ORDER                                    Civil Case No.: 2:21-cv-00073-JDP

**[PROPOSED] ORDER**

On October 31, 2024, Plaintiff California Sportfishing Protection Alliance (hereafter "Plaintiff") moved for an award of attorneys' fees and costs. Having considered the briefing and declarations in support of the Motion and oral argument of the parties, the Court finds the following:

1. Plaintiff is a prevailing party;
2. The time spent by Plaintiff's counsel that Plaintiff seeks to recover is reasonable;
3. The hourly rates for counsel and support staff that Plaintiff seeks to recover are reasonable considering the market rate in the Eastern District of California and the experience and expertise of counsel;
4. Attorneys' fees in the amount of $1,327,172.00 for work on this matter are reasonable and recoverable;
5. Application of a 2.0 multiplier to the aforementioned fee award is reasonable and recoverable; and
6. The costs that Plaintiff seeks to recover, including the costs associated with their experts, in the amount of $133,678.51, are reasonable and recoverable.
7. The total fees and costs, including multiplier, equals $_____.

Based on these findings, Plaintiff's Motion for Attorneys' Fees and Costs is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____

_____
Hon. JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE