# EXHIBIT 3

| No. | Date | Client | Matter | Staff | Description | Rate | Total |
|---|---|---|---|---|---|---|---|
| 1 | 7/7/20 | CSPA | Pacific Bell | D. Williams | Enthalpy Labs Invoice No. INV1239927. | 01 @ 212 | $212.00 |
| 2 | 9/30/20 | CSPA | Pacific Bell | D. Williams | Enthalpy Labs Invoice No. INV1239927. | 01 @ 100 | $100.00 |
| 3 | 10/27/20 | CSPA | Pacific Bell | W. Verick | Anamet Labs. | 01 @ 258.75 | $258.75 |
| 4 | 12/15/20 | CSPA | Pacific Bell | W. Verick | TestAmerica Labs Invoice No. 3200024390. | 01 @ 300 | $300.00 |
| 5 | 1/14/2021 | CSPA | Pacific Bell | A. Packard | Filing Fee. | 01 @ $402 | $402.00 |
| 6 | 8/1/2021 | CSPA | Pacific Bell | D. Williams | Payment for storage of evidence, including cables, from June 2020 to August 2021. | 15 @ $30 | $450.00 |
| 7 | 11/10/2023 | CSPA | Pacific Bell | M. Maclear | Invoice Nos. 092123 and 101323 for services rendered by G. Binkhorst from August-October 2023. | 01 @ $5,737.50 | $5,737.50 |
| 8 | 11/15/2023 | CSPA | Pacific Bell | E. Bustos | Invoice No. 23-205-1 for a transcript of the hearing held on 11/9/23. | 01 @ $16.20 | $16.20 |
| 9 | 11/17/2023 | CSPA | Pacific Bell | E. Bustos | Invoice No. 20230085 for a transcript of the hearing held on 8/24/23. | 01 @ $128.40 | $128.40 |
| 10 | 1/17/2024 | CSPA | Pacific Bell | E. Bustos | Payment to J.W. Morris for consulting services through November 2023. | 01 @ $3,960.00 | $3,960.00 |
| 11 | 2/2/2024 | CSPA | Pacific Bell | E. Bustos | Invoice No. 013124 for services rendered by G. Binkhorst from November 2023 - January 2024. | 01 @ $5,212.50 | $5,212.50 |
| 12 | 2/2/2024 | CSPA | Pacific Bell | E. Bustos | Priority mail express postage to mail permit application to California Department of Parks and Recreation. (Documentation of this expense reflected herein and attested to in the Bustos Declaration.) | 01 @ $26.35 | $26.35 |
| 13 | 2/27/2024 | CSPA | Pacific Bell | E. Bustos | Certified mail postage to send Touhy subpoena request to EPA. | 01 @ $9.92 | $9.92 |
| 14 | 2/27/2024 | CSPA | Pacific Bell | M. Maclear | Payment to J.W. Morris for consulting services through January 2024. | 01 @ $1,680.00 | $1,680.00 |
| 15 | 3/5/2024 | CSPA | Pacific Bell | M. Maclear | Microsoft cloud storage fee. | 01 @ $1,448.00 | $1,448.00 |
| 16 | 3/12/2024 | CSPA | Pacific Bell | E. Bustos | Invoice No. 02-401 for I. Wren services from November 2023 - February 2024. | 01 @ $5,220.00 | $5,220.00 |
| 17 | 3/12/2024 | CSPA | Pacific Bell | E. Bustos | Invoice No. 586156 for ACE Attorney Services for service of subpoenas on Haley & Aldrich, Lahontan Regional Board, Ramboll, and California Department of Parks & Recreation. | 01 @ $655.24 | $655.24 |
| 18 | 3/12/2024 | CSPA | Pacific Bell | E. Bustos | Invoice No. 1058 to Tahoe Dive Center for Remotely-Operated-Vehicle survey. | 01 @ $15,900.00 | $15,900.00 |
| 19 | 3/12/2024 | CSPA | Pacific Bell | E. Bustos | USPS priority mail express costs to mail right-of-entry permit application packet. (Documentation of this expense reflected herein and attested to in the Bustos Declaration.) | 01 @ $26.35 | $26.35 |
| 20 | 3/22/2024 | CSPA | Pacific Bell | E. Bustos | Invoice No. 589326 for ACE Attorney Services for service of subpoenas on Tahoe Environmental Research Center and State Water Resources Control Board. | 01 @ $654.35 | $654.35 |

| 21 | 4/11/2024 | CSPA | Pacific Bell | E. Bustos | FedEx charges for return of Marine Taxonomic Services Vol. 3 external drive from Lucent Discovery. | 01 @ $52.11 | $52.11 |
|---|---|---|---|---|---|---|---|
| 22 | 4/11/2024 | CSPA | Pacific Bell | E. Bustos | FedEx charges for delivery of League to Save Lake Tahoe external drive to Lucent Discovery. | 01 @ $62.26 | $62.26 |
| 23 | 4/11/2024 | CSPA | Pacific Bell | E. Bustos | FedEx charges for return of League to Save Lake Tahoe external drive from Lucent discovery. | 01 @ $73.15 | $73.15 |
| 24 | 4/15/2024 | CSPA | Pacific Bell | E. Bustos | UPS shipping costs for sending USB with League to Save Lake Tahoe videos to California Department of Parks and Recreation. | 01 @ $20.18 | $20.18 |
| 25 | 4/16/2024 | CSPA | Pacific Bell | E. Bustos | USPS priority mail to serve copies of flash drives containing third-party subpoena productions from Tahoe Environmental Research Center, California Department of Parks and Recreation, and State Water Resources Control Board Division of Drinking Water. (Documentation of this expense reflected herein and attested to in the Bustos Declaration.) | 03 @ $7.99 | $23.97 |
| 26 | 4/25/2024 | CSPA | Pacific Bell | E. Bustos | Invoice No. 20240265 for a transcript of the hearing held on 1/25/2024. | 01 @ $69.30 | $69.30 |
| 27 | 4/30/2024 | CSPA | Pacific Bell | T. Trillo | USPS postage to mail flash drives with Lohantan Regional Water Quality Control Board's production to E. Bustos. | 01 @ $7.99 | $7.99 |
| 28 | 5/6/2024 | CSPA | Pacific Bell | E. Bustos | FedEx costs incurred by S. Chandra to ship biotic samples. | 01 @ $30.52 | $30.52 |
| 29 | 5/6/2024 | CSPA | Pacific Bell | E. Bustos | Sample preservation costs incurred by S. Chandra for preservation of biotic samples (e.g., dry ice to ship biota samples). | 01 @ $32.95 | $32.95 |
| 30 | 5/7/2024 | CSPA | Pacific Bell | E. Bustos | Invoice No. 02-402 for I. Wren services from March 2024 - April 2024. | 01 @ $12,763.78 | $12,763.78 |
| 31 | 5/7/2024 | CSPA | Pacific Bell | E. Bustos | Payment to Tahoe Dive Center for costs of sampling (e.g., diving). | 01 @ $10,600.00 | $10,600.00 |
| 32 | 5/8/2024 | CSPA | Pacific Bell | E. Bustos | USPS priority mail to serve flash drive with Lahanton Regional Water Quality Control Board production. (Documentation of this expense reflected herein and attested to in the Bustos Declaration.) | 03 @ $7.99 | $23.97 |
| 33 | 5/13/2024 | CSPA | Pacific Bell | M. Maclear | Invoice No. 24-1432 for Lucent e-Discovery hosting. | 01 @ $3,764.68 | $3,764.68 |
| 34 | 5/20/2024 | CSPA | Pacific Bell | M. Maclear | Invoice No. 24-1495 for Lucent Discovery e-discovery hosting. | 01 @ $524.68 | $524.68 |

| # | Date | | | | Description | | |
|---|---|---|---|---|---|---|---|
| 35 | 5/20/2024 | CSPA | Pacific Bell | M. Maclear | Invoice No. 1060 for Lake Tahoe Diving & Environmental LLC for dive sampling. | 01 @ $2,650.00 | $2,650.00 |
| 36 | 5/21/2024 | CSPA | Pacific Bell | M. Maclear | Invoice No. 71949 to CalTest Analytical Lab for laboratory services. | 01 @ $4,948.80 | $4,948.80 |
| 37 | 5/31/2024 | CSPA | Pacific Bell | E. Bustos | April charge for Everlaw data storage for e-discovery hosting. | 01 @ $22.41 | $22.41 |
| 38 | 6/11/2024 | CSPA | Pacific Bell | E. Bustos | Payment to J.W. Morris for consulting services from April through June 2024. | 01 @ $7,240.00 | $7,240.00 |
| 39 | 6/11/2024 | CSPA | Pacific Bell | M. Maclear | Invoice No. 02-403 for I. Wren services from April - May 2024. | 01 @ 23,875.18 | $23,875.18 |
| 40 | 6/12/2024 | CSPA | Pacific Bell | E. Bustos | May Everlaw data storage for e-discovery hosting. | 01@65.26 | $65.26 |
| 41 | 6/13/2024 | CSPA | Pacific Bell | M. Maclear | S. Chandra expert fees | 01 @ 1503.47 | $1,503.47 |
| 42 | 6/13/2024 | CSPA | Pacific Bell | M. Maclear | Payment to expert P. Green for May services. | 01 @ 1,500 | $1,500.00 |
| 43 | 6/13/2024 | CSPA | Pacific Bell | M. Maclear | UC Davis Isotopic Lab. | 01 @ 4939 | $4,939.00 |
| 44 | 6/14/2024 | CSPA | Pacific Bell | M. Maclear | Invoice No. 02-404 for I. Wren services in June 2024. | 01 @ 3391 | $3,391.00 |
| 45 | 6/14/2024 | CSPA | Pacific Bell | M. Maclear | Microsoft Cloud Storage fee. | 01 @ 1448 | $1,448.00 |
| 46 | 6/24/2024 | CSPA | Pacific Bell | M. Maclear | Payment to California Department of Parks and Recreation for right-of-entry permit for sampling. | 01 @ 2326.81 | $2,326.81 |
| 47 | 6/24/2024 | CSPA | Pacific Bell | E. Bustos | FedEx shipping fee for overnight delivery of Marine Taxonomic Services vol. 3 external hard drive to Everlaw. | 01 @ 51.57 | $51.57 |
| 48 | 7/8/2024 | CSPA | Pacific Bell | E. Bustos | Microsoft cloud storage fee. | 01 @ $1,894.52 | 1894.52 |
| 49 | 7/9/2024 | CSPA | Pacific Bell | E. Bustos | Invoice No. 35490 to Echo Reporting for dosts for transcript of 4/25/24 pre-discovery conference. | 01@ 33.60 | $33.60 |
| 50 | 7/16/2024 | CSPA | Pacific Bell | E. Bustos | June Everlaw data storage for e-discovery hosting. | 01@53.59 | $53.59 |
| 51 | 7/29/2024 | CSPA | Pacific Bell | E. Bustos | Microsoft cloud storage fee. | 01 @ $2,123.84 | 2123.84 |
| 52 | 8/20/2024 | CSPA | Pacific Bell | E. Bustos | July Everlaw data storage for e-discovery hosting. | 01@114.68 | $114.68 |
| 53 | 9/20/2024 | CSPA | Pacific Bell | E. Bustos | August Everlaw data storage for e-discovery hosting. | 01 @ $114.68 | 114.68 |
| 54 | 9/24/2024 | CSPA | Pacific Bell | E. Bustos | Invoice No. 02-405 for I. Wren services from August - September 2024. | 01 @ $4,935.00 | 4935.00 |
| | | | | | **Amount Due** | | $133,678.51 |