# EXHIBIT 4

# **ENTHALPY**
## A N A L Y T I C A L

# **Invoice**

931 West Barkley Ave   Orange, CA 92868   (714) 771-6900

**Bill to:**
Mateel Environmental Law Foundation
Law Office of David Williams
1839 Ygnacio Valley Road #351
Walnut Creek, CA 94598

| | |
|---|---|
| **Invoice:** | INV1239927 |
| **Invoice Date:** | 07-JUL-2020 |
| **Terms:** | Net 30 |
| **Total:** | $212.00 |

| Qty | Description | Matrix | Unit Price | Priority Charge | Total |
|---|---|---|---|---|---|
| 3 | Lead | Water | $25.00 | | $75.00 |
| 1 | Polyaromatic Hydrocarbons by 8270 SIM | Water | $125.00 | | $125.00 |
| 4 | Sample Disposal Fee | Water | $3.00 | | $12.00 |
| | | | **Total Amount Due:** | | **$212.00** |

Client Contact:  David Williams

Lab Order #:  429751

1 of 1

# ENTHALPY ANALYTICAL

# Invoice

931 West Barkley Ave   Orange, CA 92868   (714) 771-6900

**Bill to:**
Klamath Environmental Law Center
1125 Sixteenth St.
Suite 204
Arcata, CA 95521

| | |
|---|---|
| **Invoice:** | INV1254481 |
| **Invoice Date:** | 30-SEP-2020 |
| **Terms:** | Net 30 |
| **Total:** | $100.00 |

| Qty | Description | Matrix | Unit Price | Priority Charge | Total |
|-----|-------------|--------|-----------|-----------------|-------|
| 1 | Lead | Water | $25.00 | | $25.00 |
| | $100 Min. Lab Fee Differential | | | | $75.00 |
| | | | | **Total Amount Due:** | **$100.00** |

Client Contact:  David Williams
Client Project:  MATEEL - TAHOE
Lab Order #:  432773

**Please remit payment to:** Enthalpy Analytical LLC, P.O. Box 741137, Los Angeles, CA 90074-1137, (FED ID 46-4195044)

**Subject:** Chips from communication cable
**From:** Sam McFadden <sam@anametinc.com>
**Date:** 10/7/2020, 1:55 PM
**To:** "wverick@igc.org" <wverick@igc.org>
**CC:** Accounts Receivable / Accounts Payable <accounting@anametinc.com>

Bill,

Please find that attached estimate to mill chips from the cable, conflict check form, and our standard terms document. Once we run the conflict check, we can mill the chips. I'll ask our folks to mill 300 grams so there is plenty to work with – TCLP 1311 calls for 100 grams if I recall correctly. If you want to do credit card payment, our AR person, Shannon Sjouwke copied here, can help you over the phone.

I assumed someone will pick up the chips and cable when they are ready.

**Sam McFadden, Ph.D.**
**Associate Director of Laboratories**

**Anamet, a Division of Acuren Inspection, Inc.**
T 510.887.8811  F 510.887.8427
E sam@anametinc.com
26102 Eden Landing Road, Suite 3, Hayward, CA 94545

**anametinc.com**



**Anamet**
**Materials Engineering**
**& Laboratory Testing**

Anamet is always interested in what we can do to improve our quality and customer service. Please let us know how we are doing by contacting our Quality Assurance department at dilip@anametinc.com.

CONFIDENTIALITY: This e-mail message (including attachments, if any) is confidential and is intended only for the addressee. Any unauthorized use or disclosure is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this. Thank you for your cooperation.

─Attachments:──────────────────────────────────────────────

Anamet 100720.pdf                                                                    256 KB

2020 Anamet Standard Terms and Conditions.pdf                                        125 KB

Conflict Check Form.docx                                                             20.6 KB

**Subject:** RE: Cable sample ready
**From:** Accounts Receivable / Accounts Payable <accounting@anametinc.com>
**Date:** 10/26/2020, 12:50 PM
**To:** William Verick <wverick@igc.org>

Bill,

Can you confirm the CCV on the card you gave me last week please? I had 965.

**Shannon Sjouwke**
**Accounts Receivable/Accounts Payable Administrator**

**Anamet, a Division of Acuren Inspection, Inc.**
**T** 510.887.8811 ext. 105  **F** 510.887.8427
**E** accounting@anametinc.com
26102 Eden Landing Road, Suite 3, Hayward, CA 94545
**anametinc.com**



**Materials Engineering**
**& Laboratory Testing**

CONFIDENTIALITY: This e-mail message (including attachments, if any) is confidential and is intended only for the addressee. Any unauthorized use or disclosure is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this. Thank you for your cooperation.

**From:** William Verick <wverick@igc.org>
**Sent:** Friday, October 23, 2020 10:42 AM
**To:** Sam McFadden <sam@anametinc.com>
**Cc:** Accounts Receivable / Accounts Payable <accounting@anametinc.com>; Norman Yuen <norman@anametinc.com>
**Subject:** Re: Cable sample ready

Thanks, Sam.

On 10/23/2020 8:37 AM, Sam McFadden wrote:

Bill,

We have 200 grams of ground (milled) cable ready for pickup.  After 200 grams, the cable started fall apart, so we stopped.  The procedure calls for 100 grams, so you still have a spare sample.

You can call the number below and give Shannon a credit card number (MC or Visa) and arrange for pickup.  If pickup will be next week, please email Norman Yuen, copied here, and he will sign the Chain of Custody Record.

Thanks,
Sam

**Sam McFadden, Ph.D.**
**Associate Director of Laboratories**

**Anamet, a Division of Acuren Inspection, Inc.**
T 510.887.8811  F 510.887.8427
E sam@anametinc.com
26102 Eden Landing Road, Suite 3, Hayward, CA 94545

**anametinc.com**



Anamet is always interested in what we can do to improve our quality and customer service.  Please let us know how we are doing by contacting our Quality Assurance department at dilip@anametinc.com.

CONFIDENTIALITY: This e-mail message (including attachments, if any) is confidential and is intended only for the addressee. Any unauthorized use or disclosure is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this. Thank you for your cooperation.

**Subject:** RE: Cable sample ready
**From:** Accounts Receivable / Accounts Payable <accounting@anametinc.com>
**Date:** 10/26/2020, 2:08 PM
**To:** William Verick <wverick@igc.org>

Bill,
We are having issues running your card. Can you call so I can verify the info I wrote down, please?

**Shannon Sjouwke**
**Accounts Receivable/Accounts Payable Administrator**

**Anamet, a Division of Acuren Inspection, Inc.**
**T** 510.887.8811 ext. 105  **F** 510.887.8427
**E** accounting@anametinc.com
26102 Eden Landing Road, Suite 3, Hayward, CA 94545
**anametinc.com**



CONFIDENTIALITY: This e-mail message (including attachments, if any) is confidential and is intended only for the addressee. Any unauthorized use or disclosure is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this. Thank you for your cooperation.

**From:** William Verick <wverick@igc.org>
**Sent:** Monday, October 26, 2020 1:01 PM
**To:** Accounts Receivable / Accounts Payable <accounting@anametinc.com>
**Subject:** Re: Cable sample ready

yes.

On 10/26/2020 12:50 PM, Accounts Receivable / Accounts Payable wrote:

> Bill,
> Can you confirm the CCV on the card you gave me last week please? I had 965.
>
> **Shannon Sjouwke**
> **Accounts Receivable/Accounts Payable Administrator**
>
> **Anamet, a Division of Acuren Inspection, Inc.**
> **T** 510.887.8811 ext. 105  **F** 510.887.8427
> **E** accounting@anametinc.com
> 26102 Eden Landing Road, Suite 3, Hayward, CA 94545
> **anametinc.com**



11/14/2023, 11:54 AM

CONFIDENTIALITY: This e-mail message (including attachments, if any) is confidential and is intended only for the addressee. Any unauthorized use or disclosure is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this. Thank you for your cooperation.

**From:** William Verick <wverick@igc.org>
**Sent:** Friday, October 23, 2020 10:42 AM
**To:** Sam McFadden <sam@anametinc.com>
**Cc:** Accounts Receivable / Accounts Payable <accounting@anametinc.com>; Norman Yuen <norman@anametinc.com>
**Subject:** Re: Cable sample ready

Thanks, Sam.

On 10/23/2020 8:37 AM, Sam McFadden wrote:

> Bill,
>
> We have 200 grams of ground (milled) cable ready for pickup. After 200 grams, the cable started fall apart, so we stopped. The procedure calls for 100 grams, so you still have a spare sample.
>
> You can call the number below and give Shannon a credit card number (MC or Visa) and arrange for pickup. If pickup will be next week, please email Norman Yuen, copied here, and he will sign the Chain of Custody Record.
>
> Thanks,
> Sam
>
> **Sam McFadden, Ph.D.**
> **Associate Director of Laboratories**
>
> **Anamet, a Division of Acuren Inspection, Inc.**
> **T** 510.887.8811  **F** 510.887.8427
> **E** sam@anametinc.com
> 26102 Eden Landing Road, Suite 3, Hayward, CA 94545
>
> **anametinc.com**



**Materials Engineering**
**& Laboratory Testing**

Anamet is always interested in what we can do to improve our quality and customer service. Please let us know how we are doing by contacting our Quality Assurance department at dilip@anametinc.com.

CONFIDENTIALITY: This e-mail message (including attachments, if any) is confidential and is intended only for the addressee. Any unauthorized use or disclosure is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this. Thank you for your cooperation.

11/14/2023, 11:54 AM

**Subject:** FW: Receipt from ACUREN INSPECTION INC.
**From:** Accounts Receivable / Accounts Payable <accounting@anametinc.com>
**Date:** 10/27/2020, 9:47 AM
**To:** William Verick <wverick@igc.org>

Bill,
Please see your receipt below and your invoice attached. Thank you for your help yesterday.

Shannon Sjouwke
Accounts Receivable/Accounts Payable Administrator

Anamet, a Division of Acuren Inspection, Inc.
T 510.887.8811 ext. 105   F 510.887.8427
E accounting@anametinc.com
26102 Eden Landing Road, Suite 3, Hayward, CA 94545
anametinc.com

CONFIDENTIALITY: This e-mail message (including attachments, if any) is confidential and is
intended only for the addressee. Any unauthorized use or disclosure is strictly prohibited.
If you have received this communication in error, please notify us immediately and delete
this. Thank you for your cooperation.

-----Original Message-----
From: ACUREN INSPECTION INC. <noreply@gge4mailer.com>
Sent: Tuesday, October 27, 2020 6:17 AM
To: Accounts Receivable / Accounts Payable <accounting@anametinc.com>
Subject: Receipt from ACUREN INSPECTION INC.


Receipt follows:

```
========================================
========== TRANSACTION RECORD ========== ACUREN INSPECTION INC.
7333 PARAGON ROAD SUITE
DAYTON, OH 45459
United States
ACUREN.COM

TYPE: Purchase

ACCT: Visa                    $ 258.75 USD

CARDHOLDER NAME : William L Verick
CARD NUMBER     : #############0998
DATE/TIME       : 27 Oct 20 09:13:21
REFERENCE #     : 001 0243765 T
AUTHOR. #       : 01820A
TRANS. REF.     : 768740

    Approved - Thank You 100


Please retain this copy for your records.

Cardholder will pay above amount to
```

11/14/2023, 11:55 AM

card issuer pursuant to cardholder
agreement.

=========================================

─Attachments:─

768740.pdf                                                    577 KB

**Subject:** RE: TestAmerica Proposal: Klamath Environmental Law Center - Lake Tahoe Submarine Cable
**From:** "Rodrigue, Neil" <Neil.Rodrigue@Eurofinset.com>
**Date:** 10/26/2020, 8:32 AM
**To:** William Verick <wverick@igc.org>
**CC:** "Caparas, Criselda" <Criselda.Caparas@Eurofinset.com>

Thanks Bill,

I got your VM on Friday, too.  Dropping off at the Sacramento lab should be fine.  Your Project Manager, Criselda Caparas, will be your primary contact from this point forward.  Please let us know if you have any other questions or concerns.

Regards,

**Neil Rodrigue**
Client Relations Manager

Eurofins Environment TestAmerica
6310 Rothway Street
Houston, TX 77040
USA

Phone: 713-358-2006

## COMMUNICATIONS ALERT:  Change of email addresses for all Eurofins TestAmerica staff effective July 9, 2020

**Please update my email address to Neil.Rodrigue@eurofinset.com in your email directory!**

www.EurofinsUS.com | www.TestAmericainc.com | Facebook | LinkedIn

**From:** William Verick <wverick@igc.org>
**Sent:** Friday, October 23, 2020 5:05 PM
**To:** Rodrigue, Neil <Neil.Rodrigue@Eurofinset.com>
**Subject:** Re: TestAmerica Proposal: Klamath Environmental Law Center - Lake Tahoe Submarine Cable

EXTERNAL EMAIL*

Hi Neil:  We have finally gotten the cable, ground into chips that can have the TCLP 1311 protocol applied. Our plan is to take these to the Test America lab in West Sacramento.  I notice that you are in Texas.  Please confirm that we can deliver the sample to the Test America lab in West Sacramento and they will know what the job is they are to do.  You may also contact my colleague Dave Williams who is cc'd on this e-mail

On 9/28/2020 2:58 PM, Rodrigue, Neil wrote:

**TestAmerica Quote: 72015528**

**Subject:** RE: TestAmerica Proposal: Klamath Environmental Law Center - Lake Tahoe Submarine Cable
**From:** "Caparas, Criselda" <Criselda.Caparas@Eurofinset.com>
**Date:** 10/26/2020, 9:07 AM
**To:** "Rodrigue, Neil" <Neil.Rodrigue@Eurofinset.com>, William Verick <wverick@igc.org>

Good morning
You can drop off the samples in Sacramento between 8:30 AM to 5:30 PM.
Can you please complete attached blank COC and submit along with the samples.
Please include Quote# on comment section.
Thank you.

Best Regards.

**Criselda Caparas**
Project Manager

Eurofins TestAmerica
880 Riverside Parkway
West Sacramento, CA  95605
USA

Phone: 925-484-1919 ext. 145

E-mail: **criselda.caparas@eurofinset.com**
www.EurofinsUS.com | www.TestAmericainc.com

## COMMUNICATIONS ALERT:  Change of email addresses for all Eurofins TestAmerica staff effective July 9th,  2020

**Please update my email address criselda.caparas@eurofinset.com in your email directory!**

Please note: In order to continue to provide critical testing services, **Eurofins Environment Testing laboratories in the US are maintaining our courier services and continue to sample, analyze and report all test data as usual.** The situation around COVID-19 continues to be fluid and we are continuing to follow local and government mandates as applicable. For up-to-date business information, visit our website and follow us on Facebook and LinkedIn.

Links to use:

**Website:** https://www.eurofinsus.com/environment-testing/
Facebook: https://www.facebook.com/EurofinsEnvTesting
LinkedIn: https://www.linkedin.com/company/eurofins-env-testing-america/

**From:** Rodrigue, Neil <Neil.Rodrigue@Eurofinset.com>
**Sent:** Monday, October 26, 2020 8:33 AM
**To:** William Verick <wverick@igc.org>
**Cc:** Caparas, Criselda <Criselda.Caparas@Eurofinset.com>

**Subject:** RE: TestAmerica Proposal: Klamath Environmental Law Center - Lake Tahoe Submarine Cable
**Importance:** High

Thanks Bill,

I got your VM on Friday, too.  Dropping off at the Sacramento lab should be fine.  Your Project Manager, Criselda Caparas, will be your primary contact from this point forward.  Please let us know if you have any other questions or concerns.

Regards,

**Neil Rodrigue**
Client Relations Manager

Eurofins Environment TestAmerica
6310 Rothway Street
Houston, TX 77040
USA

Phone: 713-358-2006

## COMMUNICATIONS ALERT:  Change of email addresses for all Eurofins TestAmerica staff effective July 9, 2020

**Please update my email address to Neil.Rodrigue@eurofinset.com in your email directory!**

www.EurofinsUS.com | www.TestAmericainc.com | Facebook | LinkedIn

**From:** William Verick <wverick@igc.org>
**Sent:** Friday, October 23, 2020 5:05 PM
**To:** Rodrigue, Neil <Neil.Rodrigue@Eurofinset.com>
**Subject:** Re: TestAmerica Proposal: Klamath Environmental Law Center - Lake Tahoe Submarine Cable

> EXTERNAL EMAIL*

Hi Neil:  We have finally gotten the cable, ground into chips that can have the TCLP 1311 protocol applied. Our plan is to take these to the Test America lab in West Sacramento.  I notice that you are in Texas.  Please confirm that we can deliver the sample to the Test America lab in West Sacramento and they will know what the job is they are to do.  You may also contact my colleague Dave Williams who is cc'd on this e-mail

On 9/28/2020 2:58 PM, Rodrigue, Neil wrote:

> **TestAmerica Quote: 72015528**
> **Project: Lake Tahoe Submarine Cable**
> **Quote Date: 9/24/2020**
> **Total Bid: $300**

Hello Bill,

Thank you again for the opportunity to support your efforts on this program! Hopefully you've had an opportunity to review our proposal, and if so I'm available to answer any questions or provide any additional information you may need.

Best regards,

**Neil Rodrigue**
Client Relations Manager

Eurofins Environment TestAmerica
6310 Rothway Street
Houston, TX 77040
USA

Phone: 713-358-2006

## COMMUNICATIONS ALERT:  Change of email addresses for all Eurofins TestAmerica staff effective July 9, 2020

**Please update my email address to <u>Neil.Rodrigue@eurofinset.com</u> in your email directory!**

<u>www.EurofinsUS.com</u> | <u>www.TestAmericainc.com</u> | <u>Facebook</u> | <u>LinkedIn</u>

---

* WARNING - EXTERNAL: This email originated from outside of Eurofins TestAmerica. Do not click any links or open any attachments unless you trust the sender and know that the content is safe!

---

Attachments:

eCOC_Sacramento.xls                                                                      210 KB

**Subject:** Eurofins TestAmerica Sample Login Confirmation files from 320-66001 Lake Tahoe Submarine Cable

**From:** Criselda Caparas <Criselda.Caparas@Eurofinset.com>

**Date:** 10/28/2020, 9:45 PM

**To:** Bill Verick <wverick@igc.org>

Hello,

Attached, please find the Sample Confirmation files for job 320-66001; Lake Tahoe Submarine Cable

NON CONFORMANCE:

The container label for the following sample(s) did not match the information listed on the Chain-of-Custody (COC):

Container label lists id as KLAMATH LAW 5005.2356 CABLE without date and time, while COC lists TAHOE SUB CABLE-GRINDINGS with a date of 10/23/20 at 12:00PM. Sample was logged in according to COC.

Please feel free to contact me if you have any questions.

Thank you.

**Criselda Caparas**

Project Manager

Eurofins TestAmerica, Sacramento

Phone: 925-484-1919 Ext: 145

E-mail: Criselda.Caparas@Eurofinset.com

www.eurofinsus.com/env



Reference: [320-292624]

Attachments: 2

Please let us know if we met your expectations by rating the service you received from Eurofins TestAmerica on this project by visiting our website at: Project Feedback

—Attachments:—

| | |
|---|---|
| Std_Tal_Login_Ack_ChkLst_Lmt for 320-66001-1.pdf | 132 KB |
| COC 320-66001 (202010281720).pdf | 916 KB |

#### Job 320-66001-1

| | | | |
|---|---|---|---|
| **Client Job Description:** | Lake Tahoe Submarine Cable | **Report To:** | Klamath Environmental Law Center |
| **Purchase Order #:** | Pre-Payment by CC Required | | Bill Verick |
| **Work Order #:** | | | 424 1st Street |
| **Project Manager:** | Criselda Caparas | | Eureka, CA 95501 |
| **Job Due Date:** | 11/10/2020 | | |
| **Job TAT:** | 10 Days | | |
| **Max Deliverable Level:** | II | **Bill To:** | Klamath Environmental Law Center |
| | | | Bill Verick |
| **Earliest Deliverable Due:** | 11/10/2020 | | 424 1st Street |
| | | | Eureka, CA 95501 |

#### Login 320-66001

| **Sample Receipt:** | 10/27/2020  9:50:00 AM | **Number of Coolers:** | 1 |
|---|---|---|---|
| **Method of Delivery:** | FedEx Priority Overnight | **Cooler Temperature(s) (C°):** | 16.7; |

| Lab Sample # | Client Sample ID | Date Sampled | Matrix | | |
|---|---|---|---|---|---|
| Method | Method Description / Work Location | | | Rpt Basis | Dry / Wet ** |
| 320-66001-1 | TAHOE SUB CABLE -CGINDINGS | 10/23/2020  12:00:00 PM | Solid | | |
| 6010B | Metals (ICP) / In-Lab | | | TCLP | Wet |

* Method on-hold

** Wet/Dry indicates whether the reported results will be corrected for moisture content,  and based on sample Wet weight or Dry weight.

Client: Klamath Environmental Law Center

Job Number: 320-66001-1

**Login Number: 66001**

**List Source: Eurofins TestAmerica, Sacramento**

**List Number: 1**

**Creator: Oropeza, Salvador**

| Question | Answer | Comment |
|---|---|---|
| Radioactivity wasn't checked or is </= background as measured by a survey meter. | True | |
| The cooler's custody seal, if present, is intact. | N/A | |
| Sample custody seals, if present, are intact. | N/A | |
| The cooler or samples do not appear to have been compromised or tampered with. | True | |
| Samples were received on ice. | False | Thermal preservation not required. |
| Cooler Temperature is acceptable. | True | |
| Cooler Temperature is recorded. | True | |
| COC is present. | True | |
| COC is filled out in ink and legible. | True | |
| COC is filled out with all pertinent information. | True | |
| Is the Field Sampler's name present on COC? | True | |
| There are no discrepancies between the containers received and the COC. | False | IDs on containers do not match the COC. Logged in per COC. |
| Samples are received within Holding Time (excluding tests with immediate HTs) | True | |
| Sample containers have legible labels. | True | |
| Containers are not broken or leaking. | True | |
| Sample collection date/times are provided. | False | No date or time on COC or sample containers |
| Appropriate sample containers are used. | True | |
| Sample bottles are completely filled. | True | |
| Sample Preservation Verified. | N/A | |
| There is sufficient vol. for all requested analyses, incl. any requested MS/MSDs | True | |
| Containers requiring zero headspace have no headspace or bubble is <6mm (1/4"). | True | |
| Multiphasic samples are not present. | True | |
| Samples do not require splitting or compositing. | True | |
| Residual Chlorine Checked. | N/A | |

## Job 320-66001-1

| | | | | |
|---|---|---|---|---|
| **Client Job Description:** | Lake Tahoe Submarine Cable | | **Report To:** | Klamath Environmental Law Center |
| **Purchase Order #:** | Pre-Payment by CC Required | | | Bill Verick |
| **Work Order #:** | | | | 424 1st Street |
| **Project Manager:** | Criselda Caparas | | | Eureka, CA 95501 |
| **Job Due Date:** | 11/10/2020 | | | |
| **Job TAT:** | 10 Days | | | |
| **Max Deliverable Level:** | II | | **Bill To:** | Klamath Environmental Law Center |
| | | | | Bill Verick |
| **Earliest Deliverable Due:** | 11/10/2020 | | | 424 1st Street |
| | | | | Eureka, CA 95501 |

### Login 320-66001

| | | | | |
|---|---|---|---|---|
| **Sample Receipt:** | 10/27/2020  9:50:00 AM | **Number of Coolers:** | 1 | |
| **Method of Delivery:** | FedEx Priority Overnight | **Cooler Temperature(s) (C°):** | 16.7; | |

| Method | Method Description | Rpt Basis | | | Units | Sample #s Applicable |
|---|---|---|---|---|---|---|
| 6010B | **Metals (ICP)** | TCLP | MDL | RL | | 1 |
| | Lead | | 0.012 | 0.5 | mg/L | |

**TestAmerica Sacramento**
880 Riverside Parkway
West Sacramento, CA 95605
Phone: 916.373.5600

**Chain of Custody Record**



**TestAmerica**
THE LEADER IN ENVIRONMENTAL TESTING

TestAmerica Laboratories, Inc.

| Client Contact | Project Manager: | | Site Contact: | Date: | | COC No: |
|---|---|---|---|---|---|---|

Your Company Name here KLAMATH ENV L CO Tel/Fax: ___ 2 Carrier: ___ of ___ COCs

Address 1125 16TH, STE 204
City/State/Zip ARCATA, CA, 95521
Phone: (707) 630-5061
FAX:
Project Name: KLAMATH ENV LAW > TAHOE
Site: LAKE TAHOE SUBMARINE CABLE
P O #

Job No.

SDG No.

**Analysis Turnaround Time**
Calendar ( C ) or Work Days (W)
TAT if different from Below ___
☐ 2 weeks
☐ 1 week
☐ 2 days
☐ 1 day

| Sample Identification | Sample Date | Sample Time | Sample Type | Matrix | # of Cont. | Filtered Sample | TCLP - EPA 1312 | | | | | | | | | Sample Specific Notes: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ✗ TAHOE SUB CABLE-GRINDINGS | 8/23/20 | 12:00 PM | GRINDING | | 2 | | ⊘ | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

320-66001 Chain of Custody

Preservation Used: 1= Ice, 2= HCl; 3= H2SO4; 4=HNO3; 5=NaOH; 6= Other ___

**Possible Hazard Identification**
☐ Non-Hazard  ☐ Flammable  ☐ Skin Irritant  Poison B  ☐ Unknown  ☐

**Sample Disposal ( A fee may be assessed if samples are retained longer than 1 month)**
☐ Return To Client  ☐ Disposal By Lab  ☐ Archive For ___ Months

**Special Instructions/QC Requirements & Comments:**
Quote: 72015528  (Visit lab  Capearus - Project Manager  Only one test - extra sample invoice only if necessary

| Relinquished by: DAVID WILLIAMS | Company: KLAMATH | Date/Time: 10/27 9:50 | Received by: | Company: E7AFSE | Date/Time: 10/27/20 9:30 |
|---|---|---|---|---|---|
| Relinquished by: | Company: | Date/Time: | Received by: | Company: | Date/Time: |
| Relinquished by: | Company: | Date/Time: | Received by: | Company: | Date/Time: |

**Subject:** Eurofins TestAmerica report files from 320-66001-1 Lake Tahoe Submarine Cable
**From:** Criselda Caparas <Criselda.Caparas@Eurofinset.com>
**Date:** 11/10/2020, 5:45 PM
**To:** Bill Verick <wverick@igc.org>


Hi Bill
The report just got out.

I will call you first thing tomorrow to get a credit card for the invoice.

I will be calling from my Cellphone 510-600-4414

for job 320-66001-1; Lake Tahoe Submarine Cable

Please feel free to contact me if you have any questions.

Thank you.


**Criselda Caparas**
Project Manager

TestAmerica Laboratories, Inc.
Phone: 925-484-1919 Ext: 145

E-mail: Criselda.Caparas@Eurofinset.com
www.eurofinsus.com/env



Reference: [720-338714]
Attachments: 1


Please let us know if we met your expectations by rating the service you
received from Eurofins TestAmerica on this project by visiting our website at:
Project Feedback

—Attachments:——————————————————————————

COC 320-66001 (202010281720).pdf                                    916 KB

**Subject:** Eurofins TestAmerica report files from 320-66001-1 Lake Tahoe Submarine Cable
**From:** Criselda Caparas <Criselda.Caparas@Eurofinset.com>
**Date:** 11/11/2020, 11:10 AM
**To:** Bill Verick <wverick@igc.org>


Hello,

Attached please find the report files for job 320-66001-1; Lake Tahoe Submarine Cable

Please feel free to contact me if you have any questions.

Thank you.


**Criselda Caparas**
Project Manager

Eurofins TestAmerica, Sacramento
Phone: 925-484-1919 Ext: 145

E-mail: Criselda.Caparas@Eurofinset.com
www.eurofinsus.com/env



Reference: [320-296102]
Attachments: 1


Please let us know if we met your expectations by rating the service you
received from Eurofins TestAmerica on this project by visiting our website at:
Project Feedback

— Attachments:

J66001-1 UDS Level 2 Report Final Report.pdf                          1.6 MB

**Subject:** Eurofins TestAmerica invoice files from 320-66001-1 Lake Tahoe Submarine Cable
**From:** Criselda Caparas <Criselda.Caparas@Eurofinset.com>
**Date:** 12/15/2020, 11:35 PM
**To:** Bill Verick <wverick@igc.org>


Hello,

Attached please find the invoice files for job 320-66001-1; Lake Tahoe Submarine Cable

Please feel free to contact me if you have any questions.

Thank you.


**Criselda Caparas**
Project Manager

TestAmerica Laboratories, Inc.
Phone: 925-484-1919 Ext: 145

E-mail: Criselda.Caparas@Eurofinset.com
www.eurofinsus.com/env



Reference: [720-340704]
Attachments: 1



Please let us know if we met your expectations by rating the service you
received from Eurofins TestAmerica on this project by visiting our website at:
Project Feedback

—Attachments:—

Invoice3200024390_COCs.pdf                                                    995 KB

**Anamet**
a Division of Acuren Inspection Inc.
Materials Engineering & Laboratory Testing
26102 Eden Landing Road
Suite 3
Hayward, CA  94545

Phone: 510.887.8811
Fax: 510.887.8427

# Invoice

Klamath Environmental Law Center
1125 16th St., Ste 204
Arcata, CA 95521   USA

| | | | |
|---|---|---|---|
| INVOICE NUMBER: | 0000768740 | CUSTOMER NO: | 17-0006731 |
| INVOICE DATE: | 10/23/2020 | CUSTOMER P.O.: | Credit Card |
| LAB NUMBER: | 5005.8918 | TERMS: | Upon Receipt |

| DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|
| Subject: Mill chips, 300-g, from cable provided, relinquish custody of chips to client's designated representative | | | | |
| Mill chips, 200-g, from cable provided, relinquish custody of chips to client's designated representative | Each | 1.000 | 250.000 | 250.00 |
| Credit Card Transaction Fee | EA | 1.000 | 8.750 | 8.75 |
| | LAST ITEM | | | |

**PLEASE REMIT TO:**
**PO Box 846313**
**Dallas, TX  75284-6313**

| | |
|---|---|
| Subtotal | 258.75 |
| Sales Tax | 0.00 |
| Balance | 258.75 |

THIS DOCUMENT AND ALL SERVICES AND/OR PRODUCTS PROVIDED IN CONNECTION WITH THIS DOCUMENT AND ALL FUTURE SALES ARE SUBJECT TO AND SHALL BE GOVERNED BY THE "ACUREN STANDARD SERVICE TERMS" IN EFFECT WHEN THE SERVICES AND/OR PRODUCTS ARE ORDERED.  THOSE TERMS ARE AVAILABLE AT WWW.ACUREN.COM/SERVICETERMS, ARE EXPRESSLY INCORPORATED BY REFERENCE INTO THIS DOCUMENT AND SHALL SUPERSEDE ANY CONFLICTING TERMS IN ANY OTHER DOCUMENT (EXCEPT WHERE EXPRESSLY AGREED OTHERWISE IN THAT OTHER DOCUMENT).



TestAmerica Laboratories, Inc.
4101  Shuffel Street NW, North Canton, Ohio 44720
(330)966-8293

## Cardholder Contact Information

| | |
|---|---|
| Cardholder Name: | **William L Verick** |
| Cardholder Phone: | **7076305061** |
| Cardholder Email: | **wverick@igc.org** |
| Customer Name: | **Cash in Advance** |

Bill To Address: **Klamath Environmental Law Center**
**424 1st Street**
**Eureka, Colorado 95501**

## Transaction Type

| | |
|---|---|
| Transaction Type: | **Capture** |
| Created Date: | **12/15/2020 2:01:48 PM EST** |
| Capture Date: | **12/16/2020 12:29:23 PM EST** |
| AVS Address: | **Not Matched** |

| | |
|---|---|
| Transaction Status: | **Submitted** |
| Authorization Date: | **12/15/2020 2:01:48 PM EST** |
| Authorization Code: | **07785A** |
| AVS Zip: | **Not Matched** |

## Credit Card Information

| | |
|---|---|
| Name On Card: | **William L Verick** |
| Card Number: | **xxxx-xxxx-xxxx-0998** |
| Security Code Response: | **Unavailable** |

| | |
|---|---|
| Card Brand: | **VISA** |
| Security Code Status: | **Not Provided** |

## Tracking Information

| | |
|---|---|
| Customer Ref Value: | **320-66001-1** |
| Invoice Number: | **3200024390** |
| Ship From Postal Code: | **44720** |
| Tracking Number: | |

| | |
|---|---|
| Order Number: | |
| Invoice Date: | |
| Shipping Company: | **None** |

## Transaction Totals

| Product Code | Description | UOM Code | CMDTY Code | QTY | AMT | EXT AMT |
|---|---|---|---|---|---|---|
| 1 | **Analytical Testing - Invoice Total** | **EA** | **77000000** | **1.00** | **$300.00** | **$300.00** |

| | |
|---|---|
| Sub-Total: | **$300.00** |
| Sales Tax: | **$0.00** |
| Freight Amount: | **$0.00** |
| Freight Tax: | **$0.00** |
| Duty Amount: | **$0.00** |
| Total (USD) : | **$300.00** |

This receipt is for informational use only and is not intended to serve as or replace any official tax document.

TestAmerica Laboratories, Inc. uses advanced payment processing services provided by WEX Inc. www.wexinc.com.
12/16/2020 12:29:31 PM EST

10/28/24, 4:01 PM     Activity in Case 2:21-at-00029 California Sportfishing Protection Alliance v. Pacific Bell Telephone Company . - andrew@packardla...

Case 2:21-cv-00073-JDP     Document 157-4     Filed 10/31/24     Page 26 of 142

≡  M Gmail          🔍  receipt number 0972-9360318                          ✕  ⚙  ⌄     ?  ⚙  ✦  ⊞

Compose

**Mail**

**Inbox**          219
Snoozed
Important
Sent
**Drafts**           1
All Mail
**Spam**           452
Trash
**Categories**
More

**Labels**

[Gmail]
Notes
packard.family@liv...   3
More

Eastern District of California - Live System

Notice of Electronic Filing

The following transaction was entered by Carlon, William on 1/14/2021 at 4:50 PM PST and filed on 1/14/2021

**Case Name:**        California Sportfishing Protection Alliance v. Pacific Bell Telephone Company
**Case Number:**    2:21-at-00029
**Filer:**                California Sportfishing Protection Alliance
**Document Number:** 1

**Docket Text:**
**COMPLAINT against Pacific Bell Telephone Company by California Sportfishing Protection Alliance. Attorney Carlon, William Nazar added. (Filing fee $ 402, receipt number 0972-9360318) (Attachments: # (1) Civil Cover Sheet Civil Cover Sheet)(Carlon, William)**

**2:21-at-00029 Notice has been electronically mailed to:**

Andrew L. Packard &nbsp &nbsp  andrew@packardlawoffices.com

J Kirk Boyd &nbsp &nbsp  jkb@drjkb.com

William L Verick &nbsp &nbsp  wverick@jvc.org

William Nazar Carlon &nbsp &nbsp  wncarlon@packardlawoffices.com

**2:21-at-00029 Electronically filed documents must be served conventionally by the filer to:**

# Ledger History
## Tuesday, October 29, 2024

L001 - Shadelands Self Storage, 1925 Oak Grove Road, Walnut Creek CA 94598     TEL: 925-935-6200     263705

| | | |
|---|---|---|
| **Tenant** WILLIAMS, DAVID | **Billing** Monthly | **Date Out** |
| **Company** | **Address** 1839 YGNACIO VALLEY RD #3! | **Billing Day** 1 | **Paid Thru** 10/31/2024 |
| **Unit** 0383 | WALNUT CREEK CA 94598 | **Rental Rate** 170.00 | |
| **Size** 5x10 | USA | **Protection Plan** 12.00 | **NSF Checks** 0 |
| **Area** 50.0 | | | |
| **Lease #** 3395 | **Phone** 510-847-2356 | | **Charge Balance** 0.00 |
| **Lease Date** 8/4/2018 | **Alternate Phone** | | **Current Balance** 0.00 |
| | **Business Phone** | | **Credit Balance** 0.00 |
| | | | **Deposit Liability (Cash Basis)** 0.00 |
| **Tax Exemption #** | | | |
| **Transferred From** 0042 | | | **Refund Due** 0.00 |
| **Transferred To** | | | |

* marks partially paid charges.
! marks reversed NSF payments and charges.

| Date | End Date | Description | Check/Card Number | Receipt | Invoice | Charge Batch | Applied Refund | Issued Credit | Payment | Charge | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/29/2020 | | Check | 3012 | 105503 | | | | | 110.00 | 0.00 | -110.00 |
| 6/1/2020 | 6/30/2020 | Rent | | | | 118680 | | | | 110.00 | 0.00 |
| 7/1/2020 | 7/31/2020 | Rent | | | 67184 | 120174 | | | | 110.00 | 110.00 |
| 7/1/2020 | | Visa | *8584 | 107138 | | | | | 110.00 | 0.00 | 0.00 |
| 8/1/2020 | 8/31/2020 | Rent | | | | 121364 | | | | 110.00 | 110.00 |
| 8/1/2020 | | Visa | *8584 | 108183 | | | | | 110.00 | 0.00 | 0.00 |
| 9/1/2020 | 9/30/2020 | Rent | | | | 122612 | | | | 110.00 | 110.00 |
| 9/1/2020 | | Visa | *8584 | 109276 | | | | | 110.00 | 0.00 | 0.00 |
| 10/1/2020 | 10/31/2020 | Rent | | | | 123830 | | | | 110.00 | 110.00 |
| 10/1/2020 | | Visa | *8584 | 110336 | | | | | 110.00 | 0.00 | 0.00 |
| 11/1/2020 | 11/30/2020 | Rent | | | | 125101 | | | | 110.00 | 110.00 |
| 11/1/2020 | | Visa | *8584 | 111415 | | | | | 110.00 | 0.00 | 0.00 |
| 12/1/2020 | 12/31/2020 | Rent | | | | 126367 | | | | 110.00 | 110.00 |
| 12/1/2020 | | Visa | *8584 | 112500 | | | | | 110.00 | 0.00 | 0.00 |
| 1/1/2021 | 1/31/2021 | Rent | | | | 127667 | | | | 110.00 | 110.00 |
| 1/1/2021 | | Visa | *8584 | 113611 | | | | | 110.00 | 0.00 | 0.00 |
| 2/1/2021 | 2/28/2021 | Rent | | | | 128919 | | | | 110.00 | 110.00 |
| 2/1/2021 | | Visa | *8584 | 114675 | | | | | 110.00 | 0.00 | 0.00 |
| 3/1/2021 | 3/31/2021 | Rent | | | | 130146 | | | | 110.00 | 110.00 |
| 3/1/2021 | | Visa | *8584 | 115709 | | | | | 110.00 | 0.00 | 0.00 |
| 4/1/2021 | 4/30/2021 | Rent | | | | 131400 | | | | 110.00 | 110.00 |
| 4/1/2021 | | Visa | *8584 | 116811 | | | | | 110.00 | 0.00 | 0.00 |
| 5/1/2021 | 5/31/2021 | Rent | | | | 132656 | | | | 110.00 | 110.00 |
| 5/1/2021 | | Visa | *8584 | 117891 | | | | | 110.00 | 0.00 | 0.00 |
| 6/1/2021 | 6/30/2021 | Rent | | | | 133920 | | | | 110.00 | 110.00 |
| 6/1/2021 | | Visa | *8584 | 118972 | | | | | 110.00 | 0.00 | 0.00 |
| 7/1/2021 | 7/31/2021 | Rent | | | | 135254 | | | | 110.00 | 110.00 |
| 7/1/2021 | | Visa | *8584 | 120116 | | | | | 110.00 | 0.00 | 0.00 |
| 8/1/2021 | 8/31/2021 | Rent | | | | 136526 | | | | 110.00 | 110.00 |
| 8/1/2021 | | Visa | *8584 | 121207 | | | | | 110.00 | 0.00 | 0.00 |
| 9/1/2021 | 9/30/2021 | Rent | | | | 137815 | | | | 110.00 | 110.00 |
| 9/1/2021 | | Visa | *8584 | 122338 | | | | | 110.00 | 0.00 | 0.00 |
| 10/1/2021 | 10/31/2021 | Rent | | | | 139087 | | | | 110.00 | 110.00 |
| 10/1/2021 | | Visa | *8584 | 123457 | | | | | 110.00 | 0.00 | 0.00 |
| 11/1/2021 | 11/30/2021 | Rent | | | | 140338 | | | | 110.00 | 110.00 |
| 11/1/2021 | | Visa | *8584 | 124549 | | | | | 110.00 | 0.00 | 0.00 |
| 12/1/2021 | 12/31/2021 | Rent | | | | 141543 | | | | 110.00 | 110.00 |
| 12/1/2021 | | Visa | *8584 | 125562 | | | | | 110.00 | 0.00 | 0.00 |
| 1/1/2022 | 1/31/2022 | Rent | | | | 142793 | | | | 110.00 | 110.00 |
| 1/1/2022 | | Visa | *8584 | 126624 | | | | | 110.00 | 0.00 | 0.00 |
| 2/1/2022 | 2/28/2022 | Rent | | | | 144229 | | | | 110.00 | 110.00 |
| 2/1/2022 | | Visa | *8584 | 127737 | | | | | 110.00 | 0.00 | 0.00 |
| 3/1/2022 | 3/31/2022 | Rent | | | | 145486 | | | | 110.00 | 110.00 |
| 3/1/2022 | | Visa | *8584 | 128790 | | | | | 110.00 | 0.00 | 0.00 |
| 4/1/2022 | 4/30/2022 | Rent | | | | 146856 | | | | 110.00 | 110.00 |

# INVOICE for SERVICES

**PAYMENT FORM**

**Gordon Binkhorst**
**300 Fern Street**
**West Hartford, CT 06119**

| | |
|---|---|
| **FORM NO.** | **092123** |
| **FORM DATE** | **9/21/2023** |

**BILL TO**
Law Office of John Kirk Boyd
548 Market St., Suite 1300
San Francisco, CA 94104

**CONTACT**
Phone: (860) 573-6288
Email: gbinkhorst@gmail.com

| DESCRIPTION | UNIT | HOURLY RATE | QTY. | AMOUNT |
|---|---|---|---|---|
| Consulting Services 18 Aug. 2023 through 21 Sept. 2023 | Hour | $150.00 | 24.25 | 3,637.50 |
| *accounting of hours is included in attached spreadsheet | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | **TOTAL** | $3,637.50 |

**Gordon K. Binkhorst**
**Hourly Details 18 August through 21 September 2023**

| Date | Day | Time | Description |
|------|-----|------|-------------|
| 9/22/23 | Fri | | |
| 9/23/23 | Sat | | |
| 9/24/23 | Sun | | |
| 9/25/23 | Mon | | |
| 9/26/23 | Tue | 2.75 | prep and conf. call with attys1.55 |
| 9/27/23 | Wed | | |
| 9/28/23 | Thu | 1.25 | work scope disc. with Sree G.; edits to work plan |
| 9/29/23 | Fri | 2 | work scope disc./edits with Sree G.; call with Greg Kamman |
| 9/30/23 | Sat | | |
| 10/1/23 | Sun | | |
| 10/2/23 | Mon | 0.5 | Sree disc. |
| 10/3/23 | Tue | 3 | zoom calls attys/Sree (2); phone Kirk (1) |
| 10/4/23 | Wed | 0.5 | call Sree |
| 10/5/23 | Thu | 1.5 | RCRA research |
| 10/6/23 | Fri | | |
| 10/7/23 | Sat | | |
| 10/8/23 | Sun | | |
| 10/9/23 | Mon | | |
| 10/10/23 | Tue | 0.5 | call with Matt etc. |
| 10/11/23 | Wed | 2 | H&A and Ramboll reports |
| 10/12/23 | Thu | | |
| | | | |
| **Total Hours =** | | **14** | |

## INVOICE for SERVICES

**PAYMENT FORM**

**Gordon Binkhorst**
**300 Fern Street**
**West Hartford, CT 06119**

**FORM NO.** **101323**
**FORM DATE** **10/13/2023**

**BILL TO**

Law Office of John Kirk Boyd
548 Market St., Suite 1300
San Francisco, CA 94104

**CONTACT**

Phone: (860) 573-6288
Email: gbinkhorst@gmail.com

| DESCRIPTION | UNIT | HOURLY RATE | QTY. | AMOUNT |
|---|---|---|---|---|
| Consulting Services 22 Sept 2023 through 12 October 2023 | Hour | $150.00 | 14.00 | 2,100.00 |
| *accounting of hours is included in attached spreadsheet | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | **TOTAL** | | $2,100.00 |

**Gordon K. Binkhorst**
**Hourly Details 18 August through 21 September 2023**

| Date | Day | Time | Description |
|------|-----|------|-------------|
| 8/18/23 | Fri | 2 | review of documents; phone with Kirk Boyd |
| 8/19/23 | Sat | | |
| 8/20/23 | Sun | | |
| 8/21/23 | Mon | 1 | call with Kirk Boyd |
| 8/22/23 | Tue | 1 | call with WSJ |
| 8/23/23 | Wed | | |
| 8/24/23 | Thu | 1.5 | review of docs; research/call/emails to potential experts |
| 8/25/23 | Fri | 0.75 | call with Kirk Boyd |
| 8/26/23 | Sat | | |
| 8/27/23 | Sun | | |
| 8/28/23 | Mon | | |
| 8/29/23 | Tue | | |
| 8/30/23 | Wed | 1 | call with Kirk Boyd |
| 8/31/23 | Thu | | |
| 9/1/23 | Fri | | |
| 9/2/23 | Sat | | |
| 9/3/23 | Sun | | |
| 9/4/23 | Mon | | |
| 9/5/23 | Tue | 1.5 | review of docs; research/call/emails to potential experts |
| 9/6/23 | Wed | | |
| 9/7/23 | Thu | | |
| 9/8/23 | Fri | | |
| 9/9/23 | Sat | | |
| 9/10/23 | Sun | | |
| 9/11/23 | Mon | 1 | call with Kirk Boyd |
| 9/12/23 | Tue | 5 | summary table of MTS data (1); research/emails to Kirk re EDF report (2); Suponea prep (2) |
| 9/13/23 | Wed | 1.25 | call with Kirk Boyd/Bill Verick |
| 9/14/23 | Thu | | |
| 9/15/23 | Fri | | |
| 9/16/23 | Sat | | |
| 9/17/23 | Sun | | |
| 9/18/23 | Mon | 2 | Suponea prep (2) |
| 9/19/23 | Tue | 2.75 | Suponea prep (2); call Ian Webster (0.75) |
| 9/20/23 | Wed | 2 | Suponea uploaded (1); call with Kirk Boyd (1) |
| 9/21/23 | Thu | 1.5 | emails re meeting; docs to project Navigator |
| | | | |
| | **Total Hours =** | **24.25** | |

**JANICE RUSSELL TRANSCRIPTS**
1418 Red Fox Circle
Severance, CO  80550
Phone  (757) 422-9089
E-mail: trussell31@tdsmail.com

# INVOICE

DATE          11/13/2023

INVOICE NO.    23-205-1

**TO:**

Matthew Maclear, Esq.
4030 MLK Way
Oakland, CA  94609

**TERMS:  DUE ON RECEIPT**

## PAID 11/13/2023

| CIVIL | DATE ORDERED | 11/13/2023 | DATE DELIVERED | 11/13/2023 |
|-------|--------------|------------|----------------|------------|

| IN THE MATTER OF | PGS. | RATE | AMOUNT |
|------------------|------|------|--------|
| California Sportfishing Protection Alliance v. Pacific Bell Telephone Company<br>USDC, ED-CA, Case No. 2:21-cv-00073-JDP<br><br>Copy of transcript of hearing held on 11/9/23 (Copy) | 12 | 1.35 | 16.20 |
| | **TOTAL** | | $16.20 |

| I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States. | LESS DSCOUNT FOR LATE DELIVERY | $0.00 |
|---|---|---|
| | LESS DEPOSIT | $0.00 |

| SIGNATURE OF TRANSCRIBER | DATE | **AMOUNT DUE** | $16.20 |
|---|---|---|---|
| *Janice Russell* | 11/13/2023 | | |

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## For the Eastern District of California

INVOICE 20230085

**MAKE CHECKS PAYABLE TO:**

Matthew Maclear
Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609

KAREN HOOVEN
Court Reporter
1690 Trenton Avenue
Clovis, CA 93619
(559) 264-0584
khoovencsr@gmail.com
Tax ID: 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

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| __ CRIMINAL | ☒ CIVIL | 11-08-2023 | 11-15-2023 |

**In the matter of:** 21-CV-00073-JDP, California Sportfishing Alliance v Pacific Bell Telephone

Expedited original transcript from ECRO of Status Conference held on 8-24-23

Transcript Order Form is Docket Number 76

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | 24 | 5.35 | 128.40 | | | | | | | 128.40 |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | Misc. Charges | | | | |
| | | | | | | **Subtotal** | | | | 128.40 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| | | | | | | **Total Due** | | | | 128.40 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: |
|---|---|
| /s/ Karen Hooven | 11-15-2023 |

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

J. W. Morris, Jr., LLC     *Materials Science and Failure Analysis*

65 Schooner Hill
Oakland, California 94618
phone: (510) 549-0499
e-mail: jwmorris@me.com

Date:   December 10, 2023

To:     Matthew C. McClear
        ATA Law Group
        4030 Martin Luther King Jr. Way
        Oakland, CA 94609

**Re:    PacBell Litigation**

For:    Consulting Services, through November, 2023

J.W. Morris, Jr.
EIN 82-5499416

*Consulting Time:*

        See attached itemization
        9.9 hrs. @ $400.00                                    $3,960.00

*Expenses:*

        None                                                      0.00

**Total due**                                                **$3,960.00**



## INVOICE for SERVICES

**Gordon Binkhorst**
**300 Fern Street**
**West Hartford, CT 06119**

| | |
|---|---|
| **FORM NO.** | **013124** |
| **FORM DATE** | **1/31/2024** |

**BILL TO**

Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Att: Matthew C. Maclear

**CONTACT**

Phone: (860) 573-6288
Email: gbinkhorst@gmail.com

| DESCRIPTION | UNIT | HOURLY RATE | QTY. | AMOUNT |
|---|---|---|---|---|
| Consulting Services 13 October 2023 through 31 January 2024 | Hour | $150.00 | 34.75 | 5,212.50 |
| *accounting of hours is included in attached spreadsheet | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | **TOTAL** | $5,212.50 |


**UNITED STATES POSTAL SERVICE.**

NORTH OAKLAND
4900 SHATTUCK AVE
OAKLAND, CA 94609-2031
(800)275-8777

02/27/2024                        03:16 PM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|
| First-Class Mail® | 1 | | $1.87 |
| Large Envelope | | | |
| Washington, DC 20460 | | | |
| Weight: 0 lb 3.00 oz | | | |
| Estimated Delivery Date | | | |
| Mon 03/04/2024 | | | |
| Certified Mail® | | | $4.40 |
| Tracking #: | | | |
| 70203160000001516765 | | | |
| Return Receipt | | | $3.65 |
| Tracking #: | | | |
| 9590 9402 6609 1028 7963 52 | | | |
| Total | | | $9.92 |

Grand Total:                       $9.92

| Debit Card Remit | $9.92 |
|------------------|-------|
| Card Name: VISA | |
| Account #: XXXXXXXXXXXX0649 | |
| Approval #: 071558 | |
| Transaction #: 427 | |
| Receipt #: 063994 | |
| Debit Card Purchase: $9.92 | |
| AID: A0000000980840   Chip | |
| AL: US DEBIT | |
| PIN: Verified | |

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

UFN: 055512-0026
Receipt #: 840-59450093-2-8686129-2
Clerk: 55

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*                    CSPA   ATT

For delivery information, visit our website at *www.usps.com®*.

## OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

FEB 27 2024

Postage
$

**Total Postage and Fees**
$

Sent To U.S. EPA C/o Jeffrey Prieto G.C.
Street and Apt. No., or PO Box No. 1200 Pennsylvania Ave NW
City, State, ZIP+4® Washington DC 20460

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7020 3160 0000 0151 6765

J. W. Morris, Jr., LLC                                   *Materials Science and Failure Analysis*

65 Schooner Hill
Oakland, California 94618
phone: (510) 549-0499
e-mail: jwmorris@me.com

February 10, 2024

Matthew C. Maclear
ATA Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609

**Re:     PacBell Litigation**

Dear Mr. Maclear,

I enclose a statement for work done on this matter through January, 2024.

Regards,

J. W. Morris, Jr.

J. W. Morris, Jr., LLC                    *Materials Science and Failure Analysis*

65 Schooner Hill
Oakland, California 94618
phone: (510) 549-0499
e-mail: jwmorris@me.com

Date:   February 10, 2024

To:     Matthew C. Maclear
        ATA Law Group
        4030 Martin Luther King Jr. Way
        Oakland, CA 94609

**Re:    PacBell Litigation**

For:    Consulting Services, through January, 2024.

J.W. Morris, Jr.
EIN 82-5499416

*Consulting Time:*

        See attached itemization
        4.2 hrs. @ $400.00                              $1,680.00

*Expenses:*

        None                                                0.00


**Total due**                                          **$1,680.00**

J. W. Morris, Jr., LLC                                    *Materials Science and Failure Analysis*

65 Schooner Hill
Oakland, California 94618
phone: (510) 549-0499
e-mail: jwmorris@me.com

**PacBell Litigationo**
J.W. Morris, Jr.
Itemization of Consulting Time
1/31/2024

| 1/26/24 | schedule telecon | 0.2 | |
|---------|------------------|-----|-----|
| 1/27/24 | review materials | 2.5 | |
| 1/29/24 | preparation, zoom call with MM | 1.5 | |
| | total | | 4.2 |

| From: | Dhananjoy B |
|---|---|
| To: | Matthew Maclear; supportmail@microsoft.com |
| Subject: | RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144 |
| Date: | Wednesday, July 31, 2024 3:23:37 PM |
| Attachments: | image001.jpg@01DAD7A6.C99948E0 |
| | image003.png@01DAE357.9AD3C280 |
| | 7ad83596-64c5-4289-8048-bdcc94e94c18 |
| | 90d1f490-f7d6-498e-afce-75c14bebb21f |
| | 39a60a3b-369e-4fd8-b18e-e71aa5621f15 |

Hi Matthew,

Thank you for informing me about the issue. I apologize for any inconvenience this may have caused. It seems our built-in security measures might be affecting your access.

To help resolve this, I've taken screenshots of the invoices. Please let me know if these are helpful.

Looking forward to your response and happy to assist further.

---



# Invoice

June 2024
Invoice Date: 06/28/2024
Invoice Number: E0400SHVTA
Due Date: 06/28/2024

**6,300.00 USD**

| Sold-To | Bill-To | Service Usage Address |
|---|---|---|
| ATALaw | ATALaw | ATALaw |
| 11 Donna Maria Way | 4030 Martin Luther King Jr Way | 11 Donna Maria Way |
| Orinda ca 94563-4111 | Oakland ca 94609-2318 | Orinda ca 94563-4111 |
| United States | United States | United States |

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 6,300.00 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | c11f4565-3f99-48e1-8c4c-a224ce9a25a4 | Credits: | 0.00 |
| Billing Period: | 02/28/2024 - 06/27/2024 | Tax: | 0.00 |
| Due Date: | 06/28/2024 | **Total:** | **6,300.00** |
| Payment Instructions: | Please DO NOT PAY. You will be charged the amount due through your selected method of payment. | | |

Billing or service question? Call 1-800-865-9408 or visit https://aka.ms/Office365Billing
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, United States
US FEIN 91-1144442

1/3

---



# Invoice

June 2024
Invoice Date: 06/28/2024
Invoice Number: E0400SHVTA
Due Date: 06/28/2024

**6,300.00 USD**

### Microsoft 365 Business Standard

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

### New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/2024 - 06/06/2025 | Prepay monthly subscription charges | 10 | 150.00 | 365 | 1,500.00 | 0.00 | 0.00 | 1,500.00 | 0.00 % | 0.00 | 1,500.00 |
| Subtotal | | | | | 1,500.00 | 0.00 | 0.00 | 1,500.00 | | 0.00 | 1,500.00 |

### Office 365 Extra File Storage

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period / Total in service period) = Charge

**New charges**

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/2024 - 06/06/2025 | Prepay monthly subscription charges | 2000 | 2.40 | 365 | 4,800.00 | 0.00 | 0.00 | 4,800.00 | 0.00 % | 0.00 | 4,800.00 |

Billing or service question? Call 1-800-865-9408 or visit https://aka.ms/Office365Billing
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, United States
US FEIN 91-1144442

2/3

---



# Invoice

June 2024
Invoice Date: 06/28/2024
Invoice Number: E0400SHVTA
Due Date: 06/28/2024

**6,300.00 USD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Subtotal | | 4,800.00 | 0.00 | 0.00 | 4,800.00 | 0.00 | 4,800.00 |
| **Grand Total** | | **6,300.00** | **0.00** | **0.00** | **6,300.00** | **0.00** | **6,300.00** |

Billing or service question? Call 1-800-865-9408 or visit https://aka.ms/Office365Billing
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, United States
US FEIN 91-1144442

3/3

---



# Invoice

February 2024
Invoice Date: 02/28/2024
Invoice Number: E0400QZV3P
Due Date: 02/28/2024

**1,485.25 USD**

| **Sold-To** | **Bill-To** | **Service Usage Address** |
|---|---|---|
| ATALaw | ATALaw | ATALaw |
| 11 Donna Maria Way | 4030 Martin Luther King Jr Way | 11 Donna Maria Way |
| Orinda ca 94563-4111 | Oakland ca 94609-2318 | Orinda ca 94563-4111 |
| United States | United States | United States |

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 1,485.25 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | c11f4565-3f99-48e1-8c4c-a224ce9a25a4 | Credits: | 0.00 |
| Billing Period: | 06/28/2023 - 02/27/2024 | Tax: | 0.00 |
| Due Date: | 02/28/2024 | **Total:** | **1,485.25** |
| Payment Instructions: | Please DO NOT PAY. You will be charged the amount due through your selected method of payment. | | |



# Invoice

February 2024
Invoice Date: 02/28/2024
Invoice Number: E0400QZV3P
Due Date: 02/28/2024

**1,485.25 USD**

**Office 365 Extra File Storage**

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

### Previous charges

Your previous charges are applied to offset the charges during this billing period. See the next table for changes to your subscription.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/2024 - 06/06/2024 | Subscription charges from previous invoice | 500 | 2.40 | 152 | -498.36 | 0.00 | 0.00 | -498.36 | 0.00 % | 0.00 | -498.36 |
| Subtotal | | | | | -498.36 | 0.00 | 0.00 | -498.36 | | 0.00 | -498.36 |

### Changes during the billing period

This table shows changes made to your subscription during the billing period as additional charges, or funds returned to you.

Charges are prorated for the number of days impacted during the billing period.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/2024 - 01/07/2024 | Charges before changes to this subscription | 500 | 2.40 | 1 | 3.28 | 0.00 | 0.00 | 3.28 | 0.00 % | 0.00 | 3.28 |
| 01/08/2024 - 02/06/2024 | License change (+1500) | 2000 | 2.40 | 30 | 393.44 | 0.00 | 0.00 | 393.44 | 0.00 % | 0.00 | 393.44 |
| Subtotal | | | | | 396.72 | 0.00 | 0.00 | 396.72 | | 0.00 | 396.72 |



# Invoice

February 2024
Invoice Date: 02/28/2024
Invoice Number: E0400QZV3P
Due Date: 02/28/2024

**1,485.25 USD**

### New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/07/2024 - 06/06/2024 | Monthly subscription charges | 2000 | 2.40 | 121 | 1,586.89 | 0.00 | 0.00 | 1,586.89 | 0.00 % | 0.00 | 1,586.89 |
| Subtotal | | | | | 1,586.89 | 0.00 | 0.00 | 1,586.89 | | 0.00 | 1,586.89 |
| **Grand Total** | | | | | **1,485.25** | **0.00** | **0.00** | **1,485.25** | | **0.00** | **1,485.25** |



# Invoice

June 2023
Invoice Date: 06/28/2023
Invoice Number: E0400NUIWG
Due Date: 06/28/2023

**2,700.00 USD**

**Sold-To**
ATALaw
11 Donna Maria Way
Orinda ca 94563-4111
United States

**Bill-To**
ATALaw
4030 Martin Luther King Way
Oakland ca 94609
United States

**Service Usage Address**
ATALaw
11 Donna Maria Way
Orinda ca 94563-4111
United States

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 2,700.00 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | c11f4565-3f99-48e1-8c4c-a224ce9a25a4 | Credits: | 0.00 |
| Billing Period: | 06/28/2022 - 06/27/2023 | Tax: | 0.00 |
| Due Date: | 06/28/2023 | **Total:** | **2,700.00** |
| Payment Instructions: | Please DO NOT PAY. You will be charged the amount due through your selected method of payment. | | |



# Invoice

June 2023
Invoice Date: 06/28/2023
Invoice Number: E0400NUIWG
Due Date: 06/28/2023

**2,700.00 USD**

## Microsoft 365 Business Standard

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

### New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prepay monthly subscription | | | | | | | | | | |

| | | | | subscription charges | 10 | 150.00 | 366 | 1,500.00 | 0.00 | 0.00 | 1,500.00 | 0.00 % | | 0.00 | 1,500.00 |
| Subtotal | | | | | | | | 1,500.00 | 0.00 | 0.00 | 1,500.00 | | | 0.00 | 1,500.00 |

### Office 365 Extra File Storage

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

### New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/2023 - 06/06/2024 | Prepay monthly subscription charges | 500 | 2.40 | 366 | 1,200.00 | 0.00 | 0.00 | 1,200.00 | 0.00 % | 0.00 | 1,200.00 |
| Subtotal | | | | | 1,200.00 | 0.00 | 0.00 | 1,200.00 | | 0.00 | 1,200.00 |

Billing or service question? Call 1-800-865-9408 or visit https://aka.ms/Office365Billing.https://aka.ms/Office365Billing
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, United States
US FEIN 91-1144442

2/3

 Microsoft

# Invoice

June 2023
Invoice Date: 06/28/2023
Invoice Number: E0400NUIWG
Due Date: 06/28/2023

## 2,700.00 USD

| Grand Total | | | 2,700.00 | 0.00 | 0.00 | 2,700.00 | | 0.00 | 2,700.00 |
|---|---|---|---|---|---|---|---|---|---|

Billing or service question? Call 1-800-865-9408 or visit https://aka.ms/Office365Billing.https://aka.ms/Office365Billing
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, United States
US FEIN 91-1144442

3/3

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------ Original Message ------------------
**From:** MCM@atalawgroup.com;
**Received:** Wed Jul 31 2024 17:50:42 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com; supportmail@microsoft.com;
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

You don't often get email from mcm@atalawgroup.com. Learn why this is important

Thanks for sending but I get the same message:

Hi ! You have permission to Add files, but not to view files. For additional permissions, contact your Microsoft support engineer.

Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com



**CONFIDENTIALITY NOTICE:** This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named property above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

**IRS Circular 230 disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Wednesday, July 31, 2024 2:49 PM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

   Invoices.zip
Hello Matthew,

Thank you for your email.

I've placed the invoices in a folder and compressed it into a zip file. Could you please check if you can download it?

Looking forward for your response

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------- Original Message -------------------
**From:** MCM@atalawgroup.com;
**Received:** Wed Jul 31 2024 17:41:17 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com; supportmail@microsoft.com;
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

        You don't often get email from mcm@atalawgroup.com.  Learn why this is important

I cannot see these.  This is the message I get.

# Secure File Exchange 2407160010004144

File Transfers
0 files

 Add files  Download  Delete

Hi ! You have permission to Add files, but not to view files. For additional permissions, contact your Microsoft support engineer.


Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com



**CONFIDENTIALITY NOTICE:** This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named property above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

**IRS Circular 230 disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Wednesday, July 31, 2024 2:39 PM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

    E0400SHVTA.pdf
    E0400QZV3P.pdf

E0400NUIWG.pdf

Hello Matthew,

Thank you for reaching out.

I've attached three invoices for your review. Could you please confirm if these are the ones you needed?

If these invoices meet your requirements, great! If not, could you provide the following details so I can locate the correct ones for you?
Billing Period:
Subscription Name:

Looking forward to your response and happy to assist further.

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------ Original Message ------------------
**From:** MCM@atalawgroup.com;
**Received:** Wed Jul 31 2024 14:25:07 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com; supportmail@microsoft.com;
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

These steps did not work.  Can you please send me the invoices as requested?  These are invoices MS generated for me, and I cannot find them, but need them for accounting purposes.



Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com



**CONFIDENTIALITY NOTICE:** This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named properly above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

**IRS Circular 230 disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Wednesday, July 31, 2024 9:35 AM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

Hello Matthew,

I hope this message finds you well.

I understand that you're feeling frustrated with the issues you're experiencing, and I want to assure you that we're here to support you every step of the way.

For your invoice concerns, please refer to these articles which provide detailed, step-by-step instructions on how to check and download any invoice on your M365 tenant. Could you please try this and let me know if that helps you.
• View your invoice in the Microsoft 365 admin center | Microsoft Learn
• Manage billing notifications and invoice attachment settings in the Microsoft 365 admin center | Microsoft Learn

For the issue with Microsoft Word, please try the following steps:
1. Sign Out and Sign In:
   ○ Open any Office app (like Word).
   ○ Go to File > Account.
   ○ Sign out of your Microsoft account and then sign back in.
2. Update Office:
   ○ Open any Office app.
   ○ Go to File > Account > Update Options > Update Now.
3. Online Repair:
   ○ Right-click the Start button and select Apps and Features.
   ○ Find Microsoft Office in the list, click Modify, and select Online Repair.
4. Run the Microsoft Support and Recovery Assistant:
   ○ Download the tool from Download Microsoft Support and Recovery Assistant from Official Microsoft Download Center
   ○ Install and run the tool, following the prompts to troubleshoot and fix activation issues.

If these steps don't resolve the issue, please check if the correct license is assigned. I noticed there is a mix of active, deleted, and deprovisioned licenses on your Microsoft account. Ensure the correct and active license is assigned to the user.

I understand how frustrating these issues can be, and I appreciate your patience as we work through them together. Please let me know the outcome of these steps, and if you have any questions or need further assistance, don't hesitate to reply to this email. We are here to help you.

Thank you for your understanding and cooperation.

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday

------------------ Original Message ------------------
**From:** MCM@atalawgroup.com;
**Received:** Tue Jul 30 2024 20:40:12 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com; supportmail@microsoft.com;
**Subject:** [EXTERNAL] RE: Keep receiving notices that we a... - TrackingID#2407160010004144

Hi Dhananjoy:

Thanks for the call this morning.  I will have time to discuss tomorrow too, if necessary.

I wanted to alert you to a statement at one my staff received today from Microsoft:  "Also, when opening Word this morning, I received a notification that on Aug 15 my Microsoft license will be deactivated and will need to be reactivated."

What does this mean? I have already paid for her license as part of the 10 licenses that were renewed for $1500.  I will need that invoice too, please.  Thank you.


Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com



CONFIDENTIALITY NOTICE:  This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named properly above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Tuesday, July 30, 2024 10:45 AM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** Keep receiving notices that we are out of stora... - TrackingID#2407160010004144

Hello Matthew,

This is Dhananjoy your Microsoft 365 support engineer for ticket 2407160010004144. Thank you for taking the time to speak with me.

First of all, please accept our sincere apologies for all the inconvenience happened before on this ticket. I will ensure that I provide you the required details.

To recap our conversation, here is a summary of what we discussed:
- You have asked for 4 invoices (amount of 1400+,3800+,4800+,2500+) for your tenant subscriptions
- You also have asked for the add-on licenses purchase invoices
- Unfortunately, we didn't have much time today to connect. I will look into your account and reply on your email with an update.

If you have any questions, concerns or would like to add anything please feel free to reply back to this email and add them to your response.

I will contact you tomorrow to continue working on this ticket.

Have a great rest of your day,

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------ Original Message ------------------
**From:** MCM@atalawgroup.com;
**Received:** Mon Jul 29 2024 15:36:38 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com; supportmail@microsoft.com;
**Subject:** RE: [EXTERNAL] Re: Follow-up Notification - TrackingID#2407160010004144

Tomorrow morning at 10:30 would work the best.


Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com

CONFIDENTIALITY NOTICE:  This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named properly above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Monday, July 29, 2024 12:05 PM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** RE: [EXTERNAL] Re: Follow-up Notification - TrackingID#2407160010004144

Hello Matthew,

I hope this email finds you well.

I tried calling you in regard to your support request but was unfortunately reached to your voicemail. I understand you may be busy with some other important tasks. I will try calling again later today but please let me know if you would prefer a specific callback time. Just in case, I am occupied with any other task, I will get back to you by tomorrow.

If you have any questions or if you'd like to add anything else, please do not hesitate to let me know.

Looking forward to your reply,

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
----------------- Original Message -----------------
**From:** MCM@atalawgroup.com;
**Received:** Sun Jul 28 2024 23:57:11 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com;
**Subject:** [EXTERNAL] Re: Follow-up Notification - TrackingID#2407160010004144


        You don't often get email from mcm@atalawgroup.com. Learn why this is important

Tomorrow after 11:30am

Sent from my iPhone


On Jul 26, 2024, at 2:08 PM, Dhananjoy B <support@mail.support.microsoft.com> wrote:

Hello Matthew,

I'm reaching out to discuss your support case related to SPO storage space issue.

I emailed you on 24-Jul-24, yet we still haven't been able to connect.

Please respond to this email with a date and time that works for you. If you would rather speak with my manager, their contact information is in my signature.
Thanks,

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday

Your case number is [2407160010004144] in case you need it.


----------------- Original Message -----------------
**From:** support@mail.support.microsoft.com;
**Received:** Tue Jul 23 2024 14:38:28 GMT-0400 (Eastern Daylight Time)
**To:** Matthew Maclear <mcm@atalawgroup.com>; support@mail.support.microsoft.com;
**Subject:** RE: Keep receiving notices that we are out of s... - TrackingID#2407160010004144

Hello Matthew,

I hope this email finds you well.

I tried calling you in regard to your support request but was unfortunately reached to your voicemail. I understand you may be busy with some other important tasks. I will try calling again later today but please let me know if you would prefer a specific callback time. Just in case, I am occupied with any other task, I will get back to you by tomorrow.

If you have any questions or if you'd like to add anything else, please do not hesitate to let me know.

Looking forward to your reply,

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
----------------- Original Message -----------------
**From:** support@mail.support.microsoft.com;
**Received:** Tue Jul 23 2024 14:38:28 GMT-0400 (Eastern Daylight Time)
**To:** Matthew Maclear <mcm@atalawgroup.com>;
**Subject:** Keep receiving notices that we are out of stora... - TrackingID#2407160010004144


Hello Matthew,

Hope this email finds you well.

As per our conversation we have scheduled a callback for you at your requested time.

Thank you for your patience and understanding. If you have any further questions or need additional assistance, please don't hesitate to reach out to me.

Regards,

Shabnam

For Microsoft Customer Service & Support
v-shabsharma@microsoft.com
Working Hours: 12:00 pm - 9:00 pm (EST) | Monday- Friday
Technical Lead: Hasnain | v-hasnoorani@microsoft.com
Working Hours: 12:00 pm - 9:00 pm (EST)| Monday- Friday
Manager: Suresh | v-snathani@microsoft.com
Working Hours: 08:00 am - 5:00 pm (EST) | Monday- Friday

# IAN WREN

# FEBRUARY 2024 INVOICE

| | | | |
|---|---|---|---|
| **INVOICE #** | 02-401 | **INVOICE DATE** | 2/27/2024 |
| **WORK ORDER #** | 02-400 | | |

| | | | |
|---|---|---|---|
| **MAILING INFO** | Ian Wren | **BILL TO** | Matthew Maclear |
| | Wren WS | | Aqua Terra Aeris Law Group |
| | PO Box 31896 | | 4030 Martin Luther King Jr. Way |
| | San Francisco, CA 94131 | | Oakland, CA 94609 |
| | Phone: (415) 810-6956 | | |

Technical services provided from November, 2023 to February 27, 2024, concerning the lead cables investigation, Lake Tahoe, CA.

| HOURLY SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Meeting with defendants, document review | 34.8 | $150 | $5,220.00 |
| | | | |
| SUBTOTAL | 34.8 | | $    5,220.00 |

| DIRECT COSTS | AMOUNT |
|---|---|
| | |
| | |
| | |
| SUBTOTAL | $          - |

**OTHER COMMENTS**

1. Total payment due in 30 days

2. Please make checks payable to Ian Wren

| | | |
|---|---|---|
| **TOTAL** | **$** | **5,220.00** |



# INVOICE



ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 586156 | 13524 |
| Invc Date | Total Due |
| 3/07/24 | 655.24 |
| Current | Over 30 Days |
| 655.24 | .00 |
| Over 60 Days | Over 90 Days |
| .00 | .00 |

AQUA TERRA AERIS LAW GROUP
ATTN: ESMERALDA BUSTOS
4030 MARTIN LUTHER KING JR. WY
OAKLAND, CA 94609

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13524 | 586156 | 2/29/24 | 655.24 | 1 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 2/26/24<br>PDF PROCESS | 2290243<br>2 DAY | PND | Caller:  ESMERALDA BUSTOS<br>AQUA TERRA AERIS LAW GROUP<br>4030 MARTIN LUTHER KING JR. WY<br>OAKLAND<br><br>2;21-cv-00073-JDP<br>CSPA V PAC BELL<br>LETTR/SUP TO PRODUCE<br>3/13, 10AM | Ref No.:  CSPA V PAC BELL<br>COR FOR: HALEY & ALDRICH, INC.<br>2710 GATEWAY OAKS DRIVE<br>SACRAMENTO | BASE      :    99.50<br>FUEL CHRG :     7.46 | | 106.96 |
| 2/26/24<br>PDF PROCESS | 2290380<br>3 DAY | P3D | Caller:  ESMERALDA BUSTOS<br>AQUA TERRA AERIS LAW GROUP<br>4030 MARTIN LUTHER KING JR. WY<br>OAKLAND<br><br>2:21-CV-00073<br>CSPA V PAC BELL<br>FEDERAL RECORDS 3/13 | Ref No.:  CSPA V PAC BELL<br>CA REGIONAL WATER QUALITY CONTROL<br>2501 LAKE TAHOE BLVD.<br>SOUTH LAKE TAHOE<br><br>DOCS SAVED IN AFF<br>FOLDER | BASE      :   325.00 | | 325.00 |
| 2/26/24<br>PDF PROCESS | 2290396<br>3 DAY | P3D | Caller:  ESMERALDA BUSTOS<br>AQUA TERRA AERIS LAW GROUP<br>4030 MARTIN LUTHER KING JR. WY<br>OAKLAND<br><br>2:21-CV-00073<br>CSPA V PAC BELL<br>FEDERAL RECORDS 3/13 | Ref No.:  CSPA V PAC BELL<br>CT CORP/RAMBOLL US CONSULTING INC<br>330 N. BRAND BLVD<br>GLENDALE<br><br>JOB #422001<br>MISC=20 COPIES | BASE      :    94.25<br>MISC.     :     5.00<br>FUEL CHRG :     7.07 | | 106.32 |
| 2/27/24<br>PDF PROCESS | 2290246<br>2 DAY | PND | Caller:  ESMERALDA BUSTOS<br>AQUA TERRA AERIS LAW GROUP<br>4030 MARTIN LUTHER KING JR. WY<br>OAKLAND<br><br>2;21-cv-00073-JDP<br>CSPA V PAC BELL<br>LTTR/NTC/SUP TO PROD<br>3/13, 10AM | Ref No.:  CSPA V PAC BELL<br>CALIFORNIA DEPARTMENT OF PARKS AND<br>715 P STREET<br>SACRAMENTO | BASE      :    99.50<br>PDF PAGES :    10.00<br>FUEL CHRG :     7.46 | | 116.96 |
| | | | | | Total | | 655.24 |

# INVOICE PAYMENT DUE UPON RECEIPT



# ACE ATTORNEY SERVICE

# INVOICE



ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 586156 | 13524 |
| **Invc Date** | **Total Due** |
| 3/07/24 | 655.24 |
| **Current** | **Over 30 Days** |
| 655.24 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| .00 | .00 |

AQUA TERRA AERIS LAW GROUP
ATTN: ESMERALDA BUSTOS
4030 MARTIN LUTHER KING JR. WY
OAKLAND, CA 94609

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13524 | 586156 | 2/29/24 | 655.24 | 2 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|

Reference          Description                    Orders    Total  Amt

CSPA V PAC BELL                                      4       655.24

                                    Reference  **Totals :**    4       655.24

                          **Total    Amount Due:**    4       655.24

# INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE



**Lake Tahoe Diving &
Environmental LLC**

1775 E Valley Rd
Minden, NV 89423

info@tahoedivecenter.com
+1 (530) 318-0082
www.laketahoedivingenvironmentallll
c.com

## Matthew Maclear

**Bill to**

Matthew Maclear
Aqua Terra Ares (ATA) Law GRoup
4030 Martin Luther King Jr. Way
Oakland, California 94609 USA

**Invoice details**

Invoice no.: 1058
Terms: Due on receipt
Invoice date: 02/21/2024
Due date: 03/15/2024

| # | Product or service | SKU | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Survey ROV** | | 6 | $2,650.00 | $15,900.00 |
| | ROV Survey and Inspections. 2 Persons one Vessel and ROV for 6 working days. including video editing and GPS Coordinates of areas of interest. | | | | |
| | Survey days- 12-4-23, 12-5-23, 12-11-23, 12-17-23, 2-11-24, 2-24-24. | | | | |

### Ways to pay

    

Thank you for your business! I take credit cards, ACH payments,
and checks can be picked up personally.

| | |
|---|---|
| **Total** | **$15,900.00** |
| Payment | -$15,900.00 |
| **Balance due** | **$0.00** |

**Paid in Full**



# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 589326 | 13524 |
| Invc Date | Total Due |
| 3/21/24 | 654.35 |
| Current | Over 30 Days |
| 654.35 | .00 |
| Over 60 Days | Over 90 Days |
| .00 | .00 |

AQUA TERRA AERIS LAW GROUP
ATTN: ESMERALDA BUSTOS
4030 MARTIN LUTHER KING JR. WY
OAKLAND, CA 94609

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13524 | 589326 | 3/15/24 | 654.35 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/26/24<br>PDF PROCESS | 2290397<br>3 DAY | P3D | Caller:  ESMERALDA BUSTOS<br>AQUA TERRA AERIS LAW GROUP<br>4030 MARTIN LUTHER KING JR. WY<br>OAKLAND<br><br>2:21-CV-00073<br>CSPA V PAC BELL<br>FEDERAL RECORDS 3/13 | Ref No.:  CSPA V PAC BELL<br>UC DAVIS TAHOE ENVIRONMENTAL RESEAR<br>291 COUNTRY CLUB DR.<br>INCLINE VILLAGE<br><br>MISC=20 COPIES | BASE     :   308.00<br>MISC.    :     5.00 | 313.00 |
| 3/08/24<br>PDF PROCESS | 2295256<br>PRIORITY | PSD | Caller:  THERESA TRILLO<br>AQUA TERRA AERIS LAW GROUP<br>4030 MARTIN LUTHER KING JR. WY<br>OAKLAND<br><br>2:21-cv-00073-JDP<br>CSPA/PACIFIC BELL<br>FED SUP TO PRODUCE<br>3/25, 10AM | Ref No.:  CSPA/PACIFIC BELL<br>STATE WATER RESOURCES CONTROL BOARD<br>1001 I STREET<br>SACRAMENTO | BASE     :   126.25<br>FUEL CHRG :     9.47 | 135.72 |
| 3/12/24<br>RESEARCH ND | 2296539 | RND | Caller:  ESMERALDA BUSTOS<br>SANTA CLARA COUNTY SUPERIOR COURT<br>191 N. FIRST STREET<br>SAN JOSE<br><br>20CV370803<br>City of San Jose V<br>TSAI RETRIEVE<br>MEMORANDUM OF POINTS | Ref No.:  RESEARCH<br>AQUA TERRA AERIS LAW GROUP<br>4030 MARTIN LUTHER KING JR. WY<br>OAKLAND<br><br>WT=30MINS RSRCH TIME | BASE     :   165.75<br>WAIT/RSRCH:    22.50<br>ADVANCE   :     4.50<br>CHK.CHARGE:      .45<br><br>FUEL CHRG :    12.43 | 205.63 |
| | | | | Total | | 654.35 |

# INVOICE PAYMENT DUE UPON RECEIPT



# ATTORNEY SERVICE

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 589326 | 13524 |
| **Invc Date** | **Total Due** |
| 3/21/24 | 654.35 |
| **Current** | **Over 30 Days** |
| 654.35 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| .00 | .00 |

AQUA TERRA AERIS LAW GROUP
ATTN: ESMERALDA BUSTOS
4030 MARTIN LUTHER KING JR. WY
OAKLAND, CA 94609

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13524 | 589326 | 3/15/24 | 654.35 | 2 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|

| | Reference | Description | Orders | Total Amt |
|---|---|---|---|---|
| | CSPA V PAC BELL | | 1 | 313.00 |
| | CSPA/PACIFIC BELL | | 1 | 135.72 |
| | RESEARCH | | 1 | 205.63 |
| | | Reference Totals : | 3 | 654.35 |
| | | Total Amount Due: | 3 | 654.35 |

## INVOICE PAYMENT DUE UPON RECEIPT



We've updated FedEx Billing Online and now payments are a breeze. Explore new benefits today!     **TRY THE NEW EXPERIENCE ->**

**FedEx Billing Online**



**Invoice Detail View**                                                                                                          Back

**Invoice Summary**                                                                                                 Help Hide

**Billing Information**                                                          **Charge Summary**                            View Details

| | | |
|---|---|---|
| Invoice no. | <Prev 6-037-95649 ⌄ Next> | |
| Account no. | 8824-0675-0 | |
| Store ID no. | | |
| FedEx Tax ID No. | 71-0427007 | |
| Invoice date | 03/25/2024 | |
| Invoice status | Closed | |
| Balance due | $0.00 | |

| Charge Summary | |
|---|---|
| Total express charges | 52.11 |
| Total ground charges | 0.00 |
| Total other charges | 0.00 |
| Total invoice amount | 52.11 |
| Total payments and credits | 52.11 |
| **Total balance due** | **$0.00** |

View Invoice History

Other discounts may apply.
Shipments included in this invoice received an earned discount. If you would like to know how it was calculated, please go to the following URL: https://www.fed   Read More..
Other discounts may apply.
To pay your FedEx invoice, please go to www.fedex.com/payment. Thank you for using FedEx.

**FedEx Invoice Details**                                                                                                      Help

Filter by   [None selected ⌄]                                                        Results per page   10 ⌄

| Select all | Tracking ID | Date | Type | Product group | Reference | Payor | Status | Meter | Total Billed | Balance due |
|---|---|---|---|---|---|---|---|---|---|---|
| | 775607449077 | 03/21/2024 | Express | | v3 MTS production | Shipper | Closed | 112404778 | 52.11 | 0.00 |

Back



We've updated FedEx Billing Online and now payments are a breeze. Explore new benefits today!     **TRY THE NEW EXPERIENCE ->**

**FedEx Billing Online**



**Invoice Detail View**                                                                    Back

**Invoice Summary**                                                                Help Hide

**Billing Information**                                        **Charge Summary**                  View Details

| | | | |
|---|---|---|---|
| Invoice no. | <Prev  6-042-35432  v  Next> | Total express charges | 62.26 |
| Account no. | 8824-0675-0 | Total ground charges | 0.00 |
| Store ID no. | | Total other charges | 0.00 |
| FedEx Tax ID No. | 71-0427007 | Total invoice amount | 62.26 |
| Invoice date | 03/29/2024 | Total payments and credits | 62.26 |
| Invoice status | Closed | **Total balance due** | **$0.00** |
| Balance due | $0.00 | | |

View Invoice History

To pay your FedEx invoice, please go to www.fedex.com/payment. Thank you for using FedEx. Other discounts may apply.

**FedEx Invoice Details**                                                            Help

Filter by  [None selected]                                    Results per page  [10 v]

| Select all | Tracking ID | Date | Type | Product group | Reference | Payor | Status | Meter | Total Billed | Balance due |
|---|---|---|---|---|---|---|---|---|---|---|
| | 775703000988 | 03/26/2024 | Express | | CSPA v Pac bell - LTSLT vid | Shipper | Closed | 112404778 | 62.26 | 0.00 |

Back



We've updated FedEx Billing Online and now payments are a breeze. Explore new benefits today!     **TRY THE NEW EXPERIENCE ->**

**FedEx Billing Online**



**Invoice Detail View**                                                                                                          Back

**Invoice Summary**                                                                                              Help Hide

**Billing Information**                                                   **Charge Summary**                          View Details

| | | | |
|---|---|---|---|
| Invoice no. | <Prev 6-047-29973 ▼ Next> | Total express charges | 73.15 |
| Account no. | 8824-0675-0 | Total ground charges | 0.00 |
| Store ID no. | | Total other charges | 0.00 |
| FedEx Tax ID No. | 71-0427007 | Total invoice amount | 73.15 |
| Invoice date | 04/03/2024 | Total payments and credits | 73.15 |
| Invoice status | Closed | **Total balance due** | **$0.00** |
| Balance due | $0.00 | | |
| View Invoice History | | | |

To pay your FedEx invoice, please go to www.fedex.com/payment. Thank you for using FedEx. Other discounts may apply.

**FedEx Invoice Details**                                                                                         Help

Filter by [None selected ▼]                                      Results per page 10 ▼

| Select all | Tracking ID | Date | Type | Product group | Reference | Payor | Status | Meter | Total Billed | Balance due |
|---|---|---|---|---|---|---|---|---|---|---|
| | 791441335497 | 03/29/2024 | Express | | CSPA v Pac Bell ext drive | Shipper | Closed | 112404778 | 73.15 | 0.00 |

Back



Case 2:21-cv-08072-SJ5F Document 337-4 Filed 10/11/24 Page 59 of 142

Shredding
Freighting
Faxing
Notarizing
Moving
Packing supplies
**theupsstore**
theupsstore.com

Shipment Receipt: Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

MON 15 APR 2024

SHIPMENT INFORMATION:
USPS PRIORITY MAIL
0 lb 0.7 oz actual wt
0.50 lb billable wt

EXPECTED DELIVERY DATE:
TUES 16 APR 2024 EOD
SHIP FROM:
SCOTT FONTECCHIO
1925 WISEMAN LN
GARDNERVILLE  NV 89410
(775) 230-1116

DIMS: 6.00X9.00X1.00 IN
CARRIER PROTECTED : 100.00 USD
E-MAIL NOTIFICATION: SHIP,DELIVER
USPS TRACKING

TRACKING NUMBER: 9405511206210196036517
SHIPMENT ID: MM6UEJU06JJEN
SHIP REF 1: - -
SHIP REF 2: - -

SHIP TO:
SIERRA DISTRICT/PARKS
PO BOX 266
TAHOMA CA 96142-0241
RESIDENTIAL

DESCRIPTION OF GOODS:
USB DRIVE

SHIPMENT CHARGES:
PRIORITY MAIL                    17.98
SERVICE OPTIONS                   1.98
CMS PROCESSING FEE                0.22

SHIPPED THROUGH:
THE UPS STORE #7141
GARDNERVILLE,NV 89410-7374
(775) 392-4192

TOTAL                           $20.18

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
SELECT TRACKING, ENTER SHIPMENT ID #)  SHIPMENT

# INVOICE



**Rachael Lundy, CSR, RPR**
2500 Tulare Street, Room 1501
Fresno, CA 93721

rlundy.csr@gmail.com
+1 (559) 207-1072

## Matthew C Maclear

**Bill to**
Matthew C Maclear
Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
United States

**Ship to**
Matthew C Maclear
Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
United States

**Invoice details**
Invoice no.: 20240265
Terms: Net 30
Invoice date: 01/26/2024
Due date: 02/25/2024

| # | Date | Product or service | SKU | Qty | Rate | Amount |
|---|------|-------------------|-----|-----|------|--------|
| 1. | | **Expedited transcript**<br>copy order 21-cv-73 | | 66 | $1.05 | $69.30 |

| | Total | **$69.30** |
|---|---|---|

## Ways to pay

   

**Pay invoice**



Payment receipt

# You paid $69.30

to Rachael Lundy, CSR, RPR on January 26, 2024

| | |
|---|---:|
| Invoice no. | 20240265 |
| Invoice amount | $69.30 |
| Total | $69.30 |

| | |
|---|---:|
| Status | Paid |
| Payment method | PayPal |
| Authorization ID | 19Y5JV8376973933 |

Thank you



Rachael Lundy, CSR, RPR

1 5592071072

rlundy.csr@gmail.com

2500 Tulare Street, Room 1501, Fresno, CA 93721

No additional transfer fees or taxes apply.

PDF_RECEIPT_MTL_FOOTER

**Receipt**

Print Date: Oct 28, 2024

## RETURN TO

THERESA TRILLO
AQUA TERRA AERIS LAW GROUP
4030 MARTIN LUTHER KING JR WAY
OAKLAND, CA 94609

## SHIP TO

ESMERALDA BUSTOS
24271 DOVER LN
HAYWARD, CA 94541

## REFERENCE

| | |
|---|---|
| Ship Date: | Apr 30, 2024 |
| Ship from ZIP: | 94609 |
| Weight: | 0lbs. 1oz. |
| User: | atalawgroup1 |
| Cost Code: | |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping Label |
| Delivery Status: | Delivered |
| Tracking #: | 9405511206204165413935 |

| SERVICE | UNIT PRICE |
|---|---|
| USPS Priority Mail® Flat Rate Envelope | $7.99 |
| Tracking | $0.00 |
| Insurance (Carrier Insurance ($0.00)) | $0.00 |
| Subtotal | $7.99 |
| Label Quantity | 1 |
| Total Cost | $7.99 |

# FedEx Office.

Address:                1501 S VIRGINIA
                        RENO
                        NV 89502
Location:               RNOKK
Device ID:              -BTC01
Transaction:            940394071434

FedEx Ground
Tracking Number:
274325949325   12.15 lb (S)        30.52
        Declared Value   100
Recipient Address:
        Cal Test Labritory
        Attn: Sample Reiciving
        1885 N KELLY RD
        NAPA, CA 94558-6219
        7072584000

Scheduled Delivery Date 5/7/2024

Pricing option:
        STANDARD RATE

Package Information:
        Your Packaging
        20 x 16 x 12

        Shipment subtotal:      $30.52

            Total Due:          $30.52

        (S) CreditCard:         $30.52
        ************1553


        M = Weight entered manually
        S = Weight read from scale
        T = Taxable item

Terms and conditions apply, including terms that limit
FedEx's liability. The estimated shipping charge
may be different than the actual charges for your
shipment. Differences may occur based on actual weight,
dimensions and other factors. Shipment-related terms
and conditions and details on how shipping charges
are calculated are available upon request or at
fedex.com/serviceguide.


        Visit us at: fedex.com
        Or call 1.800.GoFedEx
            1.800.463.3339

        May 06, 2024 2:59:12 PM


********** WE LISTEN **********
    Tell us how we're doing
& receive a discount on your next order!
        fedex.com/welisten
    Redemption Code: _____

        *** Thank you ***

**Techni Ice USA: New Order # 600003393**

**Sales - Techniice USA <techniice@techniice.com>**

Mon 5/6/2024 4:42 PM

To:Emily M Carlson <emilycarlson@unr.edu>

**[EXTERNAL EMAIL]**



# Hello Emily Carlson,

Thank you for your order from Techni Ice USA. If you have any questions about your order please contact us at **support@techniice.com.**

**Your order confirmation is below. Thank you again for your business.**

## Your Order #600003393 (placed on May 7, 2024 9:41:49 AM AEST)

| **Billing Information:** | **Payment Method:** |
|---|---|
| Emily Carlson<br>1664 N Virginia St<br>MS 314<br>Reno, Nevada, 89557<br>United States<br>T: 19163179366 | Stripe(Credit Card)<br>Credit Card Type:  **MasterCard**<br>Credit Card Number: **xxxx-1553**<br>Processed Amount:  **$32.95** |

| **Shipping Information:** | **Shipping Method:** |
|---|---|
| Emily Carlson<br>1664 N Virginia St<br>MS 314<br>Reno, Nevada, 89557<br>United States<br>T: 19163179366 | Postage - Subsidised Postage |

| Item | Sku | Quantity | Subtotal |
|---|---|---|---|
| **6 Techni Ice Heavy Duty Reusable Dry Ice packs *NEW HIGH PERFORMANCE MODEL** | USRE0060000 | 1 | $32.95 |
| | | Subtotal | $32.95 |
| | | Shipping & Handling | $0.00 |
| | | **Grand Total** | **$32.95** |

Thank you again, **Techni Ice USA**

This email originated outside of the University of Nevada, Reno. Do not click on links or attachments unless you recognize the sender and know the content is safe. Report suspicious emails to the Office of Information Technology (OIT) at abuse@unr.edu.

# IAN WREN

# APRIL 2024 INVOICE

| | | | |
|---|---|---|---|
| **INVOICE #** | 02-402 | **INVOICE DATE** | 4/16/2024 |
| **WORK ORDER #** | 02-400 | | |

| | | | |
|---|---|---|---|
| **MAILING INFO** | Ian Wren | **BILL TO** | Matthew Maclear |
| | Wren WS | | Aqua Terra Aeris Law Group |
| | PO Box 31896 | | 4030 Martin Luther King Jr. Way |
| | San Francisco, CA 94131 | | Oakland, CA 94609 |
| | Phone: (415) 810-6956 | | |

Technical services provided from March 12, 2024 to April 11, 2024, concerning the lead cables investigation, Lake Tahoe, CA.

| HOURLY SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Meeting with defendants, document review | 49.5 | $150 | $7,425.00 |
| | | | |
| SUBTOTAL | 49.5 | $ | 7,425.00 |

| DIRECT COSTS | AMOUNT |
|---|---|
| sampling supplies (Environment Express, Amazon) | $1,609.40 |
| Caltest Analytical Laboratory | $  3,458.70 |
| mileage ( 404 x $0.67) | $   270.68 |
| **SUBTOTAL** | **$   5,338.78** |

**OTHER COMMENTS**

1. Total payment due in 30 days

2. Please make checks payable to Ian Wren

| **TOTAL** | **$   12,763.78** |
|---|---|

Invoice for Ian Wren, April 2024



# *Invoice*

**Invoice No:** 718757

| | |
|---|---|
| **Lab Order:** Z040572 | **Invoice Date:** 04/12/2024 |
| **Project:** Lake Tahoe | **Received:** 04/11/2024 |
| **Sampled:** KRIS KIERCE, IAN WREN | **Invoice Terms **:** COD |
| | **Purchase Auth/PO:** |

**Invoice To:** Mr. Ian Wren
Ian Wren
5214F Diamond Heights Blvd
San Francisco, CA 94131

**Report To:** Mr. Ian Wren     (415) 810-6956
Ian Wren
5214F Diamond Heights Blvd
San Francisco, CA 94131

CC:

| Description | TAT | Quantity | Unit Price | Total Cost |
|---|---|---|---|---|
| Digestion for ICP-MS | Standard | 25 | $32.40 | $810.00 |
| Hardness, Titration | Standard | 10 | $45.90 | $459.00 |
| Lab Filtration for Metals, Dissolved | Standard | 7 | $52.20 | $365.40 |
| Lead, Dissolved, ICPMS-CM Analysis | Standard | 7 | $41.40 | $289.80 |
| Lead, Total, ICPMS by 6020 | Standard | 15 | $74.70 | $1,120.50 |
| Lead, Total, ICPMS-CM Analysis | Standard | 10 | $41.40 | $414.00 |
| | | | **Total** | **$3,458.70** |

**Invoice Notes**
Invoice includes a 10% volume discount off Caltest 2023 price book.

**Please reference the invoice number on your check and remit to:**

Caltest Analytical Laboratory
1885 North Kelly Road
Napa, California 94558
(707) 258-4000

**\*\*Payment due NET days from Invoice Date or Prior to Release of results if COD
Past Due Balances subject to a FINANCE CHARGE of 1.5% per month.**

**\*\*\* Securely pay invoices online at CaltestLabs.com \*\*\***



1885 North Kelly Road • Napa, California 94558
(707) 258-4000 • (707) 226-1001 • e-mail: info@caltestlabs.com





# Invoice

**Remit To:**
Environmental Express, Inc.
P.O. Box 742940
Atlanta, GA 30374-2940
(800) 343-5319
AR@envexp.com

| | |
|---|---|
| **Invoice No.** | 1000778053 |
| **Customer No.** | WWSCA |

| Bill To | Ship To |
|---|---|
| WRENWS- CA | WRENWS- CA |
| 1036 CHENERY ST. | 1036 CHENERY ST. |
| SAN FRANCISCO, CA 94131 | SAN FRANCISCO, CA 94131 |
| **Contact:** | **Contact:** |
| **Telephone:** | **Telephone:** |
| **E-mail:** | **E-mail:** |

| Invoice Date | Order Date | SO Number | Ordered By | Customer PO Number | Payment Method |
|---|---|---|---|---|---|
| 03/21/2024 | 03/14/2024 | 10643638 | IAN WREN | | CYBER |

| Warehouse | Ship Via | F.O.B. | Resale Number |
|---|---|---|---|
| MAIN | BEST | DEST | |

| Order Quantity | Ship Quantity | Tax | Item Number / Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1.00 | 1.00 | Y | EE0626520<br>Smart Spatula 17251 Disposable Spatula, Sterile, O | 183.50 | 183.50 |
| 3.00 | 3.00 | Y | EE0763004<br>Cole-Parmer Essentials Disposable Bottle Top Aspir | 122.00 | 366.00 |
| 1.00 | 1.00 | Y | EE1777805<br>Alconox Liquinox 1232-1 Critical Cleaning Liquid D | 37.00 | 37.00 |
| | | | Tracking Number: 735136541836 & 735136541858 | | |

| | | | | |
|---|---|---|---|---|
| **Print Date** | 03/21/2024 | **Total Paid** | 0.00 | |
| **Print Time** | 09:21:08 PM | **Balance Due** | 677.76 | |
| **Page No.** | 1 | **Due Date** | 03/21/2024 | |

"These commodities, technology or software were exported from the United States in accordance with the Export
Administration regulations, diversion contrary to law is prohibited." "We certify this invoice is to be true and correct."
Environmental Express, Inc.

| | |
|---|---|
| **Subtotal** | 586.50 |
| **Freight** | 40.68 |
| **Sales Tax** | 50.58 |
| **Adjustment** | 0.00 |
| **Invoice Total** | 677.76 |

CURRENCY: USD Amount due is based on
'terms' above. All past due invoices are subject to a
service charge. Credit card payments made toward
past due invoices will incur a 3% charge at the time
of processing.


an antylia scientific company

# Invoice

**Remit To:**
Environmental Express, Inc.
P.O. Box 742940
Atlanta, GA 30374-2940
(800) 343-5319
AR@envexp.com

| Invoice No. | 1000777199 |
|---|---|
| Customer No. | WWSCA |

| Bill To | Ship To |
|---|---|
| WRENWS- CA<br>1036 CHENERY ST.<br>SAN FRANCISCO, CA 94131 | WRENWS- CA<br>1036 CHENERY ST.<br>SAN FRANCISCO, CA 94131 |
| **Contact:**<br>**Telephone:**<br>**E-mail:** | **Contact:**<br>**Telephone:**<br>**E-mail:** |

| Invoice Date | Order Date | SO Number | Ordered By | Customer PO Number | Payment Method |
|---|---|---|---|---|---|
| 03/14/2024 | 03/14/2024 | 10643638 | IAN WREN | | CYBER |

| Warehouse | Ship Via | F.O.B. | Resale Number |
|---|---|---|---|
| MAIN | BEST | DEST | |

| Order Quantity | Ship Quantity | Tax | Item Number / Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 3.00 | 3.00 | Y | G3061<br>SPE - Tubing 180 PVC, 10FT | 44.50 | 133.50 |
| 1.00 | 1.00 | Y | SC6131-0110<br>Thermo Scientific Nalgene Hand-Operated Vacuum Pum | 181.25 | 181.25 |
| | | | Date: 03/14/2024 Pkg: 1 Via: UPS® Ground Tracking #: 1ZX292630391122422<br>Weight: 6.30 | | |

| Print Date | 03/14/2024 |
|---|---|
| Print Time | 06:12:54 PM |
| Page No. | 1 |

| Total Paid | 0.00 |
|---|---|
| Balance Due | 368.26 |
| Due Date | 03/14/2024 |

| Subtotal | 314.75 |
|---|---|
| Freight | 26.36 |
| Sales Tax | 27.15 |
| Adjustment | 0.00 |
| Invoice Total | 368.26 |

"These commodities, technology or software were exported from the United States in accordance with the Export Administration regulations, diversion contrary to law is prohibited." "We certify this invoice is to be true and correct." Environmental Express, Inc.

CURRENCY: USD Amount due is based on 'terms' above. All past due invoices are subject to a service charge. Credit card payments made toward past due invoices will incur a 3% charge at the time of processing.



# Invoice

**Remit To:**
Environmental Express, Inc.
P.O. Box 742940
Atlanta, GA 30374-2940
(800) 343-5319
AR@envexp.com

| Invoice No. | 1000777875 |
|---|---|
| Customer No. | WWSCA |

| Bill To |
|---|
| WRENWS- CA |
| 1036 CHENERY ST. |
| SAN FRANCISCO, CA 94131 |
| **Contact:** |
| **Telephone:** |
| **E-mail:** |

| Ship To |
|---|
| WRENWS- CA |
| 1036 CHENERY ST. |
| SAN FRANCISCO, CA 94131 |
| **Contact:** |
| **Telephone:** |
| **E-mail:** |

| Invoice Date | Order Date | SO Number | Ordered By | Customer PO Number | Payment Method |
|---|---|---|---|---|---|
| 03/20/2024 | 03/14/2024 | 10643638 | IAN WREN | | CYBER |

| Warehouse | Ship Via | F.O.B. | Resale Number |
|---|---|---|---|
| MAIN | BEST | DEST | |

| Order Quantity | Ship Quantity | Tax | Item Number / Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1.00 | 1.00 | Y | LC157601 | 40.10 | 40.10 |
| | | | LabChem Isopropyl Alcohol, 70% (v/v); 500 mL | | |
| | | | Tracking Number: 725550552550 | | |

| Print Date | 03/20/2024 |
|---|---|
| Print Time | 09:03:24 PM |
| Page No. | 1 |

| Total Paid | 0.00 |
|---|---|
| Balance Due | 60.67 |
| Due Date | 03/20/2024 |

| Subtotal | 40.10 |
|---|---|
| Freight | 17.11 |
| Sales Tax | 3.46 |
| Adjustment | 0.00 |
| Invoice Total | 60.67 |

"These commodities, technology or software were exported from the United States in accordance with the Export Administration regulations, diversion contrary to law is prohibited." "We certify this invoice is to be true and correct."
Environmental Express, Inc.

CURRENCY: USD Amount due is based on 'terms' above. All past due invoices are subject to a service charge. Credit card payments made toward past due invoices will incur a 3% charge at the time of processing.



**Final Details for Order #112-6872534-6311418**

Print this page for your records.

**Order Placed:** April 8, 2024
**Amazon.com order number:** 112-6872534-6311418
**Order Total: $62.37**

---

### Shipped on April 9, 2024

| Items Ordered | Price |
|---|---|
| 1 of: *8oz. pH/EC Calibration Solution Kit (pH 7.00, 4.00, 10.01, 1413 µS, 12.88 mS, 84 µS), plus Storage Solution & CalBox* | $57.42 |

Sold by: Amazon.com Services, Inc

Supplied by: Other

Condition: New

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
Two-Day Shipping

---

### Payment information

| | | |
|---|---|---|
| **Payment Method:** | Item(s) Subtotal: | $57.42 |
| Visa  ending in 4666 | Shipping & Handling: | $0.00 |
| | | ----- |
| **Billing address** | Total before tax: | $57.42 |
| Ian Wren | Estimated tax to be collected: | $4.95 |
| 1036 CHENERY ST | | ----- |
| SAN FRANCISCO, CA 94131-2923 | **Grand Total:** | **$62.37** |
| United States | | |
| **Credit Card transactions** | Visa ending in 4666: April 9, 2024: | $62.37 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2024, Amazon.com, Inc. or its affiliates

Back to top

| English | | United States | | Help |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates


**Final Details for Order #112-1165442-8197033**

Print this page for your records.

**Order Placed:** March 13, 2024
**Amazon.com order number:** 112-1165442-8197033
**Order Total:** $55.37

---

### Shipped on March 14, 2024

| Items Ordered | Price |
|---|---|
| 1 of: *Amazon Basics Quart Food Storage Bags, 150 Count (Previously Solimo)* | $9.30 |

Sold by: Amazon.com Services, Inc
Supplied by: Other

Condition: New

| | |
|---|---|
| 1 of: *SHUNWEI 2 Pcs Cleaning Brush Small Scrub Brush for Cleaning Sink Scrub Brush with Handle, Bathroom Kitchen Edge Corner Grout Cleaning Brushes for Household Use, Window Track Cleaning Brush* | $6.99 |

Sold by: SHUNWEI Direct (seller profile)
Supplied by: SHUNWEI Direct (seller profile)

Condition: New

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
Delivery in fewer trips to your address

---

### Shipped on March 14, 2024

| Items Ordered | Price |
|---|---|
| 1 of: *Promar TR-601 Minnow/Crawfish Trap Steel* | $22.65 |

Sold by: Amazon.com Services, Inc
Supplied by: Other

Condition: New

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
Delivery in fewer trips to your address

---

### Shipped on March 14, 2024

| Items Ordered | Price |
|---|---|
| 1 of: *Amazon Basics Gallon Food Storage Bags, 120 Count* | $12.04 |

Sold by: Amazon.com Services, Inc
Supplied by: Other

Condition: New

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
Delivery in fewer trips to your address

---

## Payment information

| | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $50.98 |
| Visa  ending in 4666 | Shipping & Handling: $0.00 |
| | ----- |
| **Billing address** | Total before tax: $50.98 |
| Ian Wren | Estimated tax to be collected: $4.39 |
| 1036 CHENERY ST | ----- |
| SAN FRANCISCO, CA 94131-2923 | **Grand Total: $55.37** |
| United States | |
| **Credit Card transactions** | Visa ending in 4666: March 14, 2024: $55.37 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2024, Amazon.com, Inc. or its affiliates

Back to top

| English | United States | Help |
|---|---|---|

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



**Final Details for Order #112-6316656-4509814**

Print this page for your records.

**Order Placed:** March 13, 2024
**Amazon.com order number:** 112-6316656-4509814
**Order Total:** $363.70

---

### Shipped on March 14, 2024

| Items Ordered | Price |
|---|---|
| 5 of: *2 Pack 550ml Syringes with 55.1 Inch Tube and Needle 8G 1.5", Sterile Syringe Individually Packaged for Labs, Liquid Measuring, Feeding Pets,Oil, Glue*<br>Sold by: AKRAF DIRECT (seller profile) \| Product question? Ask Seller<br>Supplied by: AKRAF DIRECT (seller profile)<br><br>Condition: New | $18.99 |

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
One-Day Shipping

---

### Shipped on March 14, 2024

| Items Ordered | Price |
|---|---|
| 10 of: *2 Pack 550ml Syringes with 55.1 Inch Tube and Needle 8G 1.5", Sterile Syringe Individually Packaged for Labs, Liquid Measuring, Feeding Pets,Oil, Glue*<br>Sold by: AKRAF DIRECT (seller profile) \| Product question? Ask Seller<br>Supplied by: AKRAF DIRECT (seller profile)<br><br>Condition: New | $18.99 |

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
One-Day Shipping

---

### Shipped on March 15, 2024

| Items Ordered | Price |
|---|---|
| 5 of: *MedPride Powder-Free Nitrile Exam Gloves, Large, Large (Pack of 100)*<br>Sold by: HLmedical (seller profile)<br>Supplied by: HLmedical (seller profile)<br><br>Condition: New | $9.99 |

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
One-Day Shipping

---

## Payment information

| | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $334.80 |
| Visa  ending in 4666 | Shipping & Handling: $0.00 |
| | ----- |
| **Billing address** | Total before tax: $334.80 |
| Ian Wren | Estimated tax to be collected: $28.90 |
| 1036 CHENERY ST | ----- |
| SAN FRANCISCO, CA 94131-2923 | **Grand Total: $363.70** |
| United States | |
| **Credit Card transactions** | Visa ending in 4666: March 15, 2024: $54.25 |
| | Visa ending in 4666: March 14, 2024: $103.15 |
| | Visa ending in 4666: March 14, 2024: $206.30 |

**To view the status of your order, return to** Order Summary.

Conditions of Use | Privacy Notice © 1996-2024, Amazon.com, Inc. or its affiliates

Back to top

English        United States        Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



**Final Details for Order #113-6829179-5719443**

Print this page for your records.

**Order Placed:** March 25, 2024
**Amazon.com order number:** 113-6829179-5719443
**Order Total:** $21.27

---

### Shipped on March 26, 2024

| Items Ordered | Price |
|---|---|
| 1 of: *Comfy Package [100 Pack} Heavy Duty Disposable Basic Plastic Knives - Clear…*<br>Sold by: COMFY PACKAGE (seller profile)<br>Supplied by: COMFY PACKAGE (seller profile)<br><br>Condition: New | $8.99 |
| 1 of: *Lenitech 8 Inch Multi-Purpose Assorted Colored Cable Zip Ties, 300 Pieces*<br>Sold by: Lenitech (seller profile)<br>Supplied by: Lenitech (seller profile)<br><br>Condition: New | $10.59 |

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
FREE Prime Delivery

---

### Payment information

| | |
|---|---|
| **Payment Method:**<br>Visa  ending in 4666 | Item(s) Subtotal: $19.58<br>Shipping & Handling: $0.00<br>----- |
| **Billing address**<br>Ian Wren<br>1036 CHENERY ST<br>SAN FRANCISCO, CA 94131-2923<br>United States | Total before tax: $19.58<br>Estimated tax to be collected: $1.69<br>-----<br>**Grand Total: $21.27** |
| **Credit Card transactions** | Visa ending in 4666: March 26, 2024: $21.27 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2024, Amazon.com, Inc. or its affiliates

Back to top

English    United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

**From:** Lake Tahoe Diving & Environmental LLC <quickbooks@notification.intuit.com>
**Sent:** Saturday, May 4, 2024 8:26 PM
**To:** Matthew Maclear <MCM@atalawgroup.com>
**Subject:** Invoice - Reminder: Your payment to Lake Tahoe Diving & Environmental LLC is due.

# Your invoice is ready!

BALANCE DUE $10,600.00



Pay invoice

Thank you for your business! pleas inform us of your payment preference. We take credit cards (2.99% fee) , ACH payments (1% Fee), and checks are preferred and can be mailed. please be advised our address has changed.

Dear Matthew Maclear,

We're sending a reminder to let you know that the invoice has not been paid. If you already paid this invoice or have any questions, let us know!

Have a great day!
Lake Tahoe Diving & Environmental LLC

**Lake Tahoe Diving & Environmental LLC**

1492 Kathy Way

Gardnerville, Nevada 89460

info@tahoedivecenter.com
+1 (530) 318-0082
www.tahoedivingservice.com

If you receive an email that seems fraudulent, please check with the business owner before paying, or you can forward the email to security@intuit.com so we can look into it. Read more at security.intuit.com.



© 2024 Intuit, Inc. All rights reserved.

Privacy | Security | Terms of Service

**Lucent Discovery LLC**
655 Irwin Street, Suite 1051
San Rafael, CA  94901



# INVOICE

**BILL TO**
Attn: Matthew Maclear
Aqua Terra Aeris (ATA) Law
Group
4030 Martin Luther King Jr.
Way
Oakland, CA 94609

**INVOICE #** 24-1432
**DATE** 04/16/2024
**DUE DATE** 05/16/2024
**TERMS** Net 30

| CLIENT MATTER NAME | PO NUMBER | SALES REP |
|---|---|---|
| California Sportfishing Protect | N/A | Judson Holt |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| User License(s) | 1 | 89.00 | 89.00 |
| Hosting - Active Workspace | 29.46 | 8.00 | 235.68 |
| Project Management L2 Hours | 19.60 | 150.00 | 2,940.00 |
| Data Analyst Hours:<br>Upload data load file/images to Relativity and validate.  Generate fields to accommodate fields in load file.  Build ARM archive. | 2 | 150.00 | 300.00 |
| Project Management L3 Hours | 1 | 200.00 | 200.00 |

Matter Name: California Sportfishing Protection Alliance v. Pac Bell

**BALANCE DUE** **$3,764.68**

Billing Period: March 2024

Payment Remittance Options:

1. Check Payments: Lucent Discovery LLC
655 Irwin Street, Suite 1051, San Rafael, CA 94901

2. ACH/Wire Transfers: Bank of Marin
Routing No. 121141877 / Account No. 0015-922975

All invoices shall be payable according to the payment terms outlined above. Interest charges shall accrue at the rate of 1.5% per month for all past due balances. The client shall be responsible to reimburse all collection costs, including court costs and attorney fees incurred by Lucent Discovery LLC, in connection with the collection of any delinquent charges.

Lucent Discovery LLC
655 Irwin Street, Suite 1051
San Rafael, CA  94901



lucent

# INVOICE

**BILL TO**
Attn: Matthew Maclear
Aqua Terra Aeris (ATA) Law
Group
4030 Martin Luther King Jr.
Way
Oakland, CA 94609

**INVOICE #** 24-1495
**DATE** 05/20/2024
**DUE DATE** 06/19/2024
**TERMS** Net 30

| CLIENT MATTER NAME | PO NUMBER | SALES REP |
|---|---|---|
| California Sportfishing Protect | N/A | Judson Holt |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| User License(s) | 1 | 89.00 | 89.00 |
| Hosting - Active Workspace | 29.46 | 8.00 | 235.68 |
| Project Management L3 Hours: create ARM (Relativity archive) | 1 | 200.00 | 200.00 |

Matter Name: California Sportfishing Protection Alliance v. Pac Bell

**BALANCE DUE**                    **$524.68**

Billing Period: April 2024

Payment Remittance Options:

1. Check Payments: Lucent Discovery LLC
655 Irwin Street, Suite 1051, San Rafael, CA 94901

2. ACH/Wire Transfers: Bank of Marin
Routing No. 121141877 / Account No. 0015-922975

All invoices shall be payable according to the payment terms outlined above. Interest charges shall accrue at the rate of 1.5% per month for all past due balances. The client shall be responsible to reimburse all collection costs, including court costs and attorney fees incurred by Lucent Discovery LLC, in connection with the collection of any delinquent charges.

State of California - Natural Resources Agency                                    SCH#    2024030585
DEPARTMENT OF PARKS AND RECREATION

ROE Permit No. _____

# RIGHT OF ENTRY (ROE) PERMIT - COST CALCULATION SHEET

**FOR DEPARTMENTAL USE ONLY**

To calculate a classification's hourly rate, use CalHR's Civil Service Pay Scale (https://www.calhr.ca.gov/Pay%20Scales%20Library/PS_Sec_15.pdf) and divide the classification's monthly compensation by 173.333 hours. Staff benefit rates are current for fiscal year 2020-2021 and must be reconsidered each year. Enter a new rate in the *Benefit Rate* field if needed.

| *Complete before sending to applicant.* | *Complete after receiving payment from applicant.* | |
|---|---|---|
| Form completed by: Lindsay Cline | Check # : | |
| Title: Senior Environmental Scientist | Check Date : | |
| Date: April 8, 2024 | Check Amount : | |
| | Project # : | |
| | Activity # : | |
| | State Clearinghouse No. (SCH#): | 2024030585 |
| | District-Specific ROE Permit No. | |

This worksheet is used to calculate the total costs incurred from expenses of permit-related items below. Costs may be incurred due to addressing park impacts, revenue losses, inspections, monitoring, surveys and/or other permit management. All costs must be paid in full prior to permit issuance. Fees and multipliers for permit applications are re-evaluated on a regular basis to ensure the department's review costs are recovered and that applicants are not unfairly charged.

| Basic Charges | Amount |
|---|---|
| Permit Fee | $50.00 |
| Standard Permit Reimbursement Cost | $450.00 |

| Item | Other Charges | Amount |
|---|---|---|
| - + | | |
| | Subtotal: | |

| Item | Job Classification Title | Position | Benefit Rate | Hourly Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| - + | Senior Environmental Scientist (Specialist) ▾ | Non-Safety ▾ | 60.283% | $47.49 | 24 | $1,826.61 |
| | Task: PEF, NOE, ROE Preparation and Posting | | | | | |
| | | | | | Subtotal: | $1,826.61 |

| | | |
|---|---|---|
| | Total: | $2,326.61 |

Notes: Video from the underwater cables sampling taken by commercial divers contracted by Permittee will be shared with the State and the Washoe Tribe of Nevada and California to facilitate monitoring of cables sampling at no cost to the Permittee.



Payment receipt

# You paid $524.68

to Lucent Discovery LLC on 5/21/2024

---

| Invoice no. | 24-1495 |
|---|---|
| Invoice amount | $524.68 |
| Total | $524.68 |

---

| Status | Paid |
|---|---|
| Payment method | Bank |
| Authorization ID | A9YFC2ST |

Thank you

Lucent Discovery LLC

+16282433700

lucent@coveps.com

655 Irwin Street, Suite 1051, San Rafael, CA 94901

No additional transfer fees or taxes apply.

Intuit Payments Inc (IPI) processes payments as an agent of the business. Payments processed by IPI constitutes payment to the business and satisfies your obligation to pay the business, including in connection with any dispute or case, in law or equity. Money movement services are provided by IPI pursuant to IPI's licenses (NMLS #1098819, https://www.intuit.com/legal/licenses/payment-licenses). IPI is located at 2700 Coast Avenue, Mountain View, CA 94043, 1-888-536-4801.

# INVOICE



**LAKE TAHOE**

**DIVING & ENVIRONMENTAL**
**530-318-0082**

**Lake Tahoe Diving &**
**Environmental LLC**

1492 Kathy Way

Gardnerville, Nevada 89460

info@tahoedivecenter.com

+1 (530) 318-0082

www.tahoedivingservice.com

## Matthew Maclear

**Bill to**

Matthew Maclear

Aqua Terra Ares (ATA) Law GRoup

4030 Martin Luther King Jr. Way

Oakland, California 94609 USA

**Invoice details**

Invoice no.: 1060

Terms: Due on receipt

Invoice date: 05/19/2024

Due date: 05/24/2024

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Survey and Sample** | one Day Sampling Abandoned Telecom cable in Lake Tahoe | 1 | $2,650.00 | $2,650.00 |

| | Total | **$2,650.00** |
|---|---|---|

## Ways to pay

   

Dear customers, credit/debit card payments incur a 3% fee, ACH payments a 1% or max $15 fee, and checks are fee-free. Kindly inform LTDE of your preferred payment method for accurate billing. Thank you.

Pay invoice



# *Invoice*

**Invoice No:** 719495

| | |
|---|---|
| **Lab Order:** Z040950 | **Invoice Date:** 05/08/2024 |
| **Project:** Lead Project Apr 22-23 2024 | **Received:** 04/24/2024 |
| **Sampled:** Kris Kierce, Ian Wren | **Invoice Terms **:** COD |
| | **Purchase Auth/PO:** |

**Invoice To:**
Mr. Ian Wren
Ian Wren
5214F Diamond Heights Blvd
San Francisco, CA 94131

**Report To:**
Mr. Ian Wren      (415) 810-6956
Ian Wren
5214F Diamond Heights Blvd
San Francisco, CA 94131

CC:

| Description | TAT | Quantity | Unit Price | Total Cost |
|---|---|---|---|---|
| Digestion for ICP-MS | Standard | 15 | $32.40 | $486.00 |
| Hardness, Titration | Standard | 15 | $45.90 | $688.50 |
| Lab Filtration for Metals, Dissolved | Standard | 15 | $52.20 | $783.00 |
| Lead, Dissolved, ICPMS-CM Analysis | Standard | 15 | $41.40 | $621.00 |
| Lead, Total, ICPMS by 6020 | Standard | 21 | $58.10 | $1,220.10 |
| Lead, Total, ICPMS-CM Analysis | Standard | 15 | $41.40 | $621.00 |
| Metals Digestion (non-aqueous) | Standard | 21 | $25.20 | $529.20 |
| | | | **Total** | **$4,948.80** |

**Invoice Notes**

**Please reference the invoice number on your check and remit to:**

Caltest Analytical Laboratory
1885 North Kelly Road
Napa, California 94558
(707) 258-4000

**\*\*Payment due NET days from Invoice Date or Prior to Release of results if COD**
**Past Due Balances subject to a FINANCE CHARGE of 1.5% per month.**

**\*\*\* Securely pay invoices online at CaltestLabs.com \*\*\***



1885 North Kelly Road • Napa, California 94558
(707) 258-4000 • (707) 226-1001 • e-mail: info@caltestlabs.com





NELAP/ORELAP Certification 4036     **Caltest** ANALYTICAL LABORATORY     CA-ELAP Certification 1664

ENVIRONMENTAL ANALYSES

## Invoice

**Invoice No: 719495**

Lab Order: Z040950
Project: Lead Project Apr 22-23 2024
Sampled: Kris Kierce, Ian Wren

Invoice Date: 05/08/2024
Received: 04/24/2024
Invoice Terms **: COD
Purchase Auth/PO:

Invoice To: Mr. Ian Wren
Ian Wren
5214F Diamond Heights Blvd
San Francisco, CA  94131

Report To: Mr. Ian Wren    (415) 810-6956
Ian Wren
5214F Diamond Heights Blvd
San Francisco, CA  94131

CC: *BEING PAID BY ATA Law Group*

| Description | TAT | Quantity | Unit Price | Total Cost |
|---|---|---|---|---|
| Digestion for ICP-MS | Standard | 15 | $32.40 | $486.00 |
| Hardness, Titration | Standard | 15 | $45.90 | $688.50 |
| Lab Filtration for Metals, Dissolved | Standard | 15 | $52.20 | $783.00 |
| Lead, Dissolved, ICPMS-CM Analysis | Standard | 15 | $41.40 | $621.00 |
| Lead, Total, ICPMS by 6020 | Standard | 21 | $58.10 | $1,220.10 |
| Lead, Total, ICPMS-CM Analysis | Standard | 15 | $41.40 | $621.00 |
| Metals Digestion (non-aqueous) | Standard | 21 | $25.20 | $529.20 |
| | | | **Total** | **$4,948.80** |

**Invoice Notes**

**Please reference the invoice number on your check and remit to:**

Caltest Analytical Laboratory
1885 North Kelly Road
Napa, California 94558
(707) 258-4000

*THANK YOU,*
*MATT MACLEAR*



AQUA TERRA AERIS LAW GROUP
4030 MARTIN LUTHER KING JR WAY
OAKLAND, CA 94609

2689
11-8166/3210
41

MAY 20, 2024

PAY TO THE ORDER OF *CALTEST ANALYTICAL LABORATORY*   $ *4948.80*

*FOUR THOUSAND NINE HUNDRED FORTY EIGHT 00/100* DOLLARS

FIRST REPUBLIC BANK
224 Brookwood Road
Orinda, CA 94563
Ph 888-408-0288 Customer Care

FOR *CSDA V.P. BELL* *INV. 719495*

⑈321081669⑈ 80008538334⑊ 02689

05/08/2

Page 1 of 1



J. W. Morris, Jr., LLC                                    *Materials Science and Failure Analysis*

65 Schooner Hill
Oakland, California 94618
phone: (510) 549-0499
e-mail: jwmorris@me.com

June 10, 2024

Matthew C. Maclear
ATA Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609

**Re:     PacBell Litigation**

Dear Mr. Maclear,

I enclose a statement for work done on this matter through this date.  Given the tentative settlement, this will, presumably, be my final invoice on this matter.

Regards,

J. W. Morris, Jr.

J. W. Morris, Jr., LLC                    *Materials Science and Failure Analysis*

65 Schooner Hill
Oakland, California 94618
phone: (510) 549-0499
e-mail: jwmorris@me.com

Date:   June 10, 2024

To:     Matthew C. Maclear
        ATA Law Group
        4030 Martin Luther King Jr. Way
        Oakland, CA 94609

**Re:    PacBell Litigation**

For:    Consulting Services, through June, 2024.

J.W. Morris, Jr.
EIN 82-5499416

*Consulting Time:*

        See attached itemization
        18.1 hrs. @ $400.00                                    $7,240.00

*Expenses:*

        None                                                    0.00

**Total due**                                               **$7,240.00**

J. W. Morris, Jr., LLC                                   *Materials Science and Failure Analysis*

65 Schooner Hill
Oakland, California 94618
phone: (510) 549-0499
e-mail: jwmorris@me.com

**PacBell Litigation**
J.W. Morris, Jr.
Itemization of Consulting Time
6/10/2024

| | | | |
|---|---|---|---|
| 4/8/24 | receive thesis from MM, review | 1.5 | |
| 4/9/24 | photograph parts, schedule pickup | 1.2 | |
| 4/10/24 | contact re pickup | 0.1 | |
| 4/11/24 | return parts | 0.2 | |
| 4/12/24 | review, prepare, discuss with MM | 3.0 | |
| 4/17/24 | research corrosion issues | 2.0 | |
| 5/6/24 | telecon MM re issues | 0.2 | |
| 5/10/24 | telecon MM re issues | 0.2 | |
| 5/30/24 | receive document set, review | 1.5 | |
| 5/31/24 | review document set, materials | 4.0 | |
| 6/5/24 | research for report | 2.0 | |
| 6/6/24 | em from MM re zoom mtng | 0.2 | |
| 6/7/24 | review for zoom mtng | 2.0 | |
| 6/7/24 | tentative setttlement | 0.0 | |
| | total | | 18.1 |

# IAN WREN

# JUNE 2024 INVOICE

| | | | |
|---|---|---|---|
| **INVOICE #** | 02-403 | **INVOICE DATE** | 6/3/2024 |
| **WORK ORDER #** | 02-400 | | |

| **MAILING INFO** | **BILL TO** |
|---|---|
| Ian Wren | Matthew Maclear |
| Wren WS | Aqua Terra Aeris Law Group |
| PO Box 31896 | 4030 Martin Luther King Jr. Way |
| San Francisco, CA 94131 | Oakland, CA 94609 |
| Phone: (415) 810-6956 | |

Technical services provided from April 12, 2024 to May 31, 2024, concerning the lead cables investigation, Lake Tahoe, CA.

| HOURLY SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| sample preparation, sampling (4/23 and 5/15), organization, coordination | 95.5 | $150 | $14,325.00 |
| travel | 13 | $75 | $975.00 |
| SUBTOTAL | 108.5 | | $ 15,300.00 |

| DIRECT COSTS | AMOUNT |
|---|---|
| sampling supplies (Environment Express, Amazon) | $1,040.38 |
| Caltest Analytical Laboratory | $ 6,811.20 |
| mileage (1080 x $0.67) | $ 723.60 |
| SUBTOTAL | $ 8,575.18 |

**OTHER COMMENTS**

1. Total payment due in 30 days
2. Please make checks payable to Ian Wren

| **TOTAL** | **$ 23,875.18** |
|---|---|



## *Invoice*

**Invoice No:** 720047

| | |
|---|---|
| **Lab Order:** Z050760 | **Invoice Date:** 05/29/2024 |
| **Project:** Lead Project MAY 15 2024 | **Received:** 05/20/2024 |
| **Sampled:** Mr. Ian Wren | **Invoice Terms **:** COD |
| | **Purchase Auth/PO:** |

**Invoice To:** Mr. Ian Wren
Ian Wren
5214F Diamond Heights Blvd
San Francisco, CA 94131

**Report To:** Mr. Ian Wren     (415) 810-6956
Ian Wren
5214F Diamond Heights Blvd
San Francisco, CA 94131

CC:

| Description | TAT | Quantity | Unit Price | Total Cost |
|---|---|---|---|---|
| Digestion for ICP-MS | 3 | 26 | $57.60 | $1,497.60 |
| Digestion for ICP-MS | 7 | 14 | $36.00 | $504.00 |
| Hardness, Titration | 7 | 14 | $51.00 | $714.00 |
| Lab Filtration for Metals, Dissolved | 7 | 14 | $46.40 | $649.60 |
| Lead, Dissolved, ICPMS-CM Analysis | 7 | 14 | $46.00 | $644.00 |
| Lead, Total, ICPMS by 6020 | 7 | 26 | $83.00 | $2,158.00 |
| Lead, Total, ICPMS-CM Analysis | 7 | 14 | $46.00 | $644.00 |
| Sample Hold - no analysis | 7 | 10 | $0.00 | $0.00 |
| | | | **Total** | **$6,811.20** |

**Invoice Notes**
Invoice includes rush surcharges for client-requested rush of water and sediment/biota sample prep, analysis, and preliminary results.

**Please reference the invoice number on your check and remit to:**

Caltest Analytical Laboratory
1885 North Kelly Road
Napa, California 94558
(707) 258-4000

**\*\*Payment due NET days from Invoice Date or Prior to Release of results if COD
Past Due Balances subject to a FINANCE CHARGE of 1.5% per month.**

**\*\*\* Securely pay invoices online at CaltestLabs.com \*\*\***



1885 North Kelly Road • Napa, California 94558
(707) 258-4000 • (707) 226-1001 • e-mail: info@caltestlabs.com





### Final Details for Order #112-9473230-2463402
Print this page for your records.

**Order Placed:** May 11, 2024
**Amazon.com order number:** 112-9473230-2463402
**Order Total:** $31.43

---

#### Shipped on May 11, 2024

| Items Ordered | Price |
|---|---|
| 1 of: *FINITEX - Black Nitrile Disposable Gloves, 5mil, Powder-free, Medical Exam Gloves Latex-Free 100 PCS For Cleaning Food Gloves (XX-Large (Pack of 90))* <br> Sold by: Defender Protect (seller profile) <br> Supplied by: Defender Protect (seller profile) <br><br> Condition: New | $13.99 |
| 1 of: *Amazon Basics Gallon Food Storage Bags, 120 Count* <br> Sold by: Amazon.com Services, Inc <br> Supplied by: Other <br><br> Condition: New | $14.94 |

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
Rush Shipping

---

#### Payment information

**Payment Method:**
Visa ending in 4666

**Billing address**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Credit Card transactions**

| | |
|---|---|
| Item(s) Subtotal: | $28.93 |
| Shipping & Handling: | $2.99 |
| Free Shipping: | -$2.99 |
| | ----- |
| Total before tax: | $28.93 |
| Estimated tax to be collected: | $2.50 |
| | ----- |
| **Grand Total:** | **$31.43** |
| Visa ending in 4666: May 11, 2024: | $31.43 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2024, Amazon.com, Inc. or its affiliates

Back to top

English    United States    Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



### Final Details for Order #112-7639159-7633825

Print this page for your records.

**Order Placed:** May 11, 2024
**Amazon.com order number:** 112-7639159-7633825
**Order Total:** $10.85

---

### Shipped on May 11, 2024

| Items Ordered | Price |
|---|---|
| 1 of: *MedPride Powder-Free Nitrile Exam Gloves, Large, Large (Pack of 100)* | $9.99 |

Sold by: HLmedical (seller profile)

Supplied by: HLmedical (seller profile)

Condition: New

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
FREE Prime Delivery

---

### Payment information

| Payment Method: | Item(s) Subtotal: | $9.99 |
|---|---|---|
| Visa ending in 4666 | Shipping & Handling: | $0.00 |
| | | ----- |
| **Billing address** | Total before tax: | $9.99 |
| Ian Wren | Estimated tax to be collected: | $0.86 |
| 1036 CHENERY ST | | ----- |
| SAN FRANCISCO, CA 94131-2923 | **Grand Total:** | **$10.85** |
| United States | | |
| **Credit Card transactions** | Visa ending in 4666: May 11, 2024: | $10.85 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2024, Amazon.com, Inc. or its affiliates

Back to top

English     United States     Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

 **amazon**.com    Case 2:21-cv-00073-JDP    Document 157-4    Filed 10/31/24    Page 92 of 142

### Final Details for Order #112-2087148-3169015

Print this page for your records.

**Order Placed:** May 7, 2024
**Amazon.com order number:** 112-2087148-3169015
**Order Total:** $127.80

---

### Shipped on May 8, 2024

| Items Ordered | Price |
|---|---|
| 1 of: *pH Buffer Calibration Solution Kit 3-Pack: pH 4.00, pH 7.00, pH 10.00 Buffers — 250 ml (8.4 fl oz) Each — Color Coded — NIST Traceable for All pH Meters*<br>Sold by: Biopharm Inc (seller profile) \| Product question? Ask Seller<br>Supplied by: Biopharm Inc (seller profile)<br><br>Condition: New | $22.69 |
| 3 of: *WUWEOT 2 Pack 1 Gallon HDPE Plastic Jugs, Empty Bottle Jug with Child Resistant Airtight Lids for Home and Commercial Use, Water Storage Containers for Water, Soaps, Detergents, Liquids*<br>Sold by: Nicunom (seller profile)<br>Supplied by: Other<br><br>Condition: New | $18.99 |

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
FREE Prime Delivery

---

### Shipped on May 8, 2024

| Items Ordered | Price |
|---|---|
| 2 of: *WUWEOT 2 Pack 1 Gallon HDPE Plastic Jugs, Empty Bottle Jug with Child Resistant Airtight Lids for Home and Commercial Use, Water Storage Containers for Water, Soaps, Detergents, Liquids*<br>Sold by: Nicunom (seller profile)<br>Supplied by: Nicunom (seller profile)<br><br>Condition: New | $18.99 |

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
FREE Prime Delivery

---

### Payment information

**Payment Method:**
Visa  ending in 4666

**Billing address**

| | |
|---|---|
| Item(s) Subtotal: | $117.64 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $117.64 |

Ian Wren        Case 2:21-cv-00073-JDP   Document 157-4   Filed 10/31/24   Page 93 of 142
1036 CHENERY ST                                                                          Total sales tax cost of                    $10.16
SAN FRANCISCO, CA 94131-2923                                                             -----
United States                                                                            **Grand Total:**        **$127.80**

**Credit Card transactions**                                        Visa ending in 4666: May 8, 2024:                  $127.80

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2024, Amazon.com, Inc. or its affiliates

Back to top

| English | United States |    Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



## Final Details for Order #114-9876699-1101001

Print this page for your records.

**Order Placed:** April 17, 2024
**Amazon.com order number:** 114-9876699-1101001
**Order Total:** $733.15

---

### Shipped on April 18, 2024

| Items Ordered | Price |
|---|---|
| 5 of: *500ml Large Plastic Syringe with Measurement for Scientific Labs, Watering Plants, Liquids Dispensing and Refilling, Individually Sealed Wrapped*<br>Sold by: Expesumas (seller profile)<br>Supplied by: Expesumas (seller profile), Other<br><br>Condition: New | $9.99 |
| 8 of: *500ml Large Syringe, Plastic Syringe for Scientific Labs, Watering, Refilling (Individual Wrap)*<br>Sold by: HaBeuniversal (seller profile)<br>Supplied by: HaBeuniversal (seller profile)<br><br>Condition: New | $9.98 |

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
FREE Prime Delivery

---

### Shipped on April 18, 2024

| Items Ordered | Price |
|---|---|
| 3 of: *500ml Large Plastic Syringe with Measurement for Scientific Labs, Watering Plants, Liquids Dispensing and Refilling, Individually Sealed Wrapped*<br>Sold by: Expesumas (seller profile)<br>Supplied by: Expesumas (seller profile)<br><br>Condition: New | $9.99 |
| 4 of: *500ml Large Syringe, Plastic Syringe for Scientific Labs, Watering, Refilling (Individual Wrap)*<br>Sold by: HaBeuniversal (seller profile)<br>Supplied by: HaBeuniversal (seller profile)<br><br>Condition: New | $9.98 |

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
FREE Prime Delivery

| **Items Ordered** | **Price** |
|---|---|
| 12 of: *500ml Large Syringe, Plastic Syringe for Scientific Labs, Watering, Refilling (Individual Wrap)* | $9.98 |

Sold by: HaBeuniversal (seller profile)
Supplied by: HaBeuniversal (seller profile)

Condition: New

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
FREE Prime Delivery

---

**Shipped on April 18, 2024**

| **Items Ordered** | **Price** |
|---|---|
| 16 of: *500ml Large Syringe, Plastic Syringe for Scientific Labs, Watering, Refilling (Individual Wrap)* | $9.98 |

Sold by: HaBeuniversal (seller profile)
Supplied by: HaBeuniversal (seller profile)

Condition: New

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
FREE Prime Delivery

---

**Shipped on April 18, 2024**

| **Items Ordered** | **Price** |
|---|---|
| 14 of: *500ml Large Plastic Syringe with Measurement for Scientific Labs, Watering Plants, Liquids Dispensing and Refilling, Individually Sealed Wrapped* | $9.99 |

Sold by: Expesumas (seller profile)
Supplied by: Expesumas (seller profile)

Condition: New

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
FREE Prime Delivery

---

**Shipped on April 17, 2024**

| Items Ordered | Price |
|---|---|
| 2 of: *500ml Large Plastic Syringe with Measurement for Scientific Labs, Watering Plants, Liquids Dispensing and Refilling, Individually Sealed Wrapped* | $9.99 |

Sold by: Expesumas (seller profile)

Supplied by: Expesumas (seller profile)

Condition: New

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
FREE Prime Delivery

---

### Shipped on April 18, 2024

| Items Ordered | Price |
|---|---|
| 6 of: *500ml Large Plastic Syringe with Measurement for Scientific Labs, Watering Plants, Liquids Dispensing and Refilling, Individually Sealed Wrapped* | $9.99 |

Sold by: Expesumas (seller profile)

Supplied by: Expesumas (seller profile)

Condition: New

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
FREE Prime Delivery

---

### Payment information

| **Payment Method:** | | |
|---|---|---|
| Visa  ending in 4666 | Item(s) Subtotal: | $698.90 |
| | Shipping & Handling: | $0.00 |
| | Promotion Applied: | -$23.95 |
| **Billing address** | | ----- |
| Ian Wren | Total before tax: | $674.95 |
| 1036 CHENERY ST | Estimated tax to be collected: | $58.20 |
| SAN FRANCISCO, CA 94131-2923 | | ----- |
| United States | **Grand Total:** | **$733.15** |
| **Credit Card transactions** | Visa ending in 4666: April 18, 2024: | $407.65 |
| | Visa ending in 4666: April 18, 2024: | $325.50 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2024, Amazon, Inc. or its affiliates

Back to top

English   United States   Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

 **amazon.com**   **Case 2:21-cv-00073-JDP   Document 157-4   Filed 10/31/24   Page 98 of 142**

### Final Details for Order #114-1920643-3541842

Print this page for your records.

**Order Placed:** April 17, 2024
**Amazon.com order number:** 114-1920643-3541842
**Order Total:** $137.15

---

### Shipped on April 17, 2024

| Items Ordered | Price |
|---|---|
| 1 of: *Conductivity Calibration Standard 3-Pack — 500 mL (1.06 Pint) Each: 84 µS, 1,413 µS and 12,880 µS* | $41.00 |

Sold by: Biopharm Inc (seller profile) | Product question? Ask Seller
Supplied by: Biopharm Inc (seller profile)

Condition: New

| | |
|---|---|
| 1 of: *pH Buffer Calibration Solution Kit 3-Pack: pH 4.00, pH 7.00, pH 10.00 Buffers — 250 ml (8.4 fl oz) Each — Color Coded — NIST Traceable for All pH Meters* | $22.69 |

Sold by: Biopharm Inc (seller profile) | Product question? Ask Seller
Supplied by: Biopharm Inc (seller profile)

Condition: New

| | |
|---|---|
| 4 of: *Super Z Outlet 5.5" Mini Acrylic Plastic Kitchen Scoops for Weddings, Candy Dessert Buffet, Ice Cream, Protein Powders, Coffee, Tea (Clear)* | $11.99 |

Sold by: Super Z Outlet (seller profile)
Supplied by: Super Z Outlet (seller profile)

Condition: New

| | |
|---|---|
| 1 of: *Amazon Basics Gallon Food Storage Bags, 120 Count* | $14.62 |

Sold by: Amazon.com Services, Inc
Supplied by: Other

Condition: New

**Shipping Address:**
Ian Wren
1036 CHENERY ST
SAN FRANCISCO, CA 94131-2923
United States

**Shipping Speed:**
Delivery in fewer trips to your address

---

### Payment information

| Payment Method: | Item(s) Subtotal: | $126.27 |
|---|---|---|
| Mastercard ending in 3805 | Shipping & Handling: | $0.00 |
| | | ----- |
| **Billing address** | Total before tax: | $126.27 |
| Arianna Yanez | Estimated tax to be collected: | $10.88 |
| 1085 BENNETT AVE | | ----- |
| LONG BEACH, CA 90804-4204 | **Grand Total:** | **$137.15** |
| United States | | |
| **Credit Card transactions** | MasterCard ending in 3805: April 17, 2024: | $137.15 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2024, Amazon.com, Inc. or its affiliates

Back to top

English     United States     Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

**Sudeep Chandra, PhD**
**682 West Pueblo St**
**Reno, NV 89509**
**Phone:** 775-354-4849
**Email:** limnosudeep@me.com

---

*Lake Tahoe: Telecom Cable Expert Witness and Study*

===

June 12, 2024

**TO:** Mr. Matt Maclear, Aqua Terra Aeris Law Group

**RE:** Lake Tahoe Telecom Cable Study Invoice

**<u>SERVICES</u>**:

Task: Scientific expert/ assisted in the design and development of the sampling to determine chemical concentrations in Lake Tahoe, literature review related to metals and impacts to ecology, background contaminant information for Lake Tahoe, and ecological expertise related to the ecology of Lake Tahoe.

Consulting time ($160/ hour) at 9 hours = <u>$1,440</u>

**<u>EXPENSES</u>**:

| | |
|---|---|
| Frozen ice packs | $32.95 |
| Fedex Shipment to analytical laboratory | $30.52 |

_____

TOTAL INVOICE: **<u>$1,503.47</u>**

Requested by:

Dr. Sudeep Chandra

# PETER GREEN INVOICE

**DATE:**
June 12, 2024

**INVOICE #**
1

**TO:**
Aqua Terra Aeris Law Group
4030 Martin Luther King Way
Oakland, CA
ATTN: Matthew Maclear

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Peter Green | Consulting Services | June 12, 2024 | N/A |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | Literature searching (dissertations) (May 27, 2024) | 250.00 | 250.00 |
| 1 | Literature searching (reports) (May 28, 2024) | 250.00 | 250.00 |
| 1 | Literature searching (peer-reviewed publications) (May 29, 2024) | 250.00 | 250.00 |
| 1 | Assessing reports from shared folders' documents (June 3, 2024) | 250.00 | 250.00 |
| 1 | Assessing reports from shared folders' documents (June 4, 2024) | 250.00 | 250.00 |
| 1 | Reviewing data compilation (June 6, 2024) | 250.00 | 250.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| | SUBTOTAL | 1500.00 |
| | SALES TAX | N/A |
| | TOTAL | 1500.00 |

Case 2:21-cv-00073-JDP   Document 157-4   Filed 10/31/24   Page 102 of 142

Interdisciplinary Center for Plasma Mass Spectrometry
http://icpms.ucdavis.edu
icplab@ucdavis.edu
530-754-4839

### Order ref. #197332

| |
|---|
| Order for Maclear Matthew, email: mcm@atalawgroup.com, phone: 4155685200 (Maclear, Matthew) |
| Original order date: 2024/06/13 at 14:32, by Glessner Justin<br>Effective order date: 2024/06/04, changed by Glessner Justin |
| Order accepted on 2024/06/13 at 14:32 by Glessner Justin |
| Order completed on 2024/06/13 at 14:33 by Glessner Justin |
| Account number to use: INC1944172 |
| Affiliation: EXT-FP |
| This order is attached to project Corporate Priority. |
| Assigned to: nobody |

| MC ICP-MS (Solution) | | Unit price | Quantity | Price | Completed |
|---|---|---|---|---|---|
| #040771<br>oid:197332 | Additional Labor | 449.00 | 11 | 4939.00 | yes |

| TOTAL | | Quantity | Price | |
|---|---|---|---|---|
| | | 11.00 | 4939.00 | |



# IAN WREN

# JUNE 2024 INVOICE

| | | | |
|---|---|---|---|
| **INVOICE #** | 02-404 | **INVOICE DATE** | 6/14/2024 |
| **WORK ORDER #** | 02-400 | | |

| **MAILING INFO** | Ian Wren | **BILL TO** | Matthew Maclear |
|---|---|---|---|
| | Wren WS | | Aqua Terra Aeris Law Group |
| | PO Box 31896 | | 4030 Martin Luther King Jr. Way |
| | San Francisco, CA 94131 | | Oakland, CA 94609 |
| | Phone: (415) 810-6956 | | |

Technical services provided in June 2024 concerning the lead cables investigation Lake Tahoe, CA.

| HOURLY SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| data compilation, GIS analysis, coordination | 11.5 | $150 | $1,725.00 |
| | | | |
| SUBTOTAL | 11.5 | | $   1,725.00 |

| DIRECT COSTS | AMOUNT |
|---|---|
| Caltest Analytical Laboratory | $   1,666.00 |
| | |
| | |
| SUBTOTAL | $   1,666.00 |

**OTHER COMMENTS**

1. Total payment due in 30 days

2. Please make checks payable to Ian Wren

| | |
|---|---|
| **TOTAL** | **$   3,391.00** |



*Caltest*
ANALYTICAL LABORATORY
E N V I R O N M E N T A L   A N A L Y S E S

## *Invoice*

**Invoice No:** 720443

| | |
|---|---|
| **Lab Order:** Z050252 | **Invoice Date:** 06/13/2024 |
| **Project:** Biota Lead April 9/10/22 2024 | **Received:** 05/07/2024 |
| **Sampled:** KK, Ian Wren | **Invoice Terms **:** COD |
| | **Purchase Auth/PO:** |

**Invoice To:** Mr. Ian Wren
Ian Wren
5214F Diamond Heights Blvd
San Francisco, CA  94131

**Report To:** Mr. Ian Wren          (415) 810-6956
Ian Wren
5214F Diamond Heights Blvd
San Francisco, CA  94131

| Description | TAT | Quantity | Unit Price | Total Cost |
|---|---|---|---|---|
| Digestion for ICP-MS | Standard | 20 | $25.20 | $504.00 |
| Lead, Total, ICPMS by 6020 | Standard | 20 | $58.10 | $1,162.00 |
| | | | **Total** | **$1,666.00** |

Invoice Notes

**Please reference the invoice number on your check and remit to:**

Caltest Analytical Laboratory
1885 North Kelly Road
Napa, California 94558
(707) 258-4000

**\*\*Payment due NET days from Invoice Date or Prior to Release of results if COD
Past Due Balances subject to a FINANCE CHARGE of 1.5% per month.**

**\*\*\* Securely pay invoices online at CaltestLabs.com \*\*\***



1885 North Kelly Road • Napa, California 94558
(707) 258-4000 • (707) 226-1001 • e-mail: info@caltestlabs.com



| From: | Dhananjoy B |
|---|---|
| To: | Matthew Maclear; supportmail@microsoft.com |
| Subject: | RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144 |
| Date: | Wednesday, July 31, 2024 3:23:37 PM |
| Attachments: | image001.jpg801DAD7A6 C9994BE0 |
| | image003.png801DAE357.9AD3C280 |
| | 7ad83596-64c5-4289-8048-bdcc94e94c18 |
| | 90d1f490-f7d6-498e-afce-75c14bebb21f |
| | 39a60a3b-369e-4fd8-b18e-e71aa5621f15 |

Hi Matthew,

Thank you for informing me about the issue. I apologize for any inconvenience this may have caused. It seems our built-in security measures might be affecting your access.

To help resolve this, I've taken screenshots of the invoices. Please let me know if these are helpful.

Looking forward to your response and happy to assist further.

---

 Microsoft

# Invoice

June 2024
Invoice Date: 06/28/2024
Invoice Number: E0400SHVTA
Due Date: 06/28/2024

**6,300.00 USD**

| Sold-To | Bill-To | Service Usage Address |
|---|---|---|
| ATALaw | ATALaw | ATALaw |
| 11 Donna Maria Way | 4030 Martin Luther King Jr Way | 11 Donna Maria Way |
| Orinda ca 94563-4111 | Oakland ca 94609-2318 | Orinda ca 94563-4111 |
| United States | United States | United States |

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 6,300.00 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | c11f4565-3f99-48e1-8c4c-a224ce9a25a4 | Credits: | 0.00 |
| Billing Period: | 02/28/2024 - 06/27/2024 | Tax: | 0.00 |
| Due Date: | 06/28/2024 | **Total:** | **6,300.00** |
| Payment Instructions: | Please DO NOT PAY. You will be charged the amount due through your selected method of payment. | | |

Billing or service question? Call 1-800-865-9408 or visit https://aka.ms/Office365Billing
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, United States
US FEIN 91-1144442

1/3

---

 Microsoft

# Invoice

June 2024
Invoice Date: 06/28/2024
Invoice Number: E0400SHVTA
Due Date: 06/28/2024

**6,300.00 USD**

### Microsoft 365 Business Standard

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

### New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/2024 - 06/06/2025 | Prepay monthly subscription charges | 10 | 150.00 | 365 | 1,500.00 | 0.00 | 0.00 | 1,500.00 | 0.00 % | 0.00 | 1,500.00 |
| Subtotal | | | | | 1,500.00 | 0.00 | 0.00 | 1,500.00 | | 0.00 | 1,500.00 |

### Office 365 Extra File Storage

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period / Total in service period) = Charge

### New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/2024 - 06/06/2025 | Prepay monthly subscription charges | 2000 | 2.40 | 365 | 4,800.00 | 0.00 | 0.00 | 4,800.00 | 0.00 % | 0.00 | 4,800.00 |



# Invoice

June 2024
Invoice Date: 06/28/2024
Invoice Number: E0400SHVTA
Due Date: 06/28/2024

**6,300.00 USD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Subtotal | | 4,800.00 | 0.00 | 0.00 | 4,800.00 | 0.00 | 4,800.00 |
| **Grand Total** | | **6,300.00** | **0.00** | **0.00** | **6,300.00** | **0.00** | **6,300.00** |



# Invoice

February 2024
Invoice Date: 02/28/2024
Invoice Number: E0400QZV3P
Due Date: 02/28/2024

**1,485.25 USD**

| Sold-To | Bill-To | Service Usage Address |
|---|---|---|
| ATALaw | ATALaw | ATALaw |
| 11 Donna Maria Way | 4030 Martin Luther King Jr Way | 11 Donna Maria Way |
| Orinda ca 94563-4111 | Oakland ca 94609-2318 | Orinda ca 94563-4111 |
| United States | United States | United States |

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 1,485.25 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | c11f4565-3f99-48e1-8c4c-a224ce9a25a4 | Credits: | 0.00 |
| Billing Period: | 06/28/2023 - 02/27/2024 | Tax: | 0.00 |
| Due Date: | 02/28/2024 | **Total:** | **1,485.25** |
| Payment Instructions: | Please DO NOT PAY. You will be charged the amount due through your selected method of payment. | | |



# Invoice

February 2024
Invoice Date: 02/28/2024
Invoice Number: E0400QZV3P
Due Date: 02/28/2024

**1,485.25 USD**

### Office 365 Extra File Storage

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

## Previous charges

Your previous charges are applied to offset the charges during this billing period. See the next table for changes to your subscription.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/2024 - 06/06/2024 | Subscription charges from previous invoice | 500 | 2.40 | 152 | -498.36 | 0.00 | 0.00 | -498.36 | 0.00 % | 0.00 | -498.36 |
| Subtotal | | | | | -498.36 | 0.00 | 0.00 | -498.36 | | 0.00 | -498.36 |

## Changes during the billing period

This table shows changes made to your subscription during the billing period as additional charges, or funds returned to you.

Charges are prorated for the number of days impacted during the billing period.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/2024 - 01/07/2024 | Charges before changes to this subscription | 500 | 2.40 | 1 | 3.28 | 0.00 | 0.00 | 3.28 | 0.00 % | 0.00 | 3.28 |
| 01/08/2024 - 02/06/2024 | License change (+1500) | 2000 | 2.40 | 30 | 393.44 | 0.00 | 0.00 | 393.44 | 0.00 % | 0.00 | 393.44 |
| Subtotal | | | | | 396.72 | 0.00 | 0.00 | 396.72 | | 0.00 | 396.72 |



# Invoice

February 2024
Invoice Date: 02/28/2024
Invoice Number: E0400QZV3P
Due Date: 02/28/2024

**1,485.25 USD**

## New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/07/2024 - 06/06/2024 | Monthly subscription charges | 2000 | 2.40 | 121 | 1,586.89 | 0.00 | 0.00 | 1,586.89 | 0.00 % | 0.00 | 1,586.89 |
| Subtotal | | | | | 1,586.89 | 0.00 | 0.00 | 1,586.89 | | 0.00 | 1,586.89 |
| **Grand Total** | | | | | **1,485.25** | **0.00** | **0.00** | **1,485.25** | | **0.00** | **1,485.25** |



# Invoice

June 2023
Invoice Date: 06/28/2023
Invoice Number: E0400NUIWG
Due Date: 06/28/2023

**2,700.00 USD**

| Sold-To | Bill-To | Service Usage Address |
|---|---|---|
| ATALaw | ATALaw | ATALaw |
| 11 Donna Maria Way | 4030 Martin Luther King Way | 11 Donna Maria Way |
| Orinda ca 94563-4111 | Oakland ca 94609 | Orinda ca 94563-4111 |
| United States | United States | United States |

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 2,700.00 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | c11f4565-3f99-48e1-8c4c-a224ce9a25a4 | Credits: | 0.00 |
| Billing Period: | 06/28/2022 - 06/27/2023 | Tax: | 0.00 |
| Due Date: | 06/28/2023 | **Total:** | **2,700.00** |
| Payment Instructions: | Please DO NOT PAY. You will be charged the amount due through your selected method of payment. | | |



# Invoice

June 2023
Invoice Date: 06/28/2023
Invoice Number: E0400NUIWG
Due Date: 06/28/2023

**2,700.00 USD**

## Microsoft 365 Business Standard

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

### New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prepay monthly subscription | | | | | | | | | | |

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/2023 - 06/06/2024 | subscription charges | 10 | 150.00 | 366 | 1,500.00 | 0.00 | 0.00 | 1,500.00 | 0.00 % | 0.00 | 1,500.00 |
| Subtotal | | | | | 1,500.00 | 0.00 | 0.00 | 1,500.00 | | 0.00 | 1,500.00 |

**Office 365 Extra File Storage**

Formula for charges

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

### New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/2023 - 06/06/2024 | Prepay monthly subscription charges | 500 | 2.40 | 366 | 1,200.00 | 0.00 | 0.00 | 1,200.00 | 0.00 % | 0.00 | 1,200.00 |
| Subtotal | | | | | 1,200.00 | 0.00 | 0.00 | 1,200.00 | | 0.00 | 1,200.00 |

 **Microsoft**

# Invoice

June 2023

Invoice Date: 06/28/2023

Invoice Number: E0400NUIWG

Due Date: 06/28/2023

## 2,700.00 USD

| Grand Total | | | 2,700.00 | 0.00 | 0.00 | 2,700.00 | | 0.00 | 2,700.00 |
|---|---|---|---|---|---|---|---|---|---|

Best Regards,

**Dhananjoy**

**Microsoft Customer Service & support**

v-dhananjoyb@microsoft.com

Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday

**Technical lead:** Chandan | v-cmishra@microsoft.com

Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday

**Manager:** Suresh | v-snathani@microsoft.com

Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday

------------------ Original Message ------------------

**From:** MCM@atalawgroup.com;

**Received:** Wed Jul 31 2024 17:50:42 GMT-0400 (Eastern Daylight Time)

**To:** supportmail@microsoft.com; supportmail@microsoft.com;

**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

> You don't often get email from mcm@atalawgroup.com. Learn why this is important

Thanks for sending but I get the same message:

Hi ! You have permission to Add files, but not to view files. For additional permissions, contact your Microsoft support engineer.

Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com



**CONFIDENTIALITY NOTICE:** This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named properly above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

**IRS Circular 230 disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Wednesday, July 31, 2024 2:49 PM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

    Invoices.zip
Hello Matthew,

Thank you for your email.

I've placed the invoices in a folder and compressed it into a zip file. Could you please check if you can download it?

Looking forward for your response

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------ Original Message ------------------
**From:** MCM@atalawgroup.com;
**Received:** Wed Jul 31 2024 17:41:17 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com; supportmail@microsoft.com;
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

> You don't often get email from mcm@atalawgroup.com. Learn why this is important

I cannot see these.  This is the message I get.

# Secure File Exchange 2407160010004144

File Transfers
0 files
 Add files  Download  Delete

Hi ! You have permission to Add files, but not to view files. For additional permissions, contact your Microsoft support engineer.

Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com



**CONFIDENTIALITY NOTICE:** This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named properly above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

**IRS Circular 230 disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Wednesday, July 31, 2024 2:39 PM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

    E0400SHVTA.pdf
    E0400QZV3P.pdf

E0400NUIWG.pdf
Hello Matthew,

Thank you for reaching out.

I've attached three invoices for your review. Could you please confirm if these are the ones you needed?

If these invoices meet your requirements, great! If not, could you provide the following details so I can locate the correct ones for you?
Billing Period:
Subscription Name:

Looking forward to your response and happy to assist further.

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------ Original Message ------------------
**From:** MCM@atalawgroup.com;
**Received:** Wed Jul 31 2024 14:25:07 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com; supportmail@microsoft.com;
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

These steps did not work.  Can you please send me the invoices as requested?  These are invoices MS generated for me, and I cannot find them, but need them
for accounting purposes.



Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com



**CONFIDENTIALITY NOTICE:** This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named properly above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

**IRS Circular 230 disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Wednesday, July 31, 2024 9:35 AM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

Hello Matthew,

I hope this message finds you well.

I understand that you're feeling frustrated with the issues you're experiencing, and I want to assure you that we're here to support you every step of the way.

For your invoice concerns, please refer to these articles which provide detailed, step-by-step instructions on how to check and download any invoice on your M365 tenant. Could you please try this and let me know
if that helps you.
- View your invoice in the Microsoft 365 admin center | Microsoft Learn
- Manage billing notifications and invoice attachment settings in the Microsoft 365 admin center | Microsoft Learn

For the issue with Microsoft Word, please try the following steps:
1. Sign Out and Sign In:
   ○ Open any Office app (like Word).
   ○ Go to File > Account.
   ○ Sign out of your Microsoft account and then sign back in.
2. Update Office:
   ○ Open any Office app.
   ○ Go to File > Account > Update Options > Update Now.
3. Online Repair:
   ○ Right-click the Start button and select Apps and Features.
   ○ Find Microsoft Office in the list, click Modify, and select Online Repair.
4. Run the Microsoft Support and Recovery Assistant:
   ○ Download the tool from Download Microsoft Support and Recovery Assistant from Official Microsoft Download Center
   ○ Install and run the tool, following the prompts to troubleshoot and fix activation issues.

If these steps don't resolve the issue, please check if the correct license is assigned. I noticed there is a mix of active, deleted, and deprovisioned licenses on your Microsoft account. Ensure the correct and active
license is assigned to the user.

I understand how frustrating these issues can be, and I appreciate your patience as we work through them together. Please let me know the outcome of these steps, and if you have any questions or need further
assistance, don't hesitate to reply to this email. We are here to help you.

Thank you for your understanding and cooperation.

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday

------------------ Original Message ------------------
**From:** MCM@atalawgroup.com
**Received:** Tue Jul 30 2024 20:40:12 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com; supportmail@microsoft.com;
**Subject:** [EXTERNAL] RE: Keep receiving notices that we a... - TrackingID#2407160010004144

Hi Dhananjoy:

Thanks for the call this morning.  I will have time to discuss tomorrow too, if necessary.

I wanted to alert you to a statement at one my staff received today from Microsoft:  "Also, when opening Word this morning, I received a notification that on Aug 15 my Microsoft license will be deactivated and will need to be reactivated."

What does this mean? I have already paid for her license as part of the 10 licenses that were renewed for $1500.  I will need that invoice too, please.  Thank you.


Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com



CONFIDENTIALITY NOTICE:  This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named properly above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Tuesday, July 30, 2024 10:45 AM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** Keep receiving notices that we are out of stora... - TrackingID#2407160010004144

Hello Matthew,

This is Dhananjoy your Microsoft 365 support engineer for ticket 2407160010004144. Thank you for taking the time to speak with me.

First of all, please accept our sincere apologies for all the inconvenience happened before on this ticket. I will ensure that I provide you the required details.

To recap our conversation, here is a summary of what we discussed:
- You have asked for 4 invoices (amount of 1400+,3800+,4800+,2500+) for your tenant subscriptions
- You also have asked for the add-on licenses purchase invoices
- Unfortunately, we didn't have much time today to connect. I will look into your account and reply on your email with an update.

If you have any questions, concerns or would like to add anything please feel free to reply back to this email and add them to your response.

I will contact you tomorrow to continue working on this ticket.

Have a great rest of your day,

Best Regards,
Dhananjoy
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------ Original Message ------------------
**From:** MCM@atalawgroup.com
**Received:** Mon Jul 29 2024 15:36:38 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com; supportmail@microsoft.com;
**Subject:** RE: [EXTERNAL] Re: Follow-up Notification - TrackingID#2407160010004144

Tomorrow morning at 10:30 would work the best.


Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com



CONFIDENTIALITY NOTICE:  This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named properly above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Monday, July 29, 2024 12:05 PM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** RE: [EXTERNAL] Re: Follow-up Notification - TrackingID#2407160010004144

Hello Matthew,

I hope this email finds you well.

I tried calling you in regard to your support request but was unfortunately reached to your voicemail. I understand you may be busy with some other important tasks. I will try calling again later today but please let me know if you would prefer a specific callback time. Just in case, I am occupied with any other task, I will get back to you by tomorrow.

If you have any questions or if you'd like to add anything else, please do not hesitate to let me know.

Looking forward to your reply,

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------ Original Message ------------------
**From:** MCM@atalawgroup.com;
**Received:** Sun Jul 28 2024 23:57:11 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com;
**Subject:** [EXTERNAL] Re: Follow-up Notification - TrackingID#2407160010004144


You don't often get email from mcm@atalawgroup.com. Learn why this is important

Tomorrow after 11:30am

Sent from my iPhone


On Jul 26, 2024, at 2:08 PM, Dhananjoy B <support@mail.support.microsoft.com> wrote:

Hello Matthew,

I'm reaching out to discuss your support case related to SPO storage space issue.

I emailed you on 24-Jul-24, yet we still haven't been able to connect.

Please respond to this email with a date and time that works for you. If you would rather speak with my manager, their contact information is in my signature.
Thanks,

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday

Your case number is [2407160010004144] in case you need it.


------------------ Original Message ------------------
**From:** support@mail.support.microsoft.com;
**Received:** Tue Jul 23 2024 14:38:28 GMT-0400 (Eastern Daylight Time)
**To:** Matthew Maclear <mcm@atalawgroup.com>; support@mail.support.microsoft.com;
**Subject:** RE: Keep receiving notices that we are out of s... - TrackingID#2407160010004144

Hello Matthew,

I hope this email finds you well.

I tried calling you in regard to your support request but was unfortunately reached to your voicemail. I understand you may be busy with some other important tasks. I will try calling again later today but please let me know if you would prefer a specific callback time. Just in case, I am occupied with any other task, I will get back to you by tomorrow.

If you have any questions or if you'd like to add anything else, please do not hesitate to let me know.

Looking forward to your reply,

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------ Original Message ------------------
**From:** support@mail.support.microsoft.com;
**Received:** Tue Jul 23 2024 14:38:28 GMT-0400 (Eastern Daylight Time)
**To:** Matthew Maclear <mcm@atalawgroup.com>;
**Subject:** Keep receiving notices that we are out of stora... - TrackingID#2407160010004144

Hello Matthew,

Hope this email finds you well.

As per our conversation we have scheduled a callback for you at your requested time.

Thank you for your patience and understanding. If you have any further questions or need additional assistance, please don't hesitate to reach out to me.

Regards,

Shabnam

For Microsoft Customer Service & Support
v-shabsharma@microsoft.com
Working Hours: 12:00 pm - 9:00 pm (EST) | Monday- Friday
Technical Lead: Hasnain | v-hasnoorani@microsoft.com
Working Hours: 12:00 pm - 9:00 pm (EST)| Monday- Friday
Manager: Suresh | v-snathani@microsoft.com
Working Hours: 08:00 am - 5:00 pm (EST) | Monday- Friday



We've updated FedEx Billing Online and now payments are a breeze. Explore new benefits today!      **TRY THE NEW EXPERIENCE ->**

**FedEx Billing Online**

## Tracking ID Details                                                                    Back

### Tracking ID Summary                                                         Help Hide

**Billing Information**

| | |
|---|---|
| Tracking ID no. | 776702781498 |
| Invoice no. | 4-605-81565 |
| Account no. | 8824-0675-0 |
| Bill date | 06/05/2024 |
| Total Billed | $51.57 |
| **Tracking ID Balance due** | **$0.00** |
| Status | Paid CC |

View Invoice History
View signature proof of delivery

**Messages**

The package weight exceeds the maximum for the pac Read More..
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..
Package sent from: 94563 zip code
Distance Based Pricing, Zone 2
Package Delivered to Recipient Address - Release A Read More..
FedEx has audited this shipment for correct packag Read More..

### Transaction Details                                                         Help Hide

**Sender Information**

Matthew Maclear
ATA Law Group
4030 Martin Luther King Jr Way
OAKLAND CA 94609
US

**Recipient Information**

Attention: Data Operations
Everlaw
2101 Webster St
#1500
OAKLAND CA 94612
US

**Shipment Details**

| | |
|---|---|
| Ship date | 06/05/2024 |
| Tendered date | 06/04/2024 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 02 |
| Package type | FedEx Pak |
| Rated weight | 3.00lbs |
| Pieces | 1 |
| Rated method | 1 |
| Meter No. | 112404778 |
| Declared value | |

**Charges**

| | |
|---|---|
| Transportation Charge | 44.17 |
| Fuel Surcharge | 7.40 |
| **Total charges** | **$51.57** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | MTS v3 to Everlaw |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 2024-06-06T10:09:0010:09 |
| Service area code | A1 |
| Signed by | 3785346 |

View signature proof of delivery

Back

| From: | Dhananjoy B |
| --- | --- |
| To: | Matthew Maclear; supportmail@microsoft.com |
| Subject: | RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144 |
| Date: | Wednesday, July 31, 2024 3:23:37 PM |
| Attachments: | image001.jpg@01DAD7A6.C9994BE0 |
|  | image003.png@01DAE357.9AD3C280 |
|  | 7ad83596-64c5-4289-8048-bdcc94e94c18 |
|  | 90d1f490-f7d6-498e-afce-75c14bebb21f |
|  | 39a60a3b-369e-4fd8-b18e-e71aa5621f15 |

Hi Matthew,

Thank you for informing me about the issue. I apologize for any inconvenience this may have caused. It seems our built-in security measures might be affecting your access.

To help resolve this, I've taken screenshots of the invoices. Please let me know if these are helpful.

Looking forward to your response and happy to assist further.



# Invoice

June 2024
Invoice Date: 06/28/2024
Invoice Number: E0400SHVTA
Due Date: 06/28/2024

**6,300.00 USD**

| Sold-To | Bill-To | Service Usage Address |
| --- | --- | --- |
| ATALaw | ATALaw | ATALaw |
| 11 Donna Maria Way | 4030 Martin Luther King Jr Way | 11 Donna Maria Way |
| Orinda ca 94563-4111 | Oakland ca 94609-2318 | Orinda ca 94563-4111 |
| United States | United States | United States |

| Order Details | | Billing Summary | |
| --- | --- | --- | --- |
| Product: | Online Services | Charges: | 6,300.00 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | c11f4565-3f99-48e1-8c4c-a224ce9a25a4 | Credits: | 0.00 |
| Billing Period: | 02/28/2024 - 06/27/2024 | Tax: | 0.00 |
| Due Date: | 06/28/2024 | Total: | 6,300.00 |
| Payment Instructions: | Please DO NOT PAY. You will be charged the amount due through your selected method of payment. | | |

Billing or service question? Call 1-800-865-9408 or visit https://aka.ms/Office365Billing
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, United States
US FEIN 91-1144442

1/3



# Invoice

June 2024
Invoice Date: 06/28/2024
Invoice Number: E0400SHVTA
Due Date: 06/28/2024

**6,300.00 USD**

**Microsoft 365 Business Standard**

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

**New charges**

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 06/07/2024 - 06/06/2025 | Prepay monthly subscription charges | 10 | 150.00 | 365 | 1,500.00 | 0.00 | 0.00 | 1,500.00 | 0.00 % | 0.00 | 1,500.00 |
| Subtotal | | | | | 1,500.00 | 0.00 | 0.00 | 1,500.00 | | 0.00 | 1,500.00 |

**Office 365 Extra File Storage**

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period / Total in service period) = Charge

**New charges**

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/2024 - 06/06/2025 | Prepay monthly subscription charges | 2000 | 2.40 | 365 | 4,800.00 | 0.00 | 0.00 | 4,800.00 | 0.00 % | 0.00 | 4,800.00 |

Billing or service question? Call 1-800-865-9408 or visit https://aka.ms/Office365Billing
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, United States
US FEIN 91-1144442

2/3

---



# Invoice

June 2024
Invoice Date: 06/28/2024
Invoice Number: E0400SHVTA
Due Date: 06/28/2024

**6,300.00 USD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Subtotal | 4,800.00 | 0.00 | 0.00 | 4,800.00 | 0.00 | 4,800.00 |
| **Grand Total** | **6,300.00** | **0.00** | **0.00** | **6,300.00** | **0.00** | **6,300.00** |

Billing or service question? Call 1-800-865-9408 or visit https://aka.ms/Office365Billing
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, United States
US FEIN 91-1144442

3/3

---



# Invoice

February 2024
Invoice Date: 02/28/2024
Invoice Number: E0400QZV3P
Due Date: 02/28/2024

**1,485.25 USD**

**Sold-To**
ATALaw
11 Donna Maria Way
Orinda ca 94563-4111
United States

**Bill-To**
ATALaw
4030 Martin Luther King Jr Way
Oakland ca 94609-2318
United States

**Service Usage Address**
ATALaw
11 Donna Maria Way
Orinda ca 94563-4111
United States

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 1,485.25 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | c11f4565-3f99-48e1-8c4c-a224ce9a25a4 | Credits: | 0.00 |
| Billing Period: | 06/28/2023 - 02/27/2024 | Tax: | 0.00 |
| Due Date: | 02/28/2024 | **Total:** | **1,485.25** |
| Payment Instructions: | Please DO NOT PAY. You will be charged the amount due through your selected method of payment. | | |



# Invoice

February 2024
Invoice Date: 02/28/2024
Invoice Number: E0400QZV3P
Due Date: 02/28/2024

**1,485.25 USD**

## Office 365 Extra File Storage

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

### Previous charges

Your previous charges are applied to offset the charges during this billing period. See the next table for changes to your subscription.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/2024 - 06/06/2024 | Subscription charges from previous invoice | 500 | 2.40 | 152 | -498.36 | 0.00 | 0.00 | -498.36 | 0.00 % | 0.00 | -498.36 |
| Subtotal | | | | | -498.36 | 0.00 | 0.00 | -498.36 | | 0.00 | -498.36 |

### Changes during the billing period

This table shows changes made to your subscription during the billing period as additional charges, or funds returned to you.

Charges are prorated for the number of days impacted during the billing period.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/2024 - 01/07/2024 | Charges before changes to this subscription | 500 | 2.40 | 1 | 3.28 | 0.00 | 0.00 | 3.28 | 0.00 % | 0.00 | 3.28 |
| 01/08/2024 - 02/06/2024 | License change (+1500) | 2000 | 2.40 | 30 | 393.44 | 0.00 | 0.00 | 393.44 | 0.00 % | 0.00 | 393.44 |
| Subtotal | | | | | 396.72 | 0.00 | 0.00 | 396.72 | | 0.00 | 396.72 |



# Invoice

February 2024
Invoice Date: 02/28/2024
Invoice Number: E0400QZV3P
Due Date: 02/28/2024

**1,485.25 USD**

### New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/07/2024 - 06/06/2024 | Monthly subscription charges | 2000 | 2.40 | 121 | 1,586.89 | 0.00 | 0.00 | 1,586.89 | 0.00 % | 0.00 | 1,586.89 |
| Subtotal | | | | | 1,586.89 | 0.00 | 0.00 | 1,586.89 | | 0.00 | 1,586.89 |
| **Grand Total** | | | | | **1,485.25** | **0.00** | **0.00** | **1,485.25** | | **0.00** | **1,485.25** |



# Invoice

June 2023
Invoice Date: 06/28/2023
Invoice Number: E0400NUIWG
Due Date: 06/28/2023

**2,700.00 USD**

| Sold-To | Bill-To | Service Usage Address |
|---|---|---|
| ATALaw | ATALaw | ATALaw |
| 11 Donna Maria Way | 4030 Martin Luther King Way | 11 Donna Maria Way |
| Orinda ca 94563-4111 | Oakland ca 94609 | Orinda ca 94563-4111 |
| United States | United States | United States |

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 2,700.00 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | c11f4565-3f99-48e1-8c4c-a224ce9a25a4 | Credits: | 0.00 |
| Billing Period: | 06/28/2022 - 06/27/2023 | Tax: | 0.00 |
| Due Date: | 06/28/2023 | **Total:** | **2,700.00** |
| Payment Instructions: | Please DO NOT PAY. You will be charged the amount due through your selected method of payment. | | |



# Invoice

June 2023
Invoice Date: 06/28/2023
Invoice Number: E0400NUIWG
Due Date: 06/28/2023

**2,700.00 USD**

## Microsoft 365 Business Standard

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

### New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prepay monthly subscription | | | | | | | | | | |

| 06/07/2023 - 06/06/2024 | subscription charges | 10 | 150.00 | 366 | 1,500.00 | 0.00 | 0.00 | 1,500.00 | 0.00 % | 0.00 | 1,500.00 |
| Subtotal | | | | | 1,500.00 | 0.00 | 0.00 | 1,500.00 | | 0.00 | 1,500.00 |

### Office 365 Extra File Storage

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

### New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 06/07/2023 - 06/06/2024 | Prepay monthly subscription charges | 500 | 2.40 | 366 | 1,200.00 | 0.00 | 0.00 | 1,200.00 | 0.00 % | 0.00 | 1,200.00 |
| Subtotal | | | | | 1,200.00 | | | 1,200.00 | | 0.00 | 1,200.00 |



# Invoice

June 2023

Invoice Date: 06/28/2023
Invoice Number: E0400NUIWG
Due Date: 06/28/2023

## 2,700.00 USD

| Grand Total | | | 2,700.00 | 0.00 | 0.00 | 2,700.00 | | 0.00 | 2,700.00 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------ Original Message ------------------
**From:** MCM@atalawgroup.com;
**Received:** Wed Jul 31 2024 17:50:42 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com; supportmail@microsoft.com;
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

> You don't often get email from mcm@atalawgroup.com. Learn why this is important

Thanks for sending but I get the same message:

Hi ! You have permission to Add files, but not to view files. For additional permissions, contact your Microsoft support engineer.

Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com



CONFIDENTIALITY NOTICE: This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named property above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Wednesday, July 31, 2024 2:49 PM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

Invoices.zip

Hello Matthew,

Thank you for your email.

I've placed the invoices in a folder and compressed it into a zip file. Could you please check if you can download it?

Looking forward for your response

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------ Original Message ------------------
**From:** MCM@atalawgroup.com;
**Received:** Wed Jul 31 2024 17:41:17 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com; supportmail@microsoft.com;
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

You don't often get email from mcm@atalawgroup.com. Learn why this is important

I cannot see these.  This is the message I get.

# Secure File Exchange 2407160010004144

File Transfers
0 files

 Add files  Download  Delete

Hi ! You have permission to **Add files**, but not to view files. For additional permissions, contact your Microsoft support engineer.

Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com



CONFIDENTIALITY NOTICE: This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named property above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Wednesday, July 31, 2024 2:39 PM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

E0400SHVTA.pdf
E0400QZV3P.pdf

E0400NUIWG.pdf
Hello Matthew,

Thank you for reaching out.

I've attached three invoices for your review. Could you please confirm if these are the ones you needed?

If these invoices meet your requirements, great! If not, could you provide the following details so I can locate the correct ones for you?
Billing Period:
Subscription Name:

Looking forward to your response and happy to assist further.

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------ Original Message ------------------
**From:** MCM@atalawgroup.com;
**Received:** Wed Jul 31 2024 14:25:07 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com; supportmail@microsoft.com;
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

These steps did not work.  Can you please send me the invoices as requested?  These are invoices MS generated for me, and I cannot find them, but need them for accounting purposes.



Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com



**CONFIDENTIALITY NOTICE:** This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named properly above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

**IRS Circular 230 disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Wednesday, July 31, 2024 9:35 AM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

Hello Matthew,

I hope this message finds you well.

I understand that you're feeling frustrated with the issues you're experiencing, and I want to assure you that we're here to support you every step of the way.

For your invoice concerns, please refer to these articles which provide detailed, step-by-step instructions on how to check and download any invoice on your M365 tenant. Could you please try this and let me know if that helps you.
  • View your invoice in the Microsoft 365 admin center | Microsoft Learn
  • Manage billing notifications and invoice attachment settings in the Microsoft 365 admin center | Microsoft Learn

For the issue with Microsoft Word, please try the following steps:
  1. Sign Out and Sign In:
     ○ Open any Office app (like Word).
     ○ Go to File > Account.
     ○ Sign out of your Microsoft account and then sign back in.
  2. Update Office:
     ○ Open any Office app.
     ○ Go to File > Account > Update Options > Update Now.
  3. Online Repair:
     ○ Right-click the Start button and select Apps and Features.
     ○ Find Microsoft Office in the list, click Modify, and select Online Repair.
  4. Run the Microsoft Support and Recovery Assistant:
     ○ Download the tool from Download Microsoft Support and Recovery Assistant from Official Microsoft Download Center
     ○ Install and run the tool, following the prompts to troubleshoot and fix activation issues.

If these steps don't resolve the issue, please check if the correct license is assigned. I noticed there is a mix of active, deleted, and deprovisioned licenses on your Microsoft account. Ensure the correct and active license is assigned to the user.

I understand how frustrating these issues can be, and I appreciate your patience as we work through them together. Please let me know the outcome of these steps, and if you have any questions or need further assistance, don't hesitate to reply to this email. We are here to help you.

Thank you for your understanding and cooperation.

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday

------------------ Original Message ------------------
**From:** MCM@atalawgroup.com
**Received:** Tue Jul 30 2024 20:40:12 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com; supportmail@microsoft.com;
**Subject:** [EXTERNAL] RE: Keep receiving notices that we a... - TrackingID#2407160010004144

Hi Dhananjoy:

Thanks for the call this morning.  I will have time to discuss tomorrow too, if necessary.

I wanted to alert you to a statement at one my staff received today from Microsoft:  "Also, when opening Word this morning, I received a notification that on Aug 15 my Microsoft license will be deactivated and will need to be reactivated."

What does this mean? I have already paid for her license as part of the 10 licenses that were renewed for $1500.  I will need that invoice too, please.  Thank you.



Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com



CONFIDENTIALITY NOTICE:  This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named properly above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Tuesday, July 30, 2024 10:45 AM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** Keep receiving notices that we are out of stora... - TrackingID#2407160010004144

Hello Matthew,

This is Dhananjoy your Microsoft 365 support engineer for ticket 2407160010004144. Thank you for taking the time to speak with me.

First of all, please accept our sincere apologies for all the inconvenience happened before on this ticket. I will ensure that I provide you the required details.

To recap our conversation, here is a summary of what we discussed:
- You have asked for 4 invoices (amount of 1400+,1800+,4800+,2500+) for your tenant subscriptions
- You also have asked for the add-on licenses purchase invoices
- Unfortunately, we didn't have much time today to connect. I will look into your account and reply on your email with an update.

If you have any questions, concerns or would like to add anything please feel free to reply back to this email and add them to your response.

I will contact you tomorrow to continue working on this ticket.

Have a great rest of your day,

Best Regards,
Dhananjoy
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------ Original Message ------------------
**From:** MCM@atalawgroup.com
**Received:** Mon Jul 29 2024 15:36:38 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com; supportmail@microsoft.com;
**Subject:** RE: [EXTERNAL] Re: Follow-up Notification - TrackingID#2407160010004144

Tomorrow morning at 10:30 would work the best.



Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com



CONFIDENTIALITY NOTICE:  This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named properly above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Monday, July 29, 2024 12:05 PM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** RE: [EXTERNAL] Re: Follow-up Notification - TrackingID#2407160010004144

Hello Matthew,

I hope this email finds you well.

I tried calling you in regard to your support request but was unfortunately reached to your voicemail. I understand you may be busy with some other important tasks. I will try calling again later today but please let me know if you would prefer a specific callback time. Just in case, I am occupied with any other task, I will get back to you to tomorrow.

If you have any questions or if you'd like to add anything else, please do not hesitate to let me know.

Looking forward to your reply,

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------ Original Message ------------------
**From:** MCM@atalawgroup.com;
**Received:** Sun Jul 28 2024 23:57:11 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com;
**Subject:** [EXTERNAL] Re: Follow-up Notification - TrackingID#2407160010004144


You don't often get email from mcm@atalawgroup.com. Learn why this is important

Tomorrow after 11:30am

Sent from my iPhone

> On Jul 26, 2024, at 2:08 PM, Dhananjoy B <support@mail.support.microsoft.com> wrote:

Hello Matthew,

I'm reaching out to discuss your support case related to SPO storage space issue.

I emailed you on 24-Jul-24, yet we still haven't been able to connect.

Please respond to this email with a date and time that works for you. If you would rather speak with my manager, their contact information is in my signature.
Thanks,

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday

Your case number is [2407160010004144] in case you need it.


------------------ Original Message ------------------
**From:** support@mail.support.microsoft.com;
**Received:** Tue Jul 23 2024 14:38:28 GMT-0400 (Eastern Daylight Time)
**To:** Matthew Maclear <mcm@atalawgroup.com>; support@mail.support.microsoft.com;
**Subject:** RE: Keep receiving notices that we are out of s... - TrackingID#2407160010004144

Hello Matthew,

I hope this email finds you well.

I tried calling you in regard to your support request but was unfortunately reached to your voicemail. I understand you may be busy with some other important tasks. I will try calling again later today but please let me know if you would prefer a specific callback time. Just in case, I am occupied with any other task, I will get back to you to tomorrow.

If you have any questions or if you'd like to add anything else, please do not hesitate to let me know.

Looking forward to your reply,

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------ Original Message ------------------
**From:** support@mail.support.microsoft.com;
**Received:** Tue Jul 23 2024 14:38:28 GMT-0400 (Eastern Daylight Time)
**To:** Matthew Maclear <mcm@atalawgroup.com>;
**Subject:** Keep receiving notices that we are out of stora... - TrackingID#2407160010004144

Hello Matthew,

Hope this email finds you well.

As per our conversation we have scheduled a callback for you at your requested time.

Thank you for your patience and understanding. If you have any further questions or need additional assistance, please don't hesitate to reach out to me.

Regards,

Shabnam

For Microsoft Customer Service & Support
v-shabsharma@microsoft.com
Working Hours: 12:00 pm - 9:00 pm (EST) | Monday- Friday
Technical Lead: Hasnain | v-hasnoorani@microsoft.com
Working Hours: 12:00 pm - 9:00 pm (EST)| Monday- Friday
Manager: Suresh | v-snathani@microsoft.com
Working Hours: 08:00 am - 5:00 pm (EST) | Monday- Friday

ECHO REPORTING, INC.

# Invoice

9711 CACTUS STREET, SUITE B
LAKESIDE, CA 92040
(858)453-7590

| Date | Invoice # |
|------|-----------|
| 7/10/24 | 35490 |

**PAID 07/10/24**

| Bill To |
|---------|
| AQUA TERRA AERIS LAW GROUP<br>4030 MARTIN LUTHER KING JR., WAY<br>OAKLAND, CA 94609<br>ATTN:  MATTHEW MACLEAR, ESQ.<br>(415) 568-5200 |

| echoreporting@yahoo.com | Taxpayer I.D. # | Terms |
|---|---|---|
| | 33-0570796 | VISA |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 28 | CA SPORTFISHING PROTECTION VS. PACIFIC BELL<br>Case No. 21CV00073<br>Held in Sacramento, California<br>4/25/24 Transcript of Proceedings<br>COPY AS PER ORDER | 1.20 | 33.60 |

| | **Total** | $33.60 |
|---|---|---|

| From: | Dhananjoy B |
|---|---|
| To: | Matthew Maclear; supportmail@microsoft.com |
| Subject: | RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144 |
| Date: | Wednesday, July 31, 2024 3:23:37 PM |
| Attachments: | image001.png[B01DAD7A6.C99948E0 |
| | image003.png[B01DAE357.9AD3C280 |
| | 7ad83596-64c5-4289-8048-bdcc94e94c18 |
| | 90d1f490-f7d6-498e-afce-75c14beeb21f |
| | 39a60a3b-369e-4fd8-b18e-e71aa5621f15 |

Hi Matthew,

Thank you for informing me about the issue. I apologize for any inconvenience this may have caused. It seems our built-in security measures might be affecting your access.

To help resolve this, I've taken screenshots of the invoices. Please let me know if these are helpful.

Looking forward to your response and happy to assist further.



# Invoice

June 2024
Invoice Date: 06/28/2024
Invoice Number: E0400SHVTA
Due Date: 06/28/2024

**6,300.00 USD**

**Sold-To**
ATALaw
11 Donna Maria Way
Orinda ca 94563-4111
United States

**Bill-To**
ATALaw
4030 Martin Luther King Jr Way
Oakland ca 94609-2318
United States

**Service Usage Address**
ATALaw
11 Donna Maria Way
Orinda ca 94563-4111
United States

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 6,300.00 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | c11f4565-3f99-48e1-8c4c-a224ce9a25a4 | Credits: | 0.00 |
| Billing Period: | 02/28/2024 - 06/27/2024 | Tax: | 0.00 |
| Due Date: | 06/28/2024 | **Total:** | **6,300.00** |
| Payment Instructions: | Please DO NOT PAY. You will be charged the amount due through your selected method of payment. | | |

Billing or service question? Call 1-800-865-9408 or visit https://aka.ms/Office365Billing
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, United States
US FEIN 91-1144442

1/3



# Invoice

June 2024
Invoice Date: 06/28/2024
Invoice Number: E0400SHVTA
Due Date: 06/28/2024

**6,300.00 USD**

## Microsoft 365 Business Standard

**Formula for charges**
Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

### New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/2024 - 06/06/2025 | Prepay monthly subscription charges | 10 | 150.00 | 365 | 1,500.00 | 0.00 | 0.00 | 1,500.00 | 0.00 % | 0.00 | 1,500.00 |
| Subtotal | | | | | 1,500.00 | 0.00 | 0.00 | 1,500.00 | | 0.00 | 1,500.00 |

## Office 365 Extra File Storage

**Formula for charges**
License in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period / Total in service period) = Charge

**New charges**

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/2024 - 06/06/2025 | Prepay monthly subscription charges | 2000 | 2.40 | 365 | 4,800.00 | 0.00 | 0.00 | 4,800.00 | 0.00 % | 0.00 | 4,800.00 |

Billing or service question? Call 1-800-865-9408 or visit https://aka.ms/Office365Billing
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, United States
US FEIN 91-1144442

2/3

---



# Invoice

June 2024
Invoice Date: 06/28/2024
Invoice Number: E0400SHVTA
Due Date: 06/28/2024

**6,300.00 USD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Subtotal | 4,800.00 | 0.00 | 0.00 | 4,800.00 | 0.00 | 4,800.00 |
| **Grand Total** | **6,300.00** | **0.00** | **0.00** | **6,300.00** | **0.00** | **6,300.00** |

Billing or service question? Call 1-800-865-9408 or visit https://aka.ms/Office365Billing
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, United States
US FEIN 91-1144442

3/3

---



# Invoice

February 2024
Invoice Date: 02/28/2024
Invoice Number: E0400QZV3P
Due Date: 02/28/2024

**1,485.25 USD**

| Sold-To | Bill-To | Service Usage Address |
|---|---|---|
| ATALaw | ATALaw | ATALaw |
| 11 Donna Maria Way | 4030 Martin Luther King Jr Way | 11 Donna Maria Way |
| Orinda ca 94563-4111 | Oakland ca 94609-2318 | Orinda ca 94563-4111 |
| United States | United States | United States |

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 1,485.25 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | c11f4565-3f99-48e1-8c4c-a224ce9a25a4 | Credits: | 0.00 |
| Billing Period: | 06/28/2023 - 02/27/2024 | Tax: | 0.00 |
| Due Date: | 02/28/2024 | **Total:** | **1,485.25** |
| Payment Instructions: | Please DO NOT PAY. You will be charged the amount due through your selected method of payment. | | |



# Invoice

February 2024
Invoice Date: 02/28/2024
Invoice Number: E0400QZV3P
Due Date: 02/28/2024

**1,485.25 USD**

### Office 365 Extra File Storage

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

## Previous charges

Your previous charges are applied to offset the charges during this billing period. See the next table for changes to your subscription.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/2024 - 06/06/2024 | Subscription charges from previous invoice | 500 | 2.40 | 152 | -498.36 | 0.00 | 0.00 | -498.36 | 0.00 % | 0.00 | -498.36 |
| Subtotal | | | | | -498.36 | 0.00 | 0.00 | -498.36 | | 0.00 | -498.36 |

## Changes during the billing period

This table shows changes made to your subscription during the billing period as additional charges, or funds returned to you.

Charges are prorated for the number of days impacted during the billing period.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/2024 - 01/07/2024 | Charges before changes to this subscription | 500 | 2.40 | 1 | 3.28 | 0.00 | 0.00 | 3.28 | 0.00 % | 0.00 | 3.28 |
| 01/08/2024 - 02/06/2024 | License change (+1500) | 2000 | 2.40 | 30 | 393.44 | 0.00 | 0.00 | 393.44 | 0.00 % | 0.00 | 393.44 |
| Subtotal | | | | | 396.72 | 0.00 | 0.00 | 396.72 | | 0.00 | 396.72 |



# Invoice

February 2024
Invoice Date: 02/28/2024
Invoice Number: E0400QZV3P
Due Date: 02/28/2024

**1,485.25 USD**

## New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/07/2024 - 06/06/2024 | Monthly subscription charges | 2000 | 2.40 | 121 | 1,586.89 | 0.00 | 0.00 | 1,586.89 | 0.00 % | 0.00 | 1,586.89 |
| Subtotal | | | | | 1,586.89 | 0.00 | 0.00 | 1,586.89 | | 0.00 | 1,586.89 |
| **Grand Total** | | | | | **1,485.25** | **0.00** | **0.00** | **1,485.25** | | **0.00** | **1,485.25** |



# Invoice

June 2023
Invoice Date: 06/28/2023
Invoice Number: E0400NUIWG
Due Date: 06/28/2023

**2,700.00 USD**

| Sold-To | Bill-To | Service Usage Address |
|---|---|---|
| ATALaw | ATALaw | ATALaw |
| 11 Donna Maria Way | 4030 Martin Luther King Way | 11 Donna Maria Way |
| Orinda ca 94563-4111 | Oakland ca 94609 | Orinda ca 94563-4111 |
| United States | United States | United States |

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 2,700.00 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | c11f4565-3f99-48e1-8c4c-a224ce9a25a4 | Credits: | 0.00 |
| Billing Period: | 06/28/2022 - 06/27/2023 | Tax: | 0.00 |
| Due Date: | 06/28/2023 | **Total:** | **2,700.00** |
| Payment Instructions: | Please DO NOT PAY. You will be charged the amount due through your selected method of payment. | | |



# Invoice

June 2023
Invoice Date: 06/28/2023
Invoice Number: E0400NUIWG
Due Date: 06/28/2023

**2,700.00 USD**

## Microsoft 365 Business Standard

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

### New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prepay monthly subscription | | | | | | | | | | |

| Service period | Details | | | | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/2023 - 06/06/2024 | subscription charges | 10 | 150.00 | 366 | 1,500.00 | 0.00 | 0.00 | 1,500.00 | 0.00 % | 0.00 | 1,500.00 |
| Subtotal | | | | | 1,500.00 | 0.00 | 0.00 | 1,500.00 | | 0.00 | 1,500.00 |

### Office 365 Extra File Storage

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

### New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Yearly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/2023 - 06/06/2024 | Prepay monthly subscription charges | 500 | 2.40 | 366 | 1,200.00 | 0.00 | 0.00 | 1,200.00 | 0.00 % | 0.00 | 1,200.00 |
| Subtotal | | | | | 1,200.00 | 0.00 | 0.00 | 1,200.00 | | 0.00 | 1,200.00 |

 **Microsoft**

# Invoice

June 2023
Invoice Date: 06/28/2023
Invoice Number: E0400NUIWG
Due Date: 06/28/2023

## 2,700.00 USD

| Grand Total | | 2,700.00 | 0.00 | 0.00 | 2,700.00 | | 0.00 | 2,700.00 |
|---|---|---|---|---|---|---|---|---|

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------ Original Message ------------------
**From:** MCM@atalawgroup.com;
**Received:** Wed Jul 31 2024 17:50:42 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com; supportmail@microsoft.com;
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

You don't often get email from mcm@atalawgroup.com. Learn why this is important

Thanks for sending but I get the same message:

Hi ! You have permission to Add files, but not to view files. For additional permissions, contact your Microsoft support engineer.

Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com



**CONFIDENTIALITY NOTICE:** This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named property above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

**IRS Circular 230 disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Wednesday, July 31, 2024 2:49 PM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

    Invoices.zip
Hello Matthew,

Thank you for your email.

I've placed the invoices in a folder and compressed it into a zip file. Could you please check if you can download it?

Looking forward for your response

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------ Original Message ------------------
**From:** MCM@atalawgroup.com;
**Received:** Wed Jul 31 2024 17:41:17 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com; supportmail@microsoft.com;
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

      You don't often get email from mcm@atalawgroup.com. Learn why this is important

I cannot see these.  This is the message I get.

# Secure File Exchange 2407160010004144

File Transfers
0 files

 Add files  Download  Delete

Hi ! You have permission to Add files, but not to view files. For additional permissions, contact your Microsoft support engineer.


Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com



**CONFIDENTIALITY NOTICE:** This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named property above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

**IRS Circular 230 disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Wednesday, July 31, 2024 2:39 PM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

    E0400SHVTA.pdf
    E0400QZV3P.pdf

E0400NUIWG.pdf

Hello Matthew,

Thank you for reaching out.

I've attached three invoices for your review. Could you please confirm if these are the ones you needed?

If these invoices meet your requirements, great! If not, could you provide the following details so I can locate the correct ones for you?
Billing Period:
Subscription Name:

Looking forward to your response and happy to assist further.

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------ Original Message ------------------
**From:** MCM@atalawgroup.com;
**Received:** Wed Jul 31 2024 14:25:07 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com; supportmail@microsoft.com;
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

These steps did not work. Can you please send me the invoices as requested? These are invoices MS generated for me, and I cannot find them, but need them for accounting purposes.


Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com



**CONFIDENTIALITY NOTICE:** This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named properly above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

**IRS Circular 230 disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Wednesday, July 31, 2024 9:35 AM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** RE: [EXTERNAL] RE: Keep receiving notices that ... - TrackingID#2407160010004144

Hello Matthew,

I hope this message finds you well.

I understand that you're feeling frustrated with the issues you're experiencing, and I want to assure you that we're here to support you every step of the way.

For your invoice concerns, please refer to these articles which provide detailed, step-by-step instructions on how to check and download any invoice on your M365 tenant. Could you please try this and let me know if that helps you.
• View your invoice in the Microsoft 365 admin center | Microsoft Learn
• Manage billing notifications and invoice attachment settings in the Microsoft 365 admin center | Microsoft Learn

For the issue with Microsoft Word, please try the following steps:
1. Sign Out and Sign In:
   ○ Open any Office app (like Word).
   ○ Go to File > Account.
   ○ Sign out of your Microsoft account and then sign back in.
2. Update Office:
   ○ Open any Office app.
   ○ Go to File > Account > Update Options > Update Now.
3. Online Repair:
   ○ Right-click the Start button and select Apps and Features.
   ○ Find Microsoft Office in the list, click Modify, and select Online Repair.
4. Run the Microsoft Support and Recovery Assistant:
   ○ Download the tool from Download Microsoft Support and Recovery Assistant from Official Microsoft Download Center
   ○ Install and run the tool, following the prompts to troubleshoot and fix activation issues.

If these steps don't resolve the issue, please check if the correct license is assigned. I noticed there is a mix of active, deleted, and deprovisioned licenses on your Microsoft account. Ensure the correct and active license is assigned to the user.

I understand how frustrating these issues can be, and I appreciate your patience as we work through them together. Please let me know the outcome of these steps, and if you have any questions or need further assistance, don't hesitate to reply to this email. We are here to help you.

Thank you for your understanding and cooperation.

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday

------------------- Original Message -------------------
**From:** MCM@atalawgroup.com
**Received:** Tue Jul 30 2024 20:40:12 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com; supportmail@microsoft.com;
**Subject:** [EXTERNAL] RE: Keep receiving notices that we a... - TrackingID#2407160010004144

Hi Dhananjoy:

Thanks for the call this morning.  I will have time to discuss tomorrow too, if necessary.

I wanted to alert you to a statement at one my staff received today from Microsoft:  "Also, when opening Word this morning, I received a notification that on Aug 15 my Microsoft license will be deactivated and will need to be reactivated."

What does this mean? I have already paid for her license as part of the 10 licenses that were renewed for $1500.  I will need that invoice too, please.  Thank you.


Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com



CONFIDENTIALITY NOTICE:  This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named properly above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Tuesday, July 30, 2024 10:45 AM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** Keep receiving notices that we are out of stora... - TrackingID#2407160010004144

Hello Matthew,

This is Dhananjoy your Microsoft 365 support engineer for ticket 2407160010004144. Thank you for taking the time to speak with me.

First of all, please accept our sincere apologies for all the inconvenience happened before on this ticket. I will ensure that I provide you the required details.

To recap our conversation, here is a summary of what we discussed:
- You have asked for 4 invoices (amount of 1400+,1800+,4800+,2500+) for your tenant subscriptions
- You also have asked for the add-on licenses purchase invoices
- Unfortunately, we didn't have much time today to connect. I will look into your account and reply on your email with an update.

If you have any questions, concerns or would like to add anything please feel free to reply back to this email and add them to your response.

I will contact you tomorrow to continue working on this ticket.

Have a great rest of your day,

Best Regards,
Dhananjoy
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------- Original Message -------------------
**From:** MCM@atalawgroup.com
**Received:** Mon Jul 29 2024 15:36:38 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com; supportmail@microsoft.com;
**Subject:** RE: [EXTERNAL] Re: Follow-up Notification - TrackingID#2407160010004144

Tomorrow morning at 10:30 would work the best.


Matthew C. Maclear
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
415.568.5200
www.atalawgroup.com



CONFIDENTIALITY NOTICE:  This email and any attachments are privileged, including but not limited to attorney-client or attorney work-product privileged. The information is intended only for the use of the intended individual or entity, whether named properly above or not. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or email to arrange for destruction of information and the return of the documents.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Dhananjoy B <support@mail.support.microsoft.com>
**Sent:** Monday, July 29, 2024 12:05 PM
**To:** Matthew Maclear <MCM@atalawgroup.com>; supportmail@microsoft.com
**Subject:** RE: [EXTERNAL] Re: Follow-up Notification - TrackingID#2407160010004144

Hello Matthew,

I hope this email finds you well.

I tried calling you in regard to your support request but was unfortunately reached to your voicemail. I understand you may be busy with some other important tasks. I will try calling again later today but please let me know if you would prefer a specific callback time. Just in case, I am occupied with any other task, I will get back to you by tomorrow.

If you have any questions or if you'd like to add anything else, please do not hesitate to let me know.

Looking forward to your reply,

Best Regards,
**Dhananjoy**
**Microsoft Customer Service & support**
v-dhananjoyb@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Technical lead:** Chandan | v-cmishra@microsoft.com
Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
**Manager:** Suresh | v-snathani@microsoft.com
Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
------------------ Original Message ------------------
**From:** MCM@atalawgroup.com;
**Received:** Sun Jul 28 2024 23:57:11 GMT-0400 (Eastern Daylight Time)
**To:** supportmail@microsoft.com;
**Subject:** [EXTERNAL] Re: Follow-up Notification - TrackingID#2407160010004144

            You don't often get email from mcm@atalawgroup.com. Learn why this is important

Tomorrow after 11:30am

Sent from my iPhone

> On Jul 26, 2024, at 2:08 PM, Dhananjoy B <support@mail.support.microsoft.com> wrote:

   Hello Matthew,

   I'm reaching out to discuss your support case related to SPO storage space issue.

   I emailed you on 24-Jul-24, yet we still haven't been able to connect.

   Please respond to this email with a date and time that works for you. If you would rather speak with my manager, their contact information is in my signature.
   Thanks,

   Best Regards,
   **Dhananjoy**
   **Microsoft Customer Service & support**
   v-dhananjoyb@microsoft.com
   Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
   **Technical lead:** Chandan | v-cmishra@microsoft.com
   Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
   **Manager:** Suresh | v-snathani@microsoft.com
   Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday

   Your case number is [2407160010004144] in case you need it.


   ------------------ Original Message ------------------
   **From:** support@mail.support.microsoft.com;
   **Received:** Tue Jul 23 2024 14:38:28 GMT-0400 (Eastern Daylight Time)
   **To:** Matthew Maclear <mcm@atalawgroup.com>; support@mail.support.microsoft.com;
   **Subject:** RE: Keep receiving notices that we are out of s... - TrackingID#2407160010004144

   Hello Matthew,

   I hope this email finds you well.

   I tried calling you in regard to your support request but was unfortunately reached to your voicemail. I understand you may be busy with some other important tasks. I will try calling again later today but please let me know if you would prefer a specific callback time. Just in case, I am occupied with any other task, I will get back to you by tomorrow.

   If you have any questions or if you'd like to add anything else, please do not hesitate to let me know.

   Looking forward to your reply,

   Best Regards,
   **Dhananjoy**
   **Microsoft Customer Service & support**
   v-dhananjoyb@microsoft.com
   Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
   **Technical lead:** Chandan | v-cmishra@microsoft.com
   Working hours: 9:00 AM - 6:00 PM EST | Monday- Friday
   **Manager:** Suresh | v-snathani@microsoft.com
   Working hours: 8:00 AM - 4:30 PM EST | Monday- Friday
   ------------------ Original Message ------------------
   **From:** support@mail.support.microsoft.com;
   **Received:** Tue Jul 23 2024 14:38:28 GMT-0400 (Eastern Daylight Time)
   **To:** Matthew Maclear <mcm@atalawgroup.com>;
   **Subject:** Keep receiving notices that we are out of stora... - TrackingID#2407160010004144

   Hello Matthew,

Hope this email finds you well.

As per our conversation we have scheduled a callback for you at your requested time.

Thank you for your patience and understanding. If you have any further questions or need additional assistance, please don't hesitate to reach out to me.

Regards,

Shabnam

For Microsoft Customer Service & Support
v-shabsharma@microsoft.com
Working Hours: 12:00 pm - 9:00 pm (EST) | Monday- Friday
Technical Lead: Hasnain | v-hasnoorani@microsoft.com
Working Hours: 12:00 pm - 9:00 pm (EST)| Monday- Friday
Manager: Suresh | v-snathani@microsoft.com
Working Hours: 08:00 am - 5:00 pm (EST) | Monday- Friday

# IAN WREN

# SEPTEMBER 2024 INVOICE

| | | | |
|---|---|---|---|
| **INVOICE #** | 02-405 | **INVOICE DATE** | 9/20/2024 |
| **WORK ORDER #** | 02-400 | | |

| **MAILING INFO** | Ian Wren | **BILL TO** | Matthew Maclear |
|---|---|---|---|
| | Wren WS | | Aqua Terra Aeris Law Group |
| | PO Box 31896 | | 4030 Martin Luther King Jr. Way |
| | San Francisco, CA 94131 | | Oakland, CA 94609 |
| | Phone: (415) 810-6956 | | |

Technical services provided in August and September 2024 concerning the lead cables investigation Lake Tahoe, CA.

| HOURLY SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| data synthesis, GIS analysis | 17.1 | $150 | $2,565.00 |
| mapping and graphic design for synthesis of monitoring data | 15.8 | $150 | $2,370.00 |
| SUBTOTAL | 32.9 | | $     4,935.00 |

| DIRECT COSTS | AMOUNT |
|---|---|
| | |
| | |
| | |
| **SUBTOTAL** | $          - |

**OTHER COMMENTS**

1. Total payment due in 30 days

2. Please make checks payable to Ian Wren

| **TOTAL** | $   **4,935.00** |
|---|---|

 **Everlaw**

| | |
|---|---|
| **Invoice number** | 124597 |
| **Invoice date** | Aug 31, 2024 |
| **Payment terms** | Net 30 |
| **Currency** | US Dollar |

**Bill To**

Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland CA 94609
United States

**Billing Reference**

AMOUNT DUE

# $242.69

**Due on Sep 30, 2024**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Aqua Terra Aeris (August 2024) | 50 | $0.00 | $0.00 |
| **Subscription**<br>Aqua Terra Aeris (August 2024) | 44 | $5.00 | $220.00 |
| **Reimbursement**<br>Shipping expenses due for Aqua Terra Aeris | 1 | $22.69 | $22.69 |

| | |
|---|---|
| Subtotal | $242.69 |
| Sales tax | $0.00 |
| Total | $242.69 |
| Paid/Credit | -$0.00 |
| **Amount due** | $242.69 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
PO Box 786166
Philadelphia, PA 19178-6166

**Pay by ACH / Wire Transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

Account #: 3445808581
Account name: Everlaw, Inc.
ABA/Routing: 121042882
Domestic Wire Transfer: 121000248
SWIFT code: WFBIUS6S (international)



We report to
dun & bradstreet
to better serve the credit community
www.dnb.com



| Date Printed | Amount Paid | Recipient | Name | Address 1 | Address 2 | Address 3 | City | State/Province | Postal Code | Country | Origin Zip | Ship Date | Cost Code | Printed Message |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/1/2024 | 26.35 | CALIFORNIA DEPARTMENT OF PARKS AND RECREATION, Sierra District, PO BOX 266, TAHOMA, CA 96142 | CALIFORNIA DEPARTMENT OF PARKS AND RECREATION | PO BOX 266 | | | TAHOMA | CA | 96142 | US | 94609 | 2/1/2024 | | CSPA Permit Application |
| 3/11/2024 | 26.35 | CALIFORNIA DEPARTMENT OF PARKS AND RECREATION, Sierra District, PO BOX 266, TAHOMA, CA 96142 | CALIFORNIA DEPARTMENT OF PARKS AND RECREATION | PO BOX 266 | | | TAHOMA | CA | 96142 | US | 94609 | 3/11/2024 | | ROE application packet |
| 4/16/2024 | 7.99 | JONATHAN D. KELLEY, KIRKLAND & ELLIS, LLP, 4500 TRAVIS ST, DALLAS, TX 75205 | JONATHAN D. KELLEY | 4500 TRAVIS ST | | | DALLAS | TX | 75205 | US | 94609 | 4/16/2024 | | CSPA v Pac Bell - 3d party subp productions |
| 4/16/2024 | 7.99 | NAVI DHILLON, PETER C. MEIER, & LUCAS GRUNBAUM, PAUL HASTINGS, LLP, 101 CALIFORNIA ST FL 48, SAN FRANCISCO, CA 94111 | NAVI DHILLON, PETER C. MEIER, & LUCAS GRUNBAUM | 101 CALIFORNIA ST FL 48 | | | SAN FRANCISCO | CA | 94111 | US | 94609 | 4/16/2024 | | CSPA v Pac Bell - 3d party subp productions |
| 4/16/2024 | 7.99 | HARIKLIA KARIS, ROBERT B. ELLIS, &MARK J. NOMELLINI, KIRKLAND & ELLIS, 300 N LA SALLE DR STE 2400, CHICAGO, IL 60654 | HARIKLIA KARIS, ROBERT B. ELLIS, &MARK J. NOMELLINI | 300 N LA SALLE DR STE 2400 | | | CHICAGO | IL | 60654 | US | 94609 | 4/16/2024 | | CSPA v Pac Bell - 3d party subp productions |
| 5/8/2024 | 7.99 | JONATHAN D. KELLEY, KIRKLAND & ELLIS, LLP, 4550 TRAVIS ST, DALLAS, TX 75205 | JONATHAN D. KELLEY | 4550 TRAVIS ST | | | DALLAS | TX | 75205 | US | 94609 | 5/8/2024 | | LRWQCB subpoena production to OC |
| 5/8/2024 | 7.99 | HARIKLIA KARIS, ROBERT B. ELLIS, &MARK J. NOMELLINI, KIRKLAND & ELLIS, LLP, 300 N LA SALLE DR STE 2400, CHICAGO, IL 60654 | HARIKLIA KARIS, ROBERT B. ELLIS, & MARK J. NOMELLINI | 300 N LA SALLE DR STE 2400 | | | CHICAGO | IL | 60654 | US | 94609 | 5/8/2024 | | LRWQCB subpoena production to OC |
| 5/8/2024 | 7.99 | NAVI DHILLON, PETER C. MEIER, & LUCAS GRUNBAUM, PAUL HASTINGS, LLP, 101 CALIFORNIA ST FL 48, SAN FRANCISCO, CA 94111 | NAVI DHILLON, PETER C. MEIER, & LUCAS GRUNBAUM | 101 CALIFORNIA ST FL 48 | | | SAN FRANCISCO | CA | 94111 | US | 94609 | 5/8/2024 | | LRWQCB subpoena production to OC |

 Everlaw

| | |
|---|---|
| **Invoice number** | 121390 |
| **Invoice date** | Jul 31, 2024 |
| **Payment terms** | Net 30 |
| **Currency** | US Dollar |

**Bill To**

Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland CA 94609
United States

**Billing Reference**

AMOUNT DUE

# $220.00

**Due on Aug 30, 2024**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription** Aqua Terra Aeris (July 2024) | 50 | $0.00 | $0.00 |
| **Subscription** Aqua Terra Aeris (July 2024) | 44 | $5.00 | $220.00 |

| | | |
|---|---|---|
| | Subtotal | $220.00 |
| | Sales tax | $0.00 |
| | Total | $220.00 |
| | Paid/Credit | -$0.00 |
| | **Amount due** | $220.00 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
PO Box 786166
Philadelphia, PA 19178-6166

**Pay by ACH / Wire Transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

Account #: 3445808581
Account name: Everlaw, Inc.
ABA/Routing: 121042882
Domestic Wire Transfer: 121000248
SWIFT code: WFBIUS6S (international)





# ◆ Everlaw

| | |
|---|---|
| **Invoice number** | 118411 |
| **Invoice date** | Jun 30, 2024 |
| **Payment terms** | Net 30 |
| **Currency** | US Dollar |

**Bill To**

Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland CA 94609
United States

**Billing Reference**

AMOUNT DUE

## $70.00

**Due on Jul 30, 2024**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription** Aqua Terra Aeris (June 2024) | 50 | $0.00 | $0.00 |
| **Subscription** Aqua Terra Aeris (June 2024) | 14 | $5.00 | $70.00 |

| | |
|---|---|
| Subtotal | $70.00 |
| Sales tax | $0.00 |
| Total | $70.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | $70.00 |

---

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
PO Box 786166
Philadelphia, PA 19178-6166

**Pay by ACH / Wire Transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

Account #: 3445808581
Account name: Everlaw, Inc.
ABA/Routing: 121042882
Domestic Wire Transfer: 121000248
SWIFT code: WFBIUS6S (international)



We report to
dun & bradstreet
to better serve the credit community
www.dnb.com



 **Everlaw**

| | |
|---|---|
| **Invoice number** | 112652 |
| **Invoice date** | Apr 30, 2024 |
| **Payment terms** | Net 30 |
| **Currency** | US Dollar |

**Bill To**

Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland CA 94609
United States

**Billing Reference**

AMOUNT DUE

# $25.00

**Due on May 30, 2024**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription** Aqua Terra Aeris (April 2024) | 50 | $0.00 | $0.00 |
| **Subscription** Aqua Terra Aeris (April 2024) | 5 | $5.00 | $25.00 |

| | | |
|---|---|---|
| | Subtotal | $25.00 |
| | Sales tax | $0.00 |
| | Total | $25.00 |
| | Paid/Credit | -$0.00 |
| | **Amount due** | $25.00 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
PO Box 786166
Philadelphia, PA 19178-6166

**Pay by ACH / Wire Transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

Account #: 3445808581
Account name: Everlaw, Inc.
ABA/Routing: 121042882
Domestic Wire Transfer: 121000248
SWIFT code: WFBIUS6S (international)


We report to
dun & bradstreet
to better serve the credit community
www.dnb.com

