Joshua Koltun (Bar No. 173040)
One Sansome Street
Suite 3500, No. 500
San Francisco, California 94104
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Attorney for Nonparty Witnesses
Marine Taxonomic Services, Ltd,
Below the Blue, Seth Jones, and
Monique Rydel-Fortner ("BTB-MTS")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY<br><br>    Defendant | Case 2:21-cv-00073-JDP |
| PACIFIC BELL TELEPHONE COMPANY,<br><br>    Movant,<br>v.<br><br>MARINE TAXONOMIC SERVICES, LTD.<br><br>    Respondent | Case No. 2:24-cv-00022-KJM-JDP<br><br>**BTB-MTS'S MOTION TO SHIFT COSTS**<br><br>Zoom Hearing: December 12, 2024<br>Time:           10 am<br>Courtroom    9<br>Judge:          Hon. Jeremy D. Peterson<br><br>Filed Herewith:<br>Memorandum<br>Declaration of Vishal Oza<br>Declaration of Seth Jones<br>Declaration of Joshua Koltun<br>[Proposed] Order |

TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTE that on January 25, 2024, at 10 am in Courtroom 9 and via Zoom, Nonparty Witnesses Below the Blue, Marine Taxonomic Services, Ltd, Seth Jones, and Monique Rydel-Fortner (hereinafter collectively "BTB/MTS") will and hereby do move the Court for an order that AT&T reimburse the "significant expense" it incurred in complying with AT&T's subpoena, as well as its attorney fees for seeking such cost-shifting, under Fed.R.Civ.P. 45(d)(2)(B)(ii).  BTB-MTS alternatively also requests that such costs be awarded as sanctions against AT&T and its counsel of record under Fed.R.Civ. P. 45(d)(1).

This motion is made upon the supporting Memorandum of Points and Authorities, on the Declarations of Vishal Oza, Seth Jones and Joshua Koltun, on all pleadings and materials on file with the Court, and all other such matters presented to the Court before the Motion is taken under submission.

Respectfully submitted,

November 6, 2024

/s/
Joshua Koltun
Attorney for Nonparty Witnesses Below the Blue, Marine Taxonomic Services, Ltd, Seth Jones, and Monique Rydel-Fortner ("BTB-MTS")