NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
LUCAS V. GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  (415) 856-7000
Fax: (415) 856-7100

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Fax: (312) 862-2200

JON DAVID KELLEY (*admitted pro hac vice*)
jon.kelley@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS AND FOR PLAINTIFF TO FILE REPLY**<br><br>Magistrate Judge: Hon. Jeremy D. Peterson<br><br>Complaint Filed: January 14, 2021 |

1    Having met and conferred, Plaintiff California Sportfishing Protection Alliance ("Plaintiff") and Defendant Pacific Bell Telephone Company ("Pacific Bell") (together, the "Parties" and each a "Party") stipulate as follows:

WHEREAS, Plaintiff filed its Motion for Attorney Fees (Dkt. 156) (the "Motion") on October 31, 2024;

WHEREAS, Pacific Bell's deadline to file a response to Plaintiff's Motion is currently November 14, 2024, Plaintiff's deadline to file a reply in support of its Motion is currently November 25, 2024, and Plaintiff's Motion is currently set for hearing on December 19, 2024, at 9am; and

WHEREAS, the Parties agree that additional time would be helpful to fully brief the issues identified in Plaintiff's Motion, and that moving the hearing to early January 2025 would be more conducive to the Parties' schedules.

NOW, THEREFORE, the Parties respectfully and jointly ask that the Court enter an order giving the parties a mutual seven-day extension for briefing related to Plaintiff's Motion, with Pacific Bell's response being due November 21, and Plaintiff's reply being due December 2. The parties also jointly ask that the Court move the December 19 hearing to January 9, 2025, or to a similar date based on the Court's availability. Neither Party has requested any prior extensions regarding this matter, and thus the extensions requested will not unduly delay these proceedings. A stipulated order follows the Parties' signature blocks.

DATED: November 12, 2024                    Respectfully submitted,

*/s/ Hariklia Karis*
HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

|   |   |
|---|---|
| 1 |   |
| 2 | JON DAVID KELLEY (*admitted pro hac vice*) |
|   | jon.kelley@kirkland.com |
| 3 | KIRKLAND & ELLIS LLP |
|   | 4550 Travis Street |
| 4 | Dallas, TX 75205 |

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

DATED: November 12, 2024            Respectfully submitted,

/s/ *Matthew Maclear*
Matthew Maclear (State Bar No. 209228)
Email: mcm@atalawgroup.com
Jason Flanders (State Bar No. 238007)
Email: jrf@atalawgroup.com
Erica A. Maharg (State Bar No. 279396)
Email: eam@atalawgroup.com
J. Thomas Brett (State Bar No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 MARTIN LUTHER KING JR WAY
OAKLAND, CA 94609
Tel: (415) 568-5200

Andrew L. Packard (SBN 168690)
andrew@packardlawoffices.com
William N. Carlon (SBN 305739)
wncarlon@packardlawoffices.com
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Telephone: (707) 782-4060
Fax: (707) 782-4062

William Verick (SBN 140972)
wverick@igc.org
KLAMATH ENVIRONMENTAL LAW
CENTER
1125 16th Street, Suite 204
Arcata, CA 95521
Telephone: (707) 630-5061
Fax: (707) 630-5064

J. Kirk Boyd (SBN 122759)
jkb@drjkb.com

LAW OFFICE OF JOHN KIRK BOYD
548 Market St., Suite 1300
San Francisco, CA 94104-5401
Telephone: (415) 440-2500

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
 PROTECTION ALLIANCE

The filer of this document attests that all signatories listed above have concurred in the filing of this document.

**[PROPOSED] ORDER**

In light of the parties' stipulation and good cause appearing, the Court hereby GRANTS the parties' request for a seven-day extension for briefing related to Plaintiff's Motion for Attorney Fees (Dkt. 156) (the "Motion"), and CONTINUES the hearing for Plaintiff's Motion from December 19, 2024 to January 9, 2025 at 9am. Pacific Bell's deadline to file a response to Plaintiff's Motion is now November 21, 2024, and Plaintiff's deadline to file a reply in support of its Motion is now December 2, 2024.

IT IS SO ORDERED.

DATED: _____

HON. JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE