NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
LUCAS V. GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  (415) 856-7000
Fax: (415) 856-7100

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Fax: (312) 862-2200

JON DAVID KELLEY (*admitted pro hac vice*)
jon.kelley@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**AMENDED STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS AND FOR PLAINTIFF TO FILE REPLY**<br><br>Magistrate Judge: Hon. Jeremy D. Peterson<br><br>Complaint Filed: January 14, 2021 |

Having met and conferred, Plaintiff California Sportfishing Protection Alliance ("Plaintiff") and Defendant Pacific Bell Telephone Company ("Pacific Bell") (together, the "Parties" and each a "Party") stipulate as follows:

WHEREAS, Plaintiff filed its Motion for Attorney Fees (Dkt. 156) (the "Motion") on October 31, 2024;

WHEREAS, Pacific Bell's deadline to file a response to Plaintiff's Motion is currently November 14, 2024, Plaintiff's deadline to file a reply in support of its Motion is currently November 25, 2024, and Plaintiff's Motion is currently set for hearing on December 19, 2024, at 9am; and

WHEREAS, the Parties agree that additional time would be helpful to fully brief the issues identified in Plaintiff's Motion, and that moving the hearing to early January 2025 would be more conducive to the Parties' schedules.

NOW, THEREFORE, the Parties respectfully and jointly ask that the Court enter an order giving Pacific Bell an extension until November 21 of its deadline to file a response to Plaintiff's Motion, and Plaintiff an extension until December 9 of its deadline to file a reply in support of its Motion. The parties also jointly ask that the Court move the December 19 hearing to January 9, 2025, or to a similar date based on the Court's availability. Neither Party has requested any prior extensions regarding this matter, and thus the extensions requested will not unduly delay these proceedings. A stipulated order follows the Parties' signature blocks.

DATED: November 12, 2024                    Respectfully submitted,

*/s/ Hariklia Karis*
HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

1

2    JON DAVID KELLEY (*admitted pro hac vice*)
     jon.kelley@kirkland.com
3    KIRKLAND & ELLIS LLP
     4550 Travis Street
4    Dallas, TX 75205

5    Attorneys for Defendant
     PACIFIC BELL TELEPHONE COMPANY
6

7
     DATED: November 12, 2024          Respectfully submitted,
8
                                       */s/ Matthew Maclear*
9                                      Matthew Maclear (State Bar No. 209228)
                                       Email: mcm@atalawgroup.com
10                                     Jason Flanders (State Bar No. 238007)
                                       Email: jrf@atalawgroup.com
11                                     Erica A. Maharg (State Bar No. 279396)
                                       Email: eam@atalawgroup.com
12                                     J. Thomas Brett (State Bar No. 315820)
                                       Email: jtb@atalawgroup.com
13                                     AQUA TERRA AERIS LAW GROUP
                                       4030 MARTIN LUTHER KING JR WAY
14                                     OAKLAND, CA 94609
                                       Tel: (415) 568-5200
15

16                                     Andrew L. Packard (SBN 168690)
                                       andrew@packardlawoffices.com
17                                     William N. Carlon (SBN 305739)
                                       wncarlon@packardlawoffices.com
18                                     LAW OFFICES OF ANDREW L. PACKARD
                                       245 Kentucky Street, Suite B3
19                                     Petaluma, CA 94952
                                       Telephone: (707) 782-4060
20                                     Fax: (707) 782-4062
21
                                       William Verick (SBN 140972)
22                                     wverick@igc.org
                                       KLAMATH ENVIRONMENTAL LAW
23                                     CENTER
                                       1125 16th Street, Suite 204
24                                     Arcata, CA 95521
                                       Telephone: (707) 630-5061
25                                     Fax: (707) 630-5064
26
                                       J. Kirk Boyd (SBN 122759)
27                                     jkb@drjkb.com
28

LAW OFFICE OF JOHN KIRK BOYD
548 Market St., Suite 1300
San Francisco, CA 94104-5401
Telephone: (415) 440-2500

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

The filer of this document attests that all signatories listed above have concurred in the filing of this document.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

In light of the parties' amended stipulation and good cause appearing, the Court hereby GRANTS the parties' request for an extension until November 21 of the deadline for Pacific Bell's response to Plaintiff's Motion for Attorney Fees (Dkt. 156) (the "Motion"), and an extension until December 9, 2024 of the deadline for Plaintiff to file a reply in support of its Motion, and CONTINUES the hearing for Plaintiff's Motion from December 19, 2024 to January 9, 2025 at 9am.

IT IS SO ORDERED.

Dated:   November 12, 2024

_____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE