NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

HARIKLIA KARIS (admitted *pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (admitted *pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (admitted *pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

JON DAVID KELLEY (admitted *pro hac vice*)
jon.kelley@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1755

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**[PROPOSED] ORDER DENYING BTB-MTS'S MOTION TO SHIFT COSTS**<br><br>Judge:    Hon. Jeremy D. Peterson<br>Date:     January 9, 2025<br>Time:    10:00 a.m.<br>Courtroom:  9<br><br>Action Filed:  January 14, 2021<br>Trial Date:    None |

# [PROPOSED] ORDER

Before the Court is BTB-MTS's Motion to Shift Costs ("Motion"). Defendant Pacific Bell Telephone Company opposed the Motion. A hearing was held on January 9, 2025, with counsel for both parties appearing.

Having fully considered the matter, including the parties' briefing, the Court hereby DENIES BTB-MTS's Motion.

**IT IS SO ORDERED.**

DATED: _____, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE