# EXHIBIT A

**From:** Seth Jones <seth@consultmts.com>
**To:** Mollie Hurt
**Sent:** 8/6/2020 6:23:40 PM
**Subject:** Re: its going out today!

I will read this on the flight! Yeah I was surprised at the lab results... so high for a short time! We are confident they won't fight too much. But if they do we will test sections in place underwater. It's mostly laying on top of rocks so relatively low disturbance with removal. I hope we can do removal as well but maybe not since we would help the fight if needed and not stay behind the scenes.

Will keep you in the loop!

Sent from my iPhone

On Aug 6, 2020, at 3:23 PM, Mollie Hurt <mhurt@tahoercd.org> wrote:


Wow—I got chills reading this. I didn't know that there was lab testing done of the cables to measure the lead that continues to be leached from them. With over 6.5 miles of cable total, that's a significant amount of lead. Will definitely not share but really appreciate your sending it to me. Thank you for all of your effort on inventorying the cables and on their constituents. Some hazardous material sites are nearly impossible to capture/rehabilitate—I'm thinking of the PCE plume in South Lake Tahoe, or the Leviathan mine project –see attached paper. But it seems like removing these cables could be somewhat(?) more straightforward and achievable and not too disturbing to lakebed features if most of it is exposed and not too buried?
Thanks Seth,
Mollie

**From:** Seth Jones <seth@consultmts.com>
**Sent:** Thursday, August 6, 2020 2:06 PM
**To:** Mollie Hurt <mhurt@tahoercd.org>
**Subject:** its going out today!
I will keep you updated on how this goes! I hope this is the right approach…eeek! At least they WILL be coming out and if there are any penalties they will go into a mitigation fund for use ONLY in the basin!
Hopefully this action won't make too many people mad…
Don't share this… it's a draft still and confidential. But im SO excited to share with you. We have wanted to make a dent in the trash issue for so long and this is a HUGE start. A press announcement will be made down the road.
<herbst_etal_2018_long-term_monitoring_amd_bmi_community_reassembly_etc.pdf>