# EXHIBIT B

Message

| | |
|---|---|
| **From:** | Kirk Boyd [jkb@drjkb.com] |
| **Sent:** | 7/21/2021 2:32:31 PM |
| **To:** | Seth Jones [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=11f5ff0ed7d64076a04e4cc8a1c5272c-seth] |
| **CC:** | Monique Rydel-Fortner [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=858715119f4b4e6c9bcf6b9c982c8463-monique] |
| **Subject:** | Re: Att cable |

Hi, ATT is being pokey and unclear. We're supposed to hear back from them this week. I do know that the agreement will include 1.5 million for removal of the cable. That does not include disposal of the cable - only pulling the cable up, getting it on to barges, taking it over to trucks on the water's edge, and loading it on or in truck beds.

As you know, I've been trying to arrange having this work done by you and Matty from the start. ATT has not expressed opposition to this, and it is likely that they will put out a request for written estimates for the entire removal job I have described.

I talked with Matty here at the office about the two of you starting on the written estimate. He would like to do that. I do not know when they will ask for estimates, or how long the bidding process will last. They will not pay the 1.5 as a lump sum, but that amount will be set aside to get the job done. Considering the earlier estimates that we have talked about, this should be more than enough and I'd like for you and Matty to have the winning estimate.

Best,

*Kirk*

*Law Office of John Kirk Boyd*
548 Market St., Suite 1300
San Francisco, CA 94104
415 440-2500


On Jul 21, 2021, at 1:55 PM, Seth Jones <seth@consultmts.com> wrote:

Hey! Hope you are great! Any updates? What should we be doing on our end? We are ready to dig in as needed!

Sent from my iPhone

BTBMTS0013103

BTBMTS0013103