# EXHIBIT C

Message

**From**: Robert Mooney [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FAE02E6075B74E9ABC433C2ED66DC810-ROBERT]
**Sent**: 2/28/2022 12:04:58 PM
**To**: John Dietler [jdietler@swca.com]; Seth Jones [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=11f5ff0ed7d64076a04e4cc8a1c5272c-seth]
**CC**: Lindsay Teunis [Lindsay.Teunis@swca.com]; Will Norman [Will.Norman@swca.com]
**Subject**: RE: Get to know each other (MTS and SWCA)

Hi John,
Glad it made it to you. Looking forward to the chance to connect in person at the EBJ summit.

Robert Mooney, PhD, Principal Marine Scientist :: MARINE TAXONOMIC SERVICES, LTD.
San Diego | Oregon | South Lake Tahoe
(C) 760.331.7897 (O) 760.410.8392 (F) 760.738.1802 (W) www.marinetaxonomicservices.com

-----Original Message-----
From: John Dietler <jdietler@swca.com>
Sent: Monday, February 28, 2022 10:38 AM
To: Robert Mooney <robert@consultmts.com>; Seth Jones <seth@consultmts.com>
Cc: Lindsay Teunis <Lindsay.Teunis@swca.com>; Will Norman <Will.Norman@swca.com>
Subject: RE: Get to know each other (MTS and SWCA)

Hi Robert and Seth,

I wanted to send a belated thank you for the hat and shirt! I didn't come to the office for several weeks due to the holidays and the pandemic, and was happy to find the package waiting for me when I eventually returned. Love them both!

On an unrelated note, I see that MTS is sponsoring the EBJ Environmental Summit in mid-March. Looking forward to seeing you there in person!

Best,
John

John Dietler, Ph.D., RPA
Vice President, Southern California & Pacific Islands

SWCA Environmental Consultants
P 626-489-4068 | C 310-795-6693
jdietler@swca.com

-----Original Message-----
From: Will Norman <Will.Norman@swca.com>
Sent: Tuesday, February 1, 2022 2:10 PM
To: Robert Mooney <robert@consultmts.com>; Seth Jones <seth@consultmts.com>
Cc: Lindsay Teunis <Lindsay.Teunis@swca.com>; John Dietler <jdietler@swca.com>; Kenny Carothers <carotherskenny@gmail.com>
Subject: RE: Get to know each other (MTS and SWCA)

Perfect and Thanks! Really appreciate it Robert!

Will Norman
Sr. Business Development Lead
SWCA
225.636.0114

-----Original Message-----
From: Robert Mooney <robert@consultmts.com>
Sent: Tuesday, February 1, 2022 3:44 PM
To: Will Norman <Will.Norman@swca.com>; Seth Jones <seth@consultmts.com>
Cc: Lindsay Teunis <Lindsay.Teunis@swca.com>; John Dietler <jdietler@swca.com>; Kenny Carothers <carotherskenny@gmail.com>
Subject: RE: Get to know each other (MTS and SWCA)

EXTERNAL: This email originated from outside SWCA. Please use caution when replying.

Hi Will,

BTBMTS0013991

Glad you got the package. In So Cal we seew some senescence of eelgrass in the winter. Somewhat hit or miss. I'd say areas with more estuarine influence may get a bit more impacted over winter due to increased turbidity, short photoperiod, and depressed salinity. Best would be to perform some sort of quick verification survey to look at density. Outside of that, I'd recommend waiting until mid-spring. Hard to say a lot without being familiar with the site but that's my quick armchair quarterbacking.

Cheers,
Robert

Robert Mooney, PhD, Principal Marine Scientist :: MARINE TAXONOMIC SERVICES, LTD.
San Diego | Oregon | South Lake Tahoe
(C) 760.331.7897 (O) 760.410.8392 (F) 760.738.1802 (W) www.marinetaxonomicservices.com


-----Original Message-----
From: Will Norman <Will.Norman@swca.com>
Sent: Tuesday, February 1, 2022 12:20 PM
To: Robert Mooney <robert@consultmts.com>; Seth Jones <seth@consultmts.com>
Cc: Lindsay Teunis <Lindsay.Teunis@swca.com>; John Dietler <jdietler@swca.com>; Kenny Carothers <carotherskenny@gmail.com>
Subject: RE: Get to know each other (MTS and SWCA)

I just got a kick ass care package in the mail. Thanks so much amigos!

Robert, I had a quick question that I just shot Lindsay and our other lead, but they are out today so I thought I would ask your thoughts. No worries if your tied up, etc. Anyway, the aerial survey team for Chandeleur was looking at late a schedule of February for ideal sun-angle for Lidar water penetration for the aerial survey. Question came up if water temperatures would make that maybe not an ideal time for an aerial survey of seagrasses if their growth would be stunted in any way. That seems to make sense but wanted to know if you had any thoughts on that, if you have a second.

Thanks again guys, looking forward to continuing this conversation!

Will Norman
Sr. Business Development Lead
SWCA
225.636.0114

-----Original Message-----
From: Robert Mooney <robert@consultmts.com>
Sent: Thursday, January 27, 2022 4:20 PM
To: Kenny Carothers <KCarothers@swca.com>
Cc: Will Norman <Will.Norman@swca.com>; Seth Jones <seth@consultmts.com>; Lindsay Teunis <Lindsay.Teunis@swca.com>; John Dietler <jdietler@swca.com>
Subject: RE: Get to know each other (MTS and SWCA)

EXTERNAL: This email originated from outside SWCA. Please use caution when replying.

I'm slow but not forgetful. I just asked on my end to have shirts sent out to you guys.
Cheers,
Robert

Robert Mooney, PhD, Principal Marine Scientist :: MARINE TAXONOMIC SERVICES, LTD.
San Diego | Oregon | South Lake Tahoe
(C) 760.331.7897 (O) 760.410.8392 (F) 760.738.1802 (W) www.marinetaxonomicservices.com


-----Original Message-----
From: Kenny Carothers <KCarothers@swca.com>
Sent: Friday, January 7, 2022 9:11 AM
To: Robert Mooney <robert@consultmts.com>
Cc: Will Norman <Will.Norman@swca.com>; Seth Jones <seth@consultmts.com>; Lindsay Teunis <Lindsay.Teunis@swca.com>; John Dietler <jdietler@swca.com>
Subject: Re: Get to know each other (MTS and SWCA)

That would be awesome! I can return the favor and get y'all some SWCA swag, although we don't have any as cool as those. I wear a men's L

8412 Etienne Cove
Austin TX 78759

Thanks!


Kc

Kenny Carothers
512-800-9895

Sent from my mobile device
Please excuse any typos

> On Jan 7, 2022, at 10:47 AM, Robert Mooney <robert@consultmts.com> wrote:
>
> EXTERNAL: This email originated from outside SWCA. Please use caution when replying.
>
> Hi All,
> Great meeting. I'll have our intern send you all shirts. Just give me address and size for each of you. I think we have the We Do Cool Sh@t! Ones right now.
> Cheers,
> Robert
>
> Robert Mooney, PhD, Principal Marine Scientist :: MARINE TAXONOMIC SERVICES, LTD.
> San Diego | Oregon | South Lake Tahoe
> (C) 760.331.7897 (O) 760.410.8392 (F) 760.738.1802 (W)
> www.marinetaxonomicservices.com
>
>
> -----Original Message-----
> From: Will Norman <Will.Norman@swca.com>
> Sent: Thursday, January 6, 2022 2:34 PM
> To: Seth Jones <seth@consultmts.com>; Lindsay Teunis
> <Lindsay.Teunis@swca.com>
> Cc: John Dietler <jdietler@swca.com>; Robert Mooney
> <robert@consultmts.com>; Kenny Carothers <KCarothers@swca.com>
> Subject: RE: Get to know each other (MTS and SWCA)
>
> Seth, It was a real pleasure getting to meet you and Robert today, and I really look forward to continuing this conversation. Robert, as we flesh out the Chandeleur Restoration project, I'll keep you posted.
>
> Attached is a marketing piece we put together for the TX FW Mussel work last year and really started marketing it 3rd/4th QTR. Provides a little overview of the market and what we are pushing.
>
> Seth, I really appreciate your and Robert's openness about where how ya'll feel about the M&A space. I think that is so cool and smart. Kenny is your point on all things M&A, but I'd like to suggest KC introducing ya'll to Janet Herrick down the road. She just went through an acquisition by SWCA at the end of last year. Her company is about the same size as MTS and she had a lot of the same concerns. While she made a decision ya'll may ultimately decide against, while it's this fresh in her mind I bet she would have an awesome perspective to share with you.
>
> Lastly, and most importantly, if ya'll allow it outside of the company, I would love to venmo you the cost for purchase and shipping of a Medium long-sleeve MTS "getting Sh@T Done" T-shirt. If you could ship it when ever you have time (no rush at all) to the address below, that would just be fantastic. Hope ya'll have a great rest of your week, and happy new year!
>
>
> Will Norman
> Sr. Business Development Lead
>
> SWCA Environmental Consultants
> 1651 Lobdell Ave, Bldg. A
> Baton Rouge, LA 70806
> P 225.320.5896 | C 225.636.0114
>
>
> The contents of this email and any associated emails, information, and attachments are CONFIDENTIAL. Use or disclosure without sender's authorization is prohibited. If you are not an authorized recipient, please notify the sender and then immediately delete the email and any attachments.
>
> Will Norman
> Sr. Business Development Lead
> SWCA
> 225.636.0114
>
> -----Original Message-----
> From: Seth Jones <seth@consultmts.com>
> Sent: Thursday, January 6, 2022 2:25 PM
> To: Lindsay Teunis <Lindsay.Teunis@swca.com>
> Cc: John Dietler <jdietler@swca.com>; Robert Mooney
> <robert@consultmts.com>; Kenny Carothers <KCarothers@swca.com>; Will
> Norman <Will.Norman@swca.com>
> Subject: Re: Get to know each other (MTS and SWCA)
>
> EXTERNAL: This email originated from outside SWCA. Please use caution when replying.
>

> Hi all!
>
> Great to connect this am. I look forward to continuing to work with Lindsay and others down the road at SWCA. I feel like our values and outlook line up.
>
> Lindsay, can I get your current rates and let me know what I should plug in for this upcoming ATT work. Also let's touch base with others at your Reno office that should be looped into the process. This project will be multi faceted… it's a little bit of a sore spot for ATT, But this will set the path forward and pave the way to push for removal across the US… though our non profit - Below the Blue - we used Tahoe because we love it and it was the easiest place to win a case like this since it's a pristine California drinking water source. It's the long game… but 1000's of miles of these cables that contain 20,000 lbs of leaching lead per mile that very few know about will be coming out one way or the other… we will make sure of it.
>
> On the company side - We have been very conservative in our growth as a company and really I think over analyze our hiring. We need to find the right people and sometimes we don't know what or who that is. Being so small it's hard. I have wanted to do it all for a long time and more recently realized I do not personally have what it takes to grow MTS into what it could become. We need to team up with the right people so we can grow exponentially together… we have looked at a lot of options… bringing in more executive management, spitting the company up, just hiring more seniors and pushing ahead… and more. We have been extremely lucky to have the ear of different M/A advisers as well as executives at a lot of other firms since going to the EBI events. We have been "putting more meat on our bones" to become enticing for a larger firm to have interest. We are finally barely at that point. We understand the risks with field work as well as diving and the perception some firms have with not wanting to grow in certain areas. We are open to limiting work in some areas as needed with a new firm. But do really enjoy what we are doing. We do not want to rush anything and need to make sure we find a group that's compatible. Also we can keep running at the state we are in. We are profitable and really enjoy what we are doing… just trying to make the right decision for MTS. We have averaged 18% growth since taking over in 2009 and did 42% last year. 2020 was flat.
>
> Taking MTS to market is not something we have bandwidth for. While that could get us the most money… we are in this for the long haul and that isn't the most important part of the process. I can't spend the time doing meetings across the country courting 10 different firms while running our current project load and everything in the pipes. We are at a point we need help and love guidance from groups like yourselves even if M/A isn't on the table from either end. Advise on growth strategies is appreciated on all levels.
>
>
> Thanks again and take care,
>
> Seth
>
> Sent from my iPhone
>
>> On Dec 21, 2021, at 10:05 AM, Lindsay Teunis <Lindsay.Teunis@swca.com> wrote:
>>
>> Hi all - I would like to have a call to formally introduce SWCA to MTS (Marine Taxonomic Services, Environmental Consulting - Marine Taxonomic Services<https://marinetaxonomicservices.com/>), some of my favorite smart people. With SWCA's growing coastal work I think there may be a lot of good opportunities to work together. I would love to have MTS share their current capacity, skills, geography, etc… and better understand your short-term and long-term goals for the company. I am hoping to hear more about your interest in continuing to work along the west coast but also your interest in working in the Gulf and other parts of the Country.
>>
>> Please let me know if this time doesn't work.
>>
>> Have a wonderful holiday!
>>
>> Lindsay
>>
>>
>> Lindsay Teunis is inviting you to a scheduled Zoom meeting.
>>
>> Join Zoom Meeting
>> https://swca.zoom.us/j/94844803678
>>
>> Meeting ID: 948 4480 3678
>> One tap mobile
>> +17209289299,,94844803678# US (Denver) 16699006833,,94844803678# US
>> +(San Jose)
>>
>> Dial by your location
>>        +1 720 928 9299 US (Denver)
>>        +1 669 900 6833 US (San Jose)
>>        +1 971 247 1195 US (Portland)
>>        +1 213 338 8477 US (Los Angeles)
>>        +1 253 215 8782 US (Tacoma)
>>        +1 346 248 7799 US (Houston)
>>        +1 602 753 0140 US (Phoenix)

```
>>       +1 669 219 2599 US (San Jose)
>>       +1 312 626 6799 US (Chicago)
>>       +1 470 250 9358 US (Atlanta)
>>       +1 470 381 2552 US (Atlanta)
>>       +1 646 518 9805 US (New York)
>>       +1 651 372 8299 US (Minnesota)
>>       +1 786 635 1003 US (Miami)
>>       +1 929 205 6099 US (New York)
>>       +1 267 831 0333 US (Philadelphia)
>>       +1 301 715 8592 US (Washington DC)
>>       888 475 4499 US Toll-free
>> Meeting ID: 948 4480 3678
>> Find your local number: https://swca.zoom.us/u/abgUdowoC8
>>
>>
>> <meeting.ics>
```