# EXHIBIT F



Torrey Denoo  
Area Manager Construction and Engineering  
AT&T Inc.

January 18, 2022

## Re: Lake Tahoe Communications Cable Removal

Dear Mr. Denoo:

Thank you for your interest in working with Marine Taxonomic Services (MTS) to assist with the planning associated with the removal of a section of communications cable that is routed over a portion of the lakebed of Lake Tahoe (Project). The below scope of work is written in response to conversations we have had relative to understanding the position of the cable, the resources present within and adjacent to the cable and support with obtaining permits and authorizations from tribal, local, state, and federal agencies. Below I have outlined our proposed scope of work and budget to begin the work necessary to move the Project towards implementation.

MTS is an environmental consulting firm that specializes in aquatic resource mapping, aquatic resource management, and diving related services. Our combination of talents is well suited for this Project. We have an office in Lake Tahoe, and we understand the local regulatory context within which your Project will be performed. We also have site specific experience performing monitoring, mapping, and construction within Lake Tahoe.

IN addition to our local expertise, we have teamed with SWCA Environmental Consultants (SWCA) to support this Project. SWCA provides additional depth of experience with environmental planning and permitting. The combination of our firms provides the flexibility of a small business with the depth of experience and resources of a renowned large firm. This ensures we will be able to quickly respond to needs while ensuring that all potential outcomes can be handled.

### Task 1 – Cable Route Survey

Understanding the position of the cable and the resources it intersects is critical to Project planning and the ultimate removal effort. Having map and video data will allow the Project team to plan and will improve the ability of potential removal contractors to accurately bid the Project.

Under this Task, MTS will map and document the entire submerged portion of the cable. Divers will navigate the entire submerged length of the cable. The dive team will utilize video cameras to document the condition of the cable and show the substrate and any other features the cable crosses. The dive team will be followed by a vessel outfitted with a high-precision global positioning device. The divers' position will be collected using the GPS approximately once per minute during the survey. The timestamp from the video will be cross referenced to the GPS time to refine the mapping relative to any features of interest.

In addition to the underwater portions, the cable sections where the cable emerges from the lake and section are joined at splice boxes will be mapped. The plants and habitat types will be mapped at these locations.

The results of the survey will be compiled into a brief report. The report will describe the methods used to perform the survey. The report will include a map of the cable route. The map will indicate the

MAIN OFFICE | 920 RANCHEROS DRIVE SUITE F-1 | SAN MARCOS CA 92069 | 760.410.8392  
OREGON OFFICE | 5125 NW CRESCENT VALLEY DRIVE | CORVALLIS OR 97330 | 858.232.1958  
SOUTH LAKE TAHOE | 1155 GOLDEN BEAR TRAIL | SOUTH LAKE TAHOE CA 96150| 858.232.1958

WWW.MARINETAXONOMICSERVICES.COM

BTBMTS0015676  
BTBMTS0015676

substrate type under the cable by color codes referenced in a legend.  The substrate type will be summarized in a table and the length of cable over each substrate type will be summed. Any sensitive habitats that are intersected by the cable will also be noted.  A video log will be provided noting the video timestamp and approximate position of any notable features relative to the removal or planning associated with the project.  Such features may include debris items, entanglements, and sensitive species. In addition to being useful for cable removal, the data will support permit applications and will be useful to anyone evaluating the project relative to archaeological, biological, or cultural resources.

The costs to complete the video survey and cable mapping total $37,100.  This task would be invoiced on a firm fixed fee basis following submission of the report. We estimate that it will take 5 field days to complete the work with a team of divers, a dive vessel, and all required equipment.  The price for this task includes reporting, video processing, and mapping.

## Task 2 – Permitting Support

Under this task, MTS and SWCA will consult with local, state, federal, and tribal agencies to determine the appropriate permits to be sought.  The team will submit applications for permits and will respond to comments and requests for additional information.  Our team has assumed that the cable can be removed from the lakebed without review under CEQA, NEPA, or other significant environmental review (except possible archaeological review by State Parks or tribal groups). Task 1 will help inform this process. As part of the permit process our team will work to identify the lead agency responsible for environmental review and obtain a notice of categorical exemption under CEQA and other exemptions to the extent possible. Our team has already had preliminary discussions with multiple regulatory agencies and the project has met with favorable review. Our current belief is that we will be able to obtain permits and exemptions without significant environmental review given the nature of the project. We do however anticipate that there may be a need for significant archaeological review, and we have not included those costs in our estimate.

We propose to work on this task on a time and materials basis.  We would invoice AT&T monthly and provide a summary of actions completed during the month and actions to be taken during the subsequent month.  If at any time AT&T wishes for our team to stop work, all materials obtained and developed at that time will be provided.  Given the uncertainty in the permit process and the potential for multiple meetings and consultations, we cannot set a specific budget number.  We believe it will cost between $25,000 and $50,000 to obtain Project related permits. We suggest that AT&T allocate a budget of $50,000 to obtain permits.  Our team will notify AT&T as soon as possible if there is concern of going over budget. If the team needs to spend funds above the budget, AT&T will be provided with justification for additional funds in writing.  The labor for permitting will be invoiced in accordance with the included schedule of fees.

I look forward to the opportunity to work with you on this project.

Sincerely,


Seth Jones
President

MAIN OFFICE | 920 RANCHEROS DRIVE SUITE F-1 | SAN MARCOS CA 92069 | 760.410.8392
OREGON OFFICE | 5125 NW CRESCENT VALLEY DRIVE | CORVALLIS OR 97330 | 858.232.1958
SOUTH LAKE TAHOE | 1155 GOLDEN BEAR TRAIL | SOUTH LAKE TAHOE CA 96150| 858.232.1958

WWW.MARINETAXONOMICSERVICES.COM

BTBMTS0015677
BTBMTS0015676



## SCHEDULE OF FEES

### CONSULTING AND LABOR RATES

| | |
|---|---|
| PRINCIPAL CONSULTANT | $170 / hour |
| PROJECT MANAGING SCIENTIST | $135 / hour |
| SENIOR SCIENTIST/SENIOR PROJECT MANAGER | $115 / hour |
| ASSOCIATE SCIENTIST/ASSOCIATE PROJECT MANAGER | $93 / hour |
| LEAD TECHNICIAN | $88 / hour |
| TECHNICIAN II | $73 / hour |
| TECHNICIAN I | $57 / hour |
| SENIOR SCIENTIST DIVER | $130 / hour |
| ASSOCIATE SCIENTIST DIVER | $110 / hour |
| LEAD TECHNICIAN DIVER | $103 / hour |
| TECHNICIAN II DIVER | $88 / hour |
| GIS TECHNICIAN | $88 / hour |
| ADMINISTRATIVE SUPPORT | $62 / hour |

### DIVE TEAMS

| | |
|---|---|
| TWO-DIVER TEAM (Tender and Two Divers) | $3,150 / day |
| THREE-DIVER TEAM (Tender and Three Divers) | $3,350 / day |
| FOUR-DIVER TEAM (Tender and Four Divers) | $4,550 / day |
| ADDITIONAL TOPSIDE DIVER SUPPORT PERSONNEL | $650 / day |



## SPECIALIZED DIVE SUPPORT EQUIPMENT

| | |
|---|---|
| SCUBA DIVE GEAR | Included with diver |
| REBREATHER DIVE GEAR (to 200 ft) | $265 / day |
| CAMERA & UNDERWATER HOUSING | $57 / day |
| UNDERWATER METAL DETECTOR | $370 / day |
| SALVAGE EQUIPMENT (assorted lift bags and rigging) | $525 / day |
| DIVER COMMUNICATIONS EQUIPMENT | $110 / day |
| DIVER OPERATED SUCTION DREDGE | $525 / day |

## VEHICLES AND VESSELS

| | |
|---|---|
| VEHICLE MILEAGE (2022 IRS rate) | $0.585 / mile |
| TOW VEHICLE | $57 / day + mileage |
| HEAVY TRUCK + FLATBED TRAILER | $515 / day |
| SURVEY / DIVE VESSEL (20-25 ft) | $425 / day |
| SMALL SURVEY VESSEL (<20 ft) | $320 / day |

## AQUATIC SURVEY EQUIPMENT

| | |
|---|---|
| REMOTELY OPERATED VEHICLE (ROV) | $425 / day |
| TOWED VIDEO CAMERA | $160 / day |
| SIDE-SCAN SONAR | $370 / day |
| SINGLE-BEAM SONAR | $320 / day |
| MULTI-BEAM SONAR | $2320 / day |

## WATER MONITORING EQUIPMENT

| | |
|---|---|
| MULTI-PARAMETER WATER QUALITY SONDE | $160 / day |
| TRANSMISSOMETER | $212 / day |

SAN DIEGO | OREGON | SOUTH LAKE TAHOE
920 RANCHEROS DRIVE SUITE F-1 | SAN MARCOS CA 92069 | 760.410.8392

WWW.MARINETAXONOMICSERVICES.COM

BTBMTS0015679
BTBMTS0015676



| | |
|---|---|
| VAN DORN WATER SAMPLER | $57 / day |

## GENERAL FIELD EQUIPMENT

| | |
|---|---|
| DIFFERENTIAL GPS | $83 / day |
| TERRESTRIAL & FORESTRY BUNDLE (includes GPS) | $110 / day |

SAN DIEGO | OREGON | SOUTH LAKE TAHOE
920 RANCHEROS DRIVE SUITE F-1 | SAN MARCOS CA 92069 | 760.410.8392

WWW.MARINETAXONOMICSERVICES.COM

BTBMTS0015680
BTBMTS0015676