# EXHIBIT G



# TOGETHER WE CAN MAKE A DIFFERENCE

Below the Blue is a registered 501(c)3 nonprofit dedicated to removing foreign debris from water bodies and educating the public about pollution. Below the Blue collects hands-on data that helps facilitate policy change and enforcement while working with environmental lawyers, local agencies and residents.

Individually, we are scientists, artists, entrepreneurs, lawyers, and teachers. Collectively we are Below the Blue, a group of genuine people with a common interest: Lake Tahoe and Beyond.

We hope you will become part of our collaboration to save our lake, below and above the blue.

**JOIN US**

## AMERICA IS WRAPPED IN MILES OF TOXIC LEAD CABLES

**9 JULY 2023 WSJ ARTICLE**

## INVESTIGATING HIDDEN LEAD CABLES CIRCLING THE U.S.

## 9 JULY 2023 WSJ ARTICLE

## BAYOU TECHE IS AN EPICENTER OF AMERICA'S LEAD CABLE PROBLEM

## 10 JULY 2023 WSJ ARTICLE

## LAWMAKERS DEMAND TELECOM FIRMS ACT AFTER WSJ INVESTIGATION

## 11 JULY 2023 WSJ ARTICLE

## AT&T/VERIZON KNEW ABOUT TOXIC LEAD CABLES - AND DID LITTLE

## 12 JULY 2023 WSJ ARTICLE

## 'I WAS SICK AND I DIDN'T KNOW WHY'

### 14 JULY 2023 WSJ ARTICLE

## ENVIRONMENTAL GROUPS ASK EPA TO SHIELD PUBLIC

In a letter Monday to the EPA, the groups asked the federal agency to ensure the "immediate removal" of all <u>abandoned aerial lead-covered cables</u> hung up on poles and lead infrastructure accessible to children from the ground.

### 17 JULY 2023 WSJ ARTICLE

### ADDITIONAL PHOTOS OF LEAD CABLE INVESTIGATION

### FIELD REPORT AND SUPPORTING DOCUMENTS

## NONPROFITS AND LOCAL AGENCY TEAM UP FOR CHANGE

**19 APRIL 2022 PRESS RELEASE**

# PACBELL TO REMOVE TOXIC CABLE FROM LAKE TAHOE

**CONSENT DECREE & ARTICLES**

**ADDITIONAL PHOTOS OF UNDERWATER CABLE**

## INSPIRE. EDUCATE. TAKE ACTION!

Your support and generous contributions will help enable us to meet our goals and to continue our collective efforts in preserving Lake Tahoe for generations.

Case 2:21-cv-00073-JDP   Document 170-9   Filed 11/20/24   Page 6 of 7

Thank you!

Below the Blue

**DONATE NOW**

# CHECK OUT OUR INSTAGRAM @BELOWTHEBLUE.LAKETAHOE

© 2023 BELOW THE BLUE 501(C)3 - ALL RIGHTS RESERVED.

ABOUT US

BLOG

CONTACT US