# EXHIBIT H

Message

| | |
|---|---|
| **From:** | Seth Jones [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=11F5FF0ED7D64076A04E4CC8A1C5272C-SETH] |
| **Sent:** | 1/17/2021 5:38:09 PM |
| **To:** | DENOO, TORREY A [TD1963@att.com] |
| **CC:** | Evan Dreyer [evandreyer@outlook.com]; Monique Rydel-Fortner [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=858715119f4b4e6c9bcf6b9c982c8463-monique] |
| **Subject:** | RE: AT&T meeting follow up |
| | |
| **Flag:** | Flag for follow up |

Hi Torrey,

It was really nice meeting you today. What an awesome day on the water and super cool we were able to find more places it came to shore and have you get samples.

Please stay in touch and let us know if you need anything. Monique will share a link to picture we took today when she gets them downloaded.

We will be in touch,

Seth

---

**From:** DENOO, TORREY A <TD1963@att.com>
**Sent:** 16 January 2021 15:41
**To:** Seth Jones <seth@consultmts.com>
**Cc:** Evan Dreyer <evandreyer@outlook.com>; Monique Rydel-Fortner <monique@consultmts.com>
**Subject:** Re: AT&T meeting follow up

Seth,

Thank you for confirming time and location. I look forward to the trip tomorrow, and I am glad to look in Emerald Bay as well. I appreciate your time!

Even though this is my job, this feels more like a fun day of exploration and learning.

Have a great evening and see you in the morning.

Torrey Denoo
Area Manager Access Construction and Engineering
td1963@att.com
Mobile (775)544-9752

Sent from my iPhone


On Jan 16, 2021, at 2:02 PM, Seth Jones <seth@consultmts.com> wrote:

 Hi Torrey,

Great talking with you yesterday. We look forward to taking you on the boat tomorrow am. We will see you at 8am at the Cave Rock launch ramp. We can shoot over to Baldwin Beach then work our way north checking out each place we

can clearly see it come to shore at a splice point.  If you would like we can pop into Emerald Bay and I can show you the cables in there. Then we will end at the termination point at Evans Property.

My cell is (858) 232-1958 if anything comes up.

Take care and see you in the am,

Seth Jones

Sent from my iPhone


On Jan 15, 2021, at 9:05 AM, DENOO, TORREY A <TD1963@att.com> wrote:


Evan,

Thank you again for your time and showing me where this cable comes ashore on your property. I have received to ok to engage with further investigation and would love the opportunity to learn more about this cable.

Seth and Monique if your offer still stands, I would like to schedule a ride with you to learn more about this cable and where it comes to shore. I can and will arrange my calendar around your schedule as the offer of assistance is greatly appreciated.

Regards,

Torrey Denoo
Area Manager Construction and Engineering
td1963@att.com
Office: (775)683-5235
Mobile: (775)544-9752

*This email and any attachments are confidential AT&T property intended solely for the recipients. If you received this message in error, please notify me and immediately delete this message from your computer. Any retention, distribution or other use of this email is strictly prohibited.*

---

**From:** Evan Dreyer <evandreyer@outlook.com>
**Sent:** Friday, January 8, 2021 6:31 PM
**To:** DENOO, TORREY A <TD1963@att.com>
**Cc:** Seth Jones <seth@consultmts.com>; Monique Rydel-Fortner <monique@consultmts.com>
**Subject:** AT&T meeting follow up

Torrey –

Thank you for taking the time earlier today to look into the underwater cable in Rubicon Bay. I was very pleased to see our excavation provide new information about this pipe. Please let me know when the AT&T team would like to come out and conduct further due diligence. I am happy to facilitate this access to our property, as well as others in the neighborhood as appropriate.

As discussed, including the heroic underwater divers – Seth & Monique – on this email. They are both eager to coordinate a boat patrol to share their insights on where the cable goes and on shore infrastructure. I anticipate this collaboration will be quite fruitful given their expertise and commitment to the preservation of the Lake Tahoe Basin.

They can also follow up with additional details on the other markers that were found, and perhaps show in person during the boat patrol.

Please don't hesitate as anything from my end would be helpful. I appreciate your time and efforts to continue learning about this situation, and including others at AT&T as appropriate.

All the best,
Evan

BTBMTS0006843
BTBMTS0006841