# EXHIBIT I

| | |
|---|---|
| Message | |
| **From**: | Seth Jones [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=11F5FF0ED7D64076A04E4CC8A1C5272C-SETH] |
| **Sent**: | 11/16/2021 12:56:53 PM |
| **To**: | DENOO, TORREY A [TD1963@att.com] |
| **CC**: | Monique Rydel-Fortner [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=858715119f4b4e6c9bcf6b9c982c8463-monique] |
| **Subject**: | Re: Site Visit Images |

Hi Torrey,

Hope you are well!  I'm sure crazy busy like us…
I'm not sure if you are in the planning stages yet with regards to the cable settlement…
 we are very interested in helping with cable removal in Tahoe as well as planning and permitting. I guess transport and disposal as well. It's all something we can handle with bringing in a couple subs.

We are very well connected with the local agencies and have can help make the process as smoothly as possible… which in Tahoe can still be rough.

Can you let me know your plans and schedule with this project?

On a separate note. What are your plans with your work building warehouse in Lake Forest?  I'm always eyeballing it… we work with Longo next door on some projects.

Thank you very much,

Seth Jones
858-232-1958

Sent from my iPhone


On Jan 20, 2021, at 5:05 PM, DENOO, TORREY A <TD1963@att.com> wrote:


Monique,

Thank you for sharing these photos. It was my pleasure to spend the day with both you and Seth. I cannot thank you enough for giving me this tour, I appreciate you showing me all that you had found. I cannot lie I was having a "nerd moment" over this old technology.

Seth I will forward you the contact I promised you. If you come across any phone questions do not hesitate to call.



Torrey Denoo
Area Manager Construction and Engineering
td1963@att.com
Office: (775)683-5235
Mobile: (775)544-9752

*This email and any attachments are confidential AT&T property intended solely for the recipients. If you received this message in error, please notify me and immediately delete this message from your computer. Any retention, distribution or other use of this email is strictly prohibited.*

**From:** Monique Rydel-Fortner <monique@consultmts.com>
**Sent:** Wednesday, January 20, 2021 2:49 PM
**To:** DENOO, TORREY A <TD1963@att.com>; Evan Dreyer <evandreyer@outlook.com>; Kirk Boyd <jkb@drjkb.com>; Seth Jones <seth@consultmts.com>
**Subject:** Site Visit Images

Hi All,

Below are two links for images from our Sunday Adventures! The lightroom link is for quick viewing and easy sharing. The folder link is for downloads of smaller images. Please let me know of any trouble accessing either link as well as if there is a need for larger resolution images. It is incredibly refreshing to have a group of likeminded individuals from various backgrounds working towards a similar goal.

Torrey, it was our pleasure to have you out on the boat and "Indianna Jones" the shoreline!! Please stay in touch and let us know when you want to go out for a non-working adventure!!! Evan, Kirk - we were sorry to miss you on this one, maybe next time!!

Lightroom Gallery https://adobe.ly/2Y0yoiA

Folder 2021 AT&T Site Tour

-Monique

Monique Rydel-Fortner :: **MARINE TAXONOMIC SERVICES, LTD.**
San Diego | Oregon | South Lake Tahoe
(C) 858.349.4503 (O) 760.410.8392 (F) 760.738.1802 (W) www.marinetaxonomicservices.com