# EXHIBIT L



**2023**
ANNUAL REPORT

**Dow Inc. and Subsidiaries**
**Consolidated Statements of Income**

| (In millions, except per share amounts) For the years ended Dec 31, | 2023 | 2022 | 2021 |
|---|---|---|---|
| Net sales | $ 44,622 | $ 56,902 | $ 54,968 |
| Cost of sales | 39,742 | 48,338 | 44,191 |
| Research and development expenses | 829 | 851 | 857 |
| Selling, general and administrative expenses | 1,627 | 1,675 | 1,645 |
| Amortization of intangibles | 324 | 336 | 388 |
| Restructuring and asset related charges - net | 528 | 118 | 6 |
| Equity in earnings (losses) of nonconsolidated affiliates | (119) | 268 | 975 |
| Sundry income (expense) - net | (280) | 727 | (35) |
| Interest income | 229 | 173 | 55 |
| Interest expense and amortization of debt discount | 746 | 662 | 731 |
| Income before income taxes | 656 | 6,090 | 8,145 |
| Provision (credit) for income taxes | (4) | 1,450 | 1,740 |
| Net income | 660 | 4,640 | 6,405 |
| Net income attributable to noncontrolling interests | 71 | 58 | 94 |
| Net income available for Dow Inc. common stockholders | $ 589 | $ 4,582 | $ 6,311 |

| Per common share data: | | | |
|---|---|---|---|
| Earnings per common share - basic | $ 0.82 | $ 6.32 | $ 8.44 |
| Earnings per common share - diluted | $ 0.82 | $ 6.28 | $ 8.38 |

| | | | |
|---|---|---|---|
| Weighted-average common shares outstanding - basic | 705.7 | 721.0 | 743.6 |
| Weighted-average common shares outstanding - diluted | 709.0 | 725.6 | 749.0 |

*See Notes to the Consolidated Financial Statements.*

**Dow Inc. and Subsidiaries**
**Consolidated Statements of Comprehensive Income**

| (In millions) For the years ended Dec 31, | 2023 | 2022 | 2021 |
|---|---:|---:|---:|
| Net income | $ 660 | $ 4,640 | $ 6,405 |
| Other comprehensive income (loss), net of tax | | | |
|   Unrealized losses on investments | — | (312) | (45) |
|   Cumulative translation adjustments | 43 | (579) | (425) |
|   Pension and other postretirement benefit plans | (609) | 2,457 | 2,225 |
|   Derivative instruments | 24 | 272 | 123 |
|   Total other comprehensive income (loss) | (542) | 1,838 | 1,878 |
| Comprehensive income | 118 | 6,478 | 8,283 |
|   Comprehensive income attributable to noncontrolling interests, net of tax | 71 | 58 | 94 |
| Comprehensive income attributable to Dow Inc. | $ 47 | $ 6,420 | $ 8,189 |

*See Notes to the Consolidated Financial Statements.*