NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

HARIKLIA KARIS (admitted *pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (admitted *pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (admitted *pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

JON DAVID KELLEY (admitted *pro hac vice*)
jon.kelley@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1755

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**[PROPOSED] ORDER GRANTING AND DENYING IN PART PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge:       Hon. Jeremy D. Peterson<br>Date:         January 9, 2025<br>Time:        9:00 a.m.<br>Courtroom: 9<br><br>Action Filed: January 14, 2021<br>Trial Date:    None |

Before the Court is Plaintiff's Motion for Attorneys' Fees and Costs Under the Resource Conservation and Recovery Act and Code of Civil Procedure Section 1021.5 ("Motion"). Defendant Pacific Bell Telephone Company opposed the Motion. A hearing was held on January 9, 2025, with counsel for both parties appearing.

Having fully considered the matter, including the parties' briefing, the Court hereby GRANTS IN PART and DENIES IN PART Plaintiff's Motion. The Court GRANTS Plaintiff's Motion insofar as it seeks an award of reasonable attorneys' fees in the reduced total amount of $220,000, with no multiplier. The court DENIES Plaintiff's Motion insofar as it seeks costs and expenses, and any attorneys' fees above $220,000.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE