# EXHIBIT C

Gmail                                                                            Gordon Binkhorst <gbinkhorst@gmail.com>

## Re: Gordon and I are on zoom - please go to the zoom link
1 message

**Kirk Boyd** <jkb@drjkb.com>                                                            Wed, Sep 13, 2023 at 2:22 PM
To: William Verick <wverick@igc.org>, Gordon Binkhorst <gbinkhorst@gmail.com>

Kirk Boyd is inviting you to a scheduled Zoom meeting.

Topic: zoom Gordon and Bill
Time: Sep 13, 2023 11:00 AM Pacific Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/4158888000

Meeting ID: 415 888 8000

---

One tap mobile
+16694449171,,4158888000# US
+16699006833,,4158888000# US (San Jose)

---

Dial by your location
• +1 669 444 9171 US
• +1 669 900 6833 US (San Jose)
• +1 253 205 0468 US
• +1 253 215 8782 US (Tacoma)
• +1 346 248 7799 US (Houston)
• +1 719 359 4580 US
• +1 646 931 3860 US
• +1 689 278 1000 US
• +1 929 205 6099 US (New York)
• +1 301 715 8592 US (Washington DC)
• +1 305 224 1968 US
• +1 309 205 3325 US
• +1 312 626 6799 US (Chicago)
• +1 360 209 5623 US
• +1 386 347 5053 US
• +1 507 473 4847 US
• +1 564 217 2000 US

Meeting ID: 415 888 8000

Find your local number: https://us02web.zoom.us/u/kzEe77816

> On Sep 13, 2023, at 11:20 AM, William Verick <wverick@igc.org> wrote:
>
> In 30 minutes is definitely possible.  I can do it now too.
>
> On 9/13/2023 11:12 AM, Kirk Boyd wrote:

Hi, could now or in 20-30 minutes work? I just spoke with Gordon - he is available. I can set up a zoom. My afternoon filled with a meeting in Incline Village, but I can do anytime on Thur. or Fri too.

> On Sep 13, 2023, at 11:08 AM, William Verick <wverick@igc.org> wrote:
>
> 1:00 would be better for me than 2, but I can make 2.
>
> On 9/11/2023 3:21 PM, Kirk Boyd wrote:
>
>> Greetings all,
>>
>> First, thank you Andrew for getting the Rose Foundation set up. As you can see Meg, a philanthropist from San Francisco, has already contributed $2,000 to this fund. It's great to have a fund to which we can direct donations.
>>
>> Next, Bill, I talked with the expert Gordon Binkhorst today and set up a zoom with the three of us this Wed at 1:00 or 2:00 PST since you said that Wed. aft was good for you. I could probably make it earlier that day if you'd like.
>>
>> Last, can we switch our call to noon or 1pm tomorrow, Tuesday, for our first Tuesday call? I like the idea of a weekly call. For a bit there we were having them on Mon. I was asked to speak to a group in Zephyr Cove on Tuesday, Sept. 12 at 9:00am a while back. It's about 120 people and I'll be talking about the law as a means for environmental protection, including our Tahoe case. AT&T has been engaged in a propaganda campaign that the cables do not cause any human or environmental harm and I'm countering this along with fundraising around the lake.
>>
>> I look forward to catching up with everyone. As I've mentioned recently, my scuba dive on Friday with the Clean Up the Lake Divers revealed that there are many spots where the cables are frayed.
>>
>> Kirk
>>
>>> On Sep 8, 2023, at 4:54 PM, Andrew Packard <andrew@packardlawoffices.com> wrote:
>>>
>>> Quite a productive week!
>>>
>>> The funding agreement with Rose is ready for Tim's review; the website donations mechanism should go live shortly; our potential new co-counsel are pretty much fully briefed and may decide to join early next week; our discovery responses due 9/18 have been drafted for review; our first set is in the works for propounding next week; and we've got some concepts for a co-counsel agreement for help in clarifying our roles.
>>>
>>> Starting on Tuesday, we will resume our weekly calls in this case, using the firm's regular dial in,

on 41513#. We might change the time to suit everyone's schedule, and use a different dial-in to avoid overlap with other cases/counsel, but for now it'll be Tuesdays at 9:00 using the regular number.

Andrew

--

The Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA  94952
Tel. (707) 782-4060
Fax. (707) 782-4062
Cell (707) 787-7033

The communication contained in this message is considered privileged and confidential. It is protected by attorney client privilege and the attorney work product doctrine. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please provide notification to the sender immediately by replying to the message and deleting it from your computer. This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged.