# EXHIBIT D

The Wayback Machine - https://web.archive.org/web/20231101224031/https://rosefdn.org/donate-project/



BROWSE:Home  /  Donate to Rose Foundation  /  Donate to a Fiscally Sponsored Project

# Donate to a Fiscally Sponsored Project

The Rose Foundation provides a fiscal home for a number of projects working to better our communities and the environment. **Complete the form below to donate to one of the Rose Foundation's fiscally sponsored projects.**

**Sign In**

**Choose Your Gift**

Donations to a fiscally sponsored project are received and processed by the Rose Foundation, and then passed on to the project. Therefore, please note that your donation record will display as being made to the Rose Foundation. Rest assured, your donation will be allocated to the project you select.

**If you prefer to donate by mail, please send a check and <u>include your project's name</u> in the memo line. Our address is:**

*Rose Foundation*
*201 4th Street, Suite 102*
*Oakland, CA 94607-4369*

**Your tax-deductible donation today will help build grassroots power
for our communities and the environment all year long!** The Rose Foundation is a 501(c)3 nonprofit organization. Your donation is fully tax-deductible as allowed by law.

Your privacy and security are important to us. Please see our privacy policy.

## Donate to Rose Foundation

Donate

Donate to a Fiscally Sponsored Project

Get the Lead Out of Lake Tahoe

Donate Securities/Property

Open a Donor Advised Fund

Planned Giving

Award a Legal Settlement

DONATE   New Voices Are Rising   Grassroots Fund



The Rose Foundation has received a 4-Star Rating from Charity Navigator and is listed as a Platinum Level Nonprofit by Guidestar.

 



   

© Copyright 2023 **Rose Foundation** 201 4th Street, Suite 102 Oakland, CA 94607 - phone (510) 658-0702 - fax (510) 658-0732

Rose Foundation is a 501c3 nonprofit organization, EIN: 94-3179772