# EXHIBIT E

The Wayback Machine - https://web.archive.org/web/20280928218646/https://rosefdn.org/donation-center/donate-to-a-fiscally-sponsored-project/get-the-lead-out-of-lake-tahoe/

## ROSE FOUNDATION
FOR COMMUNITIES AND THE ENVIRONMENT

BROWSE: Home  /  Donate to Rose Foundation  /  Donate to a Fiscally Sponsored Project  /  Get the Lead Out of Lake Tahoe

# Get the Lead Out of Lake Tahoe



©2020 Marine Taxonomic Services, LTD., Photo by M.Rydel

AT&T has left over 8 miles of abandoned cables in Lake Tahoe. The cables contain 139,000 pounds of lead. They are frayed and are leaking lead into Lake Tahoe. A Federal Court lawsuit, *California Sportfishing vs. AT&T*, has been underway for two years to force AT&T to remove these lead cables.

The case is quite strong, but it is expensive to litigate. The testing to show the amount of lead leaching from the cables, and the experts needed to analyze these tests so that they can be presented as evidence in court, are particularly expensive.

A litigation fund, "**Get the Lead Out of Lake Tahoe**" has been established for any person or organization who would like to donate and help pay for this testing and expert work. All donations go toward proving that yes, the 139,000 pounds of lead in the lake is having a harmful effect on humans, fish and the aquatic environment, and it will continue to have a harmful effect. With science we will win. As we say to the Court, "let science be the guide."



## Donate to Rose Foundation

Donate

Donate to a Fiscally Sponsored Project

Get the Lead Out of Lake Tahoe

Donate Securities/Property

Open a Donor Advised Fund

Planned Giving

Award a Legal Settlement

### DONATE

### New Voices Are Rising

### Grassroots Fund

 

The Rose Foundation has received a 4-Star Rating from Charity Navigator and is listed as a Platinum Level Nonprofit by Guidestar.

 

## I am contributing...

| $1,000 | $5,000 | $10,000 | $25,000 |

Award A Legal Settlement

Search Our Grants Database

Media Center

Site Map

Contact Us

**Connect With Us**

✉ Email

f Facebook

t Twitter

v Vimeo

RSS





© Copyright 2023 **Rose Foundation** 201 4th Street, Suite 102 Oakland, CA 94607 - phone (510) 658-0702 - fax (510) 658-0732

Rose Foundation is a 501c3 nonprofit organization, EIN: 94-3179772