# EXHIBIT F



APPLY FOR A GRANT

AWARD A LEGAL SETTLEMENT

JOIN OUR YOUTH PROGRAM

SEE THE IMPACT

**DONATE**



## Donate to a Fiscally Sponsored Project

Help the next wave of environmental leaders protect our environment, rights, and communities from coast to coast.

Donate Securely online. Rose Foundation is a 501c3 nonprofit organization, EIN: 94-3179772

**Donation FAQ** ⬇

Sign In

### Choose Your Gift

| One Time | Ongoing |

| $25 | $50 | $100 | $500 |
| $1,000 | Other | | |

Multiply your Impact. Make it Monthly!

Select your project here:

Get the Lead Out of Our Lake Fund

for the California Sportfishing Protection Alliance

☑ Add a little extra to help with fees ❓

**Give**



Select your project here:

Get the Lead Out of Our Lake Fund

for the California Sportfishing Protection Alliance

☑ Add a little extra to help with fees ⑦

**Give**

## Your Support in Action

Thank you for your generous support! Every donation fuels grassroots initiatives, empowers communities, and drives positive change. Be a catalyst for justice and environmental sustainability—make a meaningful difference by contributing today.

Thank you for your generous support! Every donation fuels grassroots initiatives, empowers communities, and drives positive change. Be a catalyst for justice and environmental sustainability—make a meaningful difference by contributing today.

# FAQ



| Is my online donation safe and secure? | + |

| Is my donation tax deductible? | + |

| Will I receive a tax receipt? | + |

| Can I donate by check instead? | + |



## Other Ways To Give

Donate Today  →

Start A Fund  →

Leave A Legacy Gift  →

