# EXHIBIT G



# Get the Lead Out Lake Tahoe to hold fundraiser at Tahoe National Brewing

News  FOLLOW NEWS  | Mar 12, 2024



Brenna O'Boyle  FOLLOW
boboyle@sierrasun.com



The fundraiser will raise funds to fight for the removal of an eight mile cable left in Lake Tahoe.
*Provided/Below The Blue*

TAHOE CITY, Calif. – Get the Lead Out Lake Tahoe is holding a fundraiser on March 22 at the Tahoe National Brewing Company.

Dr. Kirk Boyd made the announcement during an informational presentation at the Tahoe City Downtown Association's Board of Directors.

The website states that AT&T has left over 8 miles of abandoned cables in Lake Tahoe. The cables contain 139,000 pounds of lead, which are frayed and are leaking lead into Lake Tahoe. A Federal Court lawsuit, California Sportfishing vs. AT&T, has been underway for two years to force AT&T to remove these lead cables.

"The case is quite strong, but it is expensive to litigate," according to the "Donate to Get the Lead Out of Lake Tahoe" page on the Rose Foundation site. "The testing to show the amount of lead leaching from the cables, and the experts needed to analyze these tests so that they can be presented as evidence in court, are particularly expensive."

> 
> "We have pointed that out … (the copper and lead) could be worth up to $200,000." Dr. Kirk Boyd, "Get the Lead Out Lake Tahoe"

A litigation fund, Get the Lead Out of Lake Tahoe has been established for any person or organization who would like to donate and help pay for this testing and expert work.

Trending Articles



"All donations go toward proving that yes, the 139,000 pounds of lead in the lake is having a harmful effect on humans, fish and the aquatic environment, and it will continue to have a harmful effect," the site states. "With science we will win. As we say to the court, 'let science be the guide.' "

Get the Lead Out Lake Tahoe is using community outreach, workshops, and campaigns to inform people about the risks of lead pipes in Lake Tahoe.

Boyd suggested that Tahoe City Downtown Association's support would make a considerable impact.

The affected area goes from south of Emerald Bay along the shore to Rubicon Bay, Boyd said.

"It's mystifying to all of us" why this hasn't been cleaned up, Boyd said. "It comes down to 10 days, 10 trucks and $450,000."

Boyd said the cleanup costs are less than $500,000, and significantly less than AT&T's yearly legal fees for this case.

The cost could be offset by recycling the copper and lead that will be removed.

"We have pointed that out … (the copper and lead) could be worth up to $200,000," Boyd said.

There was a consent decree in place, but AT&T backed out after the Wall Street Journal found it had left cables in water bodies across the U.S., Boyd said.

"When they pull the cables up here … there'll be people in other communities (who) will say take the cables out here, too," Boyd said.

Tickets will be on a sliding scale starting at $10.

To donate to Get the Lead Out Lake Tahoe via the Rose Foundation for Communities and the Environment, go to https://rosefdn.org/donation-center/get-the-lead-out-of-lake-tahoe/.



The fundraiser will raise funds to fight for the removal of an eight mile cable left in Lake Tahoe.
Provided/Below The Blue

