# EXHIBIT K

< California Sportfishing Protecti... 🔍

**Posts**   About   More ▼

 California Sportfishing Protection Alliance
Feb 4 · 🌐

We thought we had a deal. In fact, we did have a deal.

In 2021 CSPA sued AT&T after 8 miles of defunct lead cables owned by the company were discovered in Lake Tahoe.

In November 2021 AT&T settled by agreeing to begin work on removing the lead-lined cables from Lake Tahoe by the fall of 2023.

In July 2023 AT&T pulled the plug on our agreement.

So CSPA is taking on AT&T in court. AT&T is likely to argue that 63 tons of lead in Lake Tahoe does no harm and that it's better not to disturb the cables.

Do you love Lake Tahoe for its historically pristine waters?

< **California Sportfishing Protecti...**   Q

**Posts**   About   More ▾

pristine waters?

Don't think it's right for AT&T to let sleeping cables on Tahoe's lakebed lie?

Please consider making a contribution to the Rose Foundation's special litigation fund.

This fund goes exclusively to support litigation costs for CSPA's court case against AT&T.  Go to https://rosefdn.org/donate-project select: "Get the Lead out of our Lake Fund."

If CSPA is successful in court, the money will be returned and roll into a dedicated fund to protect water quality in California.

#keeptahoeblue #laketahoe #WaterIsLife

📷Lake Tahoe in Early May, Artist:Random Pacer, Wikimedia Commons (Photo altered by text and cropping)