1  NAVI SINGH DHILLON (SBN 279537)
   navidhillon@paulhastings.com
2  PETER C. MEIER (SBN 179019)
   petermeier@paulhastings.com
3  LUCAS V. GRUNBAUM (SBN 314180)
   lucasgrunbaum@paulhastings.com
4  PAUL HASTINGS LLP
   101 California Street, 48th Floor
5  San Francisco, California 94111
   Telephone: (415) 856-7000
6
   HARIKLIA KARIS (*admitted pro hac vice*)
7  hkaris@kirkland.com
   ROBERT B. ELLIS (*admitted pro hac vice*)
8  rellis@kirkland.com
   MARK J. NOMELLINI (*admitted pro hac vice*)
9  mnomellini@kirkland.com
   KIRKLAND & ELLIS LLP
10 300 North LaSalle
   Chicago, IL 60654
11 Telephone: (312) 862-2000

12 JON DAVID KELLEY (*admitted pro hac vice*)
   jon.kelley@kirkland.com
13 KIRKLAND & ELLIS LLP
   4550 Travis Street
14 Dallas, TX 75205

15 Attorneys for Defendant
   PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-JDP<br><br>**DEFENDANT PACIFIC BELL TELEPHONE COMPANY'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO SUBMIT REDACTED EXHIBIT "A" TO THE DECLARATION OF JON DAVID KELLEY IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge: Hon. Jeremy D. Peterson<br>Courtroom: 9<br><br>Action Filed: January 14, 2021<br>Trial Date: None |

**MEMORANDUM OF POINTS AND AUTHORITIES**

On November 21, 2024, Defendant Pacific Bell filed its Opposition to Plaintiff's Motion for Attorneys' Fees and Costs (Dkt. 171) (the "Opposition"). Through an administrative error, an unredacted copy of a document produced by BTB/MTS was filed as Exhibit A to the Opposition (Dkt. 171-3). Upon learning of the error, counsel for Pacific Bell conferred via email and telephone with counsel for BTB/MTS and promptly notified the Court through its courtroom deputy, Mr. Nicholas Cannarozzi. Mr. Cannarozzi temporarily sealed the document and advised counsel to file this motion to submit the redacted version of Exhibit A in place of the sealed version.

For the foregoing reasons, Pacific Bell respectfully requests that the Court grant its Motion for Leave to Submit Redacted Exhibit A to the Declaration of Jon David Kelley in Support of Defendant's Opposition to Plaintiff's Motion for Attorneys' Fees and Costs, and replace the sealed version of Exhibit A (Dkt. 171-3) with the redacted version attached hereto as Exhibit 1. A proposed order is submitted herewith for the Court's consideration.

DATED: November 22, 2024                                    Respectfully submitted,

*/s/ Hariklia Karis*
HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

JON DAVID KELLEY (*admitted pro hac vice*)
jon.kelley@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY