# EXHIBIT 1

# EXHIBIT A
# (REDACTED)

---------- Forwarded message ---------
From: **Room, News@Parks** <NewsRoom@parks.ca.gov>
Date: Fri, Jun 16, 2023 at 3:11 PM
Subject: Re: WSJ followup with exact lat/long of test site at intake pip
To: Ramachandran, Shalini <shalini.ramachandran@wsj.com>
Cc: Room, News@Parks <NewsRoom@parks.ca.gov>

Hi Shalini,

Please see the department's response below. Thanks! – Adeline

State Parks has received the test results conducted by Cranmer Engineering of the Eagle Point Campground drinking water on Tuesday, June 13. The results were 0.602 ppb which is well below the EPA's limit of 15 ppb. Based on drinking water standards set by the EPA, the

BTBMTS0002848
BTBMTS0002848

results show the water is safe for drinking and State Parks opened the campground today, June 16.

As a reminder, when the AT&T cable removal project begins, State Parks asked for extra testing to be done immediately before, during, and immediately after the cutting of the cables on State Parks property to ensure that no contaminants have been introduced into Lake Tahoe proximal to intakes for campground water. This is done out of extra precaution.

From: Ramachandran, Shalini <shalini.ramachandran@wsj.com>
Date: Monday, June 12, 2023 at 5:48 PM
To: Room, News@Parks <NewsRoom@parks.ca.gov>
Subject: Re: WSJ followup with exact lat/long of test site at intake pip

Thanks Adeline, good to know. Please do keep us posted on the results from the test later this week.

Our story is being edited right now and will likely publish in a couple weeks.

Shalini

Shalini Ramachandran

REPORTER

THE WALL STREET JOURNAL.

M: 404.580.9815

E: shalini.ramachandran@wsj.com
T: @Shalini

Read my stories here.

On Mon, Jun 12, 2023 at 8:07 PM Room, News@Parks <NewsRoom@parks.ca.gov> wrote:

Hi Shalini,

Please see the department's response to your latest question. Thanks! – Adeline

The safety and health of our visitors is our top priority. The Eagle Point Campground is scheduled to be open this Friday, June 16. However, prior to opening the campgrounds, State Parks will test the campground drinking water tomorrow, June 13, out of an abundance of caution.

Regarding the discrepancy between your test and Cranmer Engineering's test on June 1, State Parks cannot speak to the methodology used by your environmental firm, the location of the test site or why their test results came out so differently from our recent test. As a reminder, Cranmer Engineering took their sample directly from the actual source – the intake pipeline from Emerald Bay before the water gets treated for campground use.

---

**From:** Room, News@Parks <NewsRoom@parks.ca.gov>
**Date:** Monday, June 12, 2023 at 3:40 PM
**To:** Ramachandran, Shalini <shalini.ramachandran@wsj.com>
**Cc:** Room, News@Parks <NewsRoom@parks.ca.gov>
**Subject:** Re: WSJ followup with exact lat/long of test site at intake pip

Hi Shalini,

We're working to provide you with an updated response.

Do you have a publish date yet?

Thanks,

Adeline

---

**From:** Ramachandran, Shalini <shalini.ramachandran@wsj.com>
**Date:** Monday, June 12, 2023 at 7:16 AM
**To:** Room, News@Parks <NewsRoom@parks.ca.gov>
**Subject:** Re: WSJ followup with exact lat/long of test site at intake pip

Hi Adeline, thanks very much for the additional information. Looks like then both of our test results are at different places and not quite comparable. Ours was in the Bay itself at the coordinates I'd provided, while the Parks test was from a tap on land connected to the intake pipe.

Given the discrepancy, we are likely to report both results in our story. Is Parks going to do any more testing, or does the non-detect from the tap sample allay any concern about the lead contamination for Parks? Please let me know if Parks will want to provide any other comment for the story about the lead cables in the water there.

Shalini

BTBMTS0002850
BTBMTS0002848

Shalini Ramachandran

REPORTER

# THE WALL STREET JOURNAL.

M: 404.580.9815

E: shalini.ramachandran@wsj.com
T: @Shalini

Read my stories here.

On Fri, Jun 9, 2023 at 7:57 PM Room, News@Parks <NewsRoom@parks.ca.gov> wrote:

Hi Shalini,

Please see the department's response to your question below. When is your story publishing?

Thanks! – Adeline

Cranmer Engineering took the water sample out of a tap that is connected to the intake pipe from Emerald Bay. This is water that is coming directly out of the bay before it gets treated.

**From:** Ramachandran, Shalini <shalini.ramachandran@wsj.com>
**Date:** Thursday, June 8, 2023 at 7:45 PM
**To:** Room, News@Parks <NewsRoom@parks.ca.gov>
**Subject:** Re: WSJ followup with exact lat/long of test site at intake pip

Okay thanks very much - so this was taken at the tap, not at the intake pipe in Emerald Bay?

On Thu, Jun 8, 2023 at 8:21 PM Room, News@Parks <NewsRoom@parks.ca.gov> wrote:

Hi Shalini,

Please see the department's response to your additional questions below. Thanks! – Adeline

Cranmer Engineering took the water sample on June 1, 2023, from a test tap on land that is connected to the intake line. The approximate coordinates are 38.9609308, -120.0835209. The intake pipe is located at the end of the service road. These coordinates (above) are within approximately 6 feet of the collection point.

**From:** Ramachandran, Shalini <shalini.ramachandran@wsj.com>
**Date:** Thursday, June 8, 2023 at 7:12 AM
**To:** Room, News@Parks <NewsRoom@parks.ca.gov>
**Subject:** Re: WSJ followup with exact lat/long of test site at intake pip

Hi Adeline, just wanted to ask if you'd heard back on those two questions? Thanks again,

Shalini

Shalini Ramachandran

REPORTER

## THE WALL STREET JOURNAL.

M: 404.580.9815

E: shalini.ramachandran@wsj.com
T: @Shalini

Read my stories here.

On Wed, Jun 7, 2023 at 12:03 PM Room, News@Parks <NewsRoom@parks.ca.gov> wrote:

Good morning Shalini,

I received your message and we are looking into this.

Thanks,

Adeline

**From:** Ramachandran, Shalini <shalini.ramachandran@wsj.com>
**Date:** Tuesday, June 6, 2023 at 5:30 PM
**To:** Room, News@Parks <NewsRoom@parks.ca.gov>
**Subject:** Re: WSJ followup with exact lat/long of test site at intake pip

Hi, thanks so much for sending this to me. Could you provide the coordinates where you tested?

And were the coordinates I provided not at a place that would have affected the intake's water? The environmental consulting firm who did our sampling believed that to be the intake pipe point.

Let me know, thanks!
Shalini


Shalini Ramachandran

REPORTER

**THE WALL STREET JOURNAL.**

M: 404.580.9815

E: shalini.ramachandran@wsj.com
T: @Shalini


Read my stories here.


On Tue, Jun 6, 2023 at 8:22 PM Room, News@Parks <NewsRoom@parks.ca.gov> wrote:

Hi Shalini,

Please see the department's response to your latest question. Thanks! – Adeline


California State Parks has received the results from the lead testing at the Eagle Point water intake of Emerald Bay. The results were "none detected at or above the legal reporting limit." The analysis was completed per EPA 200.8 standards.

The water samples were taken on June 1, 2023, and reported on June 5, 2023. These samples were collected near our water intake, which is approximately 100 feet west of the coordinates you provided. The third-party lab, Cranmer Engineering, collected the sample for transport back to the testing facility in Grass Valley. Cranmer Engineering is a

BTBMTS0002853
BTBMTS0002848

certified Environmental Laboratory Accreditation Program (ELAP) provider and has provided a copy of the test results to the State Water Resources Control Board.

**From:** Ramachandran, Shalini <shalini.ramachandran@wsj.com>
**Date:** Thursday, June 1, 2023 at 6:59 PM
**To:** Room, News@Parks <NewsRoom@parks.ca.gov>
**Subject:** WSJ followup with exact lat/long of test site at intake pip

Hi Adeline,

Given that you all are testing at the intake pipe, I just wanted to let you know the exact lat/long where we tested at the campground intake in Emerald Bay. That way your folks can replicate our test exactly. Please keep us posted on your results.

**COORDINATES OF INTAKE PIPE SAMPLE:**

38.96152845218525, -120.08395061627765

Best,

Shalini

Shalini Ramachandran

REPORTER

**THE WALL STREET JOURNAL.**

M: 404.580.9815

E: shalini.ramachandran@wsj.com
T: @Shalini

Read my stories here.

On Wed, May 31, 2023 at 7:16 PM Room, News@Parks <NewsRoom@parks.ca.gov> wrote:

Hi Shalini,

Please see the department's response below. Thank you! – Adeline

Thank you for bringing the lead issue to our attention. In light of the information that you have provided to State Parks, the department is working with the California State Water Resources Control Board to test the water in Emerald Bay through an independent third-party certified lab. Raw water testing has been scheduled for tomorrow, June 1, 2023. Treated water testing will take place in several weeks when the system is up and running.

State Parks maintains procedures to assure that all chemicals and items used within the water system(s) meet National Sanitary Foundation/American National Standards Institute standard 61 and complies with the California Low Lead requirements for parts and equipment.

One of the water purveyors that draw water from Lake Tahoe tested their intake in 2018, 2019, 2020, and most recently in 2021. All the samples were significantly below the state and federal mandate.

**From:** Ramachandran, Shalini <shalini.ramachandran@wsj.com>
**Date:** Thursday, May 25, 2023 at 4:49 PM
**To:** Room, News@Parks <NewsRoom@parks.ca.gov>
**Subject:** Re: Inquiry on Eagle Point Campground

Thanks for this additional detail. We did take a sample at the Eagle Point Campground intake in Emerald Bay as part of sampling we did in proximity to the cables recently. The lead level at the intake pipe was 28.3 parts per billion, which is far higher than the EPA action level of 15. Will Parks do any further testing or treatment, in light of this result?

Thanks very much,

Shalini

On Thu, May 25, 2023 at 5:47 PM Room, News@Parks <NewsRoom@parks.ca.gov> wrote:

Hi Shalini,

Please see the department's response to your follow-up questions. Thanks!

State Parks does not currently treat or test the water for lead. The system was tested for all contaminants, including lead when it was established in 1990. This is 100% consistent with regulations applicable to this transient/non-community water system.

However, during the AT&T cable removal project, State Parks asked for extra testing to be done immediately before, during, and immediately after the cutting of the cables on State Parks property to ensure that no contaminants have been introduced into Lake Tahoe proximal to intakes for campground water. This is done out of extra precaution.

Yes, campers use this for drinking water only after it has run through a system for disinfection.

**Adeline Yee**

Information Officer | California State Parks

715 P Street, Sacramento, CA 95814

C: 916.661.2767 | Adeline.Yee@parks.ca.gov

<image001.jpg>

<image002.png>

<image003.png>

<image004.png>

<image005.png>

<image006.jpg>

<image007.png>

**From:** Ramachandran, Shalini <shalini.ramachandran@wsj.com>
**Date:** Tuesday, May 23, 2023 at 5:52 PM
**To:** Room, News@Parks <NewsRoom@parks.ca.gov>
**Subject:** Re: Inquiry on Eagle Point Campground

Hi - so to clarify, the water has not been treated for or tested for lead?

On Tue, May 23, 2023 at 8:29 PM Room, News@Parks <NewsRoom@parks.ca.gov> wrote:

> Hi Shalini,
>
> Please see the department's response below. Thanks for your patience.
>
> Water systems that serve campgrounds such as Eagle Point are considered transient / non-community systems that are not required to test for lead on an ongoing basis. The contractor has agreed to monitor and test Emerald Bay water at the intake during the

cable removal project to help assure that lead is not being released during the cable removal.

**Adeline Yee**

Information Officer | California State Parks

715 P Street, Sacramento, CA 95814

C: 916.661.2767 | Adeline.Yee@parks.ca.gov

---

**From:** Ramachandran, Shalini <shalini.ramachandran@wsj.com>
**Date:** Monday, May 22, 2023 at 6:25 PM
**To:** Room, News@Parks <NewsRoom@parks.ca.gov>
**Subject:** Re: Inquiry on Eagle Point Campground

Thanks for staying on it.

On Mon, May 22, 2023 at 8:32 PM Room, News@Parks <NewsRoom@parks.ca.gov> wrote:

> Hi Shalini,
>
> I'm still waiting to hear back from staff members on this inquiry. Sorry for the delay.
>
> Hoping to get you some answers tomorrow.
>
> Thanks for your patience.
>
> Adeline

---

**From:** Ramachandran, Shalini <shalini.ramachandran@wsj.com>
**Date:** Friday, May 19, 2023 at 2:20 PM
**To:** Room, News@Parks <NewsRoom@parks.ca.gov>
**Subject:** Re: Inquiry on Eagle Point Campground

OK, sure - thanks!

On Fri, May 19, 2023 at 5:06 PM Room, News@Parks <NewsRoom@parks.ca.gov> wrote:

> Hi Shalini,
>
> Can we get back to you by Monday please?
>
> Thanks,

BTBMTS0002857
BTBMTS0002848

Adeline Yee

Information Officer | California State Parks

715 P Street, Sacramento, CA 95814

C: 916.661.2767 | Adeline.Yee@parks.ca.gov

---

**From:** Ramachandran, Shalini <shalini.ramachandran@wsj.com>
**Date:** Friday, May 19, 2023 at 12:29 PM
**To:** Room, News@Parks <NewsRoom@parks.ca.gov>
**Subject:** Re: Inquiry on Eagle Point Campground

You don't often get email from shalini.ramachandran@wsj.com. Learn why this is important

As for deadlines, since it's a yes/no question, would like to hear back by the end of day today if possible. Thanks!

Shalini

--

Shalini Ramachandran

**REPORTER**

Error! Filename not specified.

**M:** 404.580.9815

**E:** shalini.ramachandran@wsj.com
**T:** @Shalini

Read my stories here.

--

Shalini Ramachandran

**REPORTER**

Error! Filename not specified.

M: 404.580.9815

E: shalini.ramachandran@wsj.com
T: @Shalini

Read my stories here.

--

Shalini Ramachandran

**REPORTER**

Error! Filename not specified.

M: 404.580.9815

E: shalini.ramachandran@wsj.com
T: @Shalini

Read my stories here.

--

Shalini Ramachandran

**REPORTER**

# THE WALL STREET JOURNAL.

M: 404.580.9815

E: shalini.ramachandran@wsj.com
T: @Shalini

Read my stories here.

--

Shalini Ramachandran

**REPORTER**

# THE WALL STREET JOURNAL.

BTBMTS0002859
BTBMTS0002848

M: 404.580.9815

E: shalini.ramachandran@wsj.com
T: @Shalini

Read my stories here.

BTBMTS0002860
BTBMTS0002848