1  NAVI SINGH DHILLON (SBN 279537)
   navidhillon@paulhastings.com
2  PETER C. MEIER (SBN 179019)
   petermeier@paulhastings.com
3  LUCAS V. GRUNBAUM (SBN 314180)
   lucasgrunbaum@paulhastings.com
4  PAUL HASTINGS LLP
   101 California Street, 48th Floor
5  San Francisco, California 94111
   Telephone: (415) 856-7000
6
   HARIKLIA KARIS (*admitted pro hac vice*)
7  hkaris@kirkland.com
   ROBERT B. ELLIS (*admitted pro hac vice*)
8  rellis@kirkland.com
   MARK J. NOMELLINI (*admitted pro hac vice*)
9  mnomellini@kirkland.com
   KIRKLAND & ELLIS LLP
10 300 North LaSalle
   Chicago, IL 60654
11 Telephone: (312) 862-2000

12 JON DAVID KELLEY (*admitted pro hac vice*)
   jon.kelley@kirkland.com
13 KIRKLAND & ELLIS LLP
   4550 Travis Street
14 Dallas, TX 75205

15 Attorneys for Defendant
   PACIFIC BELL TELEPHONE COMPANY
16

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

19 | CALIFORNIA SPORTFISHING | CASE NO. 2:21-cv-00073-JDP
20 | PROTECTION ALLIANCE,    |
21 |       Plaintiff,         | **[PROPOSED] ORDER GRANTING DEFENDANT PACIFIC BELL TELEPHONE COMPANY'S MOTION FOR LEAVE TO SUBMIT REDACTED EXHIBIT "A" TO THE DECLARATION OF JON DAVID KELLEY IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**
22 |   vs.                   |
23 | PACIFIC BELL TELEPHONE COMPANY, |
24 |       Defendant.         |
25 |                          | Judge: Hon. Jeremy D. Peterson
26 |                          | Courtroom: 9
27 |                          | Action Filed: January 14, 2021
   |                          | Trial Date: None
28

DEFENDANT'S MOTION FOR LEAVE                            Case No. 2:21-cv-00073-JDP

## [PROPOSED] ORDER

Before the Court is Defendant Pacific Bell Telephone Company's Motion for Leave to Submit Redacted Exhibit A to the Declaration of Jon David Kelley in Support of Defendant's Opposition to Plaintiff's Motion for Attorneys' Fees and Costs (the "Motion"). Having fully considered the matter, the Court hereby GRANTS Defendant's Motion, and replaces Exhibit A (Dkt. 171-3) with the document attached to the Motion as Exhibit 1.

**IT IS SO ORDERED.**

DATED: _____, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE