1  MATTHEW MACLEAR (State Bar No. 209228)
   Email: mcm@atalawgroup.com
2  JASON FLANDERS (State Bar No. 238007)
   Email: jrf@atalawgroup.com
3  ERICA A. MAHARG (State Bar No. 279396)
   Email: eam@atalawgroup.com
4  J. THOMAS BRETT (State Bar No. 315820)
   Email: jtb@atalawgroup.com
5  AQUA TERRA AERIS LAW GROUP
6  4030 Martin Luther King Jr Way
   Oakland, CA 94609
7  Tel: (415) 568-5200

8
   [Additional counsel on p. 2]
9
   Attorneys for Plaintiff
10 CALIFORNIA SPORTFISHING
   PROTECTION ALLIANCE
11

12              **UNITED STATES DISTRICT COURT**

13             **EASTERN DISTRICT OF CALIFORNIA**

14

15

16 CALIFORNIA SPORTFISHING PROTECTION      Case No.: **2:21-cv-00073-JDP**
   ALLIANCE,
17                                          **SUPPLEMENTAL DECLARATION**
           Plaintiff,                       **OF MATTHEW MACLEAR IN**
18                                          **SUPPORT OF PLAINTIFF'S MOTION**
       v.                                   **FOR ATTORNEYS' FEES AND**
19                                          **COSTS UNDER THE RESOURCE**
   PACIFIC BELL TELEPHONE COMPANY           **CONSERVATION AND RECOVERY**
20                                          **ACT (42 U.S.C. § 6972(e)) AND CODE**
           Defendant.                       **OF CIVIL PROCEDURE SECTION**
21                                          **1021.5**

22

23

24

25

26

27

28

ANDREW L. PACKARD (State Bar No. 168690)
Email: andrew@packardlawoffices.com
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062

WILLIAM VERICK (State Bar No. 140972)
Email: wverick@igc.org
KLAMATH ENVIRONMENTAL LAW CENTER
1125 16th Street, Suite 204
Arcata, CA 95521
Tel: (707) 630-5061; Fax: (707) 630-5064

J. KIRK BOYD (State Bar No. 122759)
Email: jkb@drjkb.com
LAW OFFICE OF JOHN KIRK BOYD
548 Market St., Suite 1300
San Francisco, CA 94104-5401
Tel: (415) 440-2500

BRIAN ACREE (State Bar No. 202505)
Email: brian@brianacree.com
LAW OFFICES OF BRIAN ACREE
331 J Street, Suite 200
Sacramento, CA 95814
Tel: (916) 505-6861

WILLIAM CARLON (State Bar No. 305739)
Email: william@carlonlaw.com
LAW OFFICE OF WILLIAM CARLON
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115

I, Matthew Maclear, declare:

1.      The facts set forth in this declaration are based on my personal knowledge; if called to testify as a witness, I could and would competently testify thereto under oath. As to those matters that reflect a personal opinion, they reflect my personal opinion and judgment upon the matter.

2.      I am more than eighteen years old and am competent to testify as to the matters set forth herein.

3.      I am an attorney licensed to practice law in the State of California. I am a partner with Aqua Terra Aeris Law Group, representing California Sportfishing Protection Alliance in the above referenced action.

4.      Since the Notice of Motion and Motion for Fees and Costs was filed, I have spent 6.9 hours working on this matter. My time has been spent preparing this declaration, corresponding with co-counsel on counterarguments to Defendant's Opposition, exercising billing judgment, modifying lodestar spreadsheet, revising declarations and editing the reply. In an exercise of billing judgment, my hours sought during this time have been reduced by 1.2 hours, which equals 17%.

5.      Attached hereto as **Exhibit 1** is a true and correct spreadsheet setting forth the time spent by each attorney on this case, recorded in tenths of an hour, with a description of what work was done. **Exhibit 1** accounts for the time expended by Plaintiff's counsel since the submission of Plaintiff's Motion for Attorneys' Fees and Costs on October 28, 2024.

I declare, under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 6th of December 2024 in Orinda, California.


            _/S/ Matthew Maclear_
            Matthew Maclear

# EXHIBIT 1

Reply Lodestar Summary

| Timekeeper | Total Hours | Attorney Lodestar | Billing Judgment Reduction | Adjusted Lodestar* | Percent reduction |
|---|---|---|---|---|---|
| Boyd, Kirk | 12.60 | $9,135.00 | 7.30 | $3,842.50 | 57.94% |
| Verick, William | 7.60 | $5,510.00 | 2.10 | $3,987.50 | 27.63% |
| Packard, Andrew | 4.30 | $3,117.50 | 1.60 | $2,610.00 | 37.21% |
| Flanders, Jason | 13.30 | $8,312.50 | 1.30 | $7,500.00 | 9.77% |
| Maclear, Matthew | 6.90 | $5,460.00 | 1.50 | $4,485.00 | 21.74% |
| Maharg, Erica | 16.50 | $8,682.50 | 1.50 | $7,245.00 | 9.09% |
| Beck, Harrison | 31.90 | $10,367.50 | 12.90 | $6,353.75 | 40.44% |
| **Attorney Total** | **93.1** | **$50,585.00** | **28.20** | **$36,023.75** | **29.12%** |

*Attorney adjusted lodestar includes hours cut, written off or reclassified at paralegal or legal assistant rates.*

| Timekeeper | Paralegal Hours | Paralegal Lodestar | Legal Assistant Time Reduction | Billing Judgment Reduction | Adjusted Paralegal Lodestar | Legal Assistant Lodestar | Total Adjusted Lodestar | Percent Lodestar Reduction |
|---|---|---|---|---|---|---|---|---|
| Bustos, Esmeralda | 18.40 | $3,956.00 | 4.00 | 4.30 | $3,031.50 | $500.00 | $2,986.50 | 23.37% |
| Totals | | | | | | | | |

| | Total Hours | Total Lodestar | Total Hours Reduced | Adjusted Lodestar | Percent Hour Reduction |
|---|---|---|---|---|---|
| Lodestar Fees | 111.50 | $54,541.00 | 32.20 | $39,010.25 | 28.88% |
| | | Reply Fees Total | | $39,010.25 | |

| Date | Staff | Description | Attorney Hours | Attorney Rate | Attorney Lodestar | Paralegal Hours | Paralegal Rate | Paralegal Lodestar | Legal Assistant Hours | Legal Assistant Rate | Legal Assistant Lodestar | Billing Judgment Reduction | Hours After Reduction for Billing Judgment | Adjusted Lodestar |
|------|-------|-------------|----------------|---------------|-------------------|-----------------|----------------|--------------------|-----------------------|----------------------|--------------------------|----------------------------|---------------------------------------------|-------------------|
| 11/22/2024 | Kirk Boyd | Review Defendant's Opposition to Plaintiff's Motion for Attorney's Fees | 0.50 | $725.00 | $362.50 | | | | | | | | | $362.50 |
| 11/24/2024 | Kirk Boyd | Research Defendant's cases on multiplier. | 0.5 | $725.00 | $362.50 | | | | | | | | | $362.50 |
| 11/24/2024 | Kirk Boyd | Research state law for multiplier. | 0.5 | $725.00 | $362.50 | | | | | | | | | $362.50 |
| 11/27/2024 | Kirk Boyd | Research discovery in case and draft my Supplemental Declaration | 1.2 | $725.00 | $870.00 | | | | | | | 0.60 | 0.60 | $435.00 |
| 11/28/2024 | Kirk Boyd | Review Defendant Opposition to Fees and Defendant's Declaration in Support of Opposition | 0.70 | $725.00 | $507.50 | | | | | | | 0.70 | 0.00 | $0.00 |
| 11/28/2024 | Kirk Boyd | Revise and edit my Supplemental Declaration. Send Supplemental Declaration to team | 0.80 | $725.00 | $580.00 | | | | | | | | | $580.00 |
| 11/28/2024 | Kirk Boyd | Research multiplier based on state law and draft memo to team on multiplier based on state law, send team memo on multiplier. | 1.30 | $725.00 | $942.50 | | | | | | | 1.00 | 0.30 | $217.50 |
| 12/2/2024 | Kirk Boyd | Research Richard Pearl's treatise at SF Law Library on fee multipliers for state and federal actions | 3.00 | $725.00 | $2,175.00 | | | | | | | 2.50 | 0.50 | $362.50 |
| 12/2/2024 | Kirk Boyd | Email to team re multiplier argument for Reply brief | 0.30 | $725.00 | $217.50 | | | | | | | | | $217.50 |
| 12/4/2024 | Kirk Boyd | Edit and expand my Supplemental Declaration re dormant period and status conferences. | 1.50 | $725.00 | $1,087.50 | | | | | | | 1.00 | 0.50 | $362.50 |
| 12/5/2024 | Kirk Boyd | Review Verick Supplemental Declaration and send team email re Declarations. | 1.00 | $725.00 | $725.00 | | | | | | | 1.00 | 0.00 | $0.00 |
| 12/5/2024 | Kirk Boyd | Edit my Supplemental Declaration and send to team. | 0.80 | $725.00 | $580.00 | | | | | | | | | $580.00 |

J.K. Boyd Lodestar

| Date | Staff | Description | Attorney Hours | Attorney Rate | Attorney Lodestar | Paralegal Hours | Paralegal Rate | Paralegal Lodestar | Legal Assistant Hours | Legal Assistant Rate | Legal Assistant Lodestar | Billing Judgment Reduction | Hours After Reduction for Billing Judgment | Adjusted Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/5/2024 | Kirk Boyd | Review draft Reply brief and email team re brief. | 0.50 | $725.00 | $362.50 | | | | | | | | 0.50 | 0.00 | $0.00 |
| | | **Grand Totals** | **12.60** | | **$9,135.00** | | | | | | | | | **$3,842.50** |

| | | Time Period | Total Time | Total Amount | Amount Written Off per time period | Adjusted Lodestar per time period | % hrs written off |
|---|---|---|---|---|---|---|---|
| | | **10/31/24 - present** | **12.6** | **$9,135.00** | **7.3** | **$3,842.50** | **57.94%** |

William Verick Lodestar

| Date | Staff | Description | Attorney Hours | Attorney Rate | Attorney Lodestar | Paralegal Hours | Paralegal Rate | Paralegal Lodestar | Legal Assistant Hours | Legal Assistant Rate | Legal Assistant Lodestar | Billing Judgment Reduction | Hours After Reduction for Billing Judgment | Adjusted Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/3/2024 | WLV | Read opposition brief | 1.70 | $725.00 | $1,232.50 | | | | | | | | | $1,232.50 |
| 12/3/2024 | WLV | Telephone call with M. Maclear re supplemental declaration | 0.30 | $725.00 | $217.50 | | | | | | | 0.30 | 0.00 | $0.00 |
| 12/3/2024 | WLV | Draft supplemental declaration re dormant case period and multipler | 2.30 | $725.00 | $1,667.50 | | | | | | | | | $1,667.50 |
| 12/4/2024 | WLV | Telephone call with M. Maclear re edits he made to my supplemental declaration | 0.20 | $725.00 | $145.00 | | | | | | | 0.20 | 0.00 | $0.00 |
| 12/4/2024 | WLV | Review M. Maclear edits and edit my supplemental declaration to bolster Prop 65 issues; finalize declaration | 1.50 | $725.00 | $1,087.50 | | | | | | | | | $1,087.50 |
| 12/6/2024 | WLV | Analyze and revise Reply brief. | 0.70 | $725.00 | $507.50 | | | | | | | 0.70 | 0.00 | $0.00 |
| 12/6/2024 | WLP | Fianlize my declaration | 0.90 | $725.00 | $652.50 | | | | | | | 0.90 | 0.00 | $0.00 |
| | | **Grand Totals** | **7.60** | | **$5,510.00** | | | | | | | | **2.10** | **$3,987.50** |

| Time Period | Total Time | Total Amount | Amount Written Off per time period | Adjusted Lodestar per time period | % hrs written off |
|---|---|---|---|---|---|
| 10/31/24 - present | 7.60 | $4,857.50 | 2.10 | $3,987.50 | 27.63% |

Andrew Packard Lodestar

| Date | Staff | Description | Attorney Hours | Attorney Rate | Attorney Lodestar | Paralegal Hours | Paralegal Rate | Paralegal Lodestar | Legal Assistant Hours | Legal Assistant Rate | Legal Assistant Lodestar | Billing Judgment Reduction | Hours After Reduction for Billing Judgment | Adjusted Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2/2024 | ALP | TCs re multiplier strategy to fee experts Dick Rothschild and Bob Newman at Western Center on Law and Poverty, and to fee expert Jordanna Thigpen | 0.4 | $725.00 | $290.00 | | | | | | | 0.40 | 0.00 | $0.00 |
| 12/2/2024 | ALP | TCs with Maclear, Maharg re expert and briefing needs on reply | 0.6 | $725.00 | $435.00 | | | | | | | 0.30 | 0.30 | $217.50 |
| 12/4/2024 | ALP | review Defense opp to motion for fees and draft reply arguments distinguishing Forever Resorts motion to approve CD decision | 1.6 | $725.00 | $1,160.00 | | | | | | | | | $1,160.00 |
| 12/5/2024 | ALP | review time sheets and confer with MM re edits to reply decs (Verick, Boyd) | 0.8 | $725.00 | $580.00 | | | | | | | | | $580.00 |
| 12/6/2024 | ALP | Edited my declaration (.3) and analyzed/edited reply brief (.3) and reviewed communications amongst co-counsel (.3) | 0.90 | $725.00 | $652.50 | | | | | | | 0.90 | 0.00 | $652.50 |
| | | Grand Totals | 4.30 | | $3,117.50 | | | | | | | 1.60 | | $2,610.00 |

| Time Period | Total Time | Total Amount | Amount Written Off Per Time Period | Adjusted Lodestar Per Time Period | % hrs written off |
|---|---|---|---|---|---|
| 10/31/24 - present Andrew Packard | 4.30 | $3,117.50 | 1.60 | $2,610.00 | 37.21% |

Jason Flanders Lodestar

| Date | Staff | Description | Attorney Hours | Attorney Rate | Attorney Lodestar | Paralegal Hours | Paralegal Rate | Paralegal Lodestar | Legal Assistant Hours | Legal Assistant Rate | Legal Assistant Lodestar | Billing Judgment Reductions | Hours After Reductions for Billing Judgment | Adjusted Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/12/2024 | Jason Flanders | A105 Communicate (in firm) Calls with M. Maclear and E. Maharg re stipulation on briefing for fee motion, review and calculations re same | 0.20 | $625.00 | $125.00 | | | | | | | | | $125.00 |
| 12/1/2024 | Jason Flanders | L250 Other Written Motions and Submissions Review of Defendant's prior statements compared to fee motion opposition statements | 0.40 | $625.00 | $250.00 | | | | | | | | | $250.00 |
| 12/1/2024 | Jason Flanders | L250 Other Written Motions and Submissions Review of opposition to fee motion, emails from co-counsel re same, draft outline for reply from review of same | 0.60 | $625.00 | $375.00 | | | | | | | | | $375.00 |
| 12/2/2024 | Jason Flanders | L250 Other Written Motions and Submissions Review of H. Beck revisions to reply brief on fee motion, further instructions to H. Beck re same | 0.20 | $625.00 | $125.00 | | | | | | | | | $125.00 |
| 12/4/2024 | Jason Flanders | L250 Other Written Motions and Submissions Draft reply brief re fee motion | 1.90 | $625.00 | $1,187.50 | | | | | | | | 0.5 | 1.40 | $875.00 |
| 12/4/2024 | Jason Flanders | L250 Other Written Motions and Submissions Revisions to Fee Motion Reply re: arguments waived by Defendant | 0.80 | $625.00 | $500.00 | | | | | | | | | $500.00 |
| 12/4/2024 | Jason Flanders | L250 Other Written Motions and Submissions Draft reply brief ISO fee motion | 0.90 | $625.00 | $562.50 | | | | | | | | | $562.50 |
| 12/4/2024 | Jason Flanders | L250 Other Written Motions and Submissions Draft reply brief ISO fee motion | 1.00 | $625.00 | $625.00 | | | | | | | | | $625.00 |
| 12/4/2024 | Jason Flanders | L250 Other Written Motions and Submissions Draft reply brief re fee motion | 1.90 | $625.00 | $1,187.50 | | | | | | | | 0.5 | 1.40 | $875.00 |
| 12/4/2024 | Jason Flanders | L250 Other Written Motions and Submissions Revisions to fee motion reply re arguments waived by defendant | 0.80 | $625.00 | $500.00 | | | | | | | | | $500.00 |
| 12/4/2024 | Jason Flanders | L250 Other Written Motions and Submissions Review of Packard memo in support of fee motion reply brief | 0.20 | $625.00 | $125.00 | | | | | | | | | $125.00 |
| 12/4/2024 | Jason Flanders | L250 Other Written Motions and Submissions Review of Verick declaration ISO reply fee motion | 0.10 | $625.00 | $62.50 | | | | | | | | | $62.50 |
| 12/5/2024 | Jason Flanders | L250 Other Written Motions and Submissions Draft reply brief ISO fee motion | 1.70 | $625.00 | $1,062.50 | | | | | | | | 0.3 | 1.40 | $875.00 |

Jason Flanders Lodestar

| Date | Staff | Description | Attorney Hours | Attorney Rate | Attorney Lodestar | Paralegal Hours | Paralegal Rate | Paralegal Lodestar | Legal Assistant Hours | Legal Assistant Rate | Legal Assistant Lodestar | Billing Judgment Reductions | Hours After Reductions for Billing Judgment | Adjusted Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/5/2024 | Jason Flanders | L250 Other Written Motions and Submissions Revisions to fee motion reply brief | 0.20 | $625.00 | $125.00 | | | | | | | | | $125.00 |
| 12/5/2024 | Jason Flanders | L250 Other Written Motions and Submissions Call with E. Maharg re reply for fee motion | 0.20 | $625.00 | $125.00 | | | | | | | | | $125.00 |
| 12/5/2024 | Jason Flanders | L250 Other Written Motions and Submissions Call with H. Beck re reply brief on fee motion | 0.10 | $625.00 | $62.50 | | | | | | | | | $62.50 |
| 12/6/2024 | Jason Flanders | L250 Other Written Motions and Submissions Call with H. Beck re finalizing reply brief ISO fee motion | 0.10 | $625.00 | $62.50 | | | | | | | | | $62.50 |
| 12/6/2024 | Jason Flanders | L250 Other Written Motions and Submissions Further revisions to fee motion reply brief to include additional facts and further multiplier analysis. | 1.00 | $625.00 | $625.00 | | | | | | | | | $625.00 |
| 12/7/2024 | Jason Flanders | L250 Other Written Motions and Submissions Finalize enitre Reply brief ISO fee motion | 1.00 | $625.00 | $625.00 | | | | | | | | | $625.00 |
| | | **Grand Totals** | **13.30** | | **$8,312.50** | | | | | | | **1.30** | | **$7,500.00** |

| Total Time | Total Amount | Amount Written Off | Adjusted Lodestar | % hrs written off |
|---|---|---|---|---|
| 13.30 | $8,312.50 | 1.30 | $7,500.00 | 10% |

Matthew Maclear Lodestar

| Date | Staff | Description | Attorney Hours | Attorney Rate | Attorney Lodestar | Paralegal Hours | Paralegal Rate | Paralegal Lodestar | Legal Assistant Hours | Legal Assistant Rate | Legal Assistant Lodestar | Billing Judgment Reductions | Hours After Reductions for Billing Judgment | Adjusted Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/11/2024 | MCM | L250 Other Written Motions and Submissions<br>Analyze and reply to emails from M. Nomellini re: D's request for an extra week to respond to Motion for Fees and Costs | 0.20 | $650.00 | $1,105.00 | | | | | | | | | $1,105.00 |
| 11/12/2024 | MCM | L250 Other Written Motions and Submissions<br>Multiple emails and phone calls with M. Nomellini and internally at ATA re: different extension dates for CSPA and PacBell due to holidays. | 0.80 | $650.00 | $520.00 | | | | | | | 0.40 | 0.40 | $260.00 |
| 11/22/2024 | MCM | L250 Other Written Motions and Submissions<br>Analyze D's Opposition to Fees and Costs Motion (.7) and draft counter points for use in Reply (1.0). | 1.70 | $650.00 | $1,105.00 | | | | | | | | | $1,105.00 |
| 12/2/2024 | MCM | L250 Other Written Motions and Submissions<br>Call with M. Maclear and A. Packard re preparing reply ISO mtn for fees and costs. | 0.60 | $650.00 | $390.00 | | | | | | | 0.30 | 0.30 | $195.00 |
| 12/5/2024 | MCM | L250 Other Written Motions and Submissions<br>Analyze and revise/comment on declarations of K. Boyd (.7), W. Verick (.4) and E. Maharg (.3). | 1.40 | $650.00 | $910.00 | | | | | | | | | $910.00 |
| 12/5/2024 | MCM | L250 Other Written Motions and Submissions<br>Analyze and revise/comment on Reply brief | 0.80 | $650.00 | $520.00 | | | | | | | | | $520.00 |
| 12/6/2024 | MCM | L250 Other Written Motions and Submissions<br>Analyze time entered and exercise billing judgment | 0.60 | $650.00 | $390.00 | | | | | | | | | $390.00 |
| 12/6/2024 | MCM | L250 Other Written Motions and Submissions<br>Draft and revise declarations for ATA timekeepers and co-counsel regarding additional hours. | 0.80 | $650.00 | $520.00 | | | | | | | 0.80 | 0.00 | $0.00 |
| | | **Grand Totals** | **6.90** | | **$5,460.00** | | | | | | | **1.50** | | **$4,485.00** |

| Total Time | Total Amount | Amount Written Off | Adjusted Lodestar | % hrs written off |
|---|---|---|---|---|
| 6.90 | $5,460.00 | 1.50 | $4,485.00 | 22% |

Erica Maharg Lodestar

| Date | Staff | Description | Attorney Hours | Attorney Rate | Attorney Lodestar | Paralegal Hours | Paralegal Rate | Paralegal Lodestar | Legal Assistant Hours | Legal Assistant Rate | Legal Assistant Lodestar | Billing Judgment Reduction | Hours After Reduction for Billing Judgment | Adjusted Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/24 | Erica Maharg | L250 Other Written Motions and Submissions Help finalize fee motion, declarations, and lodestar exhibits. | 2.70 | $575.00 | $1,552.50 | | | | | | | 0.70 | 1.00 | $575.00 |
| 10/31/24 | Erica Maharg | L250 Other Written Motions and Submissions Review I. Wren declaration ISO fee motion. | 0.20 | $575.00 | $115.00 | | | | | | | | | $115.00 |
| 10/31/24 | Erica Maharg | L250 Other Written Motions and Submissions Revise language in fee motion re meet and confer processes; modify declaration re same. | 0.70 | $575.00 | $402.50 | | | | | | | | | $402.50 |
| 11/7/2024 | Erica Maharg | L160 Settlement/Non-Binding ADR Call with M. Maclear re entry of CD and following up with opposing counsel re status of authorizations. | 0.10 | $575.00 | $57.50 | | | | | | | | | $57.50 |
| 11/7/2024 | Erica Maharg | L160 Settlement/Non-Binding ADR Email client re entry of CD and status of removal. | 0.10 | $575.00 | $57.50 | | | | | | | | | $57.50 |
| 11/7/2024 | Erica Maharg | L160 Settlement/Non-Binding ADR Email opposing counsel re status of authorizations. | 0.10 | $575.00 | $57.50 | | | | | | | | | $57.50 |
| 11/7/2024 | Erica Maharg | L450 Trial and Hearing Attendance Attend hearing re motion to approve CD. | 0.30 | $575.00 | $172.50 | | | | | | | | | $172.50 |
| 11/7/2024 | Erica Maharg | L450 Trial and Hearing Attendance Call with M. Maclear to prepare for motion to approve hearing. | 0.10 | $575.00 | $57.50 | | | | | | | | | $57.50 |
| 11/7/2024 | Erica Maharg | L450 Trial and Hearing Attendance Prepare for motion to approve CD hearing. | 0.30 | $575.00 | $172.50 | | | | | | | | | $172.50 |
| 11/11/2024 | Erica Maharg | L120 Analysis/Strategy Calculate new proposed deadlines for stipulated extension of fee motion briefing; email coordination with M. Maclear and J. Flanders re same. | 0.20 | $575.00 | $115.00 | | | | | | | | | $115.00 |
| 12/2/2024 | Erica Maharg | L250 Other Written Motions and Submissions Call with M. Maclear and A. Packard re preparing reply ISO mtn for fees and costs. | 0.60 | $575.00 | $345.00 | | | | | | | 0.30 | 0.30 | $172.50 |
| 12/2/2024 | Erica Maharg | L250 Other Written Motions and Submissions Call with M. Maclear and J. Flanders re preparing reply. | 0.40 | $575.00 | $230.00 | | | | | | | 0.40 | 0.00 | $0.00 |

Erica Maharg Lodestar

| Date | Staff | Description | Attorney Hours | Attorney Rate | Attorney Lodestar | Paralegal Hours | Paralegal Rate | Paralegal Lodestar | Legal Assistant Hours | Legal Assistant Rate | Legal Assistant Lodestar | Billing Judgment Reduction | Hours After Reduction for Billing Judgment | Adjusted Lodestar |
|------|-------|-------------|----------------|---------------|-------------------|-----------------|----------------|--------------------|-----------------------|----------------------|--------------------------|----------------------------|--------------------------------------------|-------------------|
| 12/2/2024 | Erica Maharg | L250 Other Written Motions and Submissions Email with co-counsel re preparing reply. | 0.10 | $575.00 | $57.50 | | | | | | | | | $57.50 |
| 12/3/2024 | Erica Maharg | L250 Other Written Motions and Submissions Draft supplemental declaration ISO Fee Motion. | 0.10 | $575.00 | $57.50 | | | | | | | 0.10 | 0.00 | $0.00 |
| 12/4/2024 | Erica Maharg | L250 Other Written Motions and Submissions Draft supplemental declaration ISO fee motion re discovery efforts and time spent. | 3.40 | $575.00 | $1,955.00 | | | | | | | | | $1,955.00 |
| 12/4/2024 | Erica Maharg | L250 Other Written Motions and Submissions Review email correspondence related to discovery disputes for fee motion reply. | 4.30 | $575.00 | $2,472.50 | | | | | | | | | $2,472.50 |
| 12/5/2024 | Erica Maharg | L250 Other Written Motions and Submissions Draft supplemental declaration ISO fee mtn (motion to amend process). | 1.00 | $575.00 | $575.00 | | | | | | | | | $575.00 |
| 12/6/2024 | Erica Maharg | L250 Other Written Motions and Submissions Revise declaration ISO fee motion. | 0.40 | $575.00 | $230.00 | | | | | | | | | $230.00 |
| 12/6/2024 | Erica Maharg | L250 Other Written Motions and Submissions Review/revise reply ISO fee motion. | 1.40 | $575.00 | $805.00 | | | | | | | | | $805.00 |
| | | Grand Totals | 16.50 | | $8,682.50 | | | | | | | | | $7,245.00 |

| Total Time | Total Amount | Amount Written Off | Adjusted Lodestar | % hrs written off |
|------------|--------------|--------------------|-------------------|-------------------|
| 16.50 | $8,682.50 | 1.50 | $7,245.00 | 9% |

| Date | Staff | Description | Attorney Hours | Attorney Rate | Attorney Lodestar | Paralegal Hours | Paralegal Rate | Paralegal Lodestar | Legal Assistant Hours | Legal Assistant Rate | Legal Assistant Lodestar | Billing Judgment Reductions | Hours After Reductions for Billing Judgment | Adjusted Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/2024 | Harrison Beck | L250 Other Written Motions and Submissions<br>Attempt to resolve issue with totals for categories and timekeepers' in lodestar spreadsheet by redo-ing my calculations several times, re-categorizing A. Packard's and W. Carlon's combined time, and reviewing entries in lodestar (to no avail). | 1.10 | $325.00 | $357.50 | | | | | | | | | $357.50 |
| 10/31/2024 | Harrison Beck | L250 Other Written Motions and Submissions<br>Call with E. Maharg re: issue with totals in each category and for each attorney in lodestar spreadsheet. | 0.30 | $325.00 | $97.50 | | | | | | | 0.30 | 0.00 | $0.00 |
| 10/31/2024 | Harrison Beck | L250 Other Written Motions and Submissions<br>Call with M. Maclear re: issues with category and timekeeper totals in lodestar spreadsheet. | 0.10 | $325.00 | $32.50 | | | | | | | 0.10 | 0.00 | $0.00 |
| 10/31/2024 | Harrison Beck | L250 Other Written Motions and Submissions<br>Call with M. Maclear re: removing figure 1 from his declaration. | 0.10 | $325.00 | $32.50 | | | | | | | 0.10 | 0.00 | $0.00 |
| 10/31/2024 | Harrison Beck | L250 Other Written Motions and Submissions<br>Check-in call with E. Bustos and M. Maclear re: outstanding issues and issues with totals for categories and timekeepers in lodestar spreadsheet. | 0.50 | $325.00 | $162.50 | | | | | | | | | $162.50 |
| 10/31/2024 | Harrison Beck | L250 Other Written Motions and Submissions<br>Copyedit fee motion for typos and to check references to Maclear Declaration and legal citations and to leave comments re: outstanding issues therein. | 1.80 | $325.00 | $585.00 | | | | | | | 1.80 | 0.00 | $0.00 |
| 10/31/2024 | Harrison Beck | L250 Other Written Motions and Submissions<br>Draft email to M. Maclear and E. Bustos re: outstanding issues to discuss at check-in call. | 0.20 | $325.00 | $65.00 | | | | | | | 0.20 | 0.00 | $0.00 |
| 10/31/2024 | Harrison Beck | L250 Other Written Motions and Submissions<br>Edit all declarations to ensure that footer matches caption, per M. Maclear direction. | 0.20 | $325.00 | $65.00 | | | | | | | 0.20 | 0.00 | $0.00 |
| 10/31/2024 | Harrison Beck | L250 Other Written Motions and Submissions<br>Edit I. Wren declaration (again, because he didn't edit the version that I'd edited already). | 0.50 | $325.00 | $162.50 | | | | | | | 0.50 | 0.00 | $0.00 |
| 10/31/2024 | Harrison Beck | L250 Other Written Motions and Submissions<br>Incorporate Everlaw invoices into exhibits to Maclear Declaration. | 0.30 | $325.00 | $97.50 | | | | | | | 0.30 | 0.00 | $0.00 |
| 10/31/2024 | Harrison Beck | L250 Other Written Motions and Submissions<br>Prepare exhibits for filing (by adding cover pages and combing .PDFs with exhibits into single .PDFs). | 1.40 | $325.00 | $455.00 | | | | | | | | | $455.00 |

Harrison Beck Lodestar

| Date | Staff | Description | Attorney Hours | Attorney Rate | Attorney Lodestar | Paralegal Hours | Paralegal Rate | Paralegal Lodestar | Legal Assistant Hours | Legal Assistant Rate | Legal Assistant Lodestar | Billing Judgment Reductions | Hours After Reductions for Billing Judgment | Adjusted Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/2024 | Harrison Beck | L250 Other Written Motions and Submissions Second call with E. Maharg re: issues with totals for categories and timekeepers in fee motion to address her attempt to resolve these issues. | 0.10 | $325.00 | $32.50 | | | | | | | | | $32.50 |
| 10/31/2024 | Harrison Beck | L250 Other Written Motions and Submissions Help E. Bustos and E. Maharg with filing fee motion. | 1.00 | $325.00 | $325.00 | | | | | | | | 1.00 | 0.00 | $0.00 |
| 11/4/2024 | Harrison Beck | L250 Other Written Motions and Submissions Call with E. Maharg re: fee motion. | 0.10 | $325.00 | $32.50 | | | | | | | | 0.10 | 0.00 | $0.00 |
| 11/5/2024 | Harrison Beck | L140 Document/File Management Review email from K. Boyd re: removal of cables. | 0.10 | $325.00 | $32.50 | | | | | | | | | $32.50 |
| 11/6/2024 | Harrison Beck | L250 Other Written Motions and Submissions Calendar invites re: fee motion deadlines. | 0.10 | $325.00 | $32.50 | | | | | | | | | $32.50 |
| 11/7/2024 | Harrison Beck | L190 Other Case Assessment, Development and Administration Review and categorize email from E. Maharg re: issuance of Motion to Approve and beginning of actual removal of cables. | 0.10 | $325.00 | $32.50 | | | | | | | | | $32.50 |
| 11/11/2024 | Harrison Beck | L190 Other Case Assessment, Development and Administration Draft priorities email. | 0.05 | $325.00 | $16.25 | | | | | | | | | $16.25 |
| 11/13/2024 | Harrison Beck | L250 Other Written Motions and Submissions Review email from E. Maharg re: updated fee motion reply deadlines. | 0.10 | $325.00 | $32.50 | | | | | | | | 0.10 | 0.00 | $0.00 |
| 11/18/2024 | Harrison Beck | L190 Other Case Assessment, Development and Administration Draft priorities email re: fee motion reply. | 0.05 | $325.00 | $16.25 | | | | | | | | 0.50 | 0.00 | $0.00 |
| 11/19/2024 | Harrison Beck | L190 Other Case Assessment, Development and Administration RSVP to calendar invites for new deadlines re: fee motion reply. | 0.10 | $325.00 | $32.50 | | | | | | | | 0.10 | 0.00 | $0.00 |
| 11/22/2024 | Harrison Beck | L190 Other Case Assessment, Development and Administration Draft email to partners re: plan for drafting reply re: fee motion. | 0.10 | $325.00 | $32.50 | | | | | | | | | $32.50 |

Harrison Beck Lodestar

| Date | Staff | Description | Attorney Hours | Attorney Rate | Attorney Lodestar | Paralegal Hours | Paralegal Rate | Paralegal Lodestar | Legal Assistant Hours | Legal Assistant Rate | Legal Assistant Lodestar | Billing Judgment Reductions | Hours After Reductions for Billing Judgment | Adjusted Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/22/2024 | Harrison Beck | L190 Other Case Assessment, Development and Administration Review and categorize emails re: AT&T's removal of the cables! | 0.10 | $325.00 | $32.50 | | | | | | | | | $32.50 |
| 11/22/2024 | Harrison Beck | L250 Other Written Motions and Submissions Draft memorandum re: fee motion reply re: Glover v. I.C. Sys., Inc. and Juvera v. Salcido (including research). | 1.20 | $325.00 | $390.00 | | | | | | | | | $390.00 |
| 11/22/2024 | Harrison Beck | L250 Other Written Motions and Submissions Draft memorandum re: fee motion reply re: Moore v. Mount Zion Baptist Church (including research). | 1.00 | $325.00 | $325.00 | | | | | | | | | $325.00 |
| 11/22/2024 | Harrison Beck | L250 Other Written Motions and Submissions Draft memorandum re: fee motion reply re: Quevedo v. New Albertsons, Inc., Asberry v. City of Sacramento/Sanitation Dep't, and Hinds Invs., L.P. v. United Fabricate Supply Inc. (including research). | 1.00 | $325.00 | $325.00 | | | | | | | | | $325.00 |
| 11/22/2024 | Harrison Beck | L250 Other Written Motions and Submissions Draft memorandum re: fee motion reply re: reasonableness of proposed cost award (including research). | 0.60 | $325.00 | $195.00 | | | | | | | 0.60 | 0.00 | $0.00 |
| 11/22/2024 | Harrison Beck | L250 Other Written Motions and Submissions Draft memorandum re: fee motion reply re: reasonableness of proposed rates (including research). | 1.00 | $325.00 | $325.00 | | | | | | | 1.00 | 0.00 | $0.00 |
| 11/22/2024 | Harrison Beck | L250 Other Written Motions and Submissions Draft memorandum re: fee motion reply re: whether we carried our burden to show prevailing rates in forum district. | 0.40 | $325.00 | $130.00 | | | | | | | 0.40 | 0.00 | $0.00 |
| 11/22/2024 | Harrison Beck | L250 Other Written Motions and Submissions Draft memorandum re: fee motion reply re: whether you can get fees for work on issues/projects that did not necessarily contribute to the result obtained (including motions that weren't filed), including research related thereto. | 1.40 | $325.00 | $455.00 | | | | | | | | | $455.00 |
| 11/22/2024 | Harrison Beck | L250 Other Written Motions and Submissions Read opposition brief to fee motion and supporting documents and take notes. | 1.20 | $325.00 | $390.00 | | | | | | | | | $390.00 |
| 11/23/2024 | Harrison Beck | L250 Other Written Motions and Submissions Edit memorandum re: opposition brief re: fee motion. | 0.50 | $325.00 | $162.50 | | | | | | | | | $162.50 |
| 11/24/2024 | Harrison Beck | L140 Document/File Management Upload memorandum re: opposition brief to firm's shared drive; draft email to J. Flanders, E. Maharg, and M. Maclear re: same. | 0.10 | $325.00 | $32.50 | | | | | | | 0.10 | 0.00 | $0.00 |
| 11/24/2024 | Harrison Beck | L250 Other Written Motions and Submissions Draft memorandum re: opposition brief re: application of fee multiplier. | 1.30 | $325.00 | $422.50 | | | | | | | | | $422.50 |

Harrison Beck Lodestar

| Date | Staff | Description | Attorney Hours | Attorney Rate | Attorney Lodestar | Paralegal Hours | Paralegal Rate | Paralegal Lodestar | Legal Assistant Hours | Legal Assistant Rate | Legal Assistant Lodestar | Billing Judgment Reductions | Hours After Reductions for Billing Judgment | Adjusted Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2/2024 | Harrison Beck | L250 Other Written Motions and Submissions Call with J. Flanders re: drafting fee motion reply. | 0.30 | $325.00 | $97.50 | | | | | | | 0.30 | 0.00 | $0.00 |
| 12/2/2024 | Harrison Beck | L250 Other Written Motions and Submissions Draft fee motion reply introduction. | 0.40 | $325.00 | $130.00 | | | | | | | 0.40 | 0.00 | $0.00 |
| 12/2/2024 | Harrison Beck | L250 Other Written Motions and Submissions Draft fee motion reply section re: costs. | 1.00 | $325.00 | $325.00 | | | | | | | | | $325.00 |
| 12/2/2024 | Harrison Beck | L250 Other Written Motions and Submissions Draft fee motion reply section re: early settlement. | 1.50 | $325.00 | $487.50 | | | | | | | | | $487.50 |
| 12/2/2024 | Harrison Beck | L250 Other Written Motions and Submissions Draft fee motion reply section re: multipliers. | 1.20 | $325.00 | $390.00 | | | | | | | | | $390.00 |
| 12/2/2024 | Harrison Beck | L250 Other Written Motions and Submissions Draft fee motion reply section re: novelty of this litigation. | 1.10 | $325.00 | $357.50 | | | | | | | | | $357.50 |
| 12/2/2024 | Harrison Beck | L250 Other Written Motions and Submissions Draft fee motion reply sections re: reasonableness of hours expended. | 2.80 | $325.00 | $910.00 | | | | | | | 1.80 | 1.10 | $357.50 |
| 12/2/2024 | Harrison Beck | L250 Other Written Motions and Submissions Format fee motion reply. | 0.20 | $325.00 | $65.00 | | | | | | | | | $65.00 |
| 12/2/2024 | Harrison Beck | L250 Other Written Motions and Submissions Review and categorize emails re: fee motion between in-firm partners and outside counsel. | 0.10 | $325.00 | $32.50 | | | | | | | | | $32.50 |
| 12/2/2024 | Harrison Beck | L250 Other Written Motions and Submissions Review emails from M. Maclear re: thoughts on fee motion reply. | 0.10 | $325.00 | $32.50 | | | | | | | | | $32.50 |
| 12/3/2024 | Harrison Beck | L250 Other Written Motions and Submissions Review and categorize emails from co-counsel re: declarations for fee motion reply. | 0.10 | $325.00 | $32.50 | | | | | | | | | $32.50 |
| 12/3/2024 | Harrison Beck | L250 Other Written Motions and Submissions Review citations in J. Kelley declaration and cross-check against actual billing entries and then prepare language for fee motion reply re: the amount of hours actually addressed in defendant's opposition brief. | 2.30 | $325.00 | $747.50 | | | | | | | 1.00 | 1.30 | $422.50 |

Harrison Beck Lodestar

| Date | Staff | Description | Attorney Hours | Attorney Rate | Attorney Lodestar | Paralegal Hours | Paralegal Rate | Paralegal Lodestar | Legal Assistant Hours | Legal Assistant Rate | Legal Assistant Lodestar | Billing Judgment Reductions | Hours After Reductions for Billing Judgment | Adjusted Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/5/2024 | Harrison Beck | L250 Other Written Motions and Submissions Draft fee motion reply paragraph re: time between entry of first consent decree and vacatur thereof. | 0.60 | $325.00 | $195.00 | | | | | | | | | $195.00 |
| 12/5/2024 | Harrison Beck | L250 Other Written Motions and Submissions Draft fee motion reply section re: exhibits cited by defendant. | 1.10 | $325.00 | $357.50 | | | | | | | 1.10 | 0.00 | $0.00 |
| 12/5/2024 | Harrison Beck | L250 Other Written Motions and Submissions Edit fee motion reply for typos and prose and citations. | 0.70 | $325.00 | $227.50 | | | | | | | 0.70 | 0.00 | $0.00 |
| 12/5/2024 | Harrison Beck | L250 Other Written Motions and Submissions Review and categorize emails from co-counsel re: declarations for fee motion reply. | 0.10 | $325.00 | $32.50 | | | | | | | 0.10 | 0.00 | $0.00 |
| 12/5/2024 | Harrison Beck | L250 Other Written Motions and Submissions Review and categorize emails from M. Maclear to co-counsel re: time entry spreadsheet. | 0.10 | $325.00 | $32.50 | | | | | | | 0.10 | 0.00 | $0.00 |
| | | **Grand Totals** | **31.90** | | **$10,367.50** | | | | | | | **12.90** | | **$6,353.75** |

| Total Time | Total Amount | Amount Written Off | Adjusted Lodestar | % hrs written off |
|---|---|---|---|---|
| 31.90 | $10,367.50 | 12.90 | $6,353.75 | 40% |

Esmeralda Bustos Lodestar

| Date | Staff | Description | Paralegal Hours | Paralegal Rate | Paralegal Lodestar | Legal Assistant Hours | Legal Assistant Rate | Legal Assistant Lodestar | Billing Judgment Reduction | Hours After Reduction for Billing Judgment | Adjusted Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/24 | Esmeralda Bustos | L250 Other Written Motions and Submissions Address legal assistant reclassification totals in lodestar report. | 0.80 | $215.00 | $172.00 | | $125.00 | $0.00 | 0.80 | 0.00 | $0.00 |
| 10/31/24 | Esmeralda Bustos | L250 Other Written Motions and Submissions Continue cite checking fee motion. | 2.40 | $215.00 | $516.00 | | $125.00 | $0.00 | 1.20 | 1.20 | $258.00 |
| 10/31/24 | Esmeralda Bustos | L250 Other Written Motions and Submissions Continue creating lodestar and time by category exhibits (.9); begin cite checking motion (.4). | 1.30 | $215.00 | $279.50 | | $125.00 | $0.00 | | | $279.50 |
| 10/31/24 | Esmeralda Bustos | L250 Other Written Motions and Submissions Continue creating Lodestar and time by category tabs for each timekeeper in prepration for declaration exhibits. | 2.00 | $215.00 | $430.00 | | $125.00 | $0.00 | 1.00 | 1.00 | $215.00 |
| 10/31/24 | Esmeralda Bustos | L250 Other Written Motions and Submissions Draft reply email to H. Beck with copies of Everlaw receipts for costs report. | 0.10 | $215.00 | $21.50 | | $125.00 | $0.00 | | | $21.50 |
| 10/31/24 | Esmeralda Bustos | L250 Other Written Motions and Submissions Efile Maclear declaration | 0.50 | $215.00 | $107.50 | 0.50 | $125.00 | $62.50 | | | $62.50 |
| 10/31/24 | Esmeralda Bustos | L250 Other Written Motions and Submissions Efile motion, proposed order and 15 declarations. | 0.40 | $215.00 | $86.00 | 0.40 | $125.00 | $50.00 | | | $86.00 |
| 10/31/24 | Esmeralda Bustos | L250 Other Written Motions and Submissions Finish cite checking fee motion and incorporate tables. | 1.30 | $215.00 | $279.50 | | $125.00 | $0.00 | | | $279.50 |
| 10/31/24 | Esmeralda Bustos | L250 Other Written Motions and Submissions Further formatting of lodestar and time by category tabs. | 2.30 | $215.00 | $494.50 | | $125.00 | $0.00 | 1.30 | 1.00 | $215.00 |
| 10/31/24 | Esmeralda Bustos | L250 Other Written Motions and Submissions Prepare declaration pdfs and motion papers for efiling, ensuring they meet ECF file size guidelines. | 0.90 | $215.00 | $193.50 | 0.90 | $125.00 | $112.50 | | | $193.50 |
| 10/31/24 | Esmeralda Bustos | L250 Other Written Motions and Submissions Teams meeting with M. Maclear and H. Beck re: tasks complete lodestar and fee motion. | 0.60 | $215.00 | $129.00 | | $125.00 | $0.00 | | | $129.00 |
| 10/31/24 | Esmeralda Bustos | L250 Other Written Motions and Submissions Troubleshoot Maclear declaration ECF upload errors, specifically exhibit 2. | 0.80 | $215.00 | $172.00 | | $125.00 | $0.00 | | | $172.00 |
| 11/1/24 | Esmeralda Bustos | L140 Document/File Management Download and save to file ECF docket entries of motion for attorney fees and supporting declarations. | 0.50 | $215.00 | $107.50 | 0.50 | $125.00 | $62.50 | | | $107.50 |
| 11/1/24 | Esmeralda Bustos | L140 Document/File Management Download and save to file ECF docket entry 155, notice of lodging of amended consent decree. | 0.10 | $215.00 | $21.50 | 0.10 | $125.00 | $12.50 | | | $21.50 |
| 11/6/24 | Esmeralda Bustos | L190 Other Case Assessment, Development and Administration Calendar fee motion hearing and associated opposition and reply deadlines. | 0.20 | $215.00 | $43.00 | 0.20 | $125.00 | $25.00 | | | $43.00 |
| 11/6/24 | Esmeralda Bustos | L190 Other Case Assessment, Development and Administration Search Judge Peterson's standing order for guidance on zoom appearance for motion hearings. | 0.10 | $215.00 | $21.50 | 0.10 | $125.00 | $12.50 | | | $21.50 |
| 11/6/24 | Esmeralda Bustos | L190 Other Case Assessment, Development and Administration Teams comms with E. Maharg re: emails from courtroom deputy with zoom links to hearings and judge's standing order re: same. | 0.20 | $215.00 | $43.00 | | $125.00 | $0.00 | | | $43.00 |

Esmeralda Bustos Lodestar

| Date | Staff | Description | Paralegal Hours | Paralegal Rate | Paralegal Lodestar | Legal Assistant Hours | Legal Assistant Rate | Legal Assistant Lodestar | Billing Judgment Reduction | Hours After Reduction for Billing Judgment | Adjusted Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/6/24 | Esmeralda Bustos | L190 Other Case Assessment, Development and Administration Text and teams comms with M. Maclear re: status of zoom link for tomorrow's hearing. | 0.10 | $215.00 | $21.50 | 0.10 | $125.00 | $12.50 | | | $21.50 |
| 11/7/24 | Esmeralda Bustos | L140 Document/File Management Download and save to file ECF docket entries 158-164. | 0.10 | $215.00 | $21.50 | 0.10 | $125.00 | $12.50 | | | $21.50 |
| 11/7/24 | Esmeralda Bustos | L140 Document/File Management Download and save to file ECF docket entry 165, amended final consent decree. | 0.10 | $215.00 | $21.50 | 0.10 | $125.00 | $12.50 | | | $21.50 |
| 11/19/24 | Esmeralda Bustos | L190 Other Case Assessment, Development and Administration Calendar new hearing date and opposition and reply deadlines associated with motion for attorneys fees per order at ECF no. 168. | 0.30 | $215.00 | $64.50 | 0.30 | $125.00 | $37.50 | | | $64.50 |
| 11/20/24 | Esmeralda Bustos | L190 Other Case Assessment, Development and Administration Review Everlaw September and October analytics to calculate and record data storage costs, including for this matter. | 0.20 | $215.00 | $43.00 | | $125.00 | $0.00 | | | $43.00 |
| 11/21/24 | Esmeralda Bustos | L140 Document/File Management Download and save to file ECF docket entries for opposition to motion for attorneys fees. | 0.10 | $215.00 | $21.50 | 0.10 | $125.00 | $12.50 | | | $21.50 |
| 11/21/24 | Esmeralda Bustos | L140 Document/File Management Download and save to file settlement upload confirmation to AG website. | 0.20 | $215.00 | $43.00 | 0.20 | $125.00 | $25.00 | | | $43.00 |
| 11/22/24 | Esmeralda Bustos | L140 Document/File Management Download and save to file ECF docket 172, defendant's motion for leave. | 0.10 | $215.00 | $21.50 | 0.10 | $125.00 | $12.50 | | | $21.50 |
| 11/22/24 | Esmeralda Bustos | L140 Document/File Management Download and save to file ECF docket entries 171, opposition to motion for attorneys fees. | 0.10 | $215.00 | $21.50 | 0.10 | $125.00 | $12.50 | | | $21.50 |
| 11/22/24 | Esmeralda Bustos | L190 Other Case Assessment, Development and Administration Draft email to M. Maclear with copies of opposition to motion for attorneys fees. | 0.10 | $215.00 | $21.50 | | $125.00 | $0.00 | | | $21.50 |
| 12/2/24 | Esmeralda Bustos | L140 Document/File Management Download and save to file ECF docket entries 173-175. | 0.20 | $215.00 | $43.00 | 0.20 | $125.00 | $25.00 | | | $43.00 |
| 12/5/24 | Esmeralda Bustos | Teleconference with M. Maclear re: rules on reply page limit. | 0.10 | $215.00 | $21.50 | | $125.00 | $0.00 | | | $21.50 |
| 12/5/24 | Esmeralda Bustos | L430 Written Motions and Submissions Add W. Verick's billable hours post fee motion filing. | 0.10 | $215.00 | $21.50 | | $125.00 | $0.00 | | | $21.50 |
| 12/5/24 | Esmeralda Bustos | L430 Written Motions and Submissions Begin formatting lodestar spreadsheet template. | 0.50 | $215.00 | $107.50 | | $125.00 | $0.00 | | | $107.50 |
| 12/5/24 | Esmeralda Bustos | L430 Written Motions and Submissions Draft email to E. Maharg and M. Maclear lodestar spreadsheet template with formulas. | 0.10 | $215.00 | $21.50 | | $125.00 | $0.00 | | | $21.50 |
| 12/5/24 | Esmeralda Bustos | L430 Written Motions and Submissions Draft supplemental declaration templates for ATA timekeepers and A. Packard | 0.40 | $215.00 | $86.00 | | $125.00 | $0.00 | | | $86.00 |
| 12/5/24 | Esmeralda Bustos | L430 Written Motions and Submissions Finish formatting lodestar report template. | 0.40 | $215.00 | $86.00 | | $125.00 | $0.00 | | | $86.00 |
| 12/5/24 | Esmeralda Bustos | L430 Written Motions and Submissions Further drafting of supplemental declaration templates of ATA timekeepers. | 0.20 | $215.00 | $43.00 | | $125.00 | $0.00 | | | $43.00 |

Esmeralda Bustos Lodestar

| Date | Staff | Description | Paralegal Hours | Paralegal Rate | Paralegal Lodestar | Legal Assistant Hours | Legal Assistant Rate | Legal Assistant Lodestar | Billing Judgment Reduction | Hours After Reduction for Billing Judgment | Adjusted Lodestar |
|------|-------|-------------|-----------------|----------------|--------------------|-----------------------|----------------------|--------------------------|----------------------------|--------------------------------------------|-------------------|
| 12/5/24 | Esmeralda Bustos | L430 Written Motions and Submissions Teleconferece with M. Maclear re: assignments for reply brief. | 0.20 | $215.00 | $43.00 | | $125.00 | $0.00 | | | $43.00 |
| 12/5/24 | Esmeralda Bustos | L430 Written Motions and Submissions Teleconference with M. Maclear for further guidance on preparing lodestar spreadsheet. | 0.10 | $215.00 | $21.50 | | $125.00 | $0.00 | | | $21.50 |
| 12/5/24 | Esmeralda Bustos | L430 Written Motions and Submissions Teleconference with M. Maclear re: preparing supplemental timekeeper declarations for ATA timekeepers and Packard. | 0.10 | $215.00 | $21.50 | | $125.00 | $0.00 | | | $21.50 |
| 12/5/24 | Esmeralda Bustos | L430 Written Motions and Submissions Teleconference with M. Maclear re: status of supplement declaration assignment. | 0.10 | $215.00 | $21.50 | | $125.00 | $0.00 | | | $21.50 |
| | | Grand Total | 18.40 | | $3,956.00 | 4.00 | | $500.00 | | | $2,986.50 |

| Paralegal Hours | Paralegal Lodestar | Legal Assistant Time Reduction | Billing Judgment Reduction | Adjusted Paralegal Lodestar | Legal Assistant Lodestar | Total Adjusted Lodestar | Percent Lodestar Reduction |
|-----------------|--------------------|--------------------------------|----------------------------|------------------------------|--------------------------|--------------------------|-----------------------------|
| 18.40 | $3,956.00 | 4.00 | 4.30 | $3,031.50 | $500.00 | $2,986.50 | 23.37% |