1  Joshua Koltun (Bar No. 173040)
   One Sansome Street
2  Suite 1400, No. 2544
   San Francisco, California 94104
3  Telephone: 415.680.3410
   Facsimile: 866.462.5959
4  joshua@koltunattorney.com

5
   Attorney for Nonparty Witnesses
6  Marine Taxonomic Services, Ltd,
   Below the Blue, Seth Jones, and
7  Monique Rydel-Fortner ("BTB-MTS")

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11
   PACIFIC BELL TELEPHONE COMPANY,
12                                              Case No. 2:24-cv-00022-KJM-JDP
            Movant,
13                                              **BTB-MTS REQUEST FOR**
   v.                                           **RECONSIDERATION BY THE**
14                                              **DISTRICT COURT OF MAGISTRATE**
   MARINE TAXONOMIC SERVICES, LTD.              **JUDGE'S RULING DATED**
15                                              **SEPTEMBER 30, 2025**
            Respondent
16                                              [No hearing, per L.R. 303(e)]
17 CALIFORNIA SPORTFISHING                      Judge:    Hon. Kimberly J. Mueller
   PROTECTION ALLIANCE,
18                                              Case 2:21-cv-00073-JDP
            Plaintiff,
19                                              Filed Herewith:
   v.                                           Memorandum of Points and Authorities
20                                              [Proposed] Order
   PACIFIC BELL TELEPHONE COMPANY
21
            Defendant
22

23

24

25

26

27

28

1

2         Nonparty Witnesses Below the Blue, Marine Taxonomic Services, Ltd, Seth Jones, and

3 Monique Rydel-Fortner (hereinafter collectively "BTB/MTS") hereby respectfully requests this Court

4 (the Hon. Kimberly J. Mueller) under Local Rule 303(c) and Fed.R.Civ.P. 72, 28 USC § 636, and the

5 United States Constitution, to reconsider the ruling of the Magistrate Judge, dated September 30, 2025

6 (Case No. 2:21-cv-00073-JDP, Docket Entry 178), denying BTB-MTS's motion to order AT&T

7 reimburse the "significant expense" it incurred in complying with AT&T's subpoenas under

8 Fed.R.Civ.P. 45(d)(2)(B)(ii), or alternatively that such costs be awarded as sanctions against AT&T

9 and its counsel of record under Fed.R.Civ. P. 45(d)(1).

10         This motion is made upon the supporting Memorandum of Points and Authorities, and on all

11 the pleadings, and materials on file with the Court in the related cases in the caption above, namely

12 Case No. 2:21-cv- 00073-JDP and Case No. 2:24-cv-00022-KJM-JDP.

13         Respectfully submitted,

14 October 14, 2025

15                                                    _____/s/_____

16                                                    Joshua Koltun
                                                     Attorney for Nonparty Witnesses BTB-MTS

17

18

19

20

21

22

23

24

25

26

27

28

BTB-MTS Request for Reconsideration of Magistrate Judge Ruling                    24-cv-00022-KJM-JDP/2:21-cv-00073-JDP

**Joshua Koltun** ATTORNEY

***PROOF OF SERVICE***

I, Joshua Koltun, declare as follows:

On October 14, 2025, I served defendant Pacific Bell/AT&T's counsel in this matter with the following documents:

Request for Reconsideration by the District Court of Magistrate Judge's Ruling

Memorandum in Support of Request for Reconsideration

[Proposed] Order re Request for Reconsideration

By emailing the following counsel at the following email addresses:

Hariklia Karis, hkaris@kirkland.com

Jonathan D. Kelley jon.kelley@kirkland.com, jelani.solper@kirkland.com

Lucas  V. Grunbaum, lucasgrunbaum@paulhastings.com, lukegrunbaum@gmail.com

Mark J. Nomellini,  mnomellini@kirkland.com

Navtej Singh Dhillon, navidhillon@paulhastings.com, navi-dhillon-0358@ecf.pacerpro.com

Peter C. Meier, petermeier@paulhastings.com, chrisaltamirano@paulhastings.com

Robert  B. Ellis, robert.ellis@kirkland.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true

Executed in San Francisco California on October 14, 2025

_____/s/_____

Joshua Koltun