Joshua Koltun (Bar No. 173040)
One Sansome Street
Suite 1400, No. 2544
San Francisco, California  94104
Telephone:  415.680.3410
Facsimile:  866.462.5959
joshua@koltunattorney.com

Attorney for Nonparty Witnesses
Marine Taxonomic Services, Ltd,
Below the Blue, Seth Jones, and
Monique Rydel-Fortner ("BTB-MTS")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY,<br><br>    Movant,<br><br>v.<br><br>MARINE TAXONOMIC SERVICES, LTD.<br><br>    Respondent | Case No. 2:24-cv-00022-KJM-JDP<br><br>**[PROPOSED ORDER] GRANTING BTB-MTS REQUEST FOR RECONSIDERATION BY THE DISTRICT COURT OF MAGISTRATE JUDGE'S RULING DATED SEPTEMBER 30, 2025**<br><br>[No hearing, per L.R. 303(e)]<br>Judge:    Hon. Kimberly J. Mueller<br><br>Case 2:21-cv-00073-JDP |
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY<br><br>    Defendant | |

The Request by Nonparty Third Party Witnesses Below the Blue, Marine Taxonomic Services, Ltd, Seth Jones, and Monique Rydel-Fortner (hereinafter, collectively, "BTB/MTS") to Reconsider the Magistrate Judge's Ruling Dated September 30, 2025, for cost-shifting [has been submitted to this Court][came on for hearing on [date]],

Upon consideration of the briefs, arguments and evidence in support of and in opposition to the request the Court HEREBY FINDS AND ORDERS AS FOLLOWS:

1. The Magistrate Judge's ruling denying BTB-MTS's motion for cost shifting was contrary to law and clearly erroneous.   BTB-MTS is entitled to cost shifting.

2. The Court finds that BTB-MTS reasonably incurred the following expenses related to compliance with the subpoenas, and concludes that these are to be be compensated by AT&T:

   a) $227,512 for fees charged by A&M, the ESI vendor

   b) $68,860 in attorney fees

   c) $85,269 in hours spent by Jones and Rydel-Fortner

   d) For a total of $381,641

3. The Court finds that, of that amount, $380,000 was "significant."

4. The Court also finds that BTB has also reasonably incurred $35365 in attorney fees to date (64.3 hours) on seeking cost-shifting

5. **Thus the total amount that is awarded to BTB-MTS is $415,365.**

6. AT&T is ordered to may such payment to Joshua Koltun, in trust. Koltun and BTB-MTS are ordered to reimburse Dow Jones for any portion of the award that Dow Jones paid or advanced to Koltun or A&M, and to pay to A&M such remaining portion as is owed A&M**.**

IT IS SO ORDERED.

Dated: October __, 2025

_____
The Honorable Kimberly J. Mueller
United States District Judge