NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
LUCAS V. GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

JON DAVID KELLEY (*admitted pro hac vice*)
jon.kelley@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-DAD-JDP<br><br>**STIPULATION CONCERNING BRIEFING DEADLINES FOR BTB/MTS'S MOTION FOR RECONSIDERATION**<br><br>Judge:        Hon. Dale A. Drozd<br>Courtroom:  4<br><br>Action Filed:  January 14, 2021<br>Trial Date:     None |

Having met and conferred, Defendant Pacific Bell Telephone Company ("Pacific Bell"), Plaintiff California Sportfishing Protection Alliance ("CSPA"), and non-party witnesses Marine Taxonomic Services, Ltd., Below the Blue, Seth Jones, and Monique Rydel-Fortner (collectively "BTB/MTS") (together, the "Parties," and each a "Party") hereby stipulate and agree as follows:

**WHEREAS**, on October 14, 2025, BTB/MTS filed and served their "Request for Reconsideration by the District Court of Magistrate Judge's Ruling" (the "Request for Reconsideration") in the related Case No. 2:24-cv-00022-KJM-JDP (MTS/Dkt. 35).[1] BTB-MTS stated in the Memorandum in Support of the Request that it did so on the understanding that District Judge Kimberly J. Mueller had assumed a supervisory role as District Court Judge, and that filing in that docket was the correct procedure to ensure that the request would be docketed before the relevant District Court Judge (see MTS/Dkt 27, 30, 36 at 4-6 & n.5); and

**WHEREAS,** Joshua Koltun, counsel for BTB-MTS, has represented to counsel for Pacific Bell as follows. On October 16, at 2:39 pm, the Deputy Clerk of the Court ("KEZ"), called him and indicated that BTB-MTS should refile the Request for Reconsideration in Case No. 2:21-cv-00073-JDP. Koltun expressed the concern that BTB-MTS needed to docket the request before a District Court Judge (at the time the docket in this matter did not list a supervisory District Court Judge). The Deputy Clerk assured Koltun that the Court had an alternative means of ensuring that the Request for Reconsideration be docketed before a District Court Judge; and

**WHEREAS,** the Deputy Clerk then (at 2:51 pm on October 16) issued a "CLERK'S NOTICE of DOCKET CORRECTION" (MTS Dkt 38) ordering that the Request for Reconsideration, Memorandum, and Proposed Order (MTS/Dkt 35, 36, 37) be refiled in the correct case number, 2:21-cv-0073-JDP; and

---

[1] In this Stipulation, the, entries on that docket will be referred to as "MTS/Dkt__," and docket entries in Case No. 2:24-cv-00022-KJM-JDP as "BTB/Dkt__." The Request for Reconsideration was served on all of Pacific Bell's counsel listed on both dockets.

STIPULATION RE BRIEFING DEADLINES                                    Case No. 2:21-cv-00073-DAD-JDP

**WHEREAS,** BTB-MTS shortly thereafter refiled the documents as directed, *see* BTB/Dkt 179, 180, 181; and,

**WHEREAS,** on October 17, the Courtroom Deputy to Magistrate Judge Jeremy D. Peterson issued an order that, in light of the Request for Reconsideration, "the Clerk of the Court is directed to randomly assign a United States District Judge to this case (BTB/Dkt 182); and

**WHEREAS,** shortly thereafter the case was assigned to the District Judge Dale A. Drozd (BTB/Dkt 183);

**WHEREAS**, in light of the foregoing procedural background, and pursuant to Local Rule 303(d) of the United States District Court for the Eastern District of California, Pacific Bell's response to the Request for Reconsideration is due seven (7) days after the filing of the Request;

**WHEREAS**, counsel for Pacific Bell and counsel for BTB/MTS have conferred and agreed to resolve their respective contentions concerning deadlines that might arise under the foregoing circumstances; and

**WHEREAS** counsel for BTB-MTS is also willing as a professional courtesy to agree to a short extension of Pacific Bell's response deadline, and counsel for CSPA is unopposed to the same.

WHEREAS counsel for BTB-MTS, Pacific Bell and CSPA have conferred and agreed that the Order (Dkt. 178) concerning BTB-MTS's motion to shift the costs of responding to subpoenas from Pacific Bell, or in the alternative for sanctions (Dkt. 158) and CSPA's motion for attorneys' fees and costs (Dkt. 156), will be bifurcated from any potential modification based on BTB-MTS's pending motion for reconsideration and memorandum in support of reconsideration (Dkts. 179 and 180, respectively), and nothing in any ruling on the pending motion for reconsideration from BTB-MTS will have any effect on the finality or appealability of the Order at Dkt. 178 as it concerns and relates to CSPA and Pacific Bell.

**NOW, THEREFORE**, the Parties respectfully and jointly request that the Court enter an order as follows:

1. BTB-MTS is deemed to have timely filed its Request for Reconsideration;

2. Pacific Bell's deadline to file its response to the Motion for Reconsideration is extended to **October 28, 2025**; and

3. Anything ordered pursuant to the docketed motion for reconsideration by BTB-MTS (Dkt. 180) is deemed bifurcated from and will have no effect on the finality or appealability of the Order at Dkt. 178 as it concerns and relates to CSPA and Pacific Bell.

The Parties further agree that this stipulation to extend the deadline is made without waiver of any argument or defense that Pacific Bell may have in opposition to BTB/MTS's Motion for Reconsideration. Neither Party has requested any prior extensions regarding this matter, and thus the extensions requested will not unduly delay these proceedings. A stipulated order follows the Parties' signature blocks.

DATED: October 23, 2025

Respectfully submitted,

/s/ Jon Kelley
HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

JON DAVID KELLEY (*admitted pro hac vice*)
jon.kelley@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

|   |   |
|---|---|
| 1 |   |
| 2 | */s/ Matthew Maclear* |
| 3 | Jason R. Flanders |
|   | jrf@atalawgroup.com |
| 4 | Matthew C. Maclear |
|   | mcm@atalawgroup.com |
| 5 | Erica A. Maharg |
| 6 | eam@atalawgroup.com |
| 7 | AQUA TERRA AERIS LAW GROUP |
|   | 8 Rio Vista Ave |
| 8 | Oakland, CA 94611 |
| 9 | Attorneys for Plaintiff |
|   | CALIFORNIA SPORTFISHING |
| 10 | PROTECTION ALLIANCE |

*/s/ Joshua Koltun*
Joshua Koltun (Bar No. 173040)
One Sansome Street Suite 1400, No. 2544
San Francisco, California 94104
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Attorney for Nonparty Witnesses
MARINE TAXONOMIC SERVICES, LTD,
BELOW THE BLUE, SETH JONES, AND
MONIQUE RYDEL-FORTNER

The filer of this document attests that all signatories listed above have concurred in the filing of this document.

- 4 -

STIPULATION TO EXTEND
PACIFIC BELL'S RESPONSE DEADLINE

Case No. 2:21-cv-00073-DAD-JDP

**[PROPOSED] ORDER**

In light of the stipulation between Pacific Bell Telephone Company ("Pacific Bell") and non-party witnesses Marine Taxonomic Services, Ltd., Below the Blue, Seth Jones, and Monique Rydel-Fortner (collectively "BTB/MTS") (together, the "Parties") and good cause appearing, the Court hereby GRANTS the Parties' request as follows:

1. BTB-MTS is deemed to have timely filed its Request for Reconsideration (Dkt 179);
2. Pacific Bell's deadline to file its response to the Request for Reconsideration is extended to **October 28, 2025**; and
3. Anything ordered pursuant to the docketed motion for reconsideration by BTB-MTS (Dkt. 180) is deemed bifurcated from and will have no effect on the finality or appealability of the Order at Dkt. 178 as it concerns and relates to CSPA and Pacific Bell.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

- 5 -