MATTHEW MACLEAR (Bar No. 209228)
Email: mcm@atalawgroup.com
JASON FLANDERS (Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (Bar No. 279396)
Email: eam@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (415) 568-5200

[Additional counsel on p. 2]

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>   Plaintiff,<br><br>   v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>   Defendant. | Case No. 2:21-cv-00073-DAD-JDP<br><br>**NOTICE OF CHANGE OF ATTORNEY WITHIN-FIRM** |

|   |   |
|---|---|
| 1 | ANDREW L. PACKARD (State Bar No. 168690) |
|   | Email: andrew@packardlawoffices.com |
| 2 | LAW OFFICES OF ANDREW L. PACKARD |
| 3 | 245 Kentucky Street, Suite B3 |
|   | Petaluma, CA 94952 |
| 4 | Tel: (707) 782-4060 |
|   | Fax: (707) 782-4062 |
| 5 |   |
| 6 | WILLIAM VERICK (State Bar No. 140972) |
|   | Email: wverick@igc.org |
| 7 | KLAMATH ENVIRONMENTAL LAW CENTER |
|   | 1125 16th Street, Suite 204 |
| 8 | Arcata, CA 95521 |
|   | Tel: (707) 630-5061; Fax: (707) 630-5064 |
| 9 |   |
| 10 | J. KIRK BOYD (State Bar No. 122759) |
|   | Email: jkb@drjkb.com |
| 11 | LAW OFFICE OF JOHN KIRK BOYD |
|   | 548 Market St., Suite 1300 |
| 12 | San Francisco, CA 94104-5401 |
|   | Tel: (415) 440-2500 |
| 13 |   |
| 14 | BRIAN ACREE (State Bar No. 202505) |
|   | Email: brian@brianacree.com |
| 15 | LAW OFFICES OF BRIAN ACREE |
|   | 331 J Street, Suite 200 |
| 16 | Sacramento, CA 95814 |
|   | Tel: (916) 505-6861 |
| 17 |   |
| 18 | WILLIAM CARLON (State Bar No. 305739) |
|   | Email: william@carlonlaw.com |
| 19 | LAW OFFICE OF WILLIAM CARLON |
|   | 437 Post Street |
| 20 | Napa, CA 94559 |
|   | Tel: (530) 514-4115 |

2

NOTICE OF CHANGE OF ATTORNEY WITHIN-FIRM

1  I, Matthew C. Maclear, hereby provide this Notice of Change of Attorney Within-Firm to the Court and request the court take notice and change within-firm representation as follows:

James T. Brett, formerly of Aqua Terra Aeris Law Group ("ATA") previously made an appearance in the above-entitled action. Mr. Brett is no longer affiliated with ATA.

Accordingly, I request that Mr. Brett be removed from the docket of this case. At least one member of ATA, who is also a member of the California Bar, will continue to serve as counsel of record for the parties indicated.

We further request that Mr. Brett be removed from the Court's service list for this case only.

DATED: October 27, 2025

      *s/ Matthew C. Maclear*
Matthew C. Maclear
Jason R. Flanders
Erica A. Maharg
Attorneys for Plaintiff
California Sportfishing Protection Alliance

NOTICE OF CHANGE OF ATTORNEY WITHIN-FIRM