```
NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

HARIKLIA KARIS (admitted *pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (admitted *pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (admitted *pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

JON DAVID KELLY (admitted *pro hac vice*)
jon.kelley@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1755

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-DAD-JDP<br><br>**DECLARATION OF JON DAVID KELLEY IN SUPPORT OF DEFENDANT PACIFIC BELL TELEPHONE COMPANY'S OPPOSITION TO BTB/MTS'S REQUEST FOR RECONSIDERATION BY THE DISTRICT COURT OF MAGISTRATE JUDGE'S RULING DATED SEPTEMBER 30, 2025**<br><br>Judge: Hon. Dale A. Drozd<br>Magistrate: Hon. Jeremy D. Peterson |

I, Jon David Kelley, hereby declare as follows:

1. I am a partner at the law firm of Kirkland & Ellis LLP and counsel for Defendant Pacific Bell Telephone Company ("Pacific Bell") in the above-captioned litigation. I submit this declaration in support of Pacific Bell's Opposition to BTB-MTS's Request for Reconsideration by the District Court of Magistrate Judge's Ruling Dated September 30, 2025. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of email correspondence between BTB/MTS's counsel, Joshua Koltun, and myself, dated October 19, 2025.

3. Attached as **Exhibit 2** is a true and correct copy of email correspondence between BTB/MTS's counsel, Joshua Koltun, and myself, dated January 2, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed October 28, 2025, in Dallas, Texas.

_____
Jon David Kelley