NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
LUCAS V. GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  (415) 856-7000
Fax: (415) 856-7100

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Fax: (312) 862-2200

JON DAVID KELLEY (*admitted pro hac vice*)
jon.kelley@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-DAD-JDP<br><br>**[PROPOSED] ORDER DENYING BTB/MTS'S REQUEST FOR RECONSIDERATION BY THE DISTRICT COURT OF MAGISTRATE JUDGE'S RULING DATED SEPTEMBER 30, 2025**<br><br>Judge: Hon. Dale A. Drozd<br>Magistrate: Hon. Jeremy D. Peterson |

**[PROPOSED] ORDER**

Before the Court is BTB/MTS's Request for Reconsideration by the District Court of Magistrate Judge's Ruling Dated September 30, 2025 (the "Motion"). Defendant Pacific Bell Telephone Company opposed the Motion.

Having fully considered the matter, including the parties' briefing, the Court hereby DENIES BTB-MTS's Motion.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
HON. DALE A. DROZD
UNITED STATES DISTRICT JUDGE

- 1 -