NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
LUCAS V. GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

JON DAVID KELLEY (*admitted pro hac vice*)
jon.kelley@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-00073-DAD-JDP<br><br>**STIPULATION CONCERNING WAIVER OF APPEAL AND PAYMENT OF ATTORNEYS' FEES** |

Defendant Pacific Bell Telephone Company ("Pacific Bell") and Plaintiff California Sportfishing Protection Alliance ("CSPA") (together, the "Parties") hereby stipulate and agree as follows:

**WHEREAS**, CSPA filed this action against Pacific Bell on January 14, 2021;

**WHEREAS**, on November 5, 2021, the Court entered a Consent Decree resolving the claims in this action (Dkt. 22), which was later vacated on July 31, 2023 (Dkt. 55);

**WHEREAS**, in an effort to reduce the cost and expense associated with litigation, the Parties resolved this matter pursuant to the terms of an Amended Final Consent Decree (the "Final Consent Decree");

**WHEREAS**, the Parties agreed that Pacific Bell, in entering the Final Consent Decree, made no admission of liability or of any issue of law or fact whatsoever regarding the claims made by CSPA;

**WHEREAS**, on November 7, 2024, the Court entered the Final Consent Decree (Dkt. 165) resolving the merits of this action, and providing that the amount of any award of legal fees and costs to Plaintiff would subsequently be determined by the Court;

**WHEREAS**, CSPA filed a motion for attorneys' fees and costs on October 31, 2024 (Dkt. 156);

**WHEREAS**, on September 30, 2025, the Court entered its Order on Attorneys' Fees and Subpoena Cost-Shifting (Dkt. 178), awarding CSPA attorneys' fees in the amount of $1,227,991.75 (the "Fees") and denying all other requested costs (the "Fee Order");

**WHEREAS**, on October 23, 2025, the Parties and counsel for BTB/MTS jointly filed a Stipulation and Proposed Order (Dkt. 186) that the Court subsequently entered (Dkt. 187), which, among other things, stated that CSPA's motion for attorneys' fees and costs (Dkt. 156) would be bifurcated from any potential modification based on BTB/MTS's pending motion for

reconsideration and memorandum in support of reconsideration (Dkts. 179 and 180, respectively), and nothing in any ruling on the pending motion for reconsideration from BTB/MTS would have any effect on the finality or appealability of the Order (Dkt. 178) as it concerns and relates to CSPA and Pacific Bell;

**WHEREAS**, on October 23, 2025, counsel for the Parties met and conferred regarding the Fee Order, and at that conference agreed that neither Party would appeal or otherwise seek reconsideration of the Court's Fee Order as it relates to CSPA's application for fees and costs (Dkt. 156);

**WHEREAS**, based on the foregoing, including CSPA's agreement not to appeal or otherwise seek reconsideration of the Fee Order, Pacific Bell agreed to pay CSPA the Fees awarded by the Court in the Fee Order by no later than January 6, 2026; and

**WHEREAS**, the Parties now desire to memorialize their agreement and to facilitate prompt payment of the amount awarded.

**NOW, THEREFORE**, in consideration of the foregoing, the Parties stipulate and agree as follows:

1. **Waiver of Appeal.** CSPA and Pacific Bell each irrevocably waive and relinquish any right to appeal, petition for writ, or otherwise seek review or reconsideration of the Fee Order as it relates to CSPA's application for fees and costs, including without limitation any right under 28 U.S.C. §§ 636, 1291, 1292, or Federal Rule of Civil Procedure 72.

2. **Bifurcation of Issues.** The Parties reiterate their agreement that anything ordered pursuant to the docketed motion for reconsideration by BTB/MTS in the above-captioned action (Dkt. 180) is deemed bifurcated from and will have no effect on the finality or appealability of the Order at Dkt. 178 as it concerns and relates to CSPA and Pacific Bell. Nothing in this stipulation

shall modify or in any way prejudice Pacific Bell's rights as to BTB/MTS's application for fees and costs.

3. **Payment of Fees.** Pacific Bell shall pay to CSPA via "Aqua Terra Aeris Law Group IOLTA" account, by wire transfer, the total sum of $1,227,991.75 on or before January 6, 2026. Payment shall be made pursuant to the following wiring instructions provided by CSPA:

**Bank Name:** JPMorgan Chase Bank, NA

**ABA/Routing No.:** 021000021

**Account No.:** 80008538474

4. **Satisfaction of Award.** Upon CSPA's receipt of the payment specified in Paragraph 2, the Fee Order shall be deemed fully satisfied, and CSPA shall provide counsel for Pacific Bell with a notice confirming receipt within two (2) days.

5. **No Waiver of Other Rights.** Nothing in this Stipulation alters, amends, or affects the Final Consent Decree, the Fee Order, or any other order of the Court, except as expressly provided herein.

6. **Execution in Counterparts.** This Stipulation may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument. Facsimile or electronically transmitted signatures shall be deemed binding signatures for all purposes.

[*remainder of page left intentionally blank*]

Dated: November __21__, 2025     CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

By: _____
Chris Shutes, Executive Director

Dated: November __21__, 2025     PACIFIC BELL TELEPHONE COMPANY

By: _____
Sarah Teachout, Senior Vice President and Assistant General Counsel

The filer of this document attests that all signatories listed above, and their counsel of record, have concurred in the filing of this document.

- 4 -

STIPULATION CONCERNING WAIVER OF APPEAL AND PAYMENT OF ATTORNEYS' FEES

Case No. 2:21-cv-00073-DAD-JDP