# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF EASTERN DISTRICT OF CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 2:21-cv-00073-DAD-JDP

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 1/14/2021

Date of judgment or order you are appealing: | 9/30/2025, 6/29/2026

Docket entry number of judgment or order you are appealing: | 178, 191

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes     ○ No     ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Marine Taxonomic Services, Ltd., Below the Blue

Is this a cross-appeal?   ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City: | State: | Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | Joshua Koltun | **Date** | 7/28/2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 1** | *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Marine Taxonomic Services, Ltd., Below the Blue

Name(s) of counsel (if any):

Joshua Koltun, Attorney

Address: One Sansome Street, Suite 1400, No. 2544 San Francisco CA 94104

Telephone number(s): 415.680.3410

Email(s): joshua@koltunattorney.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⊙ Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Pacific Bell Telephone Company

Name(s) of counsel (if any):

Paul Hastings, LLP: Navi Singh Dhillon, Peter C. Meier, Lucas V. Grunbaum (lucasgrunbaum@paulhastings.com)

Address: 101 California Street, 48th Floor, San Francisco CA 94111

Telephone number(s): 415.856.7000

Email(s): navidhillon@paulhastings.com, petermeier@paulhastings.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Pacific Bell Telephone Company, cont.:

Name(s) of counsel (if any):

Kirkland & Ellis LLP: Hariklia Karis, Robert B. Ellis, Mark J. Nomelini

Address: 300 North LaSalle, Chicago IL 60654

Telephone number(s): 312.862.2000

Email(s): hkaris@kirkland.com; rellis@kirkland.com, mnomellini@kirkland.com

Name(s) of party/parties:

Pacific Bell Telephone Company, cont.:

Name(s) of counsel (if any):

Kirkland & Ellis LLP: Jon David Kelley

Address: 4550 Travis Street, Dallas TX 75205

Telephone number(s): 214.972.1755

Email(s): jon.kelley@kirkland.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                              2                                              *New 12/01/2018*