# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF CALIFORNIA

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,**
       Plaintiff

   v.                                        **CASE NO. 2:21–CV–00073–DAD–JDP**

**PACIFIC BELL TELEPHONE COMPANY,**
       Defendant

_____


      You are hereby notified that a Notice of Appeal was filed on **July 28, 2026** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).


 July 29, 2026

                         **KEITH HOLLAND**
                         **CLERK OF COURT**

                    **by:**  /s/  V. Licea Chavez _____

                         Deputy Clerk